1   Lawrence Lessig
    Jennifer Stisa Granick (SBN 168423)
2   jennifer@law.stanford.edu
    David S. Olson (SBN 231675)
3   dolson@law.stanford.edu
    STANFORD LAW SCHOOL CYBERLAW CLINIC
4   CENTER FOR INTERNET AND SOCIETY
    559 Natyhan Abbott Way
5   Stanford, California 94305-8610
    Telephone: (650) 724-0517
6   Facsimile: (650) 723-4426

7   Robert Spoo (admitted *pro hac vice*)
    rspoo@dsda.com
8   DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
    320 South Boston Avenue, Suite 500
9   Tulsa, Oklahoma 74103-3725
    Telephone: (918) 591-5328
10  Facsimile: (918) 591-5360

11  Attorneys for Plaintiff

12  Maria K. Nelson (State Bar No. 155608)
    mknelson@jonesday.com
13  JONES DAY
    555 South Flower Street, Fiftieth Floor
14  Los Angeles, CA 90071-2300
    Telephone:    (213) 489-3939
15  Facsimile:    (213) 243-2539

16  Attorneys for Defendants
    SEAN SWEENEY, IN HIS CAPACITY AS TRUSTEE
17  OF THE ESTATE OF JAMES JOYCE, AND THE
    ESTATE OF JAMES JOYCE
18

19                  UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21

22  **CAROL LOEB SHLOSS,**                  | **Case No. C 06 3718 JW HRL**

           **Plaintiff,**                       **STIPULATION TO EXTEND TIME
23                                              TO RESPOND TO COMPLAINT**

24         v.

25  **SEAN SWEENEY, in his capacity as
    trustee of the Estate of James Joyce, and
26  THE ESTATE OF JAMES JOYCE,**

27         **Defendants.**

28

LAI-2251324v1

1    WHEREAS, the Complaint in the above-captioned Civil Action was filed on June 12,

2  2006;

3    WHEREAS on or about June 13, 2006, plaintiff filed an executed Summons indicating

4  that it had served by mail a copy of the Complaint on Sean Sweeney, in his capacity as trustee of

5  the Estate of James Joyce, and on the Estate of James Joyce (hereinafter "Defendants");

6    WHEREAS, if service was effective, Defendants' response would be due on or about

7  July 13, 2006;

8    WHEREAS, without waiving their respective positions as to the effectiveness of the

9  service, the parties agreed to an initial 15 day extension of time for Defendants to answer, object

10  or otherwise plead to the Complaint;

11    IT IS HEREBY STIPULATED between the parties, by and through their counsel of

12  record, that Defendants' time to answer, object or otherwise plead to the Complaint in the above-

13  captioned Civil Action shall be extended up to and including July 31, 2006.

14
Dated:  July 13, 2006.                          JONES DAY
15

16
                                                By: _____/s/_____
17                                                    Maria K. Nelson

18                                              Attorney for Defendants
                                                SEAN SWEENEY, IN HIS CAPACITY AS
19                                              TRUSTEE OF THE ESTATE OF JAMES
                                                JOYCE, AND THE ESTATE OF JAMES
20                                              JOYCE

21
Dated:  July 13, 2006                           STANFORD LAW SCHOOL CYBERLAW
22                                              CLINIC CENTER FOR INTERNET AND
                                                SOCIETY
23

24

25                                              By _____/s/_____
                                                    David S. Olson
26
                                                Attorneys for Plaintiff
27                                              CAROL LOEB SHLOSS

28