| | |
|---|---|
| 1 | Lawrence Lessig |
| | Jennifer Stisa Granick (SBN 168423) |
| 2 | jennifer@law.stanford.edu |
| | David S. Olson (SBN 231675) |
| 3 | dolson@law.stanford.edu |
| | STANFORD LAW SCHOOL CYBERLAW CLINIC |
| 4 | CENTER FOR INTERNET AND SOCIETY |
| | 559 Natyhan Abbott Way |
| 5 | Stanford, California 94305-8610 |
| | Telephone: (650) 724-0517 |
| 6 | Facsimile: (650) 723-4426 |
| 7 | Robert Spoo (admitted *pro hac vice*) |
| | rspoo@dsda.com |
| 8 | DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P. |
| | 320 South Boston Avenue, Suite 500 |
| 9 | Tulsa, Oklahoma 74103-3725 |
| | Telephone: (918) 591-5328 |
| 10 | Facsimile: (918) 591-5360 |
| 11 | Attorneys for Plaintiff |
| 12 | Maria K. Nelson (State Bar No. 155608) |
| | mknelson@jonesday.com |
| 13 | JONES DAY |
| | 555 South Flower Street, Fiftieth Floor |
| 14 | Los Angeles, CA 90071-2300 |
| | Telephone: (213) 489-3939 |
| 15 | Facsimile: (213) 243-2539 |
| 16 | Attorneys for Defendants |
| | SEAN SWEENEY, IN HIS CAPACITY AS TRUSTEE |
| 17 | OF THE ESTATE OF JAMES JOYCE, AND THE |
| | ESTATE OF JAMES JOYCE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROL LOEB SHLOSS,** | Case No. C 06 3718 JW HRL |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **SEAN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE,** | |
| Defendants. | |

LAI-2253187v1

Stipulation to Extend Time to Respond to Complaint C 06 3718 JW HRL

1 | WHEREAS, the Complaint in the above-captioned Civil Action was filed on June 12, 2006;

3 | WHEREAS on or about July 13, 2006, the parties filed a Stipulation to Extend Time to Respond to Complaint, stipulating that Defendants' time to respond to the Complaint was initially extended up to and including July 31, 2006;

6 | WHEREAS the parties have agreed to a further extension of time for Defendants to answer, object or otherwise plead to the Complaint up to and including September 11, 2006, which date will not alter the date of any event or deadline set by the Court in its Order Setting Initial Case Management Conference and ADR Deadlines, filed on June 12, 2006; and

10 | WHEREAS the parties have agreed that Defendants will not contest service of process of the Complaint and accompanying documents initiating the lawsuit;

12 | IT IS HEREBY STIPULATED between the parties, by and through their counsel of record, that Defendants' time to answer, object or otherwise plead to the Complaint in the above-captioned Civil Action shall be extended up to and including September 11, 2006.

Dated: July 31, 2006.                    JONES DAY

                                         By: _____/s/_____
                                              Maria K. Nelson

                                         Attorney for Defendants
                                         SEAN SWEENEY, IN HIS CAPACITY AS
                                         TRUSTEE OF THE ESTATE OF JAMES
                                         JOYCE, AND THE ESTATE OF JAMES
                                         JOYCE

Dated: July 31, 2006                     STANFORD LAW SCHOOL CYBERLAW
                                         CLINIC CENTER FOR INTERNET AND
                                         SOCIETY


                                         By _____/s/_____
                                              David S. Olson

                                         Attorneys for Plaintiff
                                         CAROL LOEB SHLOSS