```
 1  Lawrence Lessig
    Jennifer Stisa Granick (SBN 168423)
 2  jennifer@law.stanford.edu
    David S. Olson (SBN 231675)
 3  dolson@law.stanford.edu
    STANFORD LAW SCHOOL CYBERLAW CLINIC
 4  CENTER FOR INTERNET AND SOCIETY
    559 Natyhan Abbott Way
 5  Stanford, California  94305-8610
    Telephone: (650) 724-0517
 6  Facsimile:  (650) 723-4426

 7  Robert Spoo (admitted pro hac vice)
    rspoo@dsda.com
 8  DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
    320 South Boston Avenue, Suite 500
 9  Tulsa, Oklahoma  74103-3725
    Telephone: (918) 591-5328
10  Facsimile: (918) 591-5360

11  Attorneys for Plaintiff

12  Maria K. Nelson (State Bar No. 155608)
    mknelson@jonesday.com
13  JONES DAY
    555 South Flower Street, Fiftieth Floor
14  Los Angeles, CA  90071-2300
    Telephone:    (213) 489-3939
15  Facsimile:    (213) 243-2539

16  Attorneys for Defendants
    SEAN SWEENEY, IN HIS CAPACITY AS TRUSTEE
17  OF THE ESTATE OF JAMES JOYCE, AND THE
    ESTATE OF JAMES JOYCE
18
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LOEB SHLOSS,<br><br>Plaintiff,<br><br>v.<br><br>SEAN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE,<br><br>Defendants. | Case No. C 06 3718 JW HRL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

LAI-2258722v1
Stipulation re Estate of James Joyce to extend time (third)

Stipulation to Extend Time to Respond to
Complaint C 06 3718 JW HRL

Dockets.Justia.com

1  WHEREAS, the Complaint in the above-captioned Civil Action was filed on June 12, 2006;

2  WHEREAS, on or about July 13, 2006, the parties filed a Stipulation to Extend Time to Respond to Complaint, stipulating that Defendants' time to respond to the Complaint was initially extended up to and including July 31, 2006;

3  WHEREAS, on or about July 31, 2006, the parties filed a Stipulation to Extend Time to Respond to Complaint, stipulating that Defendants' time to respond to the Complaint was extended up to and including September 11, 2006;

4  WHEREAS, the parties have agreed to a further extension of time for Defendants to answer, object or otherwise plead to the Complaint up to and including September 29, 2006, which date will not alter the date of any event or deadline set by the Court in its Order Setting Initial Case Management Conference and ADR Deadlines, filed on June 12, 2006;

5  IT IS HEREBY STIPULATED between the parties, by and through their counsel of record, that Defendants' time to answer, object or otherwise plead to the Complaint in the above-captioned Civil Action shall be extended up to and including September 29, 2006.

Dated: September 8, 2006.

JONES DAY

By: /s/
    Maria K. Nelson

Attorney for Defendants
SEAN SWEENEY, IN HIS CAPACITY AS
TRUSTEE OF THE ESTATE OF JAMES
JOYCE, AND THE ESTATE OF JAMES
JOYCE

Dated: September 8, 2006

STANFORD LAW SCHOOL CYBERLAW
CLINIC CENTER FOR INTERNET AND
SOCIETY

By /s/
   David S. Olson

Attorneys for Plaintiff
CAROL LOEB SHLOSS