1   Lawrence Lessig
    Jennifer Stisa Granick (SBN 168423)
2   jennifer@law.stanford.edu
    David S. Olson (SBN 231675)
3   dolson@law.stanford.edu
    STANFORD LAW SCHOOL CYBERLAW CLINIC
4   CENTER FOR INTERNET AND SOCIETY
    559 Natyhan Abbott Way
5   Stanford, California  94305-8610
    Telephone: (650) 724-0517
6   Facsimile:  (650) 723-4426

7   Robert Spoo (admitted *pro hac vice*)
    rspoo@dsda.com
8   DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
    320 South Boston Avenue, Suite 500
9   Tulsa, Oklahoma  74103-3725
    Telephone: (918) 591-5328
10  Facsimile: (918) 591-5360

11  Attorneys for Plaintiff

12  Maria K. Nelson (State Bar No. 155608)
    mknelson@jonesday.com
13  JONES DAY
    555 South Flower Street, Fiftieth Floor
14  Los Angeles, CA  90071-2300
    Telephone:    (213) 489-3939
15  Facsimile:    (213) 243-2539

16  Attorneys for Defendants
    SEAN SWEENEY, IN HIS CAPACITY AS TRUSTEE
17  OF THE ESTATE OF JAMES JOYCE, AND THE
    ESTATE OF JAMES JOYCE

18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21

22  **CAROL LOEB SHLOSS,**              Case No. C 06 3718 JW HRL

23              **Plaintiff,**          **STIPULATION TO EXTEND TIME
                                        TO RESPOND TO COMPLAINT**
24          **v.**

25  **SEAN SWEENEY, in his capacity as
    trustee of the Estate of James Joyce, and**
26  **THE ESTATE OF JAMES JOYCE,**

27          **Defendants.**

28

LAI-2258722v1
Stipulation re Estate of James Joyce to extend time (third)

APPROVED
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dockets.Justia.com

1    WHEREAS, the Complaint in the above-captioned Civil Action was filed on June 12,

2    2006;

3    WHEREAS, on or about July 13, 2006, the parties filed a Stipulation to Extend Time to

4    Respond to Complaint, stipulating that Defendants' time to respond to the Complaint was initially

5    extended up to and including July 31, 2006;

6    WHEREAS, on or about July 31, 2006, the parties filed a Stipulation to Extend Time to

7    Respond to Complaint, stipulating that Defendants' time to respond to the Complaint was

8    extended up to and including September 11, 2006;

9    WHEREAS, the parties have agreed to a further extension of time for Defendants to

10    answer, object or otherwise plead to the Complaint up to and including September 29, 2006,

11    which date will not alter the date of any event or deadline set by the Court in its Order Setting

12    Initial Case Management Conference and ADR Deadlines, filed on June 12, 2006;

13    IT IS HEREBY STIPULATED between the parties, by and through their counsel of

14    record, that Defendants' time to answer, object or otherwise plead to the Complaint in the above-

15    captioned Civil Action shall be extended up to and including September 29, 2006.

16    Dated: September 8, 2006.                    JONES DAY

17

18                                                By: _____/s/_____
                                                      Maria K. Nelson
19
                                                  Attorney for Defendants
20                                                SEAN SWEENEY, IN HIS CAPACITY AS
                                                  TRUSTEE OF THE ESTATE OF JAMES
21                                                JOYCE, AND THE ESTATE OF JAMES
                                                  JOYCE
22
23    Dated: September 8, 2006                    STANFORD LAW SCHOOL CYBERLAW
                                                  CLINIC CENTER FOR INTERNET AND
                                                  SOCIETY
24

25

26                                                By _____/s/_____
                                                      David S. Olson
27
                                                  Attorneys for Plaintiff
28                                                CAROL LOEB SHLOSS

LAI-2258722v1
Stipulation re Estate of James Joyce to extend time (third)         - 2 -          Stipulation to Extend Time to Respond to
                                                                                   Complaint C 06 3718 JW HRL