1   Lawrence Lessig
2   Jennifer Stisa Granick (SBN 168423)
    jennifer@law.stanford.edu
3   David S. Olson (SBN 231675)
    dolson@law.stanford.edu
    STANFORD LAW SCHOOL CYBERLAW CLINIC
4   CENTER FOR INTERNET AND SOCIETY
5   559 Natyhan Abbott Way
    Stanford, California  94305-8610
6   Telephone: (650) 724-0517
    Facsimile:  (650) 723-4426

7   Robert Spoo (admitted *pro hac vice*)
    rspoo@dsda.com
8   DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
9   320 South Boston Avenue, Suite 500
    Tulsa, Oklahoma  74103-3725
10  Telephone: (918) 591-5328
    Facsimile: (918) 591-5360

11  Attorneys for Plaintiff

12  Maria K. Nelson (State Bar No. 155608)
    mknelson@jonesday.com
13  JONES DAY
14  555 South Flower Street, Fiftieth Floor
    Los Angeles, CA  90071-2300
15  Telephone:  (213) 489-3939
    Facsimile:   (213) 243-2539

16  Attorneys for Defendants
    SEAN SWEENEY, IN HIS CAPACITY AS
17  TRUSTEE OF THE ESTATE OF JAMES
    JOYCE, AND THE ESTATE OF JAMES
18  JOYCE

19                  UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21

22  **CAROL LOEB SHLOSS,**              Case No. C 06 3718 JW HRL

23              **Plaintiff,**          **STIPULATION AND
                                        [PROPOSED] ORDER TO
24        **v.**                        EXTEND TIME TO RESPOND
                                        TO COMPLAINT; MOVE CASE
25  **SEAN SWEENEY, in his capacity as**  MANAGEMENT
    **trustee of the Estate of James Joyce,**  CONFERENCE
26  **and THE ESTATE OF JAMES**
    **JOYCE,**                          Current CMC Date:  Oct. 23, 2006
27                                      Requested CMC Date:  Nov. 20,
                **Defendants.**                              2006
28

    LAI-2261450v1                        Joint Request to Extend Time to Respond to
                                         Complaint, Move CMC C 06 3718 JW HRL

1    WHEREAS, the Complaint in the above-captioned Civil Action was filed on

2    June 12, 2006;

3    WHEREAS, to date, the parties have sought and received three extensions of

4    time for Defendants to respond to the Complaint, so that the time to respond

5    currently is on or before September 29, 2006; and

6    WHEREAS, the parties are engaged in settlement discussions.  In order to

7    continue such discussions and devote their resources to them, the parties agree, and

8    respectfully request this Court to Order, a thirty day extension of the date by which

9    the Defendants must answer, object or otherwise plead to the Complaint, up to and

10   including October 30, 2006.  The parties further request that the date of any event

11   or deadline set by the Court in its Order Setting Initial Case Management

12   Conference and ADR Deadlines, filed on June 12, 2006, be moved as outlined

13   below.

14   IT IS HEREBY STIPULATED between the parties, by and through their

15   counsel of record, and the Court is respectfully requested to ORDER that the

16   schedule be changed to the following:

17   October 30, 2006: Last day for Defendants to answer, object or otherwise

18   plead to the Complaint;

19   21 days before CMC: Last Day to Meet and Confer re: initial disclosures,

20   early settlement, ADR process selection, and discovery plan; file ADR Certification

21   signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice

22   of Need for ADR Phone Conference.

23   7 Days before CMC: Last day to complete initial disclosures or state

24   objection in Rule 26(f) Report, file Case Management Statement, and file

25   Rule 26(f) Report;

26

27

28

November 20, 2006, or as soon thereafter as is convenient for the Court: Initial Case Management Conference.

Dated:  September 29, 2006.                    JONES DAY


By:_____/s/_____
            Maria K. Nelson

Attorney for Defendants
SEAN SWEENEY, IN HIS
CAPACITY AS TRUSTEE OF THE
ESTATE OF JAMES JOYCE, AND
THE ESTATE OF JAMES JOYCE

Dated:  September 29, 2006                      STANFORD LAW SCHOOL
                                               CYBERLAW CLINIC CENTER FOR
                                               INTERNET AND SOCIETY


By _____/s/_____
            David S. Olson

Attorneys for Plaintiff
CAROL LOEB SHLOSS

IT IS SO ORDERED.


Dated:  _____.


                      By _____
                          Judge, United States District Court