1   Lawrence Lessig
    Jennifer Stisa Granick (SBN 168423)
2   jennifer@law.stanford.edu
    David S. Olson (SBN 231675)
3   dolson@law.stanford.edu
    STANFORD LAW SCHOOL CYBERLAW CLINIC
4   CENTER FOR INTERNET AND SOCIETY
    559 Natyhan Abbott Way
5   Stanford, California  94305-8610
    Telephone: (650) 724-0517
6   Facsimile:  (650) 723-4426

7   Robert Spoo (admitted *pro hac vice*)
    rspoo@dsda.com
8   DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
    320 South Boston Avenue, Suite 500
9   Tulsa, Oklahoma  74103-3725
    Telephone: (918) 591-5328
10  Facsimile: (918) 591-5360

11  Attorneys for Plaintiff

12  Maria K. Nelson (State Bar No. 155608)
    mknelson@jonesday.com
13  JONES DAY
    555 South Flower Street, Fiftieth Floor
14  Los Angeles, CA  90071-2300
    Telephone:   (213) 489-3939
15  Facsimile:    (213) 243-2539

16  Attorneys for Defendants
    SEAN SWEENEY, IN HIS CAPACITY AS
17  TRUSTEE OF THE ESTATE OF JAMES
    JOYCE, AND THE ESTATE OF JAMES
18  JOYCE

19

20                  UNITED STATES DISTRICT COURT

21                  NORTHERN DISTRICT OF CALIFORNIA

22  **CAROL LOEB SHLOSS,**              **Case No. C 06 3718 JW HRL**

23          **Plaintiff,**             **STIPULATION AND
                                       [PROPOSED] ORDER TO**
24      **v.**                         **EXTEND TIME TO RESPOND
                                       TO COMPLAINT; MOVE CASE**
25  **SEAN SWEENEY, in his capacity as**  **MANAGEMENT**
    **trustee of the Estate of James Joyce,**  **CONFERENCE**
26  **and THE ESTATE OF JAMES**
    **JOYCE,**                         Current CMC Date:  Oct. 23, 2006
27                                     Requested CMC Date:  Nov. 20,
            **Defendants.**                              2006
28

    LAI-2261450v1                     Joint Request to Extend Time to Respond to
                                       Complaint, Move CMC C 06 3718 JW HRL

1    WHEREAS, the Complaint in the above-captioned Civil Action was filed on

2  June 12, 2006;

3    WHEREAS, to date, the parties have sought and received three extensions of

4  time for Defendants to respond to the Complaint, so that the time to respond

5  currently is on or before September 29, 2006; and

6    WHEREAS, the parties are engaged in settlement discussions.  In order to

7  continue such discussions and devote their resources to them, the parties agree, and

8  respectfully request this Court to Order, a thirty day extension of the date by which

9  the Defendants must answer, object or otherwise plead to the Complaint, up to and

10  including October 30, 2006.  The parties further request that the date of any event

11  or deadline set by the Court in its Order Setting Initial Case Management

12  Conference and ADR Deadlines, filed on June 12, 2006, be moved as outlined

13  below.

14    IT IS HEREBY STIPULATED between the parties, by and through their

15  counsel of record, and the Court is respectfully requested to ORDER that the

16  schedule be changed to the following:

17    October 30, 2006: Last day for Defendants to answer, object or otherwise

18  plead to the Complaint;

19    21 days before CMC: Last Day to Meet and Confer re: initial disclosures,

20  early settlement, ADR process selection, and discovery plan; file ADR Certification

21  signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice

22  of Need for ADR Phone Conference.

23    7 Days before CMC: Last day to complete initial disclosures or state

24  objection in Rule 26(f) Report, file Case Management Statement, and file

25  Rule 26(f) Report;

26

27

28

LAI-2261450v1

- 1 -

Joint Request to Extend Time to Respond to
Complaint, Move CMC C 06 3718 JW HRL

1    November 20, 2006, or as soon thereafter as is convenient for the Court:

2  Initial Case Management Conference.

3

4  Dated:  September 29, 2006.                JONES DAY

5

6                                             By: _____/s/_____
                                                   Maria K. Nelson
7
                                             Attorney for Defendants
8                                            SEAN SWEENEY, IN HIS
                                             CAPACITY AS TRUSTEE OF THE
9                                            ESTATE OF JAMES JOYCE, AND
                                             THE ESTATE OF JAMES JOYCE
10

11 Dated:  September 29, 2006                 STANFORD LAW SCHOOL
                                             CYBERLAW CLINIC CENTER FOR
12                                           INTERNET AND SOCIETY

13

14                                           By _____/s/_____
                                                   David S. Olson
15
                                             Attorneys for Plaintiff
16                                           CAROL LOEB SHLOSS

17

18

19 IT IS SO ORDERED.

20
            10/2/06
21 Dated:  _____ .

22

23                                    By _____
                                           Judge, United States District Court
24

25

26

27

28

LAI-2261450v1                                          Joint Request to Extend Time to Respond to
                                   - 2 -                Complaint, Move CMC C 06 3718 JW HRL