1  BERNARD A. BURK (No. 118083)
   bburk@howardrice.com
2  ROBERT SPOO (Admitted Pro Hac Vice)
   rspoo@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone: 415/434-1600
6  Facsimile: 415/217-5910

7  Attorneys for Plaintiff
   CAROL LOEB SHLOSS

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION


CAROL LOEB SHLOSS,                    No. C 06 3718 JW HRL

           Plaintiff,                 SUBSTITUTION OF COUNSEL

     v.

SEAN SWEENEY, in his capacity as trustee
of the Estate of James Joyce, and THE
ESTATE OF JAMES JOYCE,

           Defendants.

SUBSTITUTION OF COUNSEL

Oct 03 06 07:31p   Carol Shloss                                                    1-207-483-2160              p.3
OCT-03-06  05:39PM   FROM-HOWARD,RICE,ET AL. (415)217-5910        +14152175910       T-239  P.03/03  F-826

1  TO THE ABOVE-CAPTIONED COURT AND TO THE PARTIES:

2  Plaintiff Carol Loeb Shloss hereby substitutes Bernard A. Burk, Howard Rice
3  Nemerovski Canady Falk & Rabkin, A Professional Corporation, Three Embarcadero
4  Center, 7th Floor, San Francisco, California 94111-4024, telephone number (415) 434-1600,
5  facsimile number (415) 217-5910, email bburk@howardrice.com, as its counsel of record in
6  the above-captioned action in place of Doerner, Saunders, Daniel & Anderson, LLP.

7

8  I CONSENT TO THE ABOVE SUBSTITUTION:

9  DATED: September ___, 2006.
10      3 Oct 2006                                                  _____
                                                                           CAROL LOEB SHLOSS
11

12  WE CONSENT TO THE ABOVE SUBSTITUTION:

13  DATED: September 29, 2006.
14                                                    DOERNER, SAUNDERS, DANIEL &
                                                      ANDERSON, L.L.P.
15
                                                      By: _____
16                                                              RICHARD P. HIX

17

18  WE ACCEPT THE ABOVE SUBSTITUTION:
         October 25
19  Dated: ~~September~~ ___, 2006.

20                                                    HOWARD RICE NEMEROVSKI CANADY
                                                      FALK & RABKIN
21                                                    A Professional Corporation

22                                                    By: _____/s/_____
                                                              BERNARD A. BURK
23

24

25

26

27

28

SUBSTITUTION OF COUNSEL
-1-