Oct 03 06 07:31p      Carol Shloss                    1-207-483-2160        p.3
OCT-03-06 05:39PM  FROM-HOWARD,RICE,ET AL.(415)217-5910   +14152175910   T-239  P.03/03  F-826

1   TO THE ABOVE-CAPTIONED COURT AND TO THE PARTIES:

2   Plaintiff Carol Loeb Shloss hereby substitutes Bernard A. Burk, Howard Rice

3   Nemerovski Canady Falk & Rabkin, A Professional Corporation, Three Embarcadero

4   Center, 7th Floor, San Francisco, California 94111-4024, telephone number (415) 434-1600,

5   facsimile number (415) 217-5910, email bburk@howardrice.com, as its counsel of record in

6   the above-captioned action in place of Doerner, Saunders, Daniel & Anderson, LLP.

7

8   I CONSENT TO THE ABOVE SUBSTITUTION:

9   DATED: September ___, 2006.

10       3 oct 2006                              CAROL LOEB SHLOSS

11

12  WE CONSENT TO THE ABOVE SUBSTITUTION:

13  DATED: September 29, 2006.

14                                  DOERNER, SAUNDERS, DANIEL &
                                    ANDERSON, L.L.P.
15

16                                  By: _____
                                         RICHARD P. HIX
17

18  WE ACCEPT THE ABOVE SUBSTITUTION:

19  Dated: September ___, 2006.
           October 25

20                                  HOWARD RICE NEMEROVSKI CANADY
                                    FALK & RABKIN
21                                  A Professional Corporation

22                                  By: _____ /s/
23                                       BERNARD A. BURK

24

25

26

27

28

                        SUBSTITUTION OF COUNSEL
                                -1-