# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Shloss, | 06-03718 JW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Sweeney, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
06-03718 JW                                     -1-

Dockets.Justia.com

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: November 2, 2006

                    RICHARD W. WIEKING
                    Clerk
                    by:   Timothy J. Smagacz

                    */s/ Timothy Smagacz*

                    ADR Administrative Assistant
                    415-522-4205
                    Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
06-03718 JW                     -2-

(Left margin: United States District Court, Northern District of California)

**PROOF OF SERVICE**

Case Name:     Shloss v. Sweeney

Case Number:   06-03718 JW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On November 2, 2006, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> David S. Olson
> Stanford Law School Center for Internet and Society
> 559 Nathan Abbott Way
> Stanford, CA 94305-8610
> dolson@law.stanford.edu
>
> Lawrence Lessig
> Center for Internet & Society
> Crown Quadrangle
> 559 Nathan Abbot Way
> Stanford, CA 94305-8610
>
> Jennifer Stisa Granick
> Center for Internet & Society
> Stanford Law School
> Crown Quadrangle
> 559 Nathan Abbott Way
> Stanford, CA 94305-8610
> JENNIFER@LAW.STANFORD.EDU

Bernard A. Burk
Howard, Rice, Nemerovski, Canady, Falk & Rabkin
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4065
bburk@howardrice.com

Anthony T. Falzone
Stanford Law School
559 Nathan Abbott Way
cyberlaw Clinic Center for Internet and Society
Stanford, CA 94305-8610
afalzone@mdbe.com

Mark A. Lemley
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704
mlemley@kvn.com

Matthew Mickle Werdegar
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
mmw@kvn.com

Dorothy Rebecca McLaughlin
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
dmclaughlin@kvn.com

Maria K. Nelson
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
mknelson@jonesday.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 2, 2006 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

        *Timothy Smagacz*
        _____
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov