| | |
|---|---|
| 1 | LAWRENCE LESSIG |
| 2 | JENNIFER STISA GRANICK (SBN 168423)<br>ANTHONY T. FALZONE (SBN 190845) |
| 3 | DAVID S. OLSON (SBN 231675)<br>STANFORD LAW SCHOOL |
| 4 | CENTER FOR INTERNET AND SOCIETY<br>559 Nathan Abbott Way |
| 5 | Stanford, California 94305-8610<br>Telephone: (650) 724-0517 |
| 6 | Facsimile: (650) 723-4426 |
| 7 | (Additional counsel listed on next page) |
| 8 | Attorneys for Plaintiff |
| 9 | MARIA K. NELSON (State Bar No. 155608)<br>JONES DAY |
| 10 | 555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA  90071-2300 |
| 11 | Telephone:   (213) 489-3939<br>Facsimile:    (213) 243-2539 |
| 12 | Attorneys for Defendants |
| 13 | SEAN SWEENEY, in his capacity as<br>Trustee of the Estate of James Joyce, |
| 14 | AND THE ESTATE OF JAMES JOYCE |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROL LOEB SHLOSS,**<br><br>     **Plaintiff,**<br><br>     v.<br><br>**SEAN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE,**<br><br>     **Defendants.** | Case No. C 06 3718 JW HRL<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS MOTION TO DISMISS AMENDED COMPLAINT AND RESETTING CASE MANAGEMENT CONFERENCE** |

LAI-2261450v1

Stipulation Setting Briefing Schedule For Def.
Motion to Dismiss Amended Complaint And
Resetting CMC - C 06 3718 JW HRL

The Amended Complaint in this action was filed on October 25, 2006, and defendants have indicated they intend to move to dismiss the Amended Complaint. Accordingly, the parties stipulate as follows:

1. Defendants acknowledge receipt and accept service of the Amended Complaint through their counsel listed above.

2. Defendants shall file and serve their motion to dismiss the complaint on or before November 17, 2006.

3. Plaintiff shall file and serve her opposition to defendants' motion to dismiss on or before December 15, 2006.

4. Defendants shall file and serve their reply in support of their motion to dismiss on or before January 8, 2007.

5. The hearing on defendants' motion to dismiss shall be scheduled for January 16, 2007 at 9:00 am.

6. The Initial Case Management Conference (currently scheduled for November 20, 2006) shall be scheduled for January 29, 2007 at 9:00 a.m. The parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan no later than January 8, 2007. Initial Disclosures under Rule 26(f) shall be postponed until after the resolution of defendants' motion to dismiss.

7. All parties agree to accept service by electronic mail under Rule 5(b)(2)(D) so long as service is also made on all counsel by Federal Express or overnight mail. A service list for each party is attached as Exhibit A to this stipulation.

Dated: November 9, 2006.                JONES DAY

                                        By:  /S/
                                        ———————————————
                                        Maria K. Nelson

                                        Attorney for Defendants
                                        SEAN SWEENEY, IN HIS
                                        CAPACITY AS TRUSTEE OF THE
                                        ESTATE OF JAMES JOYCE, and
                                        THE ESTATE OF JAMES JOYCE

Dated: November 9, 2006                 STANFORD LAW SCHOOL
                                        CENTER FOR INTERNET AND
                                        SOCIETY


                                        By:  /S/
                                        ———————————————
                                        Anthony T. Falzone

                                        Attorneys for Plaintiff
                                        CAROL LOEB SHLOSS


IT IS SO ORDERED.

Dated: _____.

                        By ———————————————
                            United States District Judge

# EXHIBIT A

**Service on Plaintiff shall be addressed as follows:**

ANTHONY T. FALZONE (SBN 190845)
anthony.falzone@stanford.edu
DAVID S. OLSON (SBN 231675)
dolson@law.stanford.edu
STANFORD LAW SCHOOL
CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-0517
Facsimile: (650) 723-4426

MATTHEW M. WERDEGAR (SBN 200470)
mwerdegar@kvn.com
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

ROBERT SPOO (admitted pro hac vice)
spoo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, APC
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910

**Service on Defendants shall be addressed as followed:**

MARIA K. NELSON (State Bar No. 155608)
mknelson@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539