1  Maria K. Nelson (State Bar No. 155,608)
   mknelson@jonesday.com
2  Anna E. Raimer (State Bar No. 234,794)
   aeraimer@jonesday.com
3  JONES DAY
   555 South Flower Street, Fiftieth Floor
4  Los Angeles, CA  90071-2300
   Telephone:    (213) 489-3939
5  Facsimile:    (213) 243-2539

6  Attorneys for Defendants
   SEÁN SWEENEY, IN HIS CAPACITY AS TRUSTEE
7  OF THE ESTATE OF JAMES JOYCE, AND THE
   ESTATE OF JAMES JOYCE

8

9                  UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| **CAROL LOEB SHLOSS,** | Case No. C06-3718 JW HRLx |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE TO STRIKE, CAROL LOEB SHLOSS'S AMENDED COMPLAINT** |
| v. | |
| **SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE,** | |
| Defendants. | Date:    January 22, 2007<br>Time:    9:00 a.m.<br>Judge:   The Honorable James Ware |

LAI-2263775v1                                           Case No. C06-3718 JW HRL

Dockets.Justia.com

1  Having read and considered Defendants' Motion to Dismiss, or in the Alternative to
2  Strike, Carol Loeb Shloss's Amended Complaint, and supporting papers, and having heard and
3  considered arguments of counsel, the Court orders as follows:
4  IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Carol Loeb Shloss's
5  Amended Complaint is GRANTED, and Defendants are awarded their reasonable attorneys' fees
6  and costs.
7  Therefore, it is further ORDERED that the above-captioned action be dismissed.

**IT IS SO ORDERED**.

DATED: _____, 2006          _____
                                       Hon. James Ware
                                       United States District Judge