## PROOF OF SERVICE

I, Frances M. Corrales, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On November 17, 2006, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE TO STRIKE, CAROL LOEB SHLOSS'S AMENDED COMPLAINT**

**NOTICE OF MOTION AND MOTION OF DEFENDANTS SEAN SWEENEY AND THE ESTATE OF JAMES JOYCE TO DISMISS, OR IN THE ALTERNATIVE TO STRIKE, CAROL LOEB SHLOSS'S AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF MARIA K. NELSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CAROL LOEB SHLOSS'S COMPLAINT**

**DECLARATION OF SEAN SWEENEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CAROL LOEB SHLOSS'S COMPLAINT**

**DECLARATION OF GRACE SMITH**

☒ by transmitting via electronic mail the document(s) listed above to the e-mails listed on attached service list set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service

PROOF OF SERVICE

1  is presumed invalid if postal cancellation date or postage meter date is more than
2  one day after date of deposit for mailing in affidavit.
3      I declare that I am employed in the office of a member of the bar of this court
4  at whose direction the service was made.
5      Executed on November 17, 2006, at Los Angeles, California.

*[signature]*
Frances M. Corrales

# SERVICE LIST

Anthony T. Falzone, Esq.
Anthony.falzone@stanford.edu
David S. Olson, Esq.
dolson@law.stanford.edu
STANFORD LAW SCHOOL
CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-0517
Facsimile: (650) 723-4426

Matthew W. Werdegar, Esq.
mwerdegar@kvn.com
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Robert Spoo, Esq.
spoo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, APC
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910


**COURTESY COPY**:
Clerk's Office
United States District Court – Northern District
280 South 1st Street
San Jose, CA 95113

Attention: Judge James Ware

LAI-2267707v1