1  Maria K. Nelson (State Bar No. 155608)
   mknelson@jonesday.com
2  JONES DAY
   555 South Flower Street, Fiftieth Floor
3  Los Angeles, CA 90071-2300
   Telephone:   (213) 489-3939
4  Facsimile:   (213) 243-2539

5  Attorneys for Defendants
   SEAN SWEENEY, IN HIS CAPACITY AS TRUSTEE
6  OF THE ESTATE OF JAMES JOYCE, AND THE
   ESTATE OF JAMES JOYCE
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  **CAROL LOEB SHLOSS,**              Case No. C 06 3718 JW HRL

12           Plaintiff,                 **DECLARATION OF GRACE SMITH**

13      v.

14  **SEAN SWEENEY, in his capacity as
    trustee of the Estate of James Joyce, and**
15  **THE ESTATE OF JAMES JOYCE,**

16           Defendants.

LAI-2253479v1                          Declaration of Grace Smith C 06 3718 JW HRL

Dockets.Justia.com

I, Grace Smith, do hereby declare:

1. I am a partner with the firm of McCann FitzGerald, in Dublin, Ireland, and head the firm's Intellectual Property practice there. I make this declaration in support of Sean Sweeney, in his capacity as Trustee of the Estate of James Joyce, as well as The Estate of James Joyce ("Defendants"), in the litigation brought against them by Carol Loeb Shloss. Except as otherwise stated, I have personal and first-hand knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2. McCann FitzGerald represents the Estate of James Joyce, which administers the copyrights to the works of James Joyce, as well as the immediate family of James Joyce. In 2005, I engaged in a series of correspondence with counsel for Carol Loeb Shloss regarding the website that is the subject of the present litigation. I received the correspondence discussed herein addressed to McCann FitzGerald, and prepared and signed the correspondence discussed herein from McCann FitzGerald. Apart from the correspondence noted herein, neither I, nor, to my knowledge, anyone else representing the Estate of James Joyce, had any discourse with Ms. Shloss, or her counsel or publishers, regarding the website.

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated March 9, 2005 from Jennifer Granick and Lawrence Lessig, of Stanford Law School, to my client Stephen James Joyce, which letter was forwarded to McCann FitzGerald for response.

4. Attached hereto as Exhibit 2 is a true and correct copy of the contents of the Web site referred to in the March 9, 2005 letter to Mr. Joyce, which was downloaded at my direction.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter dated April 8, 2005 from McCann FitzGerald to Jennifer Granick and Lawrence Lessig, responding to their letter to Mr. Joyce.

6. Attached hereto as Exhibit 4 is a true and correct copy of a letter dated April 20, 2005 from Jennifer Granick to McCann FitzGerald.

7. Attached hereto as Exhibit 5 is a true and correct copy of a letter dated May 13, 2005 from McCann FitzGerald to Jennifer Granick and Lawrence Lessig.

8. Attached hereto as Exhibit 6 is a true and correct copy of a letter dated June 9, 2005 from Lawrence Lessig to McCann FitzGerald.

9. Attached hereto as Exhibit 7 is a true and correct copy of a letter dated December 15, 2005 from Lawrence Lessig to McCann FitzGerald.

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter dated December 23, 2005 from McCann FitzGerald to Lawrence Lessig.

11. After December 23, 2005, I had no further correspondence with counsel for Ms. Shloss until the present lawsuit was filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed outside the United States at _____Dublin_____, Ireland, this 1st day of August, 2006.

By: _____
Grace Smith

STATE OF IRELAND
CITY OF DUBLIN

ON THIS 1ST DAY OF AUGUST 2006, BEFORE ME A NOTARY PUBLIC IN AND FOR SAID CITY AND STATE, PERSONALLY APPEARED GRACE SMITH, THE PERSON WHO EXECUTED THE FOREGOING DECLARATION AND ACKNOWLEDGED THE SAME TO BE HER VOLUNTARY ACT AND DEED.

_____
MICHAEL V. O'MAHONY
41 Palmerston Road,
Rathmines,
Dublin 6, Ireland.
NOTARY PUBLIC
Commissioned for Life

LAI-2253479v1

- 3 -

Declaration of Grace Smith C 06 3718 JW HRL

APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: Ireland

2. This public document has been signed by *Michael V. O'Mahony*

3. acting in the capacity of *Notary Public*

4. bears the seal/stamp of ........................

Certified

5. at Dublin ..................... 6. the *1/8/06*

7. by the Department of Foreign Affairs

8. No. *41106/06*

9. Seal/stamp:

10. Signature: *Mary Lehane*