# EXHIBIT 1

**Exhibit 1**

Dockets.Justia.com

*Joyce - Lucia Joy*

23-03-05    13:06 555555555        JJ ESTATE        ->5318290010 ECM

PAGE 01



### STANFORD LAW SCHOOL

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610

**Jennifer Stisa Granick**
*Director,*
*Center for Internet and Society*
Tel: 650.724.0014
Fax: 650.724.4426
E-mail: jennifer@granick.com

March 9, 2005

M. Stephen Joyce
2 Rue Civry
Paris, 75016 France

Dear Mr. Joyce:

By way of introduction, we represent Professor Carol Shloss. As you know, Prof. Shloss recently published the book, *Lucia Joyce: To Dance in the Wake*. The publisher, Farrar, Straus and Giroux had concerns about permissions for Prof. Shloss's use of letters and writings of James Joyce to illustrate the writer's relationship with his daughter. As a result, a significant portion of the biography quoting James Joyce was omitted. To aid scholars and researchers, Prof. Shloss intents to publish an Internet web page that will indicate where in the book the publisher omitted material, and what material was omitted.

We have advised Prof. Shloss that her use of these materials in this way is protected by copyright's fair use doctrine. Nonetheless, we are hereby showing the material to you for your review first. To access the information, visit http://www.lucia-the-authors-cut.info. You will be prompted for a username and password.

username: joyce
password: limitedtimes

If you have any objections, please let us know promptly. We intend to open the site March 30, 2005.

Thank you for your attention.

Sincerely,

CC: Lorna Brazell
Cliona O'Sullivan

Jennifer Granick, Esq.
Lawrence Lessig, Esq.

**Exhibit 1**

*wou*
*Nl*

# EXHIBIT 2

**Exhibit 2**

## Chapter 1

1. "Remembering your shapes and sizes on the pillow of your babycurls." (Page 42)

2. Dormiva durante il giorno/Dormiva durante la notte (Page 42)

3. "Giorgio...spends his day pulling about papers clothes and shoes. He is cursed frequently by both his parents form is laying the comb and the sponge or the towel or my hate or shoes: and when asked where it is he points to the ceiling or the window and says 'la!'" (Page 43)

4. "Is there any fear of Georgie being rivalled at present?" she asked. "I hope not. That would be the climax." (Page 43)

5. "I am simply waiting for a little financial change which will enable me to change my life. At the latest it will come at the end of two years but even if it does not come Ishall do the best I can. I have hesitated before telling you that I imagine the present relations between Nora and myself are about to suffer some alteration." (Page 44)

2

**Exhibit 2**



6."Are you annoyed?"he asked. (Page 45)



7. "[r]emember there are three people now. And I suppose it will be worse when there are four." (Page 46)

8."As for Nora and Georgie it seems to me easy to exaggerate. I suppose it will hardly come to starvation point." (Page 46)

9."We met and joined our bodies and souls freely and nobly and our children are the fruit of our bodies. Good night, my dearest girl, my little Galway bride, my tender love from Ireland."53 (Page 50)

3

**Exhibit 2**

10. "[T]ell that comical daughter of mine that I would send her a doll." (Page 52)

11.

C'era una volta, una bella bambina
Che si chiamava Lucia
Dormiva durante il giorno
Dormiva durante la notte
Perché non sapeva camminare
Perché non sapeva camminare
Dormiva durante il giorno
Dormiva durante la notte

Once upon a time there was a beautiful little girl
Who was named Lucia
She slept all day
She slept all night
Because she didn't know how to walk
Because she didn't know how to walk
She slept all day
She slept all night.
(Page 53)

12. "[S]he sang that song; that was [her] song. (Page 53)

13. "At two years old he sang operatic arias to the delight of the music loving Italians. The proprietor of the cafe would gladly give the young couple a free meal for this treat. Lucia a quiet, chubby little blue eyed baby toddles after her big brother... Giorgio was soon left to take care of her while his mother and father went out carousing at night." (Page 57)

4

**Exhibit 2**



14.
Frail the white rose and frail are
Her hands that gave
Whose soul is sere and paler

Than time's wan wave.
Rosefrail and fair — yet frailest
A wonder wild
In gentle eyes thou veilest,
My blueveined child.

15.
Of cool sweet dew and radiance mild
The moon a web of silence weaves
In the still garden where a child
Gathers the simple salad leaves.

A moondew stars her hanging hair
And Moonlight kisses her young brow
And, gathering, she sings an air:

Fair as the wave is, fair, art thou!

