# EXHIBIT 1

**Exhibit 1**

- 5 -

Dockets.Justia.com

*Joyce - Lucia
Joy*

23-03-05    13:06 555555555    JJ ESTATE    ->5318290010 ECM
PAGE 01



### STANFORD LAW SCHOOL

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610

**Jennifer Stisa Granick**
*Director,*
*Center for Internet and Society*
Tel: 650.724.0014
Fax: 650.723.4426
E-mail: jennifer@granick.com

March 9, 2005

M. Stephen Joyce
2 Rue Civry
Paris, 75016 France

Dear Mr. Joyce:

By way of introduction, we represent Professor Carol Shloss. As you know, Prof. Shloss recently published the book, *Lucia Joyce: To Dance in the Wake*. The publisher, Farrar, Straus and Giroux had concerns about permissions for Prof. Shloss's use of letters and writings of James Joyce to illustrate the writer's relationship with his daughter. As a result, a significant portion of the biography quoting James Joyce was omitted. To aid scholars and researchers, Prof. Shloss intents to publish an Internet web page that will indicate where in the book the publisher omitted material, and what material was omitted.

We have advised Prof. Shloss that her use of these materials in this way is protected by copyright's fair use doctrine. Nonetheless, we are hereby showing the material to you for your review first. To access the information, visit http://www.lucia-the-authors-cut.info. You will be prompted for a username and password.

username: joyce
password: limitedtimes

If you have any objections, please let us know promptly. We intend to open the site March 30, 2005.

Thank you for your attention.

Sincerely,

Jennifer Granick, Esq.
Lawrence Lessig, Esq.

CC: *Lorna Brazell*
*Chiona O'Sullivan*

**Exhibit 1**

# EXHIBIT 2

**Exhibit 2**



## Chapter 1

1. "Remembering your shapes and sizes on the pillow of your babycurls." (Page 42)

2. Dormiva durante il giorno/Dormiva durante la notte (Page 42)



3. "Giorgio...spends his day pulling about papers clothes and shoes. He is cursed frequently by both his parents form is laying the comb and the sponge or the towel or my hate or shoes: and when asked where it is he points to the ceiling or the window and says 'la!'" (Page 43)

4. "Is there any fear of Georgie being rivaled at present?" she asked. "I hope not. That would be the climax." (Page 43)

5. "I am simply waiting for a little financial change which will enable me to change my life. At the latest it will come at the end of two years but even if it does not come Ishall do the best I can. I have hesitated before telling you that I imagine the present relations between Nora and myself are about to suffer some alteration." (Page 44)

2

**Exhibit 2**

6. "Are you annoyed?" he asked. (Page 45)



7. "[r]emember there are three people now. And I suppose it will be worse when there are four." (Page 46)

8. "As for Nora and Georgie it seems to me easy to exaggerate. I suppose it will hardly come to starvation point." (Page 46)



9. "We met and joined our bodies and souls freely and nobly and our children are the fruit of our bodies. Good night, my dearest girl, my little Galway bride, my tender love from Ireland."53 (Page 50)

3

**Exhibit 2**

10. "[T]ell that comical daughter of mine that I would send her a doll." (Page 52)

11.
C'era una volta, una bella bambina
Che si chiamava Lucia
Dormiva durante il giorno
Dormiva durante la notte
Perché non sapeva camminare
Perché non sapeva camminare
Dormiva durante il giorno
Dormiva durante la notte

Once upon a time there was a beautiful little girl
Who was named Lucia
She slept all day
She slept all night
Because she didn't know how to walk
Because she didn't know how to walk
She slept all day
She slept all night.
(Page 53)

12. "[S]he sang that song; that was [her] song. (Page 53)

13. "At two years old he sang operatic arias to the delight of the music loving Italians. The proprietor of the cafe would gladly give the young couple a free meal for this treat. Lucia a quiet, chubby little blue eyed baby toddles after her big brother... Giorgio was soon left to take care of her while his mother and father went out carousing at night." (Page 57)

4

**Exhibit 2**

14.
Frail the white rose and frail are
Her hands that gave
Whose soul is sere and paler

Than time's wan wave.
Rosefrail and fair — yet frailest
A wonder wild
In gentle eyes thou veilest,
My blueveined child.

