UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAROL LOEB SHLOSS

        Plaintiff(s),

        v.

SEAN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE

        Defendant(s).

CASE NO. C 06 3718 JW HRL

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/14/06

                                                                                 *Carol Shloss*
                                                                          Plaintiff
                                                                          CAROL LOEB SHLOSS

Dated: 11/14/06

                                                                          /S/
                                                                         Anthony T. Falzone
                                                                          Attorney for Plaintiff

Dockets.Justia.com