# EXHIBIT A

James Joyce with his wife, Nora, and their children, Lucia and Giorgio, in a photo made in Paris in 1924. In June, Stephen Joyce, Giorgio's son and the writer's only direct descendant, announced he had destroyed all his letters from his aunt, Lucia, as well as correspondence to her from Samuel Beckett.

# The Fate of Joyce Family Letters Causes Angry Literary Debate

By CARYN JAMES

It sounded like a literary scholar's nightmare, the sort of dream that creeps up after too many nights analyzing "Ulysses" into the wee hours.

Scholars and admirers of James Joyce had assembled in Venice in June to hear the writer's grandson, Stephen Joyce, address an international symposium. Mr. Joyce announced that he had destroyed all his letters from his Aunt Lucia, the writer's daughter, who lived nearly 50 years in mental institutions and who died in 1982. Mr. Joyce also announced to the stunned audience that he had destroyed correspondence to Lucia from Samuel Beckett, Joyce's onetime secretary, at Beckett's request.

From the audience, Michael Yeats, the son of William Butler Yeats, and Mary de Rachewiltz, the daughter of Ezra Pound, rose to reply. Mr. Yeats argued against such destruction, maintaining that material about great writers like his father and Joyce belonged to the world, not the family. Mrs. de Rachewiltz recalled the emotional moment when she saw her father's medical records — evidence, she feels, that proves the poet was unfairly held for a dozen years in a psychiatric hospital. Lucia Joyce, she said, had been harmed by Stephen Joyce's actions.

**A Question of Privacy**

Today, the literary community is grappling with the repercussions of Mr. Joyce's decision. Stephen Joyce, the writer's only direct descendant, was vehement and angry in a recent phone interview as he attacked critics he considers invaders of his family's privacy. Of the destroyed material, Mr. Joyce would say only that Lucia's letters, written to him and his wife, had "no literary value." He said he had destroyed three Beckett items — a telegram, a card and a letter to Lucia — but he would not say when they were written or what they included.

No one can know the value of the lost material. But Lucia Joyce's private life has been a subject of literary debate since her youth, when her father saw her verbal ramblings as a sign of genius similar to his own rather than as the symptom of schizophrenia that doctors had diagnosed. Carl Jung, who once treated Lucia, said father and daughter were like two people heading to the bottom of a river — he was diving, she was falling.

Mr. Joyce's actions come at a time when biographies have become increasingly intimate. The publishing industry is still arguing about J. D. Salinger's legal victory in restraining Random House and Ian Hamilton from extensively quoting from Mr. Salinger's correspondence in Mr. Hamilton's biography of the author.

Mr. Joyce's decision points to complicated issues: What are the legal rights and ethical responsibilities of biographers, scholars and literary heirs?

"I didn't want to have greedy little eyes and greedy little fingers going over them," Mr. Joyce said of the destroyed letters. "My aunt may have been many things, but to my knowledge she was not a writer."

"Where do you draw the line? Do you have any right to privacy?" he asked, raising questions for scholars to address, and adding one they might find chilling: "What are people going to do to stop me?"

## The controversy centers on public rights to private information.

Mr. Joyce has not devoted his life to his grandfather's writings. For 30 years he has been what he calls "an international civil servant" specializing in developing countries, and has spent much of that time at the Organization for Economic Cooperation and Development in Paris, where he now lives and works. But he has a very specific target for his current anger. Destroying the letters, he said, was a direct response to Brenda Maddox's "Nora: The Real Life of Molly Bloom," a biography of his grandmother published recently by Houghton Mifflin.

Mr. Joyce wrangled with Houghton Mifflin and Hamish Hamilton, the book's British publisher, over permission to quote copyrighted material. As a result of their negotiations, an epilogue about Lucia, called "Her Mother's Daughter," was deleted just weeks before publication, Stephen Joyce's name was eliminated from the acknowledgments at his request and everyone involved agreed not to discuss the settlement.

Although neither Ms. Maddox nor Mr. Joyce would comment, several others close to the negotiations did so on the condition that their names not be used. There were no substantial disagreements in their accounts of this story. As one described it, Mr. Joyce obtained the deletion of the Lucia epilogue by threatening to withhold permission to quote from other material throughout the book, such as "a perfectly innocuous" letter from James Joyce to his patron, Harriet Shaw Weaver.

