# EXHIBIT D

16 April 1996

Dear Mr. Joyce,

I received your letter of 31 March. You know, I trust, that I respect your and your wife's desire to protect your family. I remember very clearly the day that we had tea in your home in Ivry, and I have always been grateful that you spoke to me with such candor.

What upsets me is that you lump me in with "the Joyce Industry," for I also remember you telling me that I was the only Joyce scholar to invite you to speak as a Symposium participant, as I did in Venice in 1988. I had hoped that you and your wife and I could begin to put things on a new and better footing for all of us. And I still hope that.

I have two requests. One, will you at least consider reading some of the material about Lucia as a dancer? I got most of the material at the Bibliotheque Nationale and at the Bibliotheque de l'Opera in Paris--it is a matter of public record. I know that even Richard Ellmann had no idea what she was doing before she became ill. I simply cannot see, despite your reservations, how it could be harmful.

The second request is that you, and your wife if she would like, speak on a second panel at Zurich about the issue of privacy.

I look forward to hearing from you.

Sincerely yours,


Carol Shloss

343 South 4th Street
Philadelphia, Pennsylvania 19106
USA
Telephone: 215-238-9616