# EXHIBIT E

2, rue de Civry  
75016 PARIS

<u>**Personal**</u>

5, ruelle du Temple  
17630 LA FLOTTE-EN-RÉ

19 April 1996

Dear Ms. Shloss,

My response to your 16 April letter will be candid and straightforward.

- My wife and I do <u>not</u> know that you desire to respect what remains of my family's much abused and invaded privacy.

- We have never lived in "Ivry", consequently you cannot have had tea with us there. We did then and still live on the Rue de CIVRY in Paris' 16th arrondissement — see letter head above.

- I am sorry that it "upsets" you to be lumped in with the Joyce industry — please note I use a small "i" — but whenever I look at Joyce journals or the list of participants at Joyce jamborees your name seems to pop up.

- You are <u>not</u> the only Joyce scholar to have invited me to speak at one of the symposia on my grandfather. I was asked to speak in Copenhagen (1986) and Monaco (1990) and also spoke in Frankfurt (1984) although this was not foreseen by the "industry organisers".

- Neither my wife nor I have any intention of speaking either at the 1st or 2nd panel in Zurich about privacy. The programme has <u>not</u> been communicated to us. The only thing we have from the organisers is a letter from Fritz Senn advising me that if we wish to participate fees will be waved and offering me a spot on the symposium's programme which I declined with thanks. I would quote one sentence from his letter.

"This letter is merely to say that, should you care to observe some of our proceedings or <u>interfere</u> with them, you would be welcome at any stage —" (emphasis added)

My response on the word "interfere" was:

"When you and your colleagues disagree, have opposing views or engage in unseemly scholarly brawls this constitutes dialogue, exchange of views, differences of opinion. When I express my opinions orally or in writing this is labelled [constitutes] 'interference' — most instructive and interesting!"

Let me finally mention the symposium's poster which not only uses but abuses my grandfather's death mask. Sean's definition of "art"?!

On Lucia's dancing career we have nothing to say as long as it's not private, family relations.

Sincerely,

Ms. Carol Shloss