# EXHIBIT F

16 April 1996

Miss Jane Lidderdale
75 Campden Road
London W8 7EN
England 0044 1 727 8401

Dear Miss Lidderdale,

Brenda Maddox has kindly given me your address, as I was hoping that you could help answer some questions, but first I need to introduce myself.

I am a Joyce scholar and have been engaged for the last five years in writing a series of books to be called *Modernism's Daughters*. The first book is about James Joyce and Lucia Joyce entitled *To Dance in the Wake*. My primary task has been to discover Lucia's dance career in Paris, a project that has taken me back and forth to Paris for a number of years. As I have worked, it has become clear that Lucia and Joyce had an extraordinary kind of communication and that Lucia had a great influence on both the shape and the content of *Finnegans Wake*. Consequently, the book has emerged as a kind of dialogue between father and daughter--a dialogue between artists of different generations. It is, I am convinced, an important book to write, and, as I have examined my conscience, I have become convinced that it is a story that both Joyce and Lucia would want to be recovered and told.

I have worked all of this time in the shadow of Brenda Maddox's "fate" with regard to Stephen Joyce; that is, in fear of censorship or repression. Last month, I faced those fears and wrote to Stephen, asking if I could send him some of the manuscript to read, and if he would "bless," so to speak, the book. I thought, at the least, that he would like to have a portrait of his aunt in her youth, when she was still vibrant and before her emotional difficulties became overwhelming. I quote from his reply:

"My response regarding helping and working with you on a book about Lucia is straightforward and unequivocal: <u>NO</u>.....You do not have our approval/permission to "use" any letters or papers by or from Lucia. Nor do you have our authorisation to use

any letters from my grandfather to anybody which deal with her..." He goes on to say nasty things about Richard Ellmann, Brenda Maddox and Murray Beja. I clearly will have a legal problem when it comes to publication.

My question to you, however, is a moral one. Do you think Lucia would want her story, prior to Northampton, to be told? I have in my possession a copy of a letter which Kay Boyle wrote to Richard Ellmann in 1983 saying, "I cannot help grieving for the beautiful, vibrant girl she was when we studied dance together in Paris with Elizabeth Duncan, so many years ago." And I also have a copy of a letter that she wrote to you in 1983, "What a book could be written about their anguish!" [Giorgio & Lucia re being Joyce's children]. I would be most grateful to know your opinion.

In Zurich this June, I am sponsoring a panel to discuss issues of privacy in matters of the Joyce estate. I understand from Brenda that your health has been poor recently, but I thought I would at least inquire whether it would be at all possible for you to address the Symposium about your views about privacy and about access to materials in the Joyce archives. Stephen is currently writing to the directors of libraries in the United States, threatening them with law suits if they show the material to scholars, and, aside from myself, I know of two young graduate students who have also been categorically denied permission to quote from material relating to Lucia even in their doctoral dissertations.

If your health would permit you to travel, I will immediately ask the Foundation to pay for your travel expenses and will personally see to your comfort in Zurich. If this is impossible, would you consider writing a statement that could be read to the Symposium in your absence? The issues involved--privacy vs. censorship--are vitally important to everyone in the Joyce community.

Sincerely yours,

Carol Loeb Shloss
Professor of English        [please write to me at my home address]

343 South 4th Street
Philadelphia, Pennsylvania 19106
USA        Telephone: 215-238-9616;    FAX: 610-436-3150