# EXHIBIT G

Ms. Carol Shloss
Stanford University, English Dept.
450 Serra Mall
Stanford, CA 94305

**Stephen James Joyce**

**5, ruelle du Temple**
**F-17630 LA FLOTTE**

8 August 2002

Dear Ms. Shloss,

It was over six years ago in the Spring of 1996 that we exchanged letters about the work you were engaged in on a book about my Nonno and aunt Lucia tentatively entitled "To Dance in the Wake".

I am currently increasingly hearing that somebody is near to completing a book about Lucia Joyce and I presume, if such is indeed the case, that that person is yourself.

1) I would first firmly reiterate and stress what I wrote to you in my 31 March and 19 April 1996 letters.

- My wife's and my feelings and views have not changed one iota over the years.

2) Besides what I wrote at the time let me add a few "things" you are not authorised to do and/or use in such a book and even repeat some of things I said six years ago.

i) Using any of Lucia Anna Joyce's Medical Files (Records is strictly forbidden.

ii) The same applies to any and all letters written by my aunt no matter whom they were written to. This means that permission to reproduce them in part or in whole is refused.

iii) You further are not authorised to reproduce any of her Lettrines, Drawings, Portraits (Caricatures) or anything she may have written about or on her illustrious father, James Joyce or her mother.

iv) Letters from Nonno, James Joyce to her cannot be reproduced or quoted nor can letters from my father Giorgio (George) my wife or myself to her; nor can A Flower Given to My Daughter without permission and a fee.

3) With respect to letters from Samuel Beckett you will need to deal with his Estate. You will also have to deal the Harriet Shaw Weaver and Jane Lidderdale Estates with respect to letters to Lucia from them.

We are both fully aware that the pernicious, pervasive Joyce industry's theme is "censorship" whenever the Estate my wife and I say no to anything! Be that as it may our goal has never been to censor anybody or any thing. Our task rather has been, is and will remain to preserve, protect the integrity, the spirit and letter of what James Joyce wrote and to safeguard whatever remains of the much abused and invaded Joyce family privacy. Over the past few years we have proven that we are willing to take any necessary action to back and enforce what we legitimately believe in.

Sincerely,

Stephen Joyce