# EXHIBIT H

Dockets.Justia.com

```
>
>At 10:53 AM 11/4/02 -0500, you wrote:
> >Dear Carol,
> >         When I came in this morning from Princeton, my colleague John
> >Glusman, our editor in chief, reported to me and to Jonathan Galassi a
> >conversation he had had with Stephen Joyce, who telephoned this morning to
> >speak to Jonathan, who had not yet arrived.  In Jonathan's absence and
>mine,
```

```
                        RE Stephen Joyce fyi2.txt
> >John found himself at the receiving end of about twenty minutes' worth of
> >Joyce explaining that he had heard about your book, that he was adamantly
> >opposed to having any Joyce material, especially from Joyce's letters,
used
> >to discuss Lucia in public, et cetera.  He professed admiration for FSG
and
> >for Jonathan Galassi but wanted his opposition and distress about the
idea
> >of a book about his aunt fully registered. He said he absolutely wasn't
> >threatening, but he wanted us to know that he'd never lost a law suit. He
> >said he was going to fax copies of all his correspondence with you to us,
>so
> >that we could see the whole paper trail of his communications with you.
He
> >said something about your having been in touch with the wrong lawyer for
>the
> >Joyce estate.  He was not coherent and it was difficult to grasp some of
>his
> >details.  He went off on tangents. He said he was doing all this
especially
> >on behalf of his wife, who is particularly upset...   John replied
> >noncommittally, and Jonathan does not intend to return Joyce's call,
> >although Joyce may of course try to reach him again.
> >           Our lawyer, Leon Friedman, doesn't yet have your text, because I
>am
> >waiting to get the manuscript back from copyediting so that I can make a
> >legible xerox to send to him.  I will do so as soon as I can. Meanwhile I
>am
> >sending Leon by messenger today all your backup material about your use
of
> >quoted material, with which he can become acquainted in the interim.
> >           All this is simply fyi.
> >           all the best,
> >           Elisabeth




                                   Page 2
```