# EXHIBIT J

05-11-02  12:13         J J ESTATE        →2126339385 ECM                PAGE 01

Mr. Jonathan Galassi
Farrar Straus & Giroux           **Stephen James Joyce**        Sent to Leon Friedman
President/Publisher                                               11/5/02
New York, N.Y. - FAX 1 212 633 9385
                                                        5, ruelle du Temple
                                                        F-17630 LA FLOTTE

                                                        5 November 2002

Dear Mr. Galassi,

It is only very rarely that I write letters longer than one page so I would like to add certain important points to the letter I faxed you yesterday and the attachment I sent with it.

1) (Since 31 March 2000) I am the sole beneficiary owner of all my grandfather, James Joyce's, rights.

[margin note: What happened 31 March 2000?]

   - As already indicated I run the Estate jointly with the Trustee, Sean Sweeney.
   - All monies due to the Estate, fees and/or royalties, are paid to me directly by cheque made out to me.

2) Turning from my illustrious "Nonno" to my Aunt, Lucia Anna Joyce I am also the sole owner of the rights in and to her "works" and of course letters.

[margin note: no]

3) With respect to my bona fides you can check them with Ms. Laura Goldin, Vice President and Associate General Counsel of Random House Inc., NY - NY.

4) On 22 July 2002 Ms. Carol Schloss sent another letter – mis addressed and sent again late in October – to Mr. David Monro, Monro Pennefather & Co Executors of Ms. Harriet Shaw Weaver's Last Will and Testament asking permission to reproduce extracts of letters from Ms. Weaver to Nonno and Paul Léon and one from Maria Jolas to Ms. Weaver.

   - Mr. Monro's reply is/was unequivocal and I quote:
   "The excerpts you wish to publish dwell too much on Lucia's health and permission cannot be given."

5) There is another call it "category" of letters which are ambiguous and problematic to say the least. First letters from Maria Jolas to Lucia and my Nonno and Nonna; and second from Paul Léon to Ms. Weaver which were often dictated by and/or written on behalf of James Joyce. There may even be letters from Mr. Léon to my grandparents which discuss Lucia and her health.

All in all "un beau panier de crabes"!

I think it necessary to draw these matters to your attention before we talk which I trust will be in the very near future.

                                                        Sincerely,
                                                        Stephen Joyce