# EXHIBIT L

```
>Date: Wed, 29 Jan 2003 00:22:53 -0800
>To: Elisabeth Calomon <Elisabeth.Calomon@fsgbooks.com>
>From: carol shloss <cshloss@stanford.edu>
>Subject: RE: quotations
>
>>Dear Elisabeth,
>>          I've had the weekend to let my reactions settle and to think
>>of
>> a good and helpful response. When I read your first letter last week, I
>> was so upset that I misread it. I came away with the idea that 2000
>> words were to be cut and 5000 were to remain. So it took a while for the
>> full extent of the proposed deletions to register. Now they have fully
>> registered, and I remain with some serious concerns.
>>          The main one is decision making, for I can't see how I can sign
>> my name to a finished manuscript that I've never seen in its revised
>> form. I completely understand the importance FSG places on exact word
>> counting. Ed Black has always said that any ruling on Fair Use will be a
>> qualitative one, not a quantitative one, and I myself have never thought
>> that I was ever egregiously out of line in the number of words quoted
>> from any single source. But I have, in the end, to respect the judgment
>> of your legal advisors. The question is how to proceed in the face of it.
>          Several things occur to me right away: 1. I need to keep the
> epigraphs even if I have to compensate for them in the final chapter. The
> have an organic function in the book, for they set up the idea that
> Finnegans Wake contains Lucia's story from birth to maturity. I don't
> consider them optional. 2. I need to be able to substitute paraphrase for
> exact quotes. Your proposed cuts eliminate almost all the evidence in the
> book. Without paraphrase and citation, the story has no support and no
> scholarly integrity. It might be a good read, but any scholar knows that
> you can't make assertions without proof. Joyce's words are the proof, and
> if I can't use them precisely, I must be able to use them allusively,
> with endnotes that will steer readers in the right direction. For they
> will be forced to supply what I am forbidden to supply in the text. That
> it took me 12 years to assemble this material I will simply absorb as a
> loss. It is a bitter loss, but I will do it. 3. I would like to write a
> brief preface or endnote that explains what has been deleted and when and
> why. I will name the destroyer of my "beautiful, beautiful book."
>          I propose to do this in a timely manner. What should be our next
> step? Should we speak on the telephone? I'll be in my office tomorrow
> from around 8:00-1:00 (11:00-3:00 your time): 650-723-2723.
>          I should also tell you to expect a call from Ed Black tomorrow.
> He will be in New York and has offered to call you. For, to my amazement,
> a way has opened up that might allow all of us to preserve the integrity
> of the manuscript as I presented it to you in May.
>          After my struggles of the weekend, as I also told Tina, one of my
> main goals has been to *not* let Stephen Joyce come between us. It is his
> ugliness that has caused this situation. I regard myself, as I hope you
> know, as immensely fortunate in having met you and in being published by
```

```
                          RE RE quotations3.txt
> FSG. That will never change. Sincerely, Carol
```

> FSG. That will never change. Sincerely, Carol