| | |
|---|---|
| 1 | Lawrence Lessig |
| | Anthony T. Falzone (SBN 190845) |
| 2 | David S. Olson (SBN 231675) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 724-0517 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | |
| | Mark A. Lemley (SBN 155830) |
| 7 | Matthew M. Werdegar (SBN 200470) |
| | KEKER & VAN NEST LLP |
| 8 | 710 Sansome Street |
| | San Francisco, California 94111 |
| 9 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 10 | E-mail: mwerdegar@kvn.com |
| 11 | Bernard A. Burk (SBN 118083) |
| | Robert Spoo (*pro hac vice*) |
| 12 | HOWARD RICE NEMEROVSKI CANADY |
| | FALK & RABKIN, PC |
| 13 | Three Embarcadero Center, 7th Floor |
| | San Francisco, California 94111-4024 |
| 14 | Telephone: (415) 434-1600 |
| | Facsimile: (415) 217-5910 |
| 15 | E-mail: bburk@howardrice.com |
| | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CAROL LOEB SHLOSS, | CASE NO. CV 06-3718 (JW) (HRL) |
| Plaintiff, | **DECLARATION OF LEON FRIEDMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| SEAN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE | Date: January 22, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware |
| Defendants. | |

DECLARATION OF LEON FRIEDMAN

1   I, LEON FRIEDMAN, declare as follows:

2   1.   I am an attorney practicing in New York, New York and a faculty member of the Hofstra University Law School. I make this declaration regarding Plaintiff Carol Loeb Shloss's Opposition to the Defendants' Motion to Dismiss. I have personal, firsthand knowledge of the following facts, and if called as a witness, I could and would testify to them.

3   2.   Since 1978 I have acted as legal counsel for the publisher Farrar Straus & Giroux ("FSG"). In early November 2002, as FSG was preparing to publish Carol Loeb Shloss's ("Shloss") book, *Lucia Joyce: To Dance in the Wake* (FSG, 2003), Mr. Stephen James Joyce wrote certain letters to FSG regarding Shloss's book. At the request of FSG, I replied to Mr. Joyce on behalf of FSG, and a correspondence between Mr. Joyce and me ensued over the following months. That correspondence has been kept as a regular practice in my legal files in the course my regularly conducted legal work. The correspondence is as follows:

  (a)   Letter from me to Mr. Joyce, dated November 6, 2002, a true and correct copy of which is attached hereto as Exhibit 1.

  (b)   Letter from Mr. Joyce to me, dated November 21, 2002, a true and correct copy of which is attached hereto as Exhibit 2.

  (c)   Letter from Mr. Joyce to me, dated December 31, 2002, a true and correct copy of which is attached hereto as Exhibit 3.

  (d)   Letter from me to Mr. Joyce, dated January 2, 2003, a true and correct copy of which is attached hereto as Exhibit 4.

  (e)   Letter and fax, with attachments, from Mr. Joyce to me, dated May 22, 2003, a true and correct copy of which is attached hereto as Exhibit 5.

  (f)   Letter fax from Mr. Joyce to me, dated July 22, 2003, a true and correct copy of which is attached hereto as Exhibit 6.

  (g)   Letter from me to Mr. Joyce, dated August 4, 2003, a true and correct copy of which is attached hereto as Exhibit 7.

1
2   I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct. Executed this 11th day of December, 2006, at New York, New York.
3
4
5                                    _____
                                      LEON FRIEDMAN
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28