# EXHIBIT 1

Shloss

LAW OFFICES OF

LEON FRIEDMAN

148 EAST 78ᵀᴴ STREET

NEW YORK, N.Y. 10021

———

TELEPHONE (212) 737-0400
FACSIMILE
(212) 861-9015 / (212) 396-4152

November 6, 2002

Stephen James Joyce
5, ruelle du Temple
F-17630 LA FLOTTE
FRANCE

Dear Mr. Joyce,

I am the attorney for Farrar, Straus & Giroux, and Jonathan Galassi has asked me to respond to your letters dated November 4 and 5, 2002.

We certainly understand your position that you will not grant permission to quote from material over which you have control. We respect your position. However, as I am sure you understand, the fair use doctrine in American law allows rather generous quotation from published materials for the purposes of historical research, criticism and comment. (Indeed some cases have allowed quotations up to 7,000 words of such published material). And the author certainly has the right to make use of all the information contained in copyrighted material.

I am sure you understand our position. We believe that Professor Shloss's work is an important contribution to literary history, and we look forward to publishing it.

Sincerely,

Leon Friedman