# EXHIBIT 2

Case 5:06-cv-03718-JW    Document 34-3    Filed 12/15/2006    Page 1 of 3

Nov 25 02 04:32p   Leon Friedman   12128619015   p.2

Stephen James Joyce

5, ruelle du Temple
F-17630 LA FLOTTE

21 November 2002

Dear Mr. Friedman,

As James Joyce grandson and his only living direct descendant your 6 November 2002 letter simply brings a knowing, wry grimace to my lips...

At the outset I am bound to note the discourtesy, the outright rudeness of both Carol Shloss and Jonathan Galassi who do not even bother to answer letters themselves. So be it...

I would first reiterate and strongly emphasize everything I wrote in my letters of:
- 8 August 2002 to Mr. Carol Shloss, and
- 4 and 5 November 2002 to Mr. Jonathan Galassi.

I would strongly urge you to take these very seriously indeed. You should be aware of the fact that over the past decade the James Joyce Estate's "record", in legal terms, is crystal clear and we have proven on a number of occasions that we are prepared to put our money where our mouth is...

I will again unequivocally state that there can be no Lucia Joyce Lettrines, sketches or "essays" of/on her illustrious father nor (any of) her letters which have never been published, whoever they may be to, reproduced in any book on Lucia Joyce to be published, presumably, by Farrar, Straus & Giroux.

I categorically refuse permission to your clients to reproduce either of the two POMES PENYEACH verses <u>A Flower Given to My Daughter</u> and <u>Simples</u> or for that matter any part of these or any other of James Joyce's poems to which the Estate is the copyright holder.

Turning to my Aunt Lucia's Medical Records these should not only be protected by our so-called democratic societies ethics and common decency but more especially by the Hypocratic Oath of the Medical Institutions in which she was treated for decades prior to her death in December 1982.

As to your 7000 words of quotations allowed under fair dealing / use this sounds like a bad joke, wishful thinking.

I seem to recall a famous case about a quotation from something a former US President had written about why he had "pardoned" his predecessor Richard M. Nixon ... (I am sure you know all about this Gerald Ford case). What it serves to prove is that fair dealing/use is not only a question of number of words but about content. I would add that this concept cannot be applied in the same manner to creative writing and letters. In any case I do not authorize the use of extracts from any of my grandfather's letters, or persons writing for him, about Lucia.

You write that "... the author [in this case Mr. Shloss] has the right to make use of all the information contained in copyrighted material." I have been dealing with lawyers in Britain, France, Ireland the US of A etc for nigh on a quarter of a century and have always been told that "material" was copyrighted in order to protect the author's rights as well as those who inherited them; which is my case with respect to James Joyce.

You and Farrar Straus & Giroux believe that the "work" you envisage publishing "is an important contribution to literary history ..."!? I say this is nonsense, hogwash. Today you might seriously consider whether Pia Pera's "Lo's Diary" war!? ...

You write that you are sure that I understand your position. I can assure you that I do not and never will. Furthermore I am absolutely certain that you do not understand mine....

As the saying goes: you or rather Farrar Straus & Giroux proceed "à vos risques et périls"; this is a statement of <u>fact</u> not a threat.

Kindly bear in mind that there are more ways than one to skin a cat.

Finally, your letter has set off dozens of alarm bells and increased my suspicions. If such a book is published I will most certainly go over or through it with a fine tooth-comb.

Sincerely,

Mr. Leon Friedman
148 East 78th Street
New York, N.Y. 10021