# EXHIBIT 3

Case 5:06-cv-03718-JW   Document 34-4   Filed 12/15/2006   Page 1 of 2

Dockets.Justia.com

Stephen James Joyce

Mr. Leon Friedman
148 East 76th Street
New York, N.Y. 10091
Fax 1 212 861 9015

5, ruelle du Temple
F-17630 LA FLOTTE

31st December 2002

Dear Mr. Friedman,

On the last day of the year I cannot but express my profound appreciation for the consideration and courtesy you have shown me in NOT responding to my 21 November 2002 letter, which, incidentally, was "provoked" by your 6 November letter.

This puts you on a par with Carol Shloss and Jonathan Galassi in excellent but in my view not very enviable company according to the apparent precepts prevailing in early Third millenium American society ... Well done!

As I indicated in my previous letter there are more ways than one to skin a cat! This is already proving to be true since certain pigeons from California are coming home to roost with very raffled feathers.

I have already mentioned Pia Pera's <u>Lo's Diary</u> to you in my earlier letter, which Farrar Straus & Giroux were most insistent on publishing some years ago. I now have it on good authority that after the deed was done Mr. Straus candidly and honestly admitted that it was a pretty dismal book!

We shall see what we shall see.

Sincerely,

[signature]

NB This proposed book about my aunt Lucia Joyce is strictly a Joyce family matter to be dealt with by my wife and myself and is of no concern of/to the Trustee, Seán Sweeney.