# EXHIBIT 4

~~DRAFT LETTER~~

January 2, 2003

Stephen James Joyce
5, ruelle du Temple
F-17630 LA FLOTTE
FRANCE

Dear Mr. Joyce,

I am in receipt of your letter of December 31, 2002.

I did not believe that any further correspondence was necessary between us. You have made your point very clear: you will not grant permission for us to use any copyrighted material controlled by you. Our position should also be clear to you: we will publish the Lucia Joyce biography and will stay within the limits of the fair use doctrine. If you wish to discuss the matter further, we will be happy to oblige.

Sincerely,

Leon Friedman