# EXHIBIT 5

**Stephen James Joyce**

FAX & MAIL

**5, ruelle du Temple**
**F-17630 LA FLOTTE**

22nd May 2003

Dear Mr. Friedman,

Since you have apparently taken on the mantle of mouthpiece for both Ms Carol Shloss and Farrar Straus & Giroux I am bound to write to you again because what you say in your 2nd January 2003 letter is simply as witnessed by the enclosed letter from my sister-in-law Dorothy K. Fleischman not true.

All those who are involved, in any way, with this book about Lucia Anna Joyce, my Aunt should now recognise the fact that the end run, to use American parlance, simply leads nowhere. Indeed you have tried bypassing me yourself with the Trustee of the Estate, Sean Sweeney and it didn't work.

I hereby formally inform you that Ms Shloss and her publishers are NOT granted permission to use any quotation(s) from anything my Mother Helen Kastor Fleischman Joyce ever wrote, drew or painted; the same applies, as previously indicated, to Lucia Anna Joyce, including the sketch of her father.

To what I have previously written cannot be reproduced in such a volume let me add anything written by Nora Barnacle, Giorgio (George), Solange Joyce and/or myself.

Returning to the matter of letters.

– It is only exceptionally and rarely that the Estate grants permission to reproduce them or extracts and then only if the passage clearly deals directly with James Joyce's oeuvre.

– Regarding a whole series of other letters I would again point out that in view of Nonno's eye problems he often asked other people to write letters for him dictating/instructing people what he wanted to say in the letter which the person would then write for him. Such was the case with Paul L. Léon. Consequently I refuse Ms. Shloss permission to use, quote from any such letters in her book, that is those that Mr. Léon or anybody else was clearly writing for, on behalf of James Joyce as an amanuensis.

Over the years I have actively participated in the management of my grandfather's Estate while at the same time defending

./. [illegible]

and endeavouring to protect what remains of the usual abused family privacy I have never before encountered a case where an author, Academic or otherwise, and his or her publisher refused to deal with me directly as is the case in this instance.

Sobeit. I am perfectly willing to play the "game" your way but there will be repercussions. This is not a threat but a statement of fact...

More often than not Ms Shloss simply does not know what she is doing and confuses one thing with another. The following example will serve to illustrate what I mean. I herewith enclose copy of her letter of 16 April 1996 to me which mentions a visit she made to our home some years before during which in the civilised, normal course of events my wife served tea. Our home at the time was not in Évry but in the XVIᵗʰ arrondissement of Paris...!?

I would suspect that in view of the type of person we are dealing with any book Ms Shloss writes will be sprinkled with this type as well as other mistakes.

I have further noted that Ms Shloss elsewhere indirectly refers to me and/or my attitude as "Mickey Mouse". Personally I have always enjoyed MM cartoons and would simply wonder who in the end will turn out to be Mickey Mouse!

Throughout the long period during which I have been honoured to run one of the most prestigious literary Estate's Fair use or dealing has proven to be a contentious, thorny issue.

Our position is that fair use does not apply to letters consequently no extracts from letters of any member of the Joyce family can be used in Ms Shloss' book and I, acting for both the Estate and Family, refuse to grant such permission. The same applies to short works such as the _Pomes Penyeach_, _Verses Simples_ and _A Flower Given to My Daughter_, any other poems, "Epiphanies" as well as _Giacomo Joyce_ which Ms Shloss cannot reproduce in her book in whole or in part.

Furthermore this book cannot comprise "essays" by my mother on her father-in-law; by Lucia on herself or her father or I repeat any family letters.

Where do we stand? What I see is that you or Carol Shloss have been sent packing or told to get permission elsewhere, that is from myself by:

- the Trustee of the Estate, Sean Sweeney
- the Estate's former London Solicitor, David Monro
- my sister-in-law, Dorothy M. Fleischman, and
- if I am well informed by Samuel Beckett's nephew.

Whatever you, Ms Shloss or Former Stroock & Giroux may think I am in no way trying to censor anything or anybody. James Joyce, my grandfather and his twentieth century masterpiece, one book called ULYSSES, suffered enough from this in English speaking countries on both sides of the Atlantic. Nonno and Nonna would want my wife and I to do exactly what we are doing FOR LUCIA.

Might I add that this is not Lo's Diary and that you are not dealing with Vladimir Nabokov's Estate whose decisions I respect although I do not necessarily agree with them.

One last but very important point. If and when the time comes my wife and I will require a prepublication, complete copy of Ms. Carol Shloss's book to see what's actually in it and in order to be able to take any action we deem appropriate and necessary.

Sincerely,

Stephen Joyce

Mr. Leon Friedman
148 East 78th Street
New York, N.Y. 10021
FAX 1 212 861 9015
   or 396 4152

Attachments: 2