# EXHIBIT 7

LAW OFFICES OF
## LEON FRIEDMAN
148 EAST 78TH STREET
NEW YORK, N.Y. 10021

TELEPHONE (212) 737-0400
FACSIMILE
(212) 861-9015 / (212) 396-4152

August 4, 2003

Stephen James Joyce
5, ruelle du Temple
F-17630 LA FLOTTE
FRANCE

Dear Mr. Joyce,

    I am in receipt of your letter of July 22, 2003.

    I have not responded to your earlier letters (particularly your letter of May 22, 2003), since I thought we had both made our positions clear. See my letter of January 2, 2003.

    With respect to your request for a copy of Carol Schloss' text, in accordance with our standard policy, we are not distributing prepublication copies of the work to anyone. The excerpt you saw in the Irish publication you mentioned was not arranged through the offices of Farrar, Straus. I believe that the errors you noticed, notably the misspellings of Professor Schloss' name, originated in Dublin. We have not been led up the garden path, as you suggest, by institutions that bear the name "James Joyce" since we are not even in the garden with any such institutions. We have no dealings with any of them.

    As to your last request -- that a copy of Ms. Schloss' book "should be forthcoming as soon as it is published" -- I can answer that, of course, Farrar, Strauss will forward a copy to you as soon as it is published.

Sincerely,

Leon Friedman