| | |
|---|---|
| 1 | Lawrence Lessig |
| | Anthony T. Falzone (SBN 190845) |
| 2 | David S. Olson (SBN 231675) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 724-0517 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | |
| | Mark A. Lemley (SBN 155830) |
| 7 | Matthew M. Werdegar (SBN 200470) |
| | KEKER & VAN NEST LLP |
| 8 | 710 Sansome Street |
| | San Francisco, California 94111 |
| 9 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 10 | E-mail: mwerdegar@kvn.com |
| 11 | Bernard A. Burk (SBN 118083) |
| | Robert Spoo (*pro hac vice*) |
| 12 | HOWARD RICE NEMEROVSKI CANADY |
| | FALK & RABKIN, PC |
| 13 | Three Embarcadero Center, 7th Floor |
| | San Francisco, California 94111-4024 |
| 14 | Telephone: (415) 434-1600 |
| | Facsimile: (415) 217-5910 |
| 15 | E-mail: bburk@howardrice.com |
| | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CAROL LOEB SHLOSS, | CASE NO. CV 06-3718 (JW) (HRL) |
| Plaintiff, | **DECLARATION OF JONATHAN GALASSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| SEAN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE | Date: January 22, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware |
| Defendants. | |

DECLARATION OF JONATHAN GALASSI

-1-

I, JONATHAN GALASSI, declare as follows:

1. I am President of the New York publishing house, Farrar, Straus & Giroux ("FSG"). I make this declaration regarding Plaintiff Carol Loeb Shloss's Opposition to the Defendants' Motion to Dismiss. I have personal, firsthand knowledge of the following facts, and if called as a witness, I could and would testify to them.

2. I have been with FSG since 1986 and became President of the firm in January 2002. In early November 2002, as FSG was preparing to publish Carol Loeb Shloss's ("Shloss") book, *Lucia Joyce: To Dance in the Wake* (FSG, 2003), Mr. Stephen James Joyce wrote certain letters to me at FSG regarding Shloss's book. That correspondence has been kept as a regular practice in FSG's files in the course FSG's regularly conducted business. The correspondence is as follows:

(a) Letter fax from Mr. Joyce to me, dated November 4, 2002, a true and correct copy of which is attached hereto as Exhibit 1.

(b) Letter fax from Mr. Joyce to me, dated November 5, 2002, a true and correct copy of which is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of December, 2006, at New York, New York.

_____
JONATHAN GALASSI