# EXHIBIT 1

*Stephen James Joyce*

5, ruelle du Temple
F-17630 LA FLOTTE

20 Jun 2000

Dear Mr. Pierce,

I was not surprised to receive your 16 June letter which I am responding to promptly. I would note in passing that Ms. Sara Wilbourne, Publisher Cork University Press has never answered my 12 May 2000 letter ... So be it.

The thing about life is that if you live long enough the leopard will always show his spots and the pigeons usually come home to roost ...

I remember you only too well and you would do yourself a favour by consulting your files on previous books you have done on or about my grandfather.

I suggest you ask Ms. Wilbourne for a copy of my 12 May 2000 letter which is crystal clear. The Estate stands by the position taken and the requirements put forward (set out in that letter); it's take it or leave it.

By the way going down on one's knees is not only rarely acted but unacceptable. Such behaviour can only remind one of the inhumanity of man to man ... The Shoah and other beastly deeds.

Year in year out dozens upon dozens of men and women, "using" or "abusing" as the case may be, any grandfather's writings accept and pay the Estate's fee and publish their books. You are one of a minority who wish to argue and complain. That is your privilege.

The facts are that you will be reproducing thousands upon thousands of words from James Joyce's oeuvre in what is to be an anthology including:
- the whole of his most famous short *The Dead - Dubliners*;
- one of the most well known sequences from *A Portrait of the Artist as A Young Man*;
- significant chapters of his novel of century *Ulysses*; and
- the first part of Anna Livia Parabelle from *The Wake*.

The Estate's fee is and remains British pounds seven thousand and we do not favour any scaling down ...

There are ways of getting money in Ireland today, but this is not our affair... The Arts Council has cheerfully supported publishers who have printed books which distort, disfigure, mutilate James Joyce's creative genius. I suggest Ms. Wilbourne has ways of obtaining the sum required including possibly from the Department of the Arts, Heritage, Gaeltacht and the Islands if the Arts Council will not. The Ireland of today is no longer one of the poor men of Europe but has a flourishing economy and there is plenty of money around the banks of the Liffey!

./.

Last but by no means least I gather that 60,000 copies of this Anthology of Irish Writing in the 20th Century are to be printed and will also be sold in the U.S. of A.

With respect to Bloomsday, as you should know, this has turned into a three ring circus, a farce especially in Dublin which has little if anything to do with what the "founding fathers" intended way back in 1954 I believe it was.

Sincerely,

[signature]

David Pierce Esq.
The University College
of Ripon & York, St. John
Lord Mayor Walk
York, FAX 44 1904 612 512

P.S. I have not sent copies of your letter of 6th June and this response to Sara Wilbourne, since I consider them to be PERSONAL, but suggest you do.