# EXHIBIT 2

Dockets.Justia.com

Stephen James Joyce

10 July 2000

Dear Mr Pierce,

While I responded to your request/letter within the week, you have never responded to my 20th June fatal response.

Mrs Wireburne, publisher of the Cork University Press does but respond to letters either.

I hereby wish to inform that permission is refused to include any extracts (excerpts or any complete work from any grand father James Joyce's ouevre in the proposed Anthology "Irish Writing in the 20th Century – A Reader"..

May I remind you that pursuant to the European Claims (EEC's) extended/received seventy year copyright all of James Joyce writings including poetry/ verse I would [short stories, essays and letters etc.] are covered by copyright to the end of the year 2011 and the Estate controls/owns their copyright.

Sincerely,
Stephen Joyce

David Pierce Esq.
The University College of
Ripon & York, St John
Lord Mayor Walk
York – FAX 44 1904 612 512

cc – Sean Sweeney