| | |
|---|---|
| 1 | Lawrence Lessig |
| | Jennifer Stisa Granick (SBN 168423) |
| 2 | Anthony T. Falzone (SBN 190845) |
| | David S. Olson (SBN 231675) |
| 3 | STANFORD CYBERLAW CLINIC |
| | STANFORD LAW SCHOOL |
| 4 | 559 Nathan Abbott Way |
| | Stanford, California  94305-8610 |
| 5 | Telephone:  (650) 724-0517 |
| | Facsimile:  (650) 723-4426 |
| 6 | |
| | Mark A. Lemley (SBN 155830) |
| 7 | Matthew M. Werdegar (SBN 200470) |
| | Dorothy McLaughlin (SBN 224018) |
| 8 | Benedict Y. Hur (SBN 229453) |
| | KEKER & VAN NEST LLP |
| 9 | 710 Sansome Street |
| | San Francisco, California  94111 |
| 10 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 11 | Robert Spoo (*pro hac vice*) |
| | HOWARD RICE NEMEROVSKY CANADY |
| 12 | FALK & RABKIN LLP |
| | Three Embarcadero Center |
| 13 | San Francisco, California  94111-4024 |
| | Telephone:  (415) 434-1600 |
| 14 | Facsimile:   (415) 217-5910 |
| 15 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVSION**

| | |
|---|---|
| CAROL LOEB SHLOSS, | CASE NO. CV 06-3718 (JW) (HRL) |
| Plaintiff, | |
| v. | **DECLARATION OF JOHN ETCHEMENDY** |
| SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE, | |
| Defendants. | |

DECLARATION OF JOHN ETCHEMENDY

1   I, JOHN ETCHEMENDY declare and state as follows:

2   1.   I am the Provost of Stanford University. I submit this declaration in lieu of appearing for a deposition on December 13, 2006, under the deposition notice served on me in this matter. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called to do so.

6   2.   Attached to this declaration as Exhibit A is a true and correct copy of the May 18, 2005 letter I received from Stephen James Joyce.

8   3.   Attached to this declaration as Exhibit B is a true and correct copy of the June 22, 2005 letter I sent to Stephen James Joyce.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on December __13__, 2006 at Stanford, California.

_____
JOHN ETCHEMENDY