# EXHIBIT A

Dockets.Justia.com

**Stephen James Joyce, Trustee**
**Estate of James Joyce**
**BP 8**
**17630 La Flotte**
**France.**

RECEIVED

MAY 1 8 2005

PROVOST'S OFFICE

John Etchemendy, Provost
Office of the Provost
Building 10
Stanford University
Stanford
CA 94305 – 2061

Dear Mr. Etchemendy

I write as trustee of the Estate of James Joyce (the "**Estate**"). The Estate is the sole owner of the copyright in all of the works of the late James Joyce.

I wanted to draw to your attention to the enclosed correspondence between the Stanford Law School on behalf of a faculty member, Carol Loeb Shloss and the Estate. Ms. Loeb Shloss is the author of a book published last year about my aunt, James Joyce's daughter, Lucia Anna Joyce. Our policy with regard to immediate members of the Joyce family such as Lucia, is that the Estate will not co-operate with projects which seek to exploit these individuals e.g. by granting copyright licences or providing information, as we believe, that it is an unnecessary invasion of both her and our privacy. This is particularly pertinent in the case of Lucia Joyce who suffered from mental illness for two thirds of her life.

No doubt aware of the Estate's views on this issue, Ms. Loeb Shloss at no stage requested a licence to use any of the copyright works owned by the Estate in her books. However, earlier this year, we received a letter from the CIS at the Stanford Law School indicating that Ms. Loeb Shloss intends publishing a volume of material on the Internet, consisting of works in which the Estate owns the copyright. These include for example notes written by my mother, as well as one half of a poem by my grandfather. Significantly, it appears that her publishers, Farror Straus Giroux, declined to include this material in her book out of concern for copyright litigation.

For all of the reasons set out in the enclosed letters, we do not believe that this material can be legally published against the wishes of the Estate as copyright owner. Also, quite frankly, we do not understand why Ms. Loeb Shloss, and the Stanford Law School are seeking to do this – to the extent that the material consists of previously published works of James Joyce, these are freely available in licensed editions, while there is no justification for seeking to publish previously unpublished materials by private individuals such as my mother.

*COS\1004256.1*

We are aware that Ms. Loeb Shloss is dissatisfied that under current national and international law, works of James Joyce remain in copyright and are the personal property of his family for another few years. She has been vocal in her criticism of the Estate, and last year publicly announced with several other private individuals the formation of a committee to "investigate" the Estate's policies and modus operandi. This is notwithstanding all the work that the Estate has done over the last sixty years to ensure the widespread availability of James Joyce's works all over the world. We believe Ms. Loeb Shloss' actions in joining committees and deploying resources of the Stanford Law School against the Estate is becoming both inappropriate and unprofessional. We are very surprised that Stanford University is becoming involved in this issue in this way and take this matter very seriously.

In the circumstances, I should appreciate your response on this issue.


Yours sincerely

Stephen James Joyce


Attachments