# EXHIBIT B



STANFORD UNIVERSITY
OFFICE OF THE PROVOST

JOHN W. ETCHEMENDY

RECEIVED
JUN 2 8 2005
OFFICE OF THE
GENERAL COUNSEL

June 22, 2005

Stephen James Joyce, Trustee
Estate of James Joyce
BP 8
17630 La Flotte
France

Re:  Response to Letter of May 18, 2005

Dear Mr. Joyce:

    In response to your letter to me of May 18, 2005, I would like to clarify that Stanford University is not a party to the apparent dispute between the Estate of James Joyce and Carol Loeb Shloss. The Center for Internet and Society is one of Stanford Law School's six educational clinics. These law school clinics function in a manner akin to law firms, and provide representation to clients in areas that will provide dynamic and diverse educational opportunities for law students. The Center for Internet and Society, like all of the law school clinics, functions independently from the University in the selection and representation of its clients. I understand that Larry Lessig of the Center has communicated these points to your counsel in his June 9, 2005 letter.

    It is my understanding that one educational focus of the Center for Internet and Society is the intersection of the United States fair use doctrine of the Copyright Act, 117 U.S.C. section 107, and the Internet, and that the Center believes that Dr. Shloss's personal efforts to post content on the Internet related to Lucia Joyce meshed with the Clinic's educational goals.

    To reiterate, however, Stanford University has no dispute with the Estate of James Joyce. Stanford is not a party to either the Center for Internet and Society's representation of Dr. Shloss or her efforts to post content on the Internet. Should you have any further questions, please do not hesitate to contact me.

Sincerely,

John Etchemendy
Provost

BUILDING 10 • STANFORD, CA 94305-2061 • TEL: (650) 724-4074 • FAX: (650) 725-1347 • ETCH@CSLI.STANFORD.EDU

cc:     Lawrence Lessig
        Founder, Center for Internet and Society

bcc: Lauren Schoenthaler