1  Lawrence Lessig
   Anthony T. Falzone (SBN 190845)
2  David S. Olson (SBN 231675)
   STANFORD LAW SCHOOL CENTER FOR INTERNET
3  AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone: (650) 724-0517
5  Facsimile: (650) 723-4426
   E-mail:    falzone@stanford.edu

6  Mark A. Lemley (SBN 155830)
   Matthew M. Werdegar (SBN 200470)
7  KEKER & VAN NEST LLP
   710 Sansome Street
8  San Francisco, California 94111
   Telephone: (415) 391-5400
9  Facsimile: (415) 397-7188
   E-mail:    mwerdegar@kvn.com

10
   Bernard A. Burk (SBN 118083)
11 Robert Spoo (*pro hac vice*)
   HOWARD RICE NEMEROVSKI CANADY
12 FALK & RABKIN, a Professional Corporation
   Three Embarcadero Center, 7th Floor
13 San Francisco, California 94111-4024
   Telephone: (415) 434-1600
14 Facsimile: (415) 217-5910
   E-mail:    bburk@howardrice.com

15 Attorneys for Plaintiff

16
17                    UNITED STATES DISTRICT COURT
18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 19 | CAROL LOEB SHLOSS, | No. C 06 3718 JW HRL |
|---|---|---|
| 20 | Plaintiff, | **DECLARATION OF ROBERT SPOO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| 21 | v. | |
| 22 | SEAN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE | |
| 23 | | |
| 24 | Defendants. | |

25
26
27
28

DECLARATION OF ROBERT SPOO

-1-

Dockets.Justia.com

I, ROBERT SPOO, declare as follows:

1. I am an attorney with the law firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, PC, Three Embarcadero Center, San Francisco, California. I serve as co-counsel to Plaintiff Carol Loeb Shloss ("Shloss") in this matter and have been admitted to practice before this Court *pro hac vice*. I make this declaration in support of Shloss's Opposition to the Defendants' Motion to Dismiss. I have personal, firsthand knowledge of the following facts, and if called as a witness, I could and would testify to them.

2. In February 2000, I received a letter from Robert (Bob) Joyce, a great-nephew of the author James Joyce and then Chief Executive of the James Joyce Centre in Dublin, Ireland—a registered charity that promotes awareness of James Joyce and his writings. Mr. Joyce's letter had been forwarded to me in New York, New York—where I was practicing as an attorney—by the English Department of the University of Tulsa, in Tulsa, Oklahoma, where I had formerly been employed as a faculty member.

3. The letter from Mr. Joyce, which is dated February 4, 2000, discusses the 1998 lawsuit filed by the James Joyce Estate in the Irish High Court against the Irish Distillers Group PLC and The Irish Times Ltd. (Case No. 1998 6968P) concerning those entities' sponsorship of a celebratory Bloomsday webcast reading from James Joyce's *Ulysses*. ("Bloomsday" is celebrated every year throughout the world on June 16—the day on which the fictional adventures of *Ulysses* and its hero, Leopold Bloom, take place.). Mr. Joyce's letter, a true and correct copy of which is attached hereto as Exhibit 1, contained certain newspaper clippings, including:

   (a) "Bloomsday Blues as writs fly over Ulysses on Internet," *London Independent*, January 16, 2000.

   (b) Peter Carty, "Bloomsday," *London Independent*, January 12, 2000. True and correct copies of these two clippings are attached hereto as Exhibits 2 and 3, respectively.

4. Attached hereto as Exhibit 3 is a true and correct copy of the June 19, 2006 New Yorker article entitled *Injustice Collector*.

5.   Attached hereto as Exhibit 5 is a true and correct copy of a June 10, 2000 article from the Irish Times entitled *The War of Words Over Joyce's Literary Legacy*.

Mr. Joyce's letter and the clippings have been kept as a regular practice in my files in the course my regularly conducted legal practice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15 day of December, 2006, at San Francisco, California.

                                                    /s/ Robert Spoo
                                                ROBERT SPOO

DECLARATION OF ROBERT SPOO
-2-