# EXHIBIT 1

Dockets.Justia.com



# James Joyce Centre

35, North Great George's Street, Dublin 1.
Phone: 878 8547. Fax: 878 8488.
e-mail: joycecen@iol.ie



Mr Robert Spoo
Dept of Enghlish
University of Tulsa
OK 74104
U.S.A.

4th February 2000

Dear Robert,

You may have seen recent newspaper articles regarding legal proceedings from the James Joyce Estate in respect of the Global Bloomsday Readings, which we organised on the Internet in June 1998. Copies of the articles are enclosed for your information.

The sponsors of the event, Irish Distillers (Jameson) and Irish Times on the Web are both vigorously defending the actions taken by the Estate. For our part, we will take all the necessary steps to protect the rights and good name of the James Joyce Centre.

Regards,

**Bob Joyce**
**Chief Executive**

Chairman: Sen. David Norris, Chief Executive: Robert Joyce, Secretary: Robert Nicholson
Michael Darcy, Ronnie Foreman, Godfrey Graham, Patricia McHugh, Ken Monaghan, Sean Ronan, Sam Stephenson, Marie Claire Sweeney, Paddy Duffy.
James Joyce Cultural Centre Ltd. Reg. No. 125039.