# EXHIBIT 2

Dockets.Justia.com

Sunday Independent ◆ Sunday, January 16, 2000

# Bloomsday blues as writs fly over Ulysses on Internet

THE James Joyce Estate is taking a High Court action over the global reading of Joyce's classic Ulysses on the Internet on Bloomsday two years ago against the sponsors, Irish Distillers and the *Irish Times* which published it.

Both sponsors and the publishers have entered a defence in the High Court after the action taken by the James Joyce Estate over the reading of Ulysses on the web in 48 locations around the world in 1998.

The reading began in Melbourne and continued around the world to Tokyo, South Africa, South America, Canada and ended with the last chapter being read in Los Angeles.

Bob Joyce of the James Joyce Centre said it had linked a lot of established Bloomsday events with Dublin and had been planned when Joyce's works were out of copyright.

When the Joyce Estate saw a photograph of the Taoiseach announcing the event published in the *Irish Independent*, their legal advisers wrote to the Joyce Centre and to Irish Distillers pointing out that no permission had been received from the Joyce Estate.

Mr Joyce said the Joyce Centre's own legal advice was that they did not need the permission of the Joyce Estate and they went ahead. Subsequently High Court action was instituted by the Joyce Estate against the *Irish Times* and Irish Distillers.

"We are at a complete loss to know why this action has been taken. We know that the Estate has taken action like this in the past," he pointed out.

The event did not make a profit, in fact it was loss-making and was run by the centre in accordance with its aims to promote an interest in the life and works of James Joyce.

He added that the promotion of Bloomsday creates an interest in Joyce around the world and the people who gained were the Joyce Estate.

Mr Joyce added: "We are determined to go ahead with the reading in future years. It seems likely that we will not have the current sponsor because of what has happened, but the centre itself is not a commercial organisation and does not operate for profit.

"It needs to raise funds abroad to help with the running of the centre, and high on the priorities is an education programme for students and we also want to help with Dublin's illiteracy problem."