Shloss v. Sweeney et al

# Lucia Joyce
## Supplemental Material

**Home** | Chapter 4 Sections: 20 | 21 | 22

Supplemental material:
The Notebook Observations

20.  *"Our pet pupil of the whole rythmetic class."*
     *(FW 425.34)*

21.  "Nora was always at pains to point out to the children that she and they were of no interest to people, that they were only interested in 'Himself.'"

     Helen Fleischman Joyce, Notes to Richard Ellmann re mistakes in his biography of James Joyce, RE Papers.

Dockets.Justia.com

Doc. 39 Att. 7

# THE ART OF DANCING

PARIS 1924-28

20

I. ULYSSES IN PARIS

Lucia's first teacher in Paris was the brother of Isadora Duncan. By almost any standard, Raymond Duncan was a man of extraordinary, even ludicrous eccentricity, but for a fifteen-year-old girl eager to do something with herself besides listen to the world praise her father, he fit the bill.[1] In contrast to the chic world of Parisian fashion, Duncan's followers wore tunics and sandals, lived simply together in a commune, and ate a vegetarian diet. To her pragmatic mother's horror, Lucia, in joining Duncan's entourage, was about to opt for goat cheese and pine nuts. Which was part of the point. Duncan may have been an almost comically narcissistic character, but he gave Lucia a place to go where she could discover who she was and what she was capable of achieving.

According to Helen Fleischman, Lucia needed to get away from her mother as well as her father, for Nora made a point of saying to both children that people weren't interested in her or them but "only interested in 'Himself.' "[2] But if Lucia chose to leave a father who threatened to overwhelm her and a mother bent on making her into a smaller version of "Herself," she did so in a way that had curious resonance with her own family. It was as if she were transposing a familiar song into an off-beat key.

In 1904, inspired by his love of Homer, Raymond Duncan had gone

21

THE ART OF DANCING                                              107

Paris and New York. . . . And to throw a bridge across the Atlantic. . . .
War is declared against isolation and the distance that separates men."[25]

Duncan's generally pacifist political ideas were neither original nor
sensible. He asserted them without support, posted them as leads of ar-
ticles without argumentation, wrote them as if debate had no place in
the midst of such self-evident truth. But they influenced Lucia Joyce
nonetheless. Like her young American counterparts in the 1960s, she
didn't care if Duncan's ideas were reasonable; she responded to their ide-
alism and to their vision of a personally more coherent world.

In a few years Lucia would let Duncan's quirky pacifism guide her
own political agenda with Ireland and its relation to her father. But
in the middle and late 1920s, her goals were more self-contained. She
wanted to pursue the self-actualization of dancing and, through this
training, to acquire a vocation, a means of support, and the company of
other young people who pursued art as ardently as she did. For a brief
span of years, she joined those who believed, with Rudolf Laban, that
"the art of dance could be the only completely full expression of this
life."[26] On stage she embodied the deepest meaning of her experience as
a daughter of genius: in order to live artistically, she had to swerve. Ray-
mond Duncan may have been a strange teacher, but he helped her calcu-
late her own genius and measure the degree of transgression that would
be needed to fulfill it.

This is what we can imagine Lucia doing, year after year, when
friends of the Joyce family noticed a teenage girl slipping away to her
dance classes. Helen Fleischman remembered the Joyces' flat at 2 square
Robiac as "my new magic country," where she went to work with Joyce
as his "self-appointed volunteer secretary." Nora would greet her when
she arrived and then disappear into her room. "Lucia would wave to me
on her way to a dancing class."[27] Helen wanted to be in the circle; she
wanted to be close to the creator of *Ulysses*. Lucia needed to figure out
how to slip past the normal intensities. She was on the way out.

II. SURREALISM AND "HARD-BOILED EGGS"

Things stood this way for several years. A photograph of Lucia taken
during her years of work with Raymond Duncan shows her clad in a

**22**

22. "Mr. Joyce is waiting for me in the dining room as I am now
his self appointed volunteer secretary. The large table is
littered with notes and books of reference, with
encyclopedias. All the lights are burning brightly although
the room itself is light and sunny. Wearing an old white
starched linen jacket, often stained with ink and sometimes
with food, Babbo was so nearly sightless that even eating
was not easy for him. He would rise to greet me as I
entered. Nora would welcome me and then vanish into her
own room. Lucia would wave to me on her way to a dancing
class."

Helen Fleischman Joyce, "Unpublished Memoir, RE Papers.

# Lucia Joyce
## Supplemental Material

**Home** > Chapter 4 Sections > From The Notebook Observations

---

**The Notebook Observations; the Early Drafts**[1]

---

### First Draft: III, i-ii, "First Watch of Shaun" (MS 47482a, 60b, FW 462)

In 1924, Joyce continued to be concerned with the aftermath of leave taking, a concern that manifested itself in two ways: one, by a very general interest in "the post" and with the function of letter writing, and two, by a directive, given to the sister figure, with the curious idea of a "proxy," as if one beloved person could be substituted for another.

Early in the year, as the editors of notebook **VI.B.16** have discovered, Joyce began reading *Histoire de la poste aux letters* and *Le poste et les moyens de communication* (Brepols 12-13). This reading fit his emerging plan in many ways: Shaun is, in one of his many guises, a postman with the task of delivering messages, and, as Joyce expanded his vision of the Wake to include an archetypal history of the world, Shaun's "messages" came from the more and more remote past. (Joyce imagined him transforming into a keg rolling down a river backward in time). In many ways, this "magical realism" is a new departure for Joyce; in other ways, it continues one of the most familiar themes of his writing career—that of absence as the strongest form of presence.



4

THE ART OF DANCING

PARIS 1924–28

## I. ULYSSES IN PARIS

Lucia's first teacher in Paris was the brother of Isadora Duncan. By almost any standard, Raymond Duncan was a man of extraordinary, even ludicrous eccentricity, but for a fifteen-year-old girl eager to do something with herself besides listen to the world praise her father, he fit the bill.[1] In contrast to the chic world of Parisian fashion, Duncan's followers wore tunics and sandals, lived simply together in a commune, and ate a vegetarian diet. To her pragmatic mother's horror, Lucia, in joining Duncan's entourage, was about to opt for goat cheese and pine nuts. Which was part of the point. Duncan may have been an almost comically narcissistic character, but he gave Lucia a place to go where she could discover who she was and what she was capable of achieving.

According to Helen Fleischman, Lucia needed to get away from her mother as well as her father, for Nora made a point of saying to both children that people weren't interested in her or them but "only interested in 'Himself.'"[2] But if Lucia chose to leave a father who threatened to overwhelm her and a mother bent on making her into a smaller version of "Herself," she did so in a way that had curious resonance with her own family. It was as if she were transposing a familiar song into an offbeat key.

In 1904, inspired by his love of Homer, Raymond Duncan had gone

One can see this in the notes he took in 1924, where in **VI.B.16.075**, he jotted down, "Makes absent present," a reference to page eight of *Histoire de la poste*: "Opening Voltaire's philosophical dictionary to the word *Post*, I find 'The post is the link for all business and all negotiations. Those who are absent are made present by it. It is life's consolation.'" He was also interested in the post as a vehicle of secrets that could be intercepted.

He noted down "secret" (**VI.B.16.075**), referring to the emotional valences arising from the state's authority to intervene in personal correspondence: "Montesquieu…seems to have had some antagonism against the institution of the post: 'Conspiracies in the State have become difficult,' he says, 'because ever since the intervention of the post, all the secrets of individuals are in the power of the state'" (*Histoire 9*). In the first draft version of the Wake, Joyce uses these notes, interestingly, in the scene of departure between Shaun and his sister Issy: The Shaun symbol appears with the word "consoler" (**VI.B.16.075**), which becomes in MS 47483-125, ILA "I'm leaving my darling proxy behind for your consoling, lost Dave." Soon Joyce transformed this into "**I'm leaving** my proxy behind for you. *Dave the Dancer.…Be sure & love him my treasure as much as you like*…He's every ~~damn~~ **biter's** bit … *a romeo* as I am ~~myself~~."

With the sister figure left behind in the company of Shaun's "proxy," the relationship of Shaun and Izzy becomes that of correspondents, with Izzy taking on the role of the State: that is, she becomes not only a letter writer, keeping in touch with the brother (whose absence is made present by correspondence) but also a letter intercepter, a person capable of making "conspiracies…difficult…since…all the secrets of individuals are in [her] power." Notebook entry **VI.B.16.077** identifies her as an intercepter; MS 47482b-57, ILS makes this role even more explicit: "Izzy said intercepted flushing as she grabbed her male correspondent," and note **VI.B.16.094** and MS 47482b-57-58 both extend the idea of her power over Shaun with "_ I know" and "Of course I know you know who sent it […] never will I give you away to anyone. You may trust me I know […] listen, Jaun, I know, warn me when to wed."

Once again, the biographer is faced with how to use notes taken for a work of fiction as evidence of the experiences of family life. But once again the notes of 1924 tell us, at the least, that Joyce configured the departure of the brother figure as a moment of extraordinary importance for both of the siblings of his imagination. If this is not a refiguration of a transitional moment in the life of his own family, it is nonetheless a father's way of imagining the emotional repercussions of such a moment in the life of children who have been close to each other, and it is notable for the idea of substitution: the brother leaves a "proxy"—someone whom he likes— someone like, for example, Emil Fernandez (who was Giorgio's friend and who did take the actual Lucia out dancing)—to take his place in the sister's affections.

At this point in the notebooks, the voice of a parental figure intervenes. Although Joyce would not use these notes until 1928 in FW III, i (439.02), he jotted down in **VI.B.16.131** "make up your mind," turning this eventually into "Once and for all make up your mind to it. I'll have no college swankers" (MS 47482b-48v, LPA) **VI.B.16.136** "trespass on yr" MS 47482b-49 "danger zone." The father/writer speaks, as if to a daughter, warning her against losing her virginity, warning her not to experiment, not to have sex, and yet, in note **VI.B.16.141**, we fine the observation "on the road to/ maternity," followed by note **VI.B.16.146** which either records or imagines "night noises/ rustlings/ twittering/ raspin/ tuping/scuttling"  a theme that is transposed in MS 47472-282, MsTMA to "and how she was lost away […] and the rustlings and the twitterings and the raspings and the snappings and the sighings and the panting and the ukukukings and the (hist!) the springapartings and the (pist!) the bybscuttlings and all the scandalmunkers."

By May of that year, Joyce was once again reading Chateaubriand, noting "Chateaubriand's deep love of his sister, Lucile, comparing it to Renan's love for his sister Henriette." In the same set of notebook entries (notebook **VI.B.5**), he continued to record, what, for lack of other sources, seem like further family reflections that are specifically about Lucia: **VI.B.5.014** notes "_ wiser than Borsch [Joyce's eye doctor]/ re face lotion"; **VI.B.5.106** records "I think her pretty"; **VI.B.5.071** observes "_ flings down glove/to make/sel/f attractive"; **VI.B.5.107** makes two comments: "_ gets rain water in/ jug for face" and "Good God cry of shame & horror/ she only 15." Note **VI.B.5.072** returns to the concern of note **VI.B.10.111**: "faire des anges [F. *faire des anges.* [To perform abortions]." Joyce continued reading Chateaubriand, where he noted down, from *Oeuvres choisies illustrées I, Atala 68-69* the words

of a father or a Father: "Be reassured, my child. He who searches loins and hearts will judge you by your intentions, that were pure rather than by your action, that was blameworthy."

With regard to Lucia's life, what conclusions can we draw from this set of suggestive notes? We cannot say that she had an abortion, but we can say that abortion was on Joyce's mind. And we can say that these notebook entries about the departure of the brother figure are consistent with and indeed reiterate and confirm what Joyce did in fact write about Lucia in the "Anamnese von Fraulein Lucia Joyce" that Joyce prepared, with the help of Paul Léon, in the early 1930s: "She loved her brother in an out of the ordinary way. When the brother became the lover of a pretty, rich, married women, whom he eventually married, the patient suffered many difficulties." [Ihren Bruder habe sie ausserordentlich geliebt. Als sich der Bruder dann in eine sehr schone, reiche und verheirateste Frau verliebte und diese schliesslich auch heiratet, habe die Patientin viel Schweres durchgemacht" (Richard Ellmann Papers).

**First Draft: II, i-ii, "The Mime of Mick, Nick and the Maggies" (MS 47477, 2, FW 219ff)**

Often, as Joyce continued composing, he wrote meta-fictionally, that is, his text alluded to its own method of composition. One such moment occurs in the first draft of the Wake III, iii, when a character is asked "did it ever occur to you *prior to this* by a stretch of imagination that you might be very largely substituted by a complementary character"? (in Hayman 237). The levels of self-reflective irony in such a fictional moment are manifold, for the distinguishing, and confusing, feature of the Wake as a whole is that it redefines the novelistic idea of "character," substituting for fixed and consistent personages a series of constantly modulating traits and names and associations. Issy, for example, is always changing into another version of herself, another manifestation of young womanhood, while always remaining "placed" as that manifestation of girlhood, adolescence and gradually awakening sexuality. Joyce indicated her "placement" by giving her various names a family resemblance—she is Issy, Izzy, Isolde, Isabeau, Isabey, etc.—while he suggested her generalizability by the shifting letterforms themselves. She is a position in life, just as the other "characters" in the Wake, amid all of their various manifestations, mark other positions: mother, father, brother, old man, young man, knight, king, bishop, rival, friend and so forth.

This unchanging changeability, this constant shifting makes this novel uniquely a tale of a world family and not just one family, a story of regeneration itself and not just the fading away of one set of parents and the upsurge of their boisterous offspring. Amid this various, unvarying modulation, Joyce recounts another transformative stage of human life, which is itself the shifting, the searching, the sorting of young men and women as they seek suitable mates. This activity, necessary for the rebirth of humanity, Joyce calls in Ms. 47477, 129-130 "the shifting about of lasses and the tug-of-love of the lads ending with a great deal of rough merriment, hoots, screams." Although this particular description was written somewhere between 1931 and 1933, Joyce's general commitment to representing this stage of life development was well developed by 1924-1928, where in notebooks **VI.B.14, VI.B.26, VI.B.8, VI.B.19, VI.B.21** and **VI.B.22**, we find a general repositioning of the sigla (_) for the daughter figure.

There are several major changes. Although Issy will continue to be figured in triangular relationships, remaining, sporadically in the original configuration represented by Tristan, Isolde and King Mark, that is, as the pivotal figure between an older man and a younger man, she will also be positioned between several young men, several suitors, as if beginning to enact the preoccupation of note **VI.B.16.094**: "listen, Jaun   warn me when to wed." Notebook **VI.B.14**, written between July and December of 1924, in various locations, including Joyce family trips to St. Malo, Brittany, Quimper, and Vannes, continues to record what seem to be the jottings of an observation father: "_ made faces at the sea" (**VI.B.14.089**); "_ sits on coif to iron it" (**VI.B.14.094**); "_ real world when she/began to live" (**VI.B.14.096**) or "_ in long trousers" (**VI.B.14.100**). But there are also new kinds of notations: "_ shocked by AL story" (VI.B.14.208) [I will return to this particular note later]; "_ embracing _ tells/her of (Shem sigla) and _" (**VI.B.14.216**) and, as one of the final jottings in the notebook: "_ swopped for _2" (**VI.B.14.232**). The daughter figure hears

something that shocks her; she is told, while being embraced, of another couple, where the young woman is apparently also identified as _; and, most significantly, the notes tell us she is "swopped" for _2. Not only has the brother figure departed; but the sister figure is replaced by what Joyce now designates as _2.

In the following notebooks, **VI.B.15, 17, 21** and **22**, and, indeed, for the rest of Joyce's notetaking life, he will use three variations of the daughter sigla: the original one _ (which in note **VI.B.8.147** he now identifies as " _ girl lying on causeway ~~lacin~~ with one leg heavenward, lacing her shoe"), another sigla with the _ lying on its side, facing left, and a third with the _ lying on its side facing right. This differentiation of "right facing" and "left facing" sigla has sometimes in the past been used by scholars to argue that a division has taken place in the "character" of Issy herself, as if she has become "schizophrenic." But I am convinced that this is a misreading on many levels. One reason is that it uses unsupported suppositions about the real Lucia's life to impose a meaning on a notetaking practice. Another related reason is that the timing is entirely wrong; a third reason is that it violates the logic of the note taking in and of itself.

Between 1924 and 1928, Lucia was entering into the fullness of her own enthusiasm for dance; she was inseparable from the girls in her classes and primary dance troupe, and her health was fine. Helen Nutting described her as a laughing, fun loving, Charleston dancing, winking-over-the-shoulders of Patrick Tuohy type of girl: "Lucia, child, half-child, half-woman, vital and audacious, gifted child of a gifted father" (Shloss, *Lucia Joyce* 173). I am not convinced that Lucia was ever "schizophrenic" even according to the vague, changeable and pseudo-scientific standards that were then used to judge such things, but she was certainly not ill in the early 1920s when Joyce began this new form of notation. One might suppose that the "second" Issy (_2) was one of Lucia's friends. Helene Vanel, one of her most beloved and influential dance teachers, knew that Lucia and Kitten Neel were very, very close and always did things together. Zdenka Podhajsky was another very close personal friend. But this logic does not fit the more general strategy that Joyce seems to have developed for including young girls in his book. They, like the single "characters" have constantly modulating forms, but they are invariably plural  being part of a "troupe" like the S. Bride's Girl Scouts School (Hayman, *First Draft* 129) or a group like the "February Filldyke's daughters" (*First Draft* 227) or "The Floras" (*First Draft* 129).

The _2 figure seems more logically to be a separate figure, not at all a division of Issy into a schizophrenic self. How else can we explain the previous note: "_ swopped for _2" (**VI.B.14.232**)? Or the notes that closely follow it: "_ praises/_ (facing right) to _ (facing left)" (**VI.B.18.270**) or "_ (facing left) sends _ to _ (facing right)" (**VI.B.18.271**)? These are memos involving three people. Were we to correlate the notes with the events Joyce could conceivably have watched in the mid 1920s, they would more logically coincide with what was in fact happening to his central and centrally observable Wakean family: Shaun has taken leave of "Sister dearest," and in his new adventures has successfully navigated the "shifting about of the lasses and the tug-of-love of the lads," that is, he has a new partner. In life that would,of course, have been Helen Kastor Fleishman, who took up with Giorgio around 1926. Joyce would, from this moment on, have two young women to observe in his creation of the feminine side of his universal family, and Lucia would be faced with negotiating a new chapter of her own existence. This, not surprisingly, is represented in the Wake, as a life among other young women, a life as a mimic and a dancer, and a life as a young woman choosing her own partner, contributing yet another part to the story of regeneration or "recirculation" that was her father's current and enduring preoccupation.

**Mid-February-March 1924**

Joyce's interest in the closeness of siblings persisted well into 1924, when he began to record notes that would eventually become part of Book **III, i** of the Wake, where, amid continued jottings about Issy's characteristics, a scene of parting between brother and sister is first imagined. In notebook **VI.B.1. 090-091**, Joyce notes: "result of yr teaching," which would later become MS 47482b-7, MT: "This is the result of your teaching, Sis" and "You that used to write/ to me the nice," which would develop in MS 47482b-7, MT

into "This is the result of your teaching, Sis, you that used to write to me ~~those~~ the nice letters" and "O how I wd kiss you," which became, in MS 47482b-7, MT: "O how I shall kiss you` immediately upon my return. O, Sissie, it is grand/ to be going to meet a king/ the K.of K/ & then be off with/ Our Blessed Lord."

The son/brother figure, is leaving home, already, by 1924 transposed into a myriad of male roles: he is first a postman, bearing a letter, in a setting that is both grandiose ("I am all too unworthy for such eminence, or prominence, to be exact as to bear this letter on his majesty's service") and absurd: he works in an environment where, amid "22,000 sorters out of a possible 22,000, too much administrative stationery was eaten by goats" (*First Draft* 221). Within a page of Joyce's first draft, the brother figure metamorphosizes into an Ondt, who has a huge following of young female admirers named Floh and Luse and Flutterby and Lovesalight and Bienie and Vespatilla, with whom he was "always making ~~disgraceful~~ **ungraceful** overtures…to *play pupa* [& pulcy pulcy] *with and* to ~~commit~~ **commence** insects with him" (222).

Note **VI.B.1.097** "Sure not to do incest?/ la venere incesta" has undergone its own metamorphosis, from a curiously anxious, but unlocated query in the notebooks to the basis for a comic story, where "incest" becomes "insects," just as it does in A.S. Byatt's novella , *Angels and Insects*. Shaun, the generalized younger generation male, who still, like Tristan, remains an "abelboobied fellow" [**VI.B.16.084**], cavorts in weirdly suggestive ways: "**revelling** in his sunny room] as appi as a oneysusucker…sated at his comefortumble fullupsupper…with Flo biting his big thigh and Luse lugging his left leg, ~~Bieni~~ **Bienie** bussing him under his bonnet and Vespatilla ~~wintering into his ear~~ **blowing cosy fond tutties up his smalls**" (*First Draft* 223). He teaches the girls to dance polkas (with a dig at Raymond Duncan: "*No Dorcan from Dunshananagan ever danced it so*?) before morphing back to Shaun, who returns to his duty to carry a strange letter "for his majesty" (224).

Clearly Joyce is working in an edgy, almost surrealistic, comic mode, but book **III**, **i-ii** is still, unmistakably, about the moment when the first child leaves home, turning his energy to the world of work and adult erotic adventure: The first draft version of the Wake: "*Thou art passing hence, dear Shaun, from friends and parents dear*" (225) is clearly derived from notebook entry **VI.B.16.084** ⊥ ab + (Earwicker symbol) and MS 47482b-44, LMS: "thou art passing hence, ~~Dearable~~ Shaun, from carnal relations and familiar faces."

The Wakean parents wish their son well: "May the fireplug of filiality safeguard your bunghole! *We know you were loth to leave us* ~~&~~ **but**, sure, you will turn up some day when your pocket is empty" (*First Draft* 225). But, with relevance to Lucia and Giorgio's story, which by 1924 involved the increasing presence of Helen Fleischman in their lives, the writer also stages the scene of leave taking between the brother and the sister.

By this time, in the constantly fluid and modulating geography of the Wake, Shaun is loosening his boots in an Irish landscape, passing a guardian of the peace "asleep there in the embrace of a *confiscated* bottle" as well as 29 "daughters *out of the national [hedge] school*" (*First Draft* 225). Among these young girls, who form a "chorus of praise," "Shaun […] easily recognized his dear sister, Izzy" [see **VI.B.1.143** and Ms 47482b-5v, LPS].

"Sister dearest, Shaun said in taking leave of her with ~~fondness~~ fondest affection, how I honestly believe you will miss me" (*First Draft* 225). Their dialogue, alluded to by Joyce in a letter to Harriet Shaw Weaver in June of 1924 as a "Lenten lecture," is a list of prohibitions, a private version of the Ten Commandments, rendered in comedic, but comedically suggestive, terms: "*Never eat ~~good~~ bad meat on a good Friday* […] and preserve your dear chastity *during this Lenten season* […] Rather than part with that *vestalite* ~~jewel~~ **emerald** ~~of yours~~ **which you have where your two nether extremes meet** let the entire *ekumene* universe perish […] O

how I shall kiss you immediately upon my return [...] Sis, dearest" (*First Draft* 226).

The sister, Izzy's response is straight out of pantomime (but also out of note **VI.B.3.026**): she offers her "Brother dear" something instead of a "~~handkerchief~~ **handkerchiefduster** [to] bear it with you *ever* & always and when you use it think of ~~the one~~ absent one" (226). Then, following note **VI.B.16.012** "⊥listen!", she appends a curious request from MS 47482b-17, LMA: "~~Brother~~ Listen, brother dear, Izzy said, accept this [...] & always, listen, when you use it [...] Teach me how to tumble dear, and, listen, warn me whom to love."

When Joyce imagines his avatars of youth parting from one another, he imagines the older brother as the first to go out into the life of duty; he imagines the fondness of the pair; he imagines the brother's concern for his sister's chastity, and her response. She does not protest that she will remain chaste; instead she asks for the benefit of the older brother's experience: teach me, she asks, and, though the meaning of "how to tumble" is unavoidable ambiguous, the request to "warn me whom to love" is not. The following note reads as if it is a father's comment on the scene: "Young devils playing/ with fire" [see **VI.B.16.020**]. p>VI.B.5.119 palpitant de respect/ et de volupté

Chateaubriand, *Oeuvres choisies illustrées III, Mémoires d'outre-tombe* 39: [**The Phantom** And so I imagined a woman made up of all the women I had seen [...] A young queencomes towards me, bedecked with diamonds and flowers (it was again my imagined sylph); [...] I fall at the knees of the sovereign of Enna's lands; the silken waves of her loosened diadem fall caressingly on my brow while she leans her sixteen year old head over my face, and her hands rest on my breast throbbing with respect and voluptuous delight.]

VI.B.5.125 divinity (puella) [L. *Puella*. Girl]
Chateaubriand, *Oeuvres choisies illustrées III, Mémoires d'outre-tombe* 173: [**Coquetry** One day, as I was passing through Lyons, a lady wrote to me. She asked me to give her daughter a seat in my carriage and to take her Paris. This seemed to me an odd proposal; but in the end—the signature having been confirmed, the stranger turns out to be an extremely respectable lady—I sent a polite reply. The mother introduced her self and her daughter, a goddess of sixteen. The mother had scarcely cast eyes on me, when she turned scarlet. Her confidence abandoned her. "Forgive me, sir," she stammered, "I am not devoid of consideration…. But you will understand the proprieties…. I was mistaken. I was taken so unawares…" I insisted, while looking at my future companion, who seemed to be laughing at the debate. I protested profusely that I would take all conceivable care of the beautiful young person; the mother humbled herself with excuses and bows. The two ladies withdrew. I was proud to have frightened them to such an extent.]

VI.B.5.127 Ossian (Earwicker symbol)
Chateaubriand, *Oeuvres choisies illustrées I, Atala 33*: [**Prologue** Several years after he had returned to his native country, Chactas enjoyed some rest. Yet the Heavens made him pay dearly for this favour: the old man had gone blind. A maiden escorted him on the hillsides of Meschacebé, just as Antigone guided the steps of Oedipus on Citheron, or like Malvina who led Ossian over the rocks of Morven.]

VI.B.5.139 ⊥ & ⊤
Chateaubriand, *Oeuvres choisies illustrées I, Atala 68-69*: [**Le Drame** Be reassured, my child. He who searches loins and hearts will judge you by your intentions, that were pure, rather than by your action, that was blameworthy.]

VI.B.1.005 ⊥
VI.B.1.006 ⊥

VI.B.1.076 ⊥
VI.B.1.090 Sis
VI.B.1.091 Sis
VI.B.1.095 ⊥ / ⊤
VI.B.1.097
VI.B.1.099 ⊥
VI.B.1.118 ⊥
VI.B.1.139 ⊥
VI.B.1.140 9 Isabelle
VI.B.1.143 Izzy
VI.B.1.150 ⊥
VI.B.1.166 ⊥
VI.B.1.167 ⊤ and ⊥
VI.B.1.177 ⊥


March-May 1924
VI.B.16.006
VI.B.16.009
VI.B.16.012 ⊥ Izzy.
VI.B.16.020 ⊥
VI.B.16.023 ⊤ & ⊥
VI.B.16.024 sister
VI.B.16.025 ⊥
VI.B.16.026 ⊥
VI.B.16.027 ⊥
VI.B.16.046 ~~Izzy~~
VI.B.16.052 Brigit-Isolde
VI.B.16.055 Izzy
VI.B.16.065 ⊥
VI.B.16.066 ⊥
VI.B.16.068 ⊥
VI.B.16.075
VI.B.16.077 Izzy
VI.B.16.086
VI.B.16.084 ⊥ ab
VI.B.16.086
VI.B.16.094 ⊥
VI.B.16.097 Izzy
VI.B.16.128
VI.B.16.131
VI.B.16.136

VI.B.16.138 ⊥
VI.B.16.141
VI.B.16.

May-July 1924
VI.B.5.014 ⊥
VI.B.5.016 ⊥
VI.B.5.017 ⊥
VI.B.5.025 ⊥
VI.B.5.028 ⊤ ⊥
VI.B.5.030 ⊥
VI.B.5.034 ⊥
VI.B.5.058 ⊥
VI.B.5.059 ⊥
VI.B.5.069 ⊥
VI.B.5.071 ⊥
VI.B.5.072
VI.B.5.075 ⊥
VI.B.5.086 ⊥
VI.B.5.089 ⊥
VI.B.5.095 ⊥
VI.B.5.106
VI.B.5.107 ⊥
VI.B.5.112 ⊥
VI.B.5.133 ⊥ ⊤
VI.B.5.141 ⊥
VI.B.5.147 ⊥
      ⊥/ ⊤ VI.B.5.152 ⊥

July-December 1924 (St. Malo, Brittany, Quimper, Vannes, Paris)
VI.B.14.022 ⊤ & ⊥
VI.B.14.046 ⊥
VI.B.14.048 ⊤ & ⊥
VI.B.14.078 ⊥
VI.B.14.082 ⊥
VI.B.14.089 ⊥
VI.B.14.094 ⊥
VI.B.14.096 ⊥
VI.B.14.100 ⊥
VI.B.14.107

VI.B.14.120 ⊤ / ⊥
VI.B.14.192 ⊥ / ⊤
VI.B.14.201 ⊥
VI.B.14.204 ⊥
VI.B.14.206 ⊥
VI.B.14.208 ⊥
VI.B.14.209 ⊥
VI.B.14.216 ⊤ / ⊥ / ⊥
VI.B.14.223 ⊥
VI..B.14.225 ⊥
VI.B.14.226 ⊥
VI.B.14.232 ⊥ swopped for ⊥2
⊥

1924-26[8]
VI.B.26.013 ⊥ (facing left)
 ⊥ (facing left)
VI.B.26.062 ⊥ (facing left)
VI.B.26.069 ⊥
 ⊥ (facing right) VI.B.26.101 _ (facing left)

1925
VI.B.8.147 ⊥
VI.B.19.220 Buttercup [Issy's baby name]

1926
VI.B.15.045 ⊥ (facing left)

VI.B.15.153 ⊥ (facing left) VI.B.15.163 / ⊥ (facing left)
VI.B.17.49 Isabeau ⊥ (facing right)

1926-1927
I, vi "The Twelve Questions" (MS 47473, 116-144; FW 126-149/11)
II, ii "The Triangle" ("The Muddest Thick That Was Ever Heard Dump" in Tales Told of Shem and Shaun. Paris: Black Sun Press, 1929.) (MS 47482a, 65b,67 ab, 68; FW 282/7-287/17)

1922-1928[9]
VI.B.21.025 ⊥
VI.B.21.031

VI.B.21.146 ^ ⊥ (facing left)
VI.B.21.149
VI.B.21.197
VI.B.21.229 ⊥ (facing left)
VI.B.21.237 Isabey
VI.B.21.287 ⊥ (facing left)
VI.B.22.021 VI.B.22.039 _ (facing left)
VI.B.22.088 ⊥ (facing left)
VI.B.22.094 ⊥ (facing left)
VI.B.22.097
VI.B.22.165

1927-29
VI.B.18.019 ⊥ (facing left) &
VI.B.18.270 ⊤ / ⊥ (facing right) to ⊥ (facing left)
VI.B.18. 271 ⊥ (facing left) sends ⊤ to ⊥ (facing right)

1928[10]
VI.B.23.107 Lucia
VI.B.23.115 ⊥ (facing left)
VI.B.23.121
VI.B.23.128
VI.B.23.135
VI.B.23.145 Ponisovsky
⊥

1928-1929[11]
VI.B.24.016
VI.B.24.017
VI.B.24.019
VI.B.24.075 ⊥ (facing left)
VI.B.24.113 ⊥
VI.B.24.119
VI.B.24.121 ⊥ (facing left)
VI.B.24.122
VI.B.24.124
VI.B.24.129 ⊥ (facing right)
VI.B.24.131
VI.B.24.234
VI.B.24.272
VI.B.24.275

III, i "The Ondt and the Gracehoper" (MS 47483, 81-89; FW 414/22-419/8) (in small pink notebook with a picture of "Isabeale" on its cover-David Hayman)

---

[1]The following discussion of James Joyce's Finnegans Wake notebook observations supplements the summary chapter about the *Wake* at the end of my published biography of Lucia Joyce (chapter 16). In this supplementary material, the "sigla" for the daughter figure from Joyce's notebooks forms a kind of additional infrastructure of the biography, arranged chronologically and placed next to the actual events of Lucia's life. They show what Joyce observed about Lucia as she grew and they indicate her consistent influence on the final text of *Finnegans Wake*. They also indicate the composite nature of the daughter figure in the *Wake*, as Joyce merges experiential observations with notes from other sources about adolescent girls emerging into womanhood, figures like Alice Liddell from *Alice in Wonderland*, Isa Bowman, "Peaches" Browning, Isolde from Tristan and Isolde, Edith Thompson from the *Trial of Frederic Bywaters and Edith Thompson*, Lot's daughters, and so forth. In the early notebooks, the daughter is indicated by the nickname "Is" or "Issy" or "Isabeale" or some variation of the name "Isolde." Later, she, like all of the other major characters, acquired a symbol, ⊥, which could also appear on its side, facing either left or right. When used in combination with the symbol ⊤, Joyce was usually referring to some aspect of the love triangle in *Tristan and Isolde*.

As Joyce moved from observations of Lucia to the final construction of *Finnegans Wake*, he went through numerous drafts. Following these drafts lets us see, in a way that is rarely available to scholars, the transposition of life into art. As Joyce progressed from watching his adolescent daughter, he joined her, in his imagination, with the situation of other young women entering into life for the first time. He shows them learning about the nature of human intimacy, the anatomy of sex, the secrecy, suspicions and possibilities for betrayal that can accompany sex, and the complexities and ambiguities of human emotional attachments. Of particular interest to me, was Joyce's propensity to align Lucia with "triangles" and with close brother-sister relationships in history and literature. That is, one of his basic instincts led him to figure her as (for example) Isolde in the story of Tristan, King Mark and Isolde, where, interestingly, the triangle is transposed to Shaun, Earwicker and Issy, that is, to the Wakean characters associated, in familial terms, with Giorgio, Joyce and Lucia. This triangular pattern and the brother-sister attachment pattern are insistent in Joyce's notebooks, in his drafts and in the final version of *Finnegans Wake*. The triangular pattern is also insistent in my biography of Lucia, as published, but, with the addition of this notebook and draft evidence, the assertion of these heavily weighted familial relationships is even more compelling than in the published version made available to scholars and reviewers. In fact, given the consistency of Joyce's evidence, a biographer would have been irresponsible to create a narrative without these emotional constellations.

Here you will find an additional infrastructure for my biography, given in the form of citations from the notebooks, for scholars who are interested in tracing more of Joyce's observations of the Lucia/Issy character. Also included are several examples of the transformational use of such material that I did not include in the final version of the book; that is, in the published book, I used only material from *Finnegans Wake* and not the genetic material leading up to it, the material that shows Joyce's chronological observation of Lucia and his transformational use of it.

[8]This date, suggested in the prefatory material to *James Joyce: 'Finnegans Wake': A Facsimile of Buffalo Notebooks* VI.B. 25-28. Prefaced & Arranged by Danis Rose. New York & London, 1978, is provisional and contested.

[9]This date, suggested in the prefatory material to *James Joyce: 'Finnegans Wake': A Facsimile of Buffalo Notebooks* VI.B. 21-24. Prefaced & Arranged by David Hayman.. New York & London, 1978, is provisional and contested.

[10]This date, suggested in the prefatory material to *James Joyce: 'Finnegans Wake': A Facsimile of Buffalo Notebooks* VI.B. 21-24. Prefaced & Arranged by David Hayman. New York & London, 1978, is provisional and contested.

[11]This date, suggested in the prefatory material to *James Joyce: 'Finnegans Wake': A Facsimile of Buffalo Notebooks* VI.B. 21-24. Prefaced & Arranged by David Hayman.. New York & London, 1978, is provisional and contested.

# Lucia Joyce
## Supplemental Material

**Home** | Chapter 5 Sections:

Supplemental material:
The Notebook Observations

23. *"And they leap so looply, looply as they link to light."*
   *(FW 226. 26-27)*

# LEAPING WITH
# THE RAINBOW GIRLS

NICE 1928

---

## 23

### 1. LEARNING THE SAVAGE ELEMENT

When Lucia met Margaret Morris, she met a woman who was everything that Nora, her mother, had not been in her life. Gone was the nattering criticism, the unwanted attention alternating with neglect, and the unthinking assumption that a girl's life would follow an age-old pattern of domestic companionship. Like her aunts Eva and Eileen, Morris became Lucia's surrogate mother, but she was also an artistic mother whose encouragement was like manna.

As the principal dancer of her own troupe and the founder of many schools, Morris performed in Paris regularly, but it was probably on 23 June 1924 that Lucia first saw her dance at the Comédie of the Théâtre des Champs-Elysées.[1] She went to the performance with her father. Aside from Lucia's urging, Joyce had the added incentive of knowing that Margaret Morris had married the fauve painter John Duncan Ferguson, an old acquaintance from Dublin.[2] After the performance they spoke to Morris backstage. Listening to Lucia speak of her work with Raymond Duncan and John d'Auban, a dance teacher with whom she had also started to take lessons, Morris sensed the girl's passion and encouraged her to think of dance as a vocation. But she wanted her to stop working with her current masters. Morris had plans to return to Paris the following fall and saw Lucia as precisely the kind of young

# Lucia Joyce
## Supplemental Material

**Home** > Chapter 5 Sections > From The Notebook Observations

**The Notebook Observations; the Early Drafts**[1]

1927-29[12]

VI.B.27.075 ⊥ (facing left)

VI.B.27.139 ⊥

VI.B.27.152 Isolabella

⸢
⸣

# LEAPING WITH
# THE RAINBOW GIRLS
NICE 1928

### I. LEARNING THE SAVAGE ELEMENT

When Lucia met Margaret Morris, she met a woman who was everything that Nora, her mother, had not been in her life. Gone was the nattering criticism, the unwanted attention alternating with neglect, and the unthinking assumption that a girl's life would follow an age-old pattern of domestic companionship. Like her aunts Eva and Eileen, Morris became Lucia's surrogate mother, but she was also an artistic mother whose encouragement was like manna.

As the principal dancer of her own troupe and the founder of many schools, Morris performed in Paris regularly, but it was probably on 23 June 1924 that Lucia first saw her dance at the Comédie of the Théâtre des Champs-Elysées.[1] She went to the performance with her father. Aside from Lucia's urging, Joyce had the added incentive of knowing that Margaret Morris had married the fauve painter John Duncan Ferguson, an old acquaintance from Dublin.[2] After the performance they spoke to Morris backstage. Listening to Lucia speak of her work with Raymond Duncan and John d'Auban, a dance teacher with whom she had also started to take lessons, Morris sensed the girl's passion and encouraged her to think of dance as a vocation. But she wanted her to stop working with her current masters. Morris had plans to return to Paris the following fall and saw Lucia as precisely the kind of young

---

[1]The following discussion of James Joyce's Finnegans Wake notebook observations supplements the summary chapter about the Wake at the end of my published biography of Lucia Joyce (chapter 16). In this supplementary material, the "sigla" for the daughter figure from Joyce's notebooks forms a kind of additional infrastructure of the biography, arranged chronologically and placed next to the actual events of Lucia's life. They show what Joyce observed about Lucia as she grew and they indicate her consistent influence on the final text of Finnegans Wake. They also indicate the composite nature of the daughter figure in the Wake, as Joyce merges experiential observations with notes from other sources about adolescent girls emerging into womanhood, figures like Alice Liddell from Alice in Wonderland, Isa Bowman, "Peaches" Browning, Isolde from Tristan and Isolde, Edith Thompson from the Trial of Frederic Bywaters and Edith Thompson, Lot's daughters, and so forth. In the early notebooks, the daughter is indicated by the nickname "Is" or "Issy" or "Isabeale" or some variation of the name "Isolde." Later, she, like all of the other major characters, acquired a symbol, $\perp$, which could also appear on its side, facing either left or right. When used in combination with the symbol $\top$, Joyce was usually referring to some aspect of the love triangle in Tristan and Isolde.

As Joyce moved from observations of Lucia to the final construction of Finnegans Wake, he went through numerous drafts. Following these drafts lets us see, in a way that is rarely available to scholars, the transposition of life into art. As Joyce progressed from watching his adolescent daughter, he joined her, in his imagination, with the situation of other young women entering into life for the first time. He shows them learning about the nature of human intimacy, the anatomy of sex, the secrecy, suspicions and possibilities for betrayal that can accompany sex, and the complexities and ambiguities of human emotional attachments. Of particular interest to me, was Joyce's propensity to align Lucia with "triangles" and with close brother-sister relationships in history and literature. That is, one of his basic instincts led him to figure her as (for example) Isolde in the the story of Tristan, King Mark and Isolde, where, interestingly, the triangle is transposed to Shaun, Earwicker and Issy, that is, to the Wakean characters associated, in familial terms, with Giorgio, Joyce and Lucia. This triangular pattern and the brother-sister attachment pattern are insistent in Joyce's notebooks, in his drafts and in the final version of Finnegans Wake. The triangular pattern is also insistent in my biography of Lucia, as published, but, with the addition of this notebook and draft evidence, the assertion of these heavily weighted familial relationships is even more compelling than in the published version made available to scholars and reviewers. In fact, given the consistency of Joyce's evidence, a biographer would have been irresponsible to create a narrative without these emotional constellations.

Here you will find an additional infrastructure for my biography, given in the form of citations from the notebooks, for scholars who are interested in tracing most of Joyce's observations of the Lucia/Issy character. Also included are several examples of the transformational use of such material that I did not include in the final version of the book; that is, in the published book, I used only material from Finnegans Wake and not the genetic material leading up to it, the material that shows Joyce's chronological observation of Lucia and his transformational use of it.

[12]This date, suggested in the prefatory material to James Joyce: 'Finnegans Wake': A Facsimile of Buffalo Notebooks VI.B. 25-28. Prefaced & Arranged by Danis Rose. New York & London, 1978, is provisional and contested.

# Lucia Joyce
## Supplemental Material

**Home** | Chapter 6

---

24. *"Dances arranged by Harley Quinn."*
    *(FW 226. 26-27)*

# 6

## CHOOSING PARTNERS

### PARIS AND SALZBURG 1928

ᘓ

**24**

### I. LUCIA AND HARLEQUIN

Jean Borlin was a breathtaking dancer. He was a legend in his own time, a master who offered Lucia an unprecedented dance vocabulary. She and her family had been going to see Borlin perform to new music ever since 5 October 1923,[1] when the Ballet suédois had given the world premiere of *La Création du monde*. Their interest had been spurred in part by a new friend, George Antheil, whose *Airplane Sonata* and *Mechanism* had created the kind of scandal that was also associated with the high antics of Borlin on stage.

For five seasons in Paris, Borlin and the Ballet suédois claimed the attention of the avant-garde dance world and eventually came to challenge the artistic hegemony of Diaghilev's Ballets russes. Rolf de Maré, its director, was passionately interested in folk culture and in the ways the elements of such traditional dancing could be combined with the visionary achievements of new young artists. He did not hesitate to call upon the "bad boys" of Paris and to make his productions a center for the combined talents of the musicians and visual artists of the French avant-garde.

In 1919 he had come from Sweden to Paris with his lead dancer, Jean Borlin, and when he considered the success of this young performer assured, he rented the city's largest theater and brought his company to