1  Maria K. Nelson (State Bar No. 155608)
   mknelson@jonesday.com
2  Anna E. Raimer (State Bar No. 234794)
   aeraimer@jonesday.com
3  JONES DAY
   555 South Flower Street, Fiftieth Floor
4  Los Angeles, CA  90071-2300
   Telephone:    (213) 489-3939
5  Facsimile:    (213) 243-2539

6  Attorneys for Defendants
   SEAN SWEENEY, IN HIS CAPACITY AS
7  TRUSTEE OF THE ESTATE OF JAMES JOYCE,
   AND THE ESTATE OF JAMES JOYCE

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  CAROL LOEB SHLOSS,                    Case No. C 06 3718 JW HRL

              Plaintiff,                 DECLARATION OF DR. PATRICIA
13                                        DONLON
                                          IN SUPPORT OF DEFENDANTS'
       v.                                 REPLY REGARDING ITS MOTION
14                                        TO DISMISS
    SEAN SWEENEY, in his capacity as
15  trustee of the Estate of James Joyce, and  Date: January 22, 2007
    THE ESTATE OF JAMES JOYCE,           Time:  9:00 a.m.
16                                        Judge: Hon. James Ware
              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

AXH 1378626.3

                              Declaration of Dr. Patricia Donlon C 06
                                                      3718 JW HRL

1       I, Dr. PATRICIA DONLON, do hereby declare:

2       1.      I am Director of the Tyrone Guthrie Centre, which is a residential artists' centre,

3  located at Annaghmakerrig, Newbliss, County Monaghan, Ireland.  I make this Declaration in

4  support of Sean Sweeney in his capacity as Trustee of the Estate of James Joyce, as well as the

5  Estate of James Joyce ("Defendants"), in the litigation brought against them by Carol Loeb

6  Shloss.  Except as otherwise stated, I have personal and first-hand knowledge of the facts set forth

7  herein, and if called as a witness, I could and would testify competently thereto.

8

9       2.      From 1989 to 1997 I was Director of The National Library of Ireland (the

10  "Library"), Kildare Street, Dublin, Ireland.  The Library is a cultural institution under the aegis of

11  the Irish Government's Department of Arts, Sport and Tourism.  Its mission is to collect, preserve

12  and make available books, manuscripts and illustrative material of Irish interest.  At the time I

13  was Director of the Library it was under the aegis of the Department of the Taoiseach (that is, the

14  Department of the Irish Prime Minister) and I reported to the Board of Trustees of the Library and

15  to the then Secretary General of the Taoiseach's Department.

16

17       3.      In my capacity as Director I was the Chief Executive responsible for the

18  management, organisation and running of the Library and all that that involves.  During my

19  Directorship of the Library I oversaw the implementation of a major overhaul of the Library's

20  security procedures in respect of access to Library materials, and in particular in respect of access

21  to manuscript materials.  Improving security at the Library was one of my top priorities when I

22  took over the Directorship, as prior to my joining the Library there had been a high profile theft of

23  an item from the Library's collections.

24

25       4.      I understand that Carol Loeb Shloss has alleged that in 1992 Stephen James Joyce

26  persuaded officials at the Library to allow him to remove documents regarding Lucia Joyce from

27

28

AXH 1378626.3

Declaration of Dr. Patricia Donlon 06
3718 JW HRL

1   the Paul Léon Papers which were kept at the Library. I further understand that Ms. Shloss alleges

2   that Stephen James Joyce had no legal claim to those documents.

3       5.      The Paul Léon Papers were donated to the Library by Paul Léon who was personal

4   secretary to and a close friend of James Joyce. It was Paul Léon's express wish, which he

5   recorded in a letter made available to the Library, that the Joyce family should be consulted in

6   respect of the Paul Léon papers and therefore granted access in advance of those papers being

7

8   displayed to the public at the Library and made available to scholars.

9       6.      Prior to the Paul Léon Papers being put on general display, Stephen James Joyce

10  contacted me in my capacity as Director of the Library and asked for permission to review the

11  papers before they were publicly displayed. I acceded to that request because it was and remains

12  my conviction that Paul Léon's express wishes as stated in the above mentioned letter cleared the

13  way for access to the Paul Léon Papers by members of the Joyce family, including by Stephen

14

15  James Joyce and his wife, Solange Joyce.

16      7.      Arrangements were therefore made for Stephen and Solange Joyce to access and

17  review the Paul Léon Papers. The review took place in a small room in the Manuscripts Section

18  of the Library. I made arrangements for the constant supervision of the Joyces in that room

19  during their review of the Paul Léon Papers. Stephen and Solange Joyce were constantly

20  supervised, not because I had any fear they would remove any of the papers, but rather because of

21  the revised regulations regarding access to as yet uncatalogued manuscripts by individuals

22  viewing such vulnerable materials. The review by the Joyces took place during a period of

23

24  heightened security in all departments of the Library. The review was conducted in accordance

25  with the Library's regulations. No exceptions were made for the Joyces. I requested Kevin

26  Browne – a member of the Library's staff – to conduct the supervision. I chose Kevin for the task

27  because he is a highly experienced, long-serving member of the Library staff and I consider him

28

AXH 1378626.3

- 3 -

Declaration of Dr. Patricia Donlon 06
3718 JW HRL

to be an extremely responsible person. Throughout and upon completion of the review Kevin reported back to me. I am therefore confident that at all times during the review of the Paul Léon Papers by Stephen and Solange Joyce this member of the Library's staff was present. I must reiterate that at no point in the proceedings were the Joyces left unsupervised and all security regulations and procedures were adhered to rigorously. I therefore have no hesitation in saying that I consider it impossible for the Joyces to have removed anything from the review room without the knowledge of the Library, and I would stake my reputation upon that.

8. After the Joyces had completed their review it was agreed that a small number of documents from the Paul Léon Papers would be released to the Joyce Estate. Following discussions those documents were formally returned by me to a legal representative of the Joyces with the authorisation of the then Taoiseach and the Library's Board of Trustees. This was an action I considered to be perfectly consistent with Paul Léon's wishes as expressed in the letter to which I refer at paragraph 5 above. The Library then issued a public statement in respect of the Paul Léon Papers in the terms contained in the Exhibit to this declaration, and this statement was also published in the preface to the Library's Catalogue of the Paul Léon papers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed outside the United States at Dublin, Ireland, this 3rd day of January, 2007.

By: _Patricia Donlon_
Dr. Patricia Donlon

Declaration of Dr. Patricia Donlon 06
3718 JW HRL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT

"The National Library of Ireland has released a very limited number of papers of a purely personal family nature to Stephen James Joyce, grandson of James Joyce, and, having regard to the wishes of Paul Léon, has decided not to allow access to or publication of certain of the papers prior to the 31st day of December 2050. The collection of papers deposited with the Library in accordance with Paul Léon's instructions did not include any letters from Nora Barnacle Joyce to James Joyce or from him to her."

AXH 1378626 3

Declaration of Dr. Patricia Donlon C 06
3718 JW HRL