1  Maria K. Nelson (State Bar No. 155,608)
   mknelson@jonesday.com
2  Anna E. Raimer (State Bar No. 234,794)
   aeraimer@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA 90071-2300
5  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
6
   Attorneys for Defendants
7  SEÁN SWEENEY AND THE ESTATE OF JAMES
   JOYCE
8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12 | CAROL LOEB SHLOSS,            | Case No. CV 06-3718 JW HRLx |
13 |      Plaintiff,                | DECLARATION OF EDWARD BECKETT IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE TO STRIKE, CAROL LOEB SHLOSS'S AMENDED COMPLAINT |
14 |      v.                        |
15 | SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE, |
16 |                                |
17 |      Defendants.               |
18 |                                | Date:  January 22, 2007
                                      Time:  9:00 a.m.
19                                    Judge: The Honorable James Ware |

I, EDWARD BECKETT, do hereby declare:

1. I am a nephew of the late Samuel Beckett and a trustee of the Beckett Estate. I make this Declaration in support of Sean Sweeney in his capacity as Trustee of the Estate of James Joyce, as well as the Estate of James Joyce ("Defendants"), in the litigation brought against them by Carol Loeb Shloss. Except as otherwise stated, I have personal and first-hand knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2. I am very familiar with the handwriting of my late uncle, Samuel Beckett, both as a result of my role as trustee of the Beckett Estate and having personally received many letters from my uncle over the years.

3. I have seen the letter dated 5 April 1985 from Samuel Beckett to Stephen James Joyce, a true and correct copy of which is exhibited to this Declaration. I hereby confirm that to the best of my knowledge, information and belief that letter is in the handwriting of Samuel Beckett and that the signature is his.

4. I understand that it has been suggested in the context of the litigation that Samuel Beckett was James Joyce's secretary. I wish to make clear that to the best of my knowledge, information and belief Samuel Beckett was never James Joyce's secretary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed outside the United States at Felden, Hertfordshire, United Kingdom this ___ th day of January, 2007.

By: _____
Edward Beckett

AK1114 WJ3ML 1

- 1 -

I, EDWARD BECKETT, do hereby declare:

1. I am a nephew of the late Samuel Beckett and a trustee of the Beckett Estate. I make this Declaration in support of Sean Sweeney in his capacity as Trustee of the Estate of James Joyce, as well as the Estate of James Joyce ("Defendants"), in the litigation brought against them by Carol Loeb Shloss. Except as otherwise stated, I have personal and first-hand knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2. I am very familiar with the handwriting of my late uncle, Samuel Beckett, both as a result of my role as trustee of the Beckett Estate and having personally received many letters from my uncle over the years.

3. I have seen the letter dated 5 April 1985 from Samuel Beckett to Stephen James Joyce, a true and correct copy of which is exhibited to this Declaration. I hereby confirm that to the best of my knowledge, information and belief that letter is in the handwriting of Samuel Beckett and that the signature is his.

4. I understand that it has been suggested in the context of the litigation that Samuel Beckett was James Joyce's secretary. I wish to make clear that to the best of my knowledge, information and belief Samuel Beckett was never James Joyce's secretary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed outside the United States at Felden, Hertfordshire, United Kingdom this ___th day of January, 2007.

By: _____
Edward Beckett

AXH\1381598.1

- 2 -

EXHIBIT

*COPY*

SAMUEL BECKETT     Paris
                   5.4.85

Dear Stephen
Thanks for your letter an enclosures forwarded by P. S. Oxhand.
Please destroy not photocopies a telegram to Keats.

Affectionately from us with [illegible]

Sam

- 3 -