Be mine, I pray, a waxen ear
To shield me from her childish croon
And mine a shielded heart for her
Who gathers simples of the moon.

(Page 61)

5

**Exhibit 2**



## Chapter 2

16. "Though they're all but merely a schoolgirl yet these way went they." (FW 226.33-34) (Page 64)

17. At first I was surprised that my father had made a name for himself but then I got sort of used to the idea. (Page 65)

6

**Exhibit 2**



## Chapter 3

18. "Those first girly stirs." (Page 93)



19. "I scarely know him [Vail] though I think they met him or her somewhere. (Page 94)

7

**Exhibit 2**



Chapter 4

20. "Our pet pupil of the whole rythmetic class." (Page 106)

21. "Nora was always at pains to point out to the children that she and they were of no interest to people, that they were only interested in 'Himself.'" (Page 106)





22. "Mr. Joyce is waiting for me in the dining room as I am now his self appointed volunteer secretary. The large table is littered with notes and books of reference, with encyclopedias. All the lights are burning brightly although the room itself is light and sunny. Wearing an old white starched linen jacket, often stained with ink and sometimes with food, Babbo was so nearly sightless that even eating was not easy for him. He would rise to greet me as I entered. Nora would welcome me and then vanish into her own room. Lucia would wave to me on her way to a dancing class." (Page 107)

8

**Exhibit 2**





### Chapter 5

23. "And they leap so looply, looply, as they link to light."
(Page 123)





### Chapter 6

24. "Dances arranged by Harley Quinn" (Page 141)

9

**Exhibit 2**





## Chapter 7

25. "And vamp, vamp, vamp the girls are merchand"
(Page 163)

26. "to take care of Giorgio and Lucia while she [Nora]
was confined to the hospital, disgenuously referring to
them as 'the children'" (Page 165)



10

**Exhibit 2**






27. "that he found [her] pleasant to look at." " " I felt happy," she wrote, creating a scene of sduction that was as replete with the machinations of fate as any Harlequin romance: "I blushed like a school-girl. It was a happy night and nothing except perhaps a slight excited tingle around the region of my heart warned me that this eveningw as to be a turning point inmy life... For all time [my fate] was to be inextricably woven with the destiny of the man I had met that night." (Page 166)

28. "Standing tall and straight and looking young and very beautiful, he fixed his dark blue eyes on mine with such intensity, I blushed and he began to sign a lovely old Italian song, "Amaryllis." I thought I had never heard anything more lovely in my life. All his young passionate soul rang out in the small room and stirred my senses and my heart. I knew, as his feather knew, that he was in love with me. Accustomed to having young men as well as men nearer my own age attracted to me, still I was deeplymoved. I gazed back with equal intensity into his lovely Irish eyes and a new phase of my life, unknown to me, had begun. (Page 166)

When his fresh young baritone voice had faded away into the soft dark shadows of the room, the last poignant 'Amaryllis' had been sung with so much passion, I was inwardly rather embarrassed. It was surely obvious to everyone as to me, that Giorgio was very much interested in me. I applauded loudly and went up to him to thank him for his lovely song. He flushed and bowed in his comely and old fashioned, yet so charming way." (Page 166)

29. "perhaps the deus ex machine that was thens haping our ends." "It was," Helen admitted, "the old game that I loved. Buyt this boy was so young, so sweet. I did not want to hurt him. Loving him would only bring him pain. I hoped he would get over it butnot heartily or sincerely. I really liked his passionate adoration." (Page 166)

30. "the epitome of lovely young wifehood and womanhood, [with] great charm and wit." (Page 166)

11

**Exhibit 2**



31. "his wife, Lillian, was Canadian by birth I think [she was English] and I thought her very common. She spoke in a high pitched shrill voice with a short of cockney accent, her thin tense rather horselike face, her blonde stringy hair, her big teeth, her too thin body. I found not at all attractive. Perhaps there was a reason for the antagonism I felt toward her. Dear Lillian had been Giorgio's first romance. I think she seduced him but perhaps that is unkind. Certainly I never had any trouble getting away from her." (Page167)

32. "[r]emember there are three people now. And I suppose it will be worse when there are four." (Page 168)

33. "Babbo has my unconscious Calvary immortalized in the part of Finnegans Wake known as "Anna Livia Plurabelle" and the washerwomengossiping by the river are indubitably Nora and some friends of hers, eagerly ripping me apart and washing their own dirty linen in the river while I (as Anna) swim happily and uncsciously downstream followed by..H.C. Earwicker. Babbo never told me and I stupidly never suspected that I was the heroine of this masterpiece of prose and that he as H.C.E. was trying to catch my slim young form which was chasing after Giorgio who in the book is the twin brothers...Dear Dirty Dublin is passionately in the manner of a middle-aged man feeling love and life slipping through his fingers, pursuing youth and beauty in the person of Anna." (Page 168)

34. If Joyce's art followed life, then the life of his son followed art. "Do as I write, not as I do." Ulysses was not only a fact in Giorgio's life; it was a script. He had found a precursor in Blazes Boylan, even if the parent who had created the jaunty adulterer was scandalized by his behavior. He had "vicereversed" his father's use of Lillian Wallace as one of the models for Molly Bloom. (Page 168)



35. "very attractive and brilliant young French writers and I flirted and ate and drank a lot of good wine and had a perfectly wonderful time." (Page 168)

12

**Exhibit 2**



Chapter 8

36. "Exceedingly nice girls can strike exceedingly bad times." (Page 185)



37. "Lucia was very upset and depressed; she was suddenly left without an occupation or a career, and nothing seemed to take its place." (Page 196)

13

**Exhibit 2**





## Chapter 9

38. "This kissingwold's full of killing fellows." (Page 215)



39. Alec "was certainly never in love with Lucia," she wrote to Richard Ellman in 1959. He was "still in love with Hazel Guggenheim, with whom he had had an affair for about three years. I believe she had left him and returned to London, or started another one of her numerous affairs or marriages." (Page 218)



40. "but apart from that they are also a family document of great value to me and I regard their eventualloss in the same light as I should regard the loss of one of my own mss, which had cost me months of labor." (Page 249)

14

**Exhibit 2**





41. "Unfortunately," he told Harriet Weaver, "she seems to have antagonized a great number of people including her immediate relatives and as usual I am the fellow in the middle of the rain holding out both hands though whatever she is right in her blunt outspokenness or not is a question my head is too addled to answer." (Page 251)



42. "He was a member of many learned societies: "Membre de la société de pathologie comparée...de la Société anatomique...de l'association française pour l'étude du cancer...de la Société de dermatologie et de syphilligraphe...de la Société d'électrothérapie et de radiologie. de la Société de sexologie (membre fondateur, vice-president)...de la Société de l'anesthésie de d'anglésie." He held military titles and medals of distinction. In 1930, for example, he had been named Lauréat de l'académie des sciences; in 1933 he had been elected an Officier de la légion d'honneur. Not only was he honored for a distinguished career in public service, but he was also recognized for his pioneering work in obstetrics, especially inp roblems during pregnancy and anomolies of birth." (Page 256)

15



**Exhibit 2**





## Chapter 10

43. "Grisly old sykos who have done our unsmiling bit on 'alices, when they were yung and easily freudened." (Page 259)



44. "We found Lucia after seven months of the clinic almost on the verge of collapse. Utter despair. The doctors says [that] after all that time he can make no diagnostic. They are helpless in the case. The only hold she seems to have on life is her affection for us... I feel if she stays there she will simply fade out." (Page 272)



45. "pyrolyphics" (Page 273)

16

**Exhibit 2**





46. "commanding approaches to my intimast innermost"
(Page 274)



47. "The normal is 5000 to 6500. She has 17,000 to 20,000. He has never known another such case of constant leukocytes. This doesnot mean that she is anemic. She is not. Anemia is a deficiency of red corposcles [sic]. Nor does it mean that she has leukemia— white blood..."
(Page 275)



48. "for his beautiful corssmess parzel" (Page 281)

17

**Exhibit 2**



Chapter 11



49. "For a burning would is come to dance inane. Glamours hath moidered's lieb and herefore Coldours must leap no more." (Page 301)



50. "[i]n the form of mental or nervous malady she is subject to...the real trouble is not violence or incendiarism or hysterics or simulated suicide. These are hard to deal with but they prove that the person is still alive." (Page 314)



51. In Lucia's life, such a figure would bear the name of Maria Jolas, although it was the father who would die in the effort to disprove her judgement. (Page 322)

18

**Exhibit 2**

- 24 -




Chapter 12

52. "The pose of the daughter of the queen of the Emperour of Irelande." (Page 325)





53. "Giorgio is well now, Helen very well, and their child tremendously well" (Page 333)



54. "why you consider Lucia's daily walks round Dublin so undesirable? She is after all a woman of twenty eight and walking is a good exercise." (Page 346)

19

**Exhibit 2**





55. If ever there were the need for an ethics of sexual difference, they seemed to say to the Joyce "kids," it occurs with the question of female vagrancy."
(Page 349)

20

**Exhibit 2**



Chapter 13



56. "She sideslipped out by a gap in the Devil's glen while Sally her nurse was sound asleep." (Page 355)



57. ("three years are but a moment in the life of an ocean") and "remounts the salty water full of weeds and smiling happily." (Page 356)



58. "The instant I touched her hand...I knew some change had set in," (Page 357)

21

**Exhibit 2**





59. I have to pay the following bills immediately if not sooner (Page 378)



60. "Mr Joyce did not like to leave Paris as he was always most punctilious about his visits to his daugher. He always went out directly after lunch every Sunday afternoon. I never accompanied him," she said, "but from his description of what went on I could form a vivid and tragic picture." (Page 379)

61. "He could wait for her in the little parlor of the sanitarium. From my knowledge of French salons...I can picture the scene. The small dark, overcrowded salon, the thin, dark-haried girl and the slender man with the thick glasses. She would greet him as a rule with pleasure. He would always bring her some gift, candy or fruit or sometimes a present of some sort, once a wristwrach, I remember. They would talk for a while. She would ask about her mother and about Giorgio and me and Stephen. Then he or she would sit down at the piano and play and they would both sing. Sometimes they would dance together, and this to me is a terrible and fantastic picture. Babbo would tell us that they would dance with wild abandon together. Then woudl come the time when he had to go and a nurse would come to lead Lucia away. Babbo would return in the taxi, which he had kept waiting...in a state of complete exhaustion, near collapse. At dinner that evening at Fouquets he would tell us of the visit, eating almost nothing and drinking his usual succession of bottles of Swiss wine." (Page 379)

22

**Exhibit 2**



62. "It is rather curious that the two men in whom poor Lucia tried to see whatever she or any other woman or girl is looking for" (Page 384)

23

**Exhibit 2**



Chapter 14

63. "Arms apeal with larms, appalling, Killykillkily; a toll, a toll." (Page 389)



64. "Babbo would tell us that they would dance with wild abandon together...And this to me is a terrible and fantastic picture." (Page 390)

65. "'Che bello, che bello' had been her sarcastic response to Giorgio's rare Sunday visits to Ivry." (Page 390)



66. "mais je suppose que les autorites occupantes accorderaient sans difficulte la permission pour le transfert d'une maladesi je pourrais l'arranger" ("I suppose that there will be no difficulty with the occupying authorities' granting permission..." (Page 400)

24

**Exhibit 2**



Chapter 15

67. "Isolade, Liv's lonely daugher."
(Page 413)





Chapter 16

68. "I will write down all your names in my gold pen and ink. Everyday, previous, while m'm'ry's leaves are falling deeply" (Page 423)



69.
...Once
and for all, I'll have no college swankies (you see, I am well voiced in love's aresental and all its overture from collion boys to colleen bawns so I have every reason to know that rogues' gallery of nightbirds and bitchfanciers, lucky duffs and light lindsays, haughty hamiltons and gay gordons, dosed, doctored and otherwise, messing around skirts and what their fickling intentions
look like, you make up your mind to that) trespassing on your danger zone in the dancer years.
(Page 430)

25

**Exhibit 2**





**Epilogue**

70. "The river of lives, the regenerations of the incarnations." (Page 455)

26

**Exhibit 2**



# EXHIBIT 3

**Exhibit 3**

2 Harbourmaster Place
International Financial Services Centre
Dublin 1

Tel +353-1-829 0000
Fax +353-1-829 0010
email: postmaster@mccannfitzgerald.ie
website: http://www.mccannfitzgerald.ie
Dx 31 Dublin

# McCann FitzGerald
### SOLICITORS

our ref    GSS\COS\980329.1    your ref

date    8th April 2005

**Strictly private and confidential**
Jennifer Granick and Lawrence Lessig
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford,
CA943058610

BY FAX

**Our clients: the family and the Estate of James Joyce**

Dear Sirs

We act for the immediate family and the Estate of the late James Joyce. As you are aware, the Estate is the owner of the copyright, moral rights and all related rights in the writings of both James Joyce and Lucia Joyce.

We write in response to your recent letter to Stephen James Joyce, concerning the reproduction of extracts from the writings of James Joyce on the Internet by your client Carol Loeb Schloss.

As you may be aware, the Estate has administered the copyright in the works of James Joyce for over 60 years, during which time it has been involved in the publication of the literary works of James Joyce in many countries and languages, the most recent example being the new translation of Ulysses into French, published last year in co-operation with Gallimard publishers. At the same time, the Estate's long-standing policy has been to protect, as far as possible, the personal privacy of the Joyce family and in particular that of Lucia Joyce. For this reason, the Estate declined to give Ms Loeb Schloss a copyright licence to reproduce extracts from works (in particular personal letters and unpublished materials) in which the Estate owns the copyright, for her book. The Estate had understood that its position on this issue was accepted by the author, her publishers and their legal advisers, in publishing the book. (Our client has not reviewed the publication in question).

**Exhibit 3**

- 34 -

Ronan Molony, Richard Rice, Fergus Armstrong, David Clarke, Gerald FitzGerald, Daire Hogan, Guy French, Henry Lappin, Colin Keane, William Earley, Robert Burke, Petria McDonnell, Timothy Boucher-Hayes, Helen Collins, Mark Pearson, Michael O'Reilly, Lonan McDowall, Michael O'Brien, Julian Conlon, Damian Collins, John Cronin, Vivienne Bradley, Catherine Deane, Paul Heffernan, Barbara Judge, Terence McCrann, Muriel Walls, Roderick Bourke, Grace Smith, Ambrose Loughlin, Niall Powderly, Kevin Kelly, Hilary Marren, Eamonn O'Hanrahan, Roy Parker, Patrick Lawless, Barry Devereux, Geraldine Hickey, Helen Kilroy, Judith Lawless, James Murphy, David Lydon, Vanessa FitzGerald, David Byers, Sean Barton, Colm Fanning, Paul Lavery, Yvonne McNamara, Susan O'Halloran, Julie Quin, Susan O'Connell, Emma Crowley, Alan Fuller, Clare Lenny, Maureen Dolan, Michelle Doyle, Hugh Beattie, Sheila Gabbons, Fergus Gillen, Valerie Lawlor, Jane Holway, Mark White, Máire O'Connor
Consultants: Max W Abrahamson, Michael V O'Mahony, Brian McLoghlin, Jane Marshall, Michael Ryan (FCA), Peter Osborne, Of Counsel (USA): William P Clark

Belfast: North South Legal Alliance with L'Estrange & Brett, Arnott House, 12-16 Bridge Street, Belfast BT1 1LS, Tel +44-28-9023 0426, Fax +44-28-9024 6396
Brussels: Avenue de Cortenbergh 89, Kortenberglaan, 1000 Brussels, Tel +32-2-740 0370, Fax +32-2-740 0371.
London: St. Michael's House, 1 George Yard, Lombard Street, London EC3V 9DF, Tel +44-20-7621 1000, Fax +44-20-7621 9000.





Page 2 of 2
8 April 2005

McCann FitzGerald
SOLICITORS

Having published this book, our client does not understand why Ms Loeb Schloss has now decided to reopen this issue. While we do not purport to comment on US copyright law, we do not see how your client can now assert that she may legally publish these writings given that her publishers refrained from doing so out of a concern for copyright infringement. Your client's publication of this substantial volume of material on the Internet appears to be in breach of copyright law within the European Union, as it is not entitled to a defence of fair use under the strict criteria set out both in Irish copyright law and in the European copyright Directive, which circumscribes the fair use defence in all EU Member States.

If your client truly does wish to refer academics to material published by James Joyce, then, as noted above, these have been widely published, and your client could simply refer readers to relevant source materials. On the other hand the Estate considers that your client has no right to publish previously unpublished private materials by members of the Joyce family.

For all of these reasons, the Estate does not see why your client is now seeking to publish this material against the wishes of the immediate Joyce family and Estate. We must request that she and her publishers respect the Joyce family's and the Estate's legal rights and wishes in this matter.

Please note that we are copying the publishers, Farrar, Strauss & Giroux on this correspondence as it concerns a work published by them.

Yours faithfully

*McCann FitzGerald*
McCann FitzGerald

**Exhibit 3**

COS\980329.1

# EXHIBIT 4

Exhibit 4



S T A N F O R D   L A W   S C H O O L

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610

Jennifer Stisa Gr.
*Executive D*
*Center for Internet and .*

Tel: 650.72
Fax: 650.72
E-mail: jennifer@law.stanfo

April 20, 2005

McCann FitzGerald
2 Harbourmaster Place
International Financial Services Centre
Dublin 1

Dear Mr. FitzGerald:

Thank you for your response dated April 8, 2005.

Professor Schloss wishes to quote the source materials she used in her research on Lucia Joyce and upon which she based the conclusion of her book "Lucia Joyce: To Dance in the Wake". As with any academic work, Professor Schloss' conclusions are stronger and her arguments more persuasive when buttressed by citation to original materials.

Her publisher refrained from allowing Prof. Schloss to cite these materials, not out of a concern for copyright infringement, but out of a concern for the costs associated with defending again a lawsuit claiming copyright infringement, regardless of merit. As a result, important support for Prof. Schloss's central thesis was excised from the book, and she hopes to mitigate that error through her website.

Out of courtesy, we have delayed publication for an additional two weeks, but intend to release the website on May 10, 2005. Please contact us BEFORE that date if you intend to pursue any legal challenges to Prof. Schloss' fair use of this material.

Sincerely,

Jennifer S. Granick

**Exhibit 4**

- 37 -

# EXHIBIT 5

Exhibit 5

2 Harbourmaster Place
International Financial Services Centre
Dublin 1

Tel +353-1-829 0000
Fax +353-1-829 0010
email: postmaster@mccannfitzgerald.ie
website: http://www.mccannfitzgerald.ie
Dx 31 Dublin

# McCann FitzGerald
## SOLICITORS

our ref
GSS\COS\998254.2

your ref

date
13 May 2005

**Strictly private and confidential**
Jennifer Granick and Lawrence Lessig
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford,
CA943058610

BY FAX

**Our clients: the family and the Estate of James Joyce**

Dear Sirs

We refer to your letter dated 20th April 2005.

Your letter does not respond to the issues of copyright infringement raised in our letter of 8 April 2005. We reiterate, our clients do not see how you can claim that publication of a large volume of material on the Internet, could ever constitute statutory fair use. This is particularly the case, given that the material includes previously unpublished material written by individuals not in the public eye, such as Mr Joyce's mother, as well as the text of one half of a work by James Joyce (one stanza out of two, four of eight lines).

As we have previously indicated, if your client genuinely wishes to refer readers to published material written by James Joyce, then it is a straightforward matter for your client to refer to existing published works. Where the material is unpublished, this is for good reason and there is no justification for its proposed publication by your client. Your client's assertions of academic justification do not stand up, particularly in respect of what is clearly a commercial publication.

The trustees have done a great deal over the years (as any relevant bibliography will demonstrate) to ensure the availability of the works of James Joyce. Ms Loeb Shloss is aware that the Joyce family believes the manner of her exploitation of Lucia Joyce to be an unwarranted invasion of her and their privacy. She has never sought a copyright licence from

Ronan Molony    Richard Rice    David Clarke    Gerald FitzGerald    Des
Timothy Boucher Hayes    Helen Cohen    Mark Pearson    Michael O'Br
Vivienne Bradley    Catherine Deane    Paul Heffernan    Terence McGlynn    P
Hilary Marren    Eamonn O'hanrahan    Roy Parker    Patricia Lawless    Barr
Vanessa FitzGerald    David Byers    Sean Barton    Colm Farrning    Ro
Emma Crowley    Alan Fuller    Clare Lenny    Maureen Delan    Michele
Mark White    Marie O'Connor    Rosaleen Byrne    Eimear de
Consultants  Max W. Abrahamson    Fergus Armstrong    Robert Burke    Je

she    William Earley    Petra McDonnell
Conlon    Damian Collins    John Cronin
Ide Loughlin    Niall Powderly    Kevin Kelly
Judith Lawless    James Murphy    David Lydon
Susan O'Halloran    Julie Quin    Susan O'Connell
Cohen    Valerie Lawlor    Jane Holliway
Neil O. Baghdiguan    Karyn Woods
Peter Osborne    Michael Ryan (FCA)

Belfast Atlanta North South Legal Alliance with L'Estrange & Brett, Arnott House, 12-16 ...
Brussels  Avenue de Cortenbergh 89  Kortenbergloan 1000 Brussel Tel +32-2-740 0378 Fax +32-2-740 0371
London  St. Michael's House, 1 George Yard, Lombard Street, London EC3V 9DF Tel +44-20-7621 1000 Fax +44-20-7621 0000

Fax +44-28-9024 6396

**Exhibit 5**





Page 2 of 2
13 May 2005


McCann FitzGerald
SOLICITORS

the trustees of the Estate, but has repeatedly publicly criticised the Estate and last year announced, with several other private individuals the intention of "investigating" the Estate's licensing policy. The Estate cannot but see this latest correspondence as part of an ongoing, apparently personal campaign by Ms Loeb Shloss arising from the fact that she is dissatisfied that under current US and international law, the works of James Joyce are protected by copyright and remain the private property of his family. Mr and Mrs Joyce have requested that we convey their 'astonishment' that Stanford University considers it appropriate to involve itself in this matter as it has done, instituting this aggressive legal correspondence against them through CIS (which they understand is a body intended to deal with issues of serious public interest).

Our clients have no wish to become involved in a protracted dispute with Stanford University. The Estate has supported Joyce-related projects at US universities for many years (including the current major Finnegans Wake notebooks project at the State University of New York, Buffalo). Further, in the Estate's experience, individuals may seek to generate and then exploit disputes with it in order to garner publicity for their particular project. However, Mr and Mrs Joyce take very seriously their duty to protect both Lucia Joyce's and their privacy and the copyright of the Joyce family. They believe the proposed publication on the Internet to be an unwarranted infringement of the Estate's copyright and request again in the strongest terms that their legal rights on this issue be respected.

We await hearing from you.

Yours faithfully

McCann FitzGerald
McCann FitzGerald

c.c.    Farrar, Strauss Giroux

**Exhibit 5**

COS\298354.2

- 40 -

# EXHIBIT 6

Exhibit 6

JUN. 8.2005   2:59PM    S U LAW SCHOOL 6507238440                    NO. 487    P. 2

# CENTER FOR INTERNET AND SOCIETY
# CYBERLAW CLINIC

Crown Quadrangle • 559 Nathan Abbott Way • Stanford, CA  94305-8610
Tel: 650/723-5674 • Fax: 650/723-4426 • Web: cyberlaw.stanford.edu

June 9, 2005

McCann Fitzgerald
2 Harbourmaster Place
International Financial Services Centre
Dublin 1

Dear Sir or Madam:

I am responding to your letter of 13 May, 2005. It is obvious that there are a few misunderstandings that we should clear up so that you might finally advise us whether you have any legitimate objections under United States law to Professor Shloss's proposed publication.

First, neither Stanford University, the Law School nor the Center for Internet and Society have any dispute with your clients. The Stanford Center for Internet and Society runs a "fair use" clinic which advises and represents clients on matters related to "fair use." Carol Loeb Shloss is one of our clients. As you may not be aware, law schools across the nation run a wide range of legal clinics, in which faculty and students offer pro bono legal assistance to a wide range of clients. In none of those instances are the universities or law schools party to any case. These clinics choose cases based upon a number of factors related to the merits of the case. As I am sure you appreciate, it would be totally unethical for a lawyer to choose cases on the basis of the interests of an affiliated institution.

Second, you seem to be under the impression that "fair use" under United States law applies to published material only. That is an error. As the 17 U.S.C. §107 expressly states, "The fact that a work is unpublished shall not itself bar a finding of fair use..." Thus, the fact that the material Professor Shloss wants to publish is unpublished does not mean she is not protected by "fair use." Nor must she ask permission to use material protected by fair use. Your repeated observation, and the observation of your client, that she has not asked you for permission is therefore again, irrelevant.

We have taken steps to assure that access to the site that Professor Shloss will publish is limited to the United States. We believe our client's use is protected under "fair use." In light of these clarifications, I would be grateful if you would advise as to whether

**Exhibit 6**

N. 8.2005  2:59PM    S U LAW SCHOOL 6507238440                NO.487   P.3

there is a reason founded in law as to why Professor Shloss is not entitled to use this material in the manner we have indicated.

Sincerely,

Lawrence Lessig
Director, Center for Internet and Society

**Exhibit 6**

- 43 -

# EXHIBIT 7

**Exhibit 7**

# STANFORD LEGAL CLINICS

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610

**Cyberlaw Clinic**
Telephone: (650) 724-1900
Facsimile: (650) 723-4426

Lawrence Lessig, Founder and Director
Center for Internet and Society
Direct Dial: (650) 736-0999
E-mail: lessig@pobox.com

December 15, 2005

McCann FitzGerald
2 Harbourmaster Place
International Financial Services Centre
Dublin 1

Dear Sirs:

We have received no response from you to our letter dated June 9, 2005, in which we asked you to inform us whether you have any legal reason that Professor Shloss is not entitled under United States law to publish source material relevant to her book about Lucia Joyce, *To Dance in the Wake*.

In light of your failure to respond, we will assume that you agree that this publication is a fair use of the materials. As a final courtesy, we hereby inform you that Professor Schloss intends to proceed with the publication on January 15, 2006.

Sincerely,

Lawrence Lessig

Cc: Stephen Joyce, 2 Rue Civry, Paris, 75016 France

**Exhibit 7**



# EXHIBIT 8

Exhibit 8

2 Harbourmaster Place
International Financial Services Centre
Dublin 1

Tel +353-1-829 0000
Fax +353-1-829 0010
email: postmaster@mccannfitzgerald.ie
website: http://www.mccannfitzgerald.ie
Dx 31 Dublin

## McCann FitzGerald
SOLICITORS

our ref    KMC\1145876.1      your ref           date

23 December 2005

**URGENT**
**Strictly private and confidential**

Lawrence Lessig
Stanford Legal Clinics
Crown Quadrangle
559 Nathan Abbott Way
Stanford CA 94305 8610

BY FAX AND POST

**Our Clients: The Immediate Family and the Estate of James Joyce**

Dear Sirs

We refer to your letter dated 15 December 2005 which we received in our office yesterday.

We have made our client's position in relation to this matter clear to you in our previous correspondence, in particular in our letters of 8 April 2005 and 13 May 2005. We do not see your previous correspondence that the use proposed by your client amounts to fair use. You have acknowledged yourself in position that the material in question was not included in your client's original book. We are therefore at a loss to understand how you can now assert that exploitation of the same material through the medium of the Internet (which may have an even greater impact on our client's rights) can amount to permissible 'fair use'.

We are very surprised that you would try to parlay silence on the part of our client into some form of consent. As we have previously advised, our clients believe that this is an issue not only of the protection of the copyright of the Joyce family, but also of the protection of the personal privacy of Lucia Joyce and the Joyce family. So that there is no misunderstanding in the matter, we hereby inform you that the Estate of James Joyce does not give its permission for your client's proposed activities and rejects the notion that the proposed use could be made in the absence of consent under the fair use doctrine.

Ronan Malony,  Richard Rice,  David Clarke,  Gerald FitzGerald,  D
Timothy Bouchier-Hayes,  Helen Collins,  Mark Pearson,  Michael O'T
Vivienne Bradley,  Catherine Deane,  Paul Heffernan,  Terence McCrann,
Hilary Marren,  Eamonn O'Hanrahan,  Roy Parker,  Patricia Lawless,  Ba
Vanessa FitzGerald,  David Byers,  Sean Barton,  Colm Fanning,
Emma Crowley,  Alan Fuller,  Clare Lenny,  Maureen Dolan,  Mich
Mark White,  Máire O'Connor,  Rosaleen Byrne,  Eamon
Consultants: Max W. Abrahamson,  Fergus Armstrong,  Robert Burke.

Geraldine Hickey,  Helen Kilroy,

rane,  William Earley,  Peorla McDonnell,
Condon,  Damian Collins,  John Cronin,
Rose Loughlin,  Niall Powderly,  Kevin Kelly,
Judith Lawless,  James Murphy,  David Lydon,
O'Halloran,  Julie Quin,  Susan O'Connell,
i Gillen,  Valerie Lawlor,  Jane Hofwey,
Donal O Raghallaigh,  Karyn Harty,
Yr,  Peter Osborne,  Michael Ryan (FCA).

26, Fax +44-28-9024 6396

Belfast: North South Legal Alliance with L'Estrange & Brett, Arnott House, 12-16 Bridge Street, Belfast BT1 1LS, rev —
Brussels: Avenue de Cortenbergh 89, Kortenbergloon, 1000 Brussels, Tel +32-2-740 0370, Fax +32-2-740 0371.
London: St Michael's House, 1 George Yard, Lombard Street, London EC3V 9DF, Tel +44-20-7621 1000, Fax +44-20-7621 9000.

**Exhibit 8**

- 47 -



Page 2 of 2
23 December 2005

McCann FitzGerald
SOLICITORS

Our client reserves all its rights if your client perseveres with her proposed activities.

Yours faithfully

McCann FitzGerald

**Exhibit 8**

KMCO1145876.1