15.
Of cool sweet dew and radiance mild
The moon a web of silence weaves
In the still garden where a child
Gathers the simple salad leaves.

A moondew stars her hanging hair
And Moonlight kisses her young brow
And, gathering, she sings an air:

Fair as the wave is, fair, art thou!

Be mine, I pray, a waxen ear
To shield me from her childish croon
And mine a shielded heart for her
Who gathers simples of the moon.

(Page 61)

5

**Exhibit 2**



## Chapter 2

16. "Though they're all but merely a schoolgirl yet these way went they." (FW 226.33-34) (Page 64)

17. At first I was surprised that my father had made a name for himself but then I got sort of used to the idea. (Page 65)

6

**Exhibit 2**



## Chapter 3

18. "Those first girly stirs." (Page 93)



19. "I scarely know him [Vail] though I think they met him or her somewhere. (Page 94)

7

**Exhibit 2**

Chapter 4

20. "Our pet pupil of the whole rythmetic class." (Page 106)

21. "Nora was always at pains to point out to the children that she and they were of no interest to people, that they were only interested in 'Himself.'" (Page 106)





22. "Mr. Joyce is waiting for me in the dining room as I am now his self appointed volunteer secretary. The large table is littered with notes and books of reference, with encyclopedias. All the lights are burning brightly although the room itself is light and sunny. Wearing an old white starched linen jacket, often stained with ink and sometimes with food, Babbo was so nearly sightless that even eating was not easy for him. He would rise to greet me as I entered. Nora would welcome me and then vanish into her own room. Lucia would wave to me on her way to a dancing class." (Page 107)

8

**Exhibit 2**



**Chapter 5**

23. "And they leap so looply, looply, as they link to light."
(Page 123)



**Chapter 6**

24. "Dances arranged by Harley Quinn" (Page 141)



9

**Exhibit 2**



Chapter 7

25. "And vamp, vamp, vamp the girls are merchand"
(Page 163)



26. "to take care of Giorgio and Lucia while she [Nora] was confined to the hospital, disgenuously referring to them as 'the children'" (Page 165)

10

**Exhibit 2**





27. "that he found [her] pleasant to look at." " I felt happy," she wrote, creating a scene of sduction that was as replete with the machinations of fate as any Harlequin romance: "I blushed like a school-girl. It was a happy night and nothing except perhaps a slight excited tingle around the region of my heart warned me that this eveningw as to be a turning point inmy life... For all time [my fate] was to be inextricably woven with the destiny of the man I had met that night." (Page 166)

28. "Standing tall and straight and looking young and very beautiful, he fixed his dark blue eyes on mine with such intensity, I blushed and he began to sign a lovely old Italian song, "Amaryllis." I thought I had never heard anything more lovely in my life. All his young passionate soul rang out in the small room and stirred my senses and my heart. I knew, as his feather knew, that he was in love with me. Accustomed to having young men as well as men nearer my own age attracted to me, still I was deeplymoved. I gazed back with equal intensity into his lovely Irish eyes and a new phase of my life, unknown to me, had begun. (Page 166)

When his fresh young baritone voice had faded away into the soft dark shadows of the room, the last poignant 'Amaryllis' had been sung with so much passion, I was inwardly rather embarrassed. It was surely obvious to everyone as to me, that Giorgio was very much interested in me. I applauded loudly and went up to him to thank him for his lovely song. He flushed and bowed in his comely and old fashioned, yet so charming way." (Page 166)

29. "perhaps the deus ex machine that was thens haping our ends." "It was," Helen admitted, "the old game that I loved. Buyt this boy was so young, so sweet. I did not want to hurt him. Loving him would only bring him pain. I hoped he would get over it butnot heartily or sincerely. I really liked his passionate adoration." (Page 166)

30. "the epitome of lovely young wifehood and womanhood, [with] great charm and wit." (Page 166)

11

**Exhibit 2**



31. "his wife, Lillian, was Canadian by birth I think [she was English] and I thought her very common. She spoke in a high pitched shrill voice with a short of cockney accent, her thin tense rather horselike face, her blonde stringy hair, her big teeth, her too thin body. I found not at all attractive. Perhaps there was a reason for the antagonism I felt toward her. Dear Lillian had been Giorgio's first romance. I think she seduced him but perhaps that is unkind. Certainly I never had any trouble getting away from her." (Page167)

32. "[r]emember there are three people now. And I suppose it will be worse when there are four." (Page 168)

33. "Babbo has my unconscious Calvary immortalized in the part of Finnegans Wake known as "Anna Livia Plurabelle" and the washerwomengossiping by the river are indubitably Nora and some friends of hers, eagerly ripping me apart and washing their own dirty linen in the river while I (as Anna) swim happily and uncsciously downstream followed by..H.C. Earwicker. Babbo never told me and I stupidly never suspected that I was the heroine of this masterpiece of prose and that he as H.C.E. was trying to catch my slim young form which was chasing after Giorgio who in the book is the twin brothers...Dear Dirty Dublin is passionately in the manner of a middle-aged man feeling love and life slipping through his fingers, pursuing youth and beauty in the person of Anna." (Page 168)



34. If Joyce's art followed life, then the life of his son followed art. "Do as I write, not as I do." Ulysses was not only a fact in Giorgio's life; it was a script. He had found a precursor in Blazes Boylan, even if the parent who had created the jaunty adulterer was scandalized by his behavior. He had "vicereversed" his father's use of Lillian Wallace as one of the models for Molly Bloom. (Page 168)

35. "very attractive and brilliant young French writers and I flirted and ate and drank a lot of good wine and had a perfectly wonderful time." (Page 168)

12

**Exhibit 2**



## Chapter 8

36. "Exceedingly nice girls can strike exceedingly bad times." (Page 185)



37. "Lucia was very upset and depressed; she was suddenly left without an occupation or a career, and nothing seemed to take its place." (Page 196)

13

**Exhibit 2**



**Chapter 9**

38. "This kissingwold's full of killing fellows." (Page 215)



39. Alec "was certainly never in love with Lucia," she wrote to Richard Ellman in 1959. He was "still in love with Hazel Guggenheim, with whom he had had an affair for about three years. I believe she had left him and returned to London, or started another one of her numerous affairs or marriages." (Page 218)



40. "but apart from that they are also a family document of great value to me and I regard their eventualloss in the same light as I should regard the loss of one of my own mss, which had cost me months of labor." (Page 249)

14

**Exhibit 2**



41. "Unfortunately," he told Harriet Weaver, "she seems to have antagonized a great number of people including her immediate relatives and as usual I am the fellow in the middle of the rain holding out both hands though whatever she is right in her blunt outspokenness or not is a question my head is too addled to answer." (Page 251)



42. "He was a member of many learned societies: "Membre de la société de pathologie comparée...de la Société anatomique...de l'association française pour l'étude du cancer...de la Société de dermatologie et de syphilligraphe...de la Société d'électrothérapie et de radiologie. de la Société de sexologie (membre fondateur, vice-president)...de la Société de l'anesthésie de d'anglésie." He held military titles and medals of distinction. In 1930, for example, he had been named Lauréat de l'académie des sciences; in 1933 he had been elected an Officier de la légion d'honneur. Not only was he honored for a distinguished career in public service, but he was also recognized for his pioneering work in obstetrics, especially inp roblems during pregnancy and anomolies of birth." (Page 256)

15

**Exhibit 2**



## Chapter 10

43. "Grisly old sykos who have done our unsmiling bit on 'alices, when they were yung and easily freudened." (Page 259)



44. "We found Lucia after seven months of the clinic almost on the verge of collapse. Utter despair. The doctors says [that] after all that time he can make no diagnostic. They are helpless in the case. The only hold she seems to have on life is her affection for us... I feel if she stays there she will simply fade out." (Page 272)



45. "pyrolyphics" (Page 273)

16

**Exhibit 2**





46. "commanding approaches to my intimast innermost"
(Page 274)



47. "The normal is 5000 to 6500. She has 17,000 to 20,000. He has never known another such case of constant leukocytes. This doesnot mean that she is anemic. She is not. Anemia is a deficiency of red corposcles [sic]. Nor does it mean that she has leukemia— white blood..."
(Page 275)



48. "for his beautiful corssmess parzel" (Page 281)

17

**Exhibit 2**



Chapter 11



49. "For a burning would is come to dance inane. Glamours hath moidered's lieb and herefore Coldours must leap no more." (Page 301)



50. "[i]n the form of mental or nervous malady she is subject to...the real trouble is not violence or incendiarism or hysterics or simulated suicide. These are hard to deal with but they prove that the person is still alive." (Page 314)



51. In Lucia's life, such a figure would bear the name of Maria Jolas, although it was the father who would die in the effort to disprove her judgement. (Page 322)

18

**Exhibit 2**



Chapter 12

52. "The pose of the daughter of the queen of the Emperour of Irelande." (Page 325)





53. "Giorgio is well now, Helen very well, and their child tremendously well" (Page 333)



54. "why you consider Lucia's daily walks round Dublin so undesirable? She is after all a woman of twenty eight and walking is a good exercise." (Page 346)

19

**Exhibit 2**





55. If ever there were the need for an ethics of sexual difference, they seemed to say to the Joyce "kids," it occurs with the question of female vagrancy."
(Page 349)

20

**Exhibit 2**



Chapter 13

56. "She sideslipped out by a gap in the Devil's glen while Sally her nurse was sound asleep." (Page 355)





57. ("three years are but a moment in the life of an ocean") and "remounts the salty water full of weeds and smiling happily." (Page 356)



58. "The instant I touched her hand...I knew some change had set in." (Page 357)

21

**Exhibit 2**



59. I have to pay the following bills immediately if not sooner (Page 378)



60. "Mr Joyce did not like to leave Paris as he was always most punctilious about his visits to his daugher. He always went out directly after lunch every Sunday afternoon. I never accompanied him," she said, "but from his description of what went on I could form a vivid and tragic picture." (Page 379)

61. "He could wait for her in the little parlor of the sanitarium. From my knowledge of French salons...I can picture the scene. The small dark, overcrowded salon, the thin, dark-haried girl and the slender man with the thick glasses. She would greet him as a rule with pleasure. He would always bring her some gift, candy or fruit or sometimes a present of some sort, once a wristwrach, I remember. They would talk for a while. She would ask about her mother and about Giorgio and me and Stephen. Then he or she would sit down at the piano and play and they would both sing. Sometimes they would dance together, and this to me is a terrible and fantastic picture. Babbo would tell us that they would dance with wild abandon together. Then woudl come the time when he had to go and a nurse would come to lead Lucia away. Babbo would return in the taxi, which he had kept waiting...in a state of complete exhaustion, near collapse. At dinner that evening at Fouquets he would tell us of the visit, eating almost nothing and drinking his usual succession of bottles of Swiss wine." (Page 379)

22

**Exhibit 2**





62. "It is rather curious that the two men in whom poor Lucia tried to see whatever she or any other woman or girl is looking for" (Page 384)

23

**Exhibit 2**



### Chapter 14

63. "Arms apeal with larms, appalling, Killykillkily; a toll, a toll." (Page 389)



64. "Babbo would tell us that they would dance with wild abandon together...And this to me is a terrible and fantastic picture." (Page 390)

65. "'Che bello, che bello' had been her sarcastic response to Giorgio's rare Sunday visits to Ivry." (Page 390)



66. "mais je suppose que les autorites occupantes accorderaient sans difficulte la permission pour le transfert d'une maladesi je pourrais l'arranger" ("I suppose that there will be no difficulty with the occupying authorities' granting permission..." (Page 400)

24

**Exhibit 2**



Chapter 15

67. "Isolade, Liv's lonely daugher."
(Page 413)



**Chapter 16**

68. "I will write down all your names in my gold pen and ink. Everyday, previous, while m'm'ry's leaves are falling deeply" (Page 423)



69.
...Once
and for all, I'll have no college swankies (you see, I am well voiced in love's aresental and all its overture from collion boys to colleen bawns so I have every reason to know that rogues' gallery of nightbirds and bitchfanciers, lucky duffs and light lindsays, haughty hamiltons and gay gordons, dosed, doctored and otherwise, messing around skirts and what their fickling intentions look like, you make up your mind to that) trespassing on your danger zone in the dancer years.
(Page 430)

25

**Exhibit 2**



### Epilogue

70. "The river of lives, the regenerations of the incarnations." (Page 455)

26

**Exhibit 2**