Though cut from the book, the epilogue was included in early galleys of "Nora," which were sent for review to many publications, including The New York Times. The epilogue is sympathetic to Lucia, and provides details about her final years at St. Andrew's Hospital in Northampton, England. There, Ms. Maddox writes, Lucia enjoyed occupational therapy. At times she lost herself in fantasies of long-ago suitors like Alexander Calder. She prolifically wrote simple letters to old friends.

She also wrote three brief essays about herself and her family. Ms. Maddox quotes a poignant, childish passage from one, called "The Real Life of James Joyce Told by Lucia Joyce," written when Lucia was 52 years old. The epilogue calls these manuscripts, which are in the Humanities Research Center at the University of Texas at Austin, "touching and valuable."

**Erotic Letters Are Issue**

But to Stephen Joyce, even without the epilogue Ms. Maddox's biography proves that "the amateur psychologists are flourishing."

Mr. Joyce, according to the same sources, also refused permission to quote from material relating to the periods his mother, Helen Joyce, spent in sanitariums because of mental health problems. (His father was Joyce's son, Giorgio, who halfheartedly pursued a singing career and who spent his troubled adulthood escaping into alcohol. He died in 1976.)

Though he said he had not read Ms. Maddox's book, Mr. Joyce was incensed when he learned of its emphasis on a series of explicit, erotic letters written between James and Nora Joyce in 1909. Those letters had, in fact, been published in their entirety in 1975, in Richard Ellmann's edition of "Selected Letters of James Joyce." But no mainstream writer, including Mr. Ellmann in his biography of Joyce, had given them the extended treatment Ms. Maddox has.

The letters are clearly the lightning rod for Mr. Joyce's feeling that critics have gone far beyond fairness. "Do you have children?" he suddenly asked while discussing those letters

Continued on Page C15

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Joyce Family Letters Spur a Literary Debate

*Continued From Page C11*

during his telephone interview. When the response was no, the 56-year-old Mr. Joyce shot back: "Well, thank God I don't either! Can you imagine trying to explain certain things to them? That would be a nice job, if their whole family's private life was exposed!"

Though Mr. Joyce sees his decison as personal, deciding when private matters have literary relevance is an issue that scholars redefine endlessly. If the destroyed Lucia letters are from her later years, they may well have been pedestrian and rather pathetic notes from an elderly woman who had long been institutionalized. Nonetheless, many scholars attest to their importance.

### Beyond the Family

"What Joyce has captured in his work has to do with family dynamics," said Christine Froula, who teaches English and comparative literature at Northwestern University and who is writing about Joyce and Virginia Woolf. "Such themes as father-daughter relations, and pre-Oedipal and Oedipal issues, go far beyond the private interests of the Joyce family. Whatever the Lucia material contained, it might have cast light on those issues."

Lucia is also the subject of less traditional studies. Carol Schloss, a professor of English at West Chester University in Pennsylvania, organized the panel at which Mr. Joyce spoke in Venice. Her current research considers Lucia's youthful ambitions as a dancer, her "language of movement," in relation to Joyce's verbal expression in "Finnegans Wake."

Mrs. de Rachewiltz, who spends about six weeks each year as curator of the Ezra Pound Archives at the Beinecke Library at Yale University, offered a more personal response. From her home in Italy, the 63-year-old daughter of Pound and his mistress Olga Rudge, said, "Lucia is a key figure because she seems to have played such an important role in Joyce's life." She added, "I feel very sympathetic toward Lucia, and I am sorry she has been denied a chance of expressing herself."

### Minor Items Have Great Value

Similarly, the Beckett material might have contained simple birthday greetings and still have been valuable for what it suggested about the author. In the 1930's, Lucia was romantically obsessed with Beckett, who never returned her affection but who remained a loyal friend to the end of her life. Deirdre Bair, who has written the only full-length biography of Beckett, said of the destroyed material, "If Stephen Joyce says he destroyed three objects, they were probably of tremendous importance within the context of the relationship of Samuel Beckett and Lucia Joyce."

Here, of course, there are no legal questions. Stephen Joyce says he asked Beckett what to do with the items; the author answered, "Destroy them."

Ms. Bair said: "Beckett says 'Destroy my letters,' the way other people say, 'Have a nice day.' They should know he doesn't always mean it."

But to Stephen Joyce, "no one was going to set their eyes on them and re-psychoanalyze my poor aunt."

"She went through enough of that when she was alive," he said.

*Rapho/Jean-Marc Charles*
Stephen Joyce, the grandson of James Joyce, at his home in Paris.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.