

Maria K. Nelson (State Bar No. 155,608)
mknelson@jonesday.com
Anna E. Raimer (State Bar No. 234,794)
aeraimer@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:     (213) 243-2539

Attorneys for Defendants
SEÁN SWEENEY AND THE ESTATE OF JAMES
JOYCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROL LOEB SHLOSS,** | **Case No. CV 06-3718 JW HRLx** |
| **Plaintiff,** | **DECLARATION OF ANNA E. RAIMER IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE TO STRIKE, CAROL LOEB SHLOSS'S AMENDED COMPLAINT** |
| **v.** | |
| **SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE,** | |
| **Defendants.** | **Date:         January 22, 2007**<br>**Time:        9:00 a.m.**<br>**Judge:       The Honorable James Ware** |

LAI-2839917v3

Case No. C06-3718 JW HRL
DECLARATION OF ANNA E. RAIMER

1    I, Anna E. Raimer, hereby declare that:

2    I am an attorney at the law firm of Jones Day, counsel for Defendants Seán Sweeney and

3    the Estate of James Joyce (hereinafter "Defendants"), and I have personal knowledge of the facts

4    stated herein.

5    ***Quotations by Shloss from Material in which Stephen James Joyce Owns the Copyright***

6    In her book *Lucia Joyce: To Dance in the Wake*, Carol Loeb Shloss ("Shloss") quotes

7    from all of the writings that she claims Stephen James Joyce prohibited her from using in her

8    book, including letters and unpublished manuscripts by Lucia Joyce, James Joyce, Nora Barnacle

9    Joyce, Giorgio (George) Joyce and Helen Kastor Joyce. *See* Shloss Decl. at ¶ 40. Attached

10   hereto as <u>Exhibit A</u> are the Notes from *Lucia Joyce: To Dance in the Wake*, which show Shloss's

11   many uses of the writings in which Stephen Joyce owns the copyrights.

12   ***Quotations from Lucia Joyce's Unpublished Manuscript "My Dreams" on Shloss's Website***

13   On September 7-8, 2006, I visited the Harry Ransom Center in Austin, Texas to review

14   Lucia Joyce's unpublished manuscript "My Dreams," which was extensively quoted by Shloss on

15   her most recent website. "My Dreams" is a dream journal that was kept by Ms. Joyce, and it

16   contains 41 dreams and a short story apparently written by Ms. Joyce. On her website, Shloss

17   quotes from 20 of the 41 dreams described in the manuscript. Attached hereto as <u>Exhibit B</u> is a

18   list of the quotes from "My Dreams" in the order they appear on Shloss's website, and the

19   "Dream No." on the exhibit is the order of the dream as it appears in Lucia's manuscript. The

20   mistakes made by Shloss in her reproduction of quotes from this manuscript are redlined in the

21   exhibit, and the portions in brackets are the parts of the dreams that were omitted from the quoted

22   material on Shloss's website.

23   ***Alleged Deletions from Shloss's Book that Are Included on Shloss's Website***

24   The following analysis examines each of the quotations on Shloss's website that were

25   allegedly deleted from her book *Lucia Joyce: To Dance in the Wake* as shown in Exhibit B to the

26   Declaration of David Olson submitted by Shloss in Support of her Opposition to the Motion to

27   Dismiss. A study of the "excised" passages shows that they are primarily repetitive of the

28   material that was included in the book, as described quote-by-quote below.

1  <u>Chapter 1 "Deletions"</u>

2      Quote No. 1:  "<u>Remembering your shapes and sizes on the pillow of your babycurls</u>"  This

3  first alleged omission from Shloss's book on Lucia Joyce is a quote from James Joyce's

4  *Finnegans Wake*.  The website includes an allegedly deleted quote from *Finnegans Wake* at the

5  beginning of each chapter shown on the website.  *See* Olson Decl., Ex. B.  Shloss states in her

6  declaration that the "short snatches of *Finnegans Wake*" that she planned to include at the

7  beginning of each chapter were cut "to avoid any risk of litigation."  (Shloss Decl. at ¶ 45.)

8  Despite the claimed necessity of deleting these short quotations from *Finnegans Wake*, in Chapter

9  16 of Shloss's book, Shloss includes a large number of quotations from *Finnegans Wake*.  In fact,

10  on page 427 of the book alone (attached hereto as <u>Exhibit C</u>), Shloss quotes over 24 lines from

11  *Finnegans Wake*, which is approximately the ***same*** number of lines as the sum of all lines that

12  were allegedly omitted from the beginning of each chapter of Shloss's book.

13      Quote No. 2:  "<u>Dormiva durante il giorno/Dormiva durante la notte</u>"  This quote appears

14  to be the final two lines of a song James Joyce sang to Lucia.  These same lines already appear in

15  the quotation on this page and do not add anything further for the reader.

16      Quote No. 3:  "<u>Giorgio…spends his day pulling about papers, clothes and shoes.  He is</u>

17  <u>cursed frequently by both his parents for mislaying the comb and the sponge or the towel or my</u>

18  <u>hat or shoes: and when asked where it is he points to the ceiling or the window and says 'la!</u>'"

19  This quote is from a letter written by James Joyce to his brother, Stanislaus Joyce, describing the

20  behavior of James Joyce's son, Giorgio (George) Joyce, as a toddler. There appears to be no

21  purpose to including this quote in a book on Lucia Joyce and her relationship with her father.

22  Also, Shloss includes in her book at least 13 other quotes from letters James Joyce wrote to

23  Stanislaus Joyce in this chapter, making it clear that she was not inhibited from quoting from

24  these types of letters.

25      Quote No. 4:  "'<u>Is there any fear of Georgie being rivaled at present</u>' she asked.  'I hope

26  <u>not.  That would be the climax.</u>'"  This quote is from a letter written by Mrs. William Murray to

27  which neither Defendants nor Stephen Joyce have claimed a copyright.  Thus, any "threats" made

28

by Stephen Joyce to Shloss could not have affected her decision to include this quotation in the book.

Quote No. 5:  "I am simply waiting for a little financial change which will enable me to change my life.  At the latest it will come at the end of two years but even if it does not come I shall do the best I can.  I have hesitated before telling you that I imagine the present relations between Nora and myself are about to suffer some alteration."  If one reads the paragraph previous to the point at which this quote was allegedly cut, one would see that the same quotation is actually included in that paragraph.  Thus, Shloss did not cut this excerpt from a letter by James Joyce – this same quote is included in the book on the same page.

Quote No. 6:  "'Are you annoyed?' he asked."  It is unclear what these 3 words written by James Joyce to his brother would add to the analysis on the conception of Lucia Joyce.  If this quote was crucial to Shloss's analysis, it is puzzling that she did not include it since, in the same sentence from which this quote was allegedly cut, Shloss quotes from the letter that contains the omission.  This same letter is also quoted on page 43 of Shloss's book.

Quote No. 7:  "[r]e-member there are three people now.  And I suppose it will be worse when there are four."  This quote regarding the difficulties the family would face with an additional member is redundant of other statements made in the paragraph, which includes quotations that more specifically describe the family's financial status.  Part of this same letter is referenced in the previous paragraph, so Shloss did use this letter for some of her points.

Quote No. 8:  "As for Nora and Georgie it seems to me easy to exaggerate.  I suppose it will hardly come to starvation point."  In the highlighted portions of page 46 at which this quote was allegedly cut, Shloss quotes several lines from the same letter.  Thus, Shloss has already quoted from the letter that was allegedly omitted, and the quote is redundant of the information already included, which again speaks to the further financial expenses inherent in adding another member to a family.

Quote No. 9: "We met and joined our bodies and souls freely and nobly and our children are the fruit of our bodies. Good night, my dearest girl, my little Galway bride, my tender love from Ireland." Once again, in the same paragraph from which Shloss allegedly cuts this quote, several lines from the same letter are already quoted. The omitted material appears to be the closing of the letter. The seemingly pertinent material – that James Joyce does not want the children to come between him and his wife, Nora – was included in Shloss's text. The omitted material, rather, is a very personal and intimate closing of a letter that adds nothing further to the point already made.

Quote No. 10: "[T]ell that comical daughter of mine that I would send her a doll." This quote is already summed in the highlighted portion. Thus, Shloss's reference to this letter, which is quoted in the highlighted area, already supports the assertion that Joyce bought his daughter a doll.

Quote No. 11: "'C'era una volta, una bella bambina/Che si chiamava Lucia./Dormiva durante il giorno/Dormiva durante la notte/ Perché non sapeva camminare./Perché non sapeva camminare/Dormiva durante il giorno/Dormiva durante la notte.' [Once upon a time there was a beautiful little girl/Who was named Lucia./She slept all day/She slept all night/Because she didn't know how to walk./Because she didn't know how to walk/She slept all day/She slept all night.]" If one turns to the first page shown in chapter 1 on the website one can easily see that the majority of this poem was, in fact, included in the book.

Quote No. 12: "[S]he sang that song; that was [her] song." It is unclear why this one line from James Joyce's *A Portrait of the Artist as a Young Man* was omitted, but Shloss was never prohibited from using such a line by Defendants or Stephen Joyce. It is also unclear how the actual quote "He sang that song; that was his song" applies here.

Quote No. 13: "At two years old he sang operatic arias to the delight of the music loving Italians. The proprietor of the café would gladly give the young couple a free meal for this treat. Lucia a quiet, chubby little blue eyed baby toddled after her big brother…Giorgio was soon left to take care of her while his mother and father went out carousing at night." The highlighted portion on this page summarizes and includes portions of the quote that was allegedly omitted. Thus, the

1  same information is included in the book and is supported by reference to the unpublished

2  manuscript by Stephen Joyce's mother, Helen Kastor Joyce.

3      Quote No. 14:  "<u>Frail the white rose and frail are/Her hands that gave/Whose soul is sere</u>

4  <u>and paler/Than time's wan wave./Rosefrail and fair-yet frailest/A wonder wild/In gentle eyes thou</u>

5  <u>veilest,/My blueveined child</u>."  This quote is the entirety of a poem written by James Joyce for

6  which other scholars pay a fee to the Estate of James Joyce to use.  (Shloss Decl., Ex. G.)  Given

7  these circumstances, the entire poem was probably not quoted in the book due to copyright

8  infringement concerns.  However, Shloss still quotes several lines from the poem and describes it

9  in detail on this page.  The omission of the whole poem, thus, does not seem to take away from

10  her analysis.

11      Quote No. 15:  "<u>Of cool sweet dew and radiance mild/The moon a web of silence</u>

12  <u>weaves/In the garden where a child/Gathers the simple salad leaves./A moondew stars her</u>

13  <u>hanging hair/And Moon light kisses her young brow/And gather, she sings an air:/Fair as the</u>

14  <u>wave is, fair art thou!/Be mine, I pray, a waxen ear/To shield me from her childish croon/And</u>

15  <u>mine a shielded heart for her/Who gathers simples of the moon</u>."  As with quote No. 14, Shloss

16  allegedly cut the entirety of the poem "Simples" by James Joyce, which is also protected by a

17  copyright owned by Stephen Joyce.  Still, Shloss quotes several phrases from the poem and

18  spends page 62 of her book describing her interpretation of the poem and its meaning.

19

20  <u>Chapter 2 "Deletions"</u>

21      Quote No. 16:  "<u>Though they're all but merely a schoolgirl yet these way went they</u>."  As

22  described in Quote No. 1, this alleged cut is another quote from *Finnegans Wake*.

23      Quote No. 17:  "<u>At first I was surprised that my father had made a name for himself but</u>

24  <u>then I got sort of used to the idea</u>."  Shloss quotes from the unpublished manuscript "My Life" in

25  the sentence prior to the place at which this quote from the same manuscript was supposedly

26  omitted.  The sentences in quotes in the following paragraph on the same page are also quotes

27  from this manuscript, and the unpublished manuscript is directly quoted in other parts of Shloss's

28  book, including at pages 71, 91, 168, 202 and 219.

1   <u>Chapter 3 "Deletions"</u>

2        Quote No. 18:  "<u>Those first girly stirs.</u>"  This quote is merely four words from *Finnegans*

3   *Wake*, and Shloss more voluminously quoted from *Finnegans Wake* later in her book.

4        Quote No. 19:  "<u>I scarcely know him [Vail] though I think they met him or her</u>

5   <u>somewhere.</u>"  Shloss would add this quote for the proposition that the Joyces were "baffled" to be

6   invited to the wedding of Laurence Vail and Peggy Guggenheim.  However, it does not make

7   sense to cite this letter from January 1920 supposedly about Vail to support the proposition that

8   Joyce did not know why he was invited to a wedding that occurred in March 1922.  Even if Joyce

9   did not know Vail in 1920, he could still have become familiar with him and Ms. Guggenheim in

10  the 2 years prior to their wedding.

11

12  <u>Chapter 4 "Deletions"</u>

13       Quote No. 20:  "<u>Our pet pupil of the whole rythmetic class.</u>"  This quote is another line

14  from *Finnegans Wake* as discussed in Quote No. 1.

15       Quote No. 21:  "<u>Nora was always at pains to point out to the children that she and they</u>

16  <u>were of no interest to people, that they were only interested in 'Himself.'</u>"  In looking at the

17  highlighted portion, one can see that the allegedly omitted quotation is partially quoted and

18  summed in the highlights.  The highlighted area simply makes Shloss's point more succinctly.

19       Quote No. 22:  "<u>Mr. Joyce is waiting for me in the dining room as I am now his self</u>

20  <u>appointed volunteer secretary.  The large table is littered with notes and books of reference, with</u>

21  <u>encyclopedias.  All the lights are burning brightly although the room itself is light and sunny.</u>

22  <u>Wearing an old white starched linen jacket, often stained with ink and sometimes with food,</u>

23  <u>Babbo was so nearly sightless that even eating was not easy for him.  He would rise to greet me</u>

24  <u>as I entered.  Nora would welcome me and then vanish into her own room.  Lucia would wave to</u>

25  <u>me on her way to a dancing class.</u>"  Once again, the inclusion of the entire allegedly omitted

26  quote is unnecessary and would add nothing further to Shloss's analysis.  By paraphrasing and

27  quoting portions of this citation, Shloss informs readers that Helen Kastor Joyce considered

28  herself James Joyce's "self appointed volunteer secretary," and describes Helen's interactions

1  with Nora and Lucia.  The remainder of the quote that was not included is merely a description of

2  a room and James Joyce's appearance, which adds nothing to Shloss's description of Lucia going

3  to dancing classes – the point of the paragraph.

4

5  Chapter 5 "Deletions"

6      Quote No. 23:  "<u>And they leap so looply, looply as they link to light</u>."  This quote was not

7  omitted from the book.  It appears on pages 427 and 449 of Shloss's book.

8

9  Chapter 6 "Deletions"

10      Quote No. 24:  "<u>Dances arranged by Harley Quinn</u>."  Despite having to allegedly cut this

11  quote from the book, Shloss cites from the same passage from *Finnegans Wake* on page 427 of

12  her book.

13

14  Chapter 7 "Deletions"

15      Quote No. 25:  "<u>And vamp, vamp, vamp, the girls are merchand</u>."  This quote is also from

16  *Finnegans Wake* and discussed in Quote No. 1.

17      Quote No. 26:  "'<u>to take care of Giorgio and Lucia while she [Nora] was confined to the</u>

18  <u>hospital,' disingenuously referring to them as 'the children.</u>'"  Quote Nos. 26-33 are taken from

19  unpublished manuscripts written by Stephen Joyce's mother, Helen Kastor Joyce.  Rather than

20  include such detailed quotes with irrelevant information, the highlighted portions summarize the

21  quotes and state their meaning more clearly and succinctly.  Shloss quotes amply from these

22  unpublished manuscripts to provide support for the more relevant assertions made in her book.

23  With specific regard to Quote No. 26, Shloss summarized and quoted this sentence fragment,

24  which is partially Shloss's own analysis, in the highlighted text on page 165 of her book.

25      Quote No. 27:  "'<u>that he found [her] pleasant to look at.  I felt happy,' she wrote creating a</u>

26  <u>scene of seduction that was as replete with the machinations of fate as any Harlequin romance: 'I</u>

27  <u>blushed like a school-girl.  It as a happy night and nothing except perhaps a slight excited tingle</u>

28  <u>around the region of my heart warned me that this evening was to be a turning point in my</u>

1   life…For all time [my fate] was to be inextricably woven with the destiny of the man I had met

2   that night." *See* Quote No. 26.  This passage is summarized and quoted in the highlighted portion

3   of Shloss's text, though the manuscript quotation, as well as the part of the quotation that is

4   merely Shloss's analysis of the manuscript, is irrelevant to Shloss's book on Lucia Joyce.

5       Quote No. 28:  "Standing tall and straight and looking young and very beautiful, he fixed

6   his dark blue eyes on mine with such intensity, I blushed and he began to sing a lovely old Italian

7   song, 'Amaryllis.'  I thought I had never heard anything more lovely in my life.  All his young

8   passionate soul rang out in the small room and stirred my senses and my heart.  I knew, as his

9   father knew, that he was in love with me.  Accustomed to having young men as well as men

10  nearer my own age attracted to me, still I was deeply moved.  I gazed back with equal intensity

11  into his lovely Irish eyes and a new phase of my life, unknown to me, had begun.  When his fresh

12  young bass baritone voice had faded away into the soft dark shadows of the room, the last

13  poignant 'Amaryllis' had been sung with so much passion, I was inwardly rather embarrassed.  It

14  was surely obvious to everyone as to me, that Giorgio was very much interested in me.  I

15  applauded loudly and went up to him to thank him for his lovely song.  He flushed, and bowed in

16  his comely and old fashioned, yet so charming way." *See* Quote Nos. 26-27.  Again, Helen

17  Kastor Joyce's detailed impressions upon meeting her future husband, Giorgio (George) Joyce,

18  are quoted and paraphrased succinctly in Shloss's highlight text despite being irrelevant to

19  Shloss's book on Lucia Joyce.  Further, this description does not support any speculations made

20  by Shloss about Lucia Joyce in her book.

21      Quote No. 29:  "'perhaps the *dues ex machine* that was then shaping our ends.  It was,'

22  Helen admitted, 'the old game that I loved.  But this boy was so young, so sweet.  I did not want

23  to hurt him.  Loving him would only bring him pain.  I hoped he would get over it but not heartily

24  or sincerely.  I really like his passionate adoration." *See* Quote No. 26-28.  Though Helen Kastor

25  Joyce's personal and private thoughts have no relevance to Shloss's book, half of this quote is

26  still included in the book as shown in the highlighted passage.

27

28

1    Quote No. 30:  "the epitome of a lovely young wifehood and womanhood [with] great

2    charm and wit."  *See* Quote No. 26.  As Shloss tell us in the highlighted portion that Helen

3    described Nora "as the model young wife, charming and witty," this quote is redundant.

4    Quote No. 31:  "His wife, Lillian, was Canadian by birth I think [she was English] and I

5    thought her very common.  She spoke in a high pitched shrill voice with a sort of cockney accent,

6    her thin tense rather horselike face, her blonde string hair, her big teeth, her too thin body.  I

7    found not at all attractive.  Perhaps there was a reason for the antagonism I felt toward her.  Dear

8    Lillian had been Giorgio's first romance.  I think she seduced him but perhaps that is unkind.

9    Certainly I never had any trouble getting him away from her."  *See* Quote No. 26.  As with the

10   other parts of Helen Kastor Joyce's manuscript, Shloss condenses and quotes this passage in her

11   book.  Further, this rather detailed and rude description by Helen about Giorgio (George) Joyce's

12   ex-lover adds nothing further to the book on Lucia Joyce.

13   Quote No. 32:  "This was usually the best part of the party.  Certainly the most

14   illuminating.  Mrs. Joyce would begin by criticizing how all the other women looked and

15   behaved.  Did you see...and so on down the list with hardly a kind word for anyone."  *See* Quote

16   No. 26.  Again, this passage is summarized and quoted in part in Shloss's text as highlighted on

17   the website.

18   Quote No. 33:  "Babbo has my unconscious Calvary immortalized in the part of Finnegans

19   Wake known as 'Anna Livia Plurabelle' and the washerwomen gossiping by the river are

20   indubitably Nora and some friends of hers, eagerly ripping me apart and washing their own dirty

21   linen in the river while I (as Anna) swim happily and unconsciously downstream followed by

22   H.C. Earwicker.  Babbo never told me and I stupidly never suspected that I was the heroine of

23   this masterpiece of prose and that he as H.C.E. was trying to catch my slim young form which

24   was chasing after Giorgio who in the book is the twin brothers…Dear Dirty Dublin is

25   passionately in the manner of a middle-aged man feeling love and life slipping through his

26   fingers, pursuing youth and beauty in the person of Anna."  *See* Quote No. 26.  As shown in the

27   highlighted portion on the website, this quotation has been pared down, but it is still quoted and

28   interpreted by Shloss in her book.

Quote No. 34:  "If Joyce's art followed life, then the life of his son followed art. 'Do as I write, not as I do.'  Ulysses was not only a fact in Giorgio's life; it was a script.  He had found a precursor in Blazes Boylan, even if the parent who had created the jaunty adulterer was scandalized by his behavior.  He had 'vicereversed' his father's use of Lillian Wallace as one of the models for Molly Bloom."  This quote is another speculation made by Shloss rather than material on which Defendants own the copyright, and it is therefore irrelevant.

Quote No. 35:  "very attractive and brilliant French writers and I flirted and ate and drank a lot of good wine and had a perfectly wonderful time."  Once again, this citation from Helen Kastor Joyce's unpublished manuscript was quoted in part and summed in part in Shloss's text, so the same material was already included in the book.

Chapter 8 "Deletions"

Quote No. 36:  "Exceedingly nice girls can strike exceedingly bad times."  This excerpt is another quote from *Finnegans Wake* that is discussed in Quote No. 1.

Quote No. 37:  "Lucia was very upset and depressed; she was suddenly left without an occupation or a career, and nothing seemed to take its place."  The highlighted portion on the website is a sum of and includes parts of this entire quotation that was allegedly omitted.  Again, it appears Shloss prefers to put the quotes in her own words to restate the information in a way that furthers her point to her readers.

Chapter 9 "Deletions"

Quote No. 38:  "The kissingwold's full of killing fellows."  Though Shloss cuts this sentence (248.24) from *Finnegans Wake*, she includes quotes of other sentences within the same passage of *Finnegans Wake* in chapter 16 of her book, including 248.26 (p. 436) and 248.31 (p. 439).

Quote No. 39:  "Alec 'was certainly never in love with Lucia,' she wrote to Richard Ellman in 1959.  He was 'still in love with Hazel Guggenheim, with whom he had had an affair for about three years.  I believe she had left him and returned to London, or started another one of

1    her numerous affairs or marriages." The only part of this allegedly omitted quote that is not

2    included in Shloss's book is the further gossip on Hazel Guggenheim, which is irrelevant to

3    Shloss's book.

4        Quote No. 40: "but apart from that they are also a family document of great value to me

5    and I regard their eventual loss in the same light as I should regard the loss of my onw mss, which

6    had cost me months of labor." Almost the entirety of this quote is in fact included in the

7    highlighted area on the website.

8        Quote No. 41: "'Unfortunately,' he told Harriet Weaver, 'she seems to have antagonized

9    a great number of people, including her immediate relatives and as usual I am the fellow in the

10   middle of the rain holding out both hands though whether she is right in her blunt outspokenness

11   or not is a question my head is too addled to answer.'" As with Quote No. 40, almost the entirety

12   of this quote is included in the relevant highlighted area on the website, and the remainder not

13   included is summarized prior to the highlighting.

14       Quote No. 42: "He was a member of many learned societies: 'Membre de la société de

15   pathologie comparée…de la Société anatomique…de l'association fraçaise pour l'étude du

16   cancer…de la Société de dermatologie et de syphiligraphe…de la Société d'électrothérapie et de

17   radiologie…de la Société de sexologie (membre fondateur, vice-president)…de la Société de

18   l'anesthésie de d'analgésie.' He held military titles and medals of distinction. In 1930, for

19   example he had been named Lauréat de l'académie des sciences; in 1933 he had been elected an

20   Officier de la legion d'honneur. Not only was he honored for a distinguished career in public

21   service, but he was also recognized for his pioneering work in obstetrics, especially in problems

22   during pregnancy and anomalies of birth." This quote was just pared down to omit the many

23   references to the various academic societies. Regardless, Defendants do not own the copyright in

24   this work.

25

26

27

28

1    Chapter 10 "Deletions"

2        Quote No. 43:  "Grisly old sykos who have done our unsmiling bit on 'alices when they

3    were yung and easily freudened."  As with the other chapter headings, this sentence is from

4    *Finnegans Wake* and such citations are discussed in Quote No. 1.

5        Quote No. 44:  "We found Lucia after seven months of the clinic almost on the verge of

6    collapse.  Utter despair.  The doctor says [that] after all that time he can make no diagnostic.

7    They are helpless in the case.  The only hold she seems to have on life is her affection for us…I

8    feel [sic] if she stays there she will simply fade out."  As can be seen from the highlighted portion

9    on the website, the paragraph preceding the highlighted text and the sentence following the

10   highlighted text, much of this allegedly cut quote is actually included in the text, either in

11   summary form or by direct quotation.

12       Quote No. 45:  "pyrolyphics"  We cannot know why one word from *Finnegans Wake*

13   would have been cut from the beginning of this subchapter while hundreds of others are included

14   elsewhere in Shloss's text, but none of the other subchapters have a heading above them.

15       Quote No. 46:  "commanding approaches to my intimast innermost"  This quote was not

16   omitted.  It is included in Shloss's book on page 439.

17       Quote No. 47:  "The normal is 5000 to 6000.  She has 17,000 to 20,000.  He has never

18   known another such case of constant leukocytes.  This does not mean that she is anemic.  She is

19   not.  Anemia is a deficiency of red corpuscles [sic].  Nor does it mean that she has leukemia-

20   white blood…"  In reading the part of James Joyce's letter that was quoted in Shloss's book and

21   the portion of the letter that was allegedly omitted, it seems that the omitted part (Quote No. 47)

22   was done so purposely in order to emphasize the family's concern that Lucia's illness was related

23   to syphilis – another unsupported speculation made by Shloss in her text.  If this quote was

24   included, it does not support Shloss's assertion that the Joyces "thought that Lucia had syphilis,"

25   rather the inclusion of the excised material shows greater concerns of the Joyces, including

26   anemia and leukemia.  The omission also provides more precise information on the tests given to

27   Lucia, including exact leukocyte counts, which would allow readers that are physicians or know

28

the meaning of such information to make their own diagnoses rather than to accept those of an English professor.

Quote No. 48:  "for his beautiful corssmess parzel"  This quote at 619.04 of *Finnegans Wake* was not included in Shloss's text; however, the following passages from *Finnegans Wake* were included later in the book at pages 444-447:  619.08-09, 619.11, 619.12, 619.15, 619.16, 619.17, 619.23-24, 619.29 and 619.33.

Chapter 11 "Deletions"

Quote No. 49:  "For a burning would is come to dance inane.  Glamours hath moidered's lieb and herefore Coldours must leap no more."  This same quote is included in Shloss's book on page 434.

Quote No. 50:  "[i]n the form of mental or nervous malady she is subject to...the real trouble is not violence or incendiarism or hysterics or simulated suicide.  These are hard to deal with but they prove that the person is still alive."  This quote is unnecessary as Shloss paraphrases it in the highlighted portion and then cites to the letter from which it came.  The deletion makes the passage more fluid and the sentence read better.

Chapter 12 "Deletions"

Quote No. 51:  "The pose of the daughter of the queen of the Emperour of Irelande."  As previously discussed, this heading is another sentence omitted from *Finnegans Wake*.

Quote No. 52:  "Giorgio is well now, Helen very well, and their child tremendously well."  Instead of quoting this letter, Shloss states, "Joyce wrote on 7 April, to tell her that her brother and his family were well…"  It is unclear what the addition of this quote would add to the text.  Further, this letter is directly quoted in the same paragraph, so Shloss clearly believed she could quote from it.

Quote No. 53:  "Why do you consider Lucia's daily walks round Dublin so undesirable?  She is after all a woman of twenty eight and walking is a good exercise."  Rather than use James Joyce's exact words in the excised quote, Shloss instead sums up his feelings, which makes the

1   passage flow better.  Nothing has been lost by the omission of this quote, and Shloss cites the

2   reference to back up her assertion that Joyce was baffled with there being a problem that Lucia

3   was taking daily walks around Dublin.

4

5   Chapter 13 "Deletions"

6       Quote No. 54:  "She sideslipped out by a gap in the Devil's glen while Sally her nurse was

7   sound asleep."  The allegedly deleted sentence is another *Finnegans Wake* quote that Shloss or

8   her publishers chose to omit.

9       Quote No. 55:  ("three years are but are but [sic] a moment in the life of an ocean") and

10  "remounds the salty water full of weeds and smiling happily."  Most of this allegedly omitted

11  quote was included in the text as can easily be seen from the highlighted portion.  Further, Shloss

12  quotes another sentence from the same letter later in the paragraph.

13      Quote No. 56:  "The instant I touched her hand…I knew some change had set in," Rather

14  than directly quoting this allegedly excised passage, Shloss states, "the moment he embraced her

15  after seven months at Prangins he knew that Lucia had changed."  Thus, by summarizing instead

16  of quoting the letter, Shloss is better able to make her point of the closeness of James Joyce and

17  his daughter because she uses exaggeration (i.e., the reality of "touched her hand" v. Shloss's

18  interpretation "he embraced her").  Further, in the very next sentence, Shloss quotes a longer

19  passage from a different letter James Joyce wrote to Constantine Curren the following month, so

20  Shloss did quote from such materials.

21      Quote No. 57:  "I have to pay the following bills immediately if not sooner."  It is unclear

22  what the difference is between this omitted quote and Shloss's text that reads "He then listed the

23  bills that had to be paid 'immediately if not sooner.'"  They are virtually the same and inclusion

24  of such a quote would have been repetitive.

25      Quote Nos. 58:  "'Mr. Joyce did not like to leave Paris as he was always most punctilious

26  about his visits to his daughter.  He always went out directly after lunch every Sunday afternoon.

27  I never accompanied him,' she said, 'but from his description of what went on I could form a

28  vivid and very tragic picture.'"  This allegedly omitted quote and Quote No. 59 below are from

1  Helen Kastor Joyce's unpublished manuscript "A Portrait of the Artist by His Daughter-in-Law."

2  Shloss takes these detailed quotes and pares them down, summarizing and quoting from them,

3  into the text that is highlighted on the website, as well as the several sentences following the

4  highlighted portion.

5       Quote No. 59:  "<u>He would wait for her in the little parlor of the sanitarium.  From my

6  knowledge of French salons…I can picture the scene.  The small dark, overcrowded salon, the

7  thin, dark-haired girl and the slender man with the thick glasses.  She would greet him as a rule

8  with pleasure.  He would always bring her some gift, candy or fruit or sometimes a present of

9  some sort, once a wristwatch, I remember.  They would talk for a while.  She would ask about her

10  mother and about Giorgio and me and Stephen.  Then he or she would sit down at the piano and

11  play and they would both sing.  Sometimes they would dance together, and this to me is a terrible

12  and fantastic picture.  Babbo would tell us that they would dance with wild abandon together.

13  Then would come the time when he had to go and a nurse would come to lead Lucia away.

14  Babbo would return in the taxi, which he had kept waiting…in a state of complete exhaustion,

15  near collapse.  At dinner that evening at Fouquets he would tell us of the visit, eating almost

16  nothing and drinking his usual succession of bottles of Swiss wine.</u>"  *See* Quote No. 58.  The parts

17  that Shloss does not include of this omitted quotation are Helen's speculations about what

18  occurred when James Joyce visited his daughter at the sanitarium.  Instead, Shloss, it would seem

19  purposefully, includes what James Joyce said about of his visits and Helen's observations as to

20  James Joyce's state after his return home from these visits.

21       Quote No. 60:  "<u>It is rather curious that the two men in whom poor Lucia tried to see

22  whatever she or any other woman or girl is looking for</u>"  This quote is summed up in the

23  highlighted text.  Further, several sentences from the letter containing the excised quote are

24  directly quoted following the highlighted portions.  Thus, Shloss did quote from this letter.

25

26  Chapter 14 "Deletions"

27       Quote No. 61:  "<u>arms appeal with larms, appalling, Killykillkilly: a toll, a toll.</u>"  This

28  phrase is another quote from *Finnegans Wake* as described in Quote No. 1.

1    Quote No. 62:  "<u>Babbo would tell us that they would dance with wild abandon</u>

2 <u>together…And this to me is a terrible and fantastic picture</u>."  This quote was not omitted from

3 Shloss's book as it appears on page 379.

4    Quote No. 63:  "'<u>Che bello, che bello</u>' <u>had been her sarcastic response to Giorgio's rare</u>

5 <u>Sunday visits to Ivry</u>."  It is unclear as to what this quote is referring.  Though the citation is to

6 *Finnegans Wake*, the passage must be Shloss's own speculations since Giorgio did not visit Ivry

7 on Sundays in *Finnegans Wake*.  This omission of this quotation is therefore irrelevant.

8    Quote No. 64:  "'<u>mais je suppose que les authorites occupants accorderaient sans</u>

9 <u>difficulte la permission pour le transfert d'une maladesi je pourrais l'arranger' [I supposed that</u>

10 <u>there will be no difficulty with the occupying authorities granting permission</u>.]"  This quote is

11 already translated and summarized by Shloss in the paragraph from which it was allegedly cut.

12 Thus, it would be redundant if included.

13

14 <u>Chapter 15 "Deletions"</u>

15    Quote Nos. 65:  "<u>Isolade, Liv's lonely daughter</u>."  As with the previous allegedly cut

16 chapter headings, this quote is from *Finnegans Wake* per the discussion at Quote No. 1.

17

18 <u>Chapter 16 "Deletions"</u>

19    Quote No. 66:  "<u>I will write down all your names in my gold pen and ink.  Everyday,</u>

20 <u>precious, while m'm'ry's leaves are falling deeply</u>."  *See* Quote No. 65 above.

21    Quote No. 67:  "<u>…Once/And for all, I'll have no college swankies (you see, I am</u>

22 <u>well/Voiced in love's arsenal and all its overtures from collion boys/To colleen bawns so I have</u>

23 <u>every reason to know that rogues'/Gallery of nightbirds and bichfanciers, lucky duffs and</u>

24 <u>light/Lindsays, haugty hamiltons and gay gordons, dosed, doctored/And otherwise, messing</u>

25 <u>around skirts and what their fickling intentions/Look like, you make up your mind to that)</u>

26 <u>trespassing/On your danger zone in the dancer years</u>."  Part of this passage from *Finnegans Wake*

27 – the more material portion outside of the parentheses – is quoted in Shloss's book.

28

1    Quote No. 68:  "The river of lives, the regenerations of the incarnations."  This final

2    allegedly omitted quote is also from *Finnegans Wake*.  *See* Quote No. 1.

3

4    Summary of Analysis

5    In sum, the analysis above illustrates that the majority of the alleged omissions were

6    actually paraphrased or quoted in Shloss's book.  Further, a reading of the allegedly excised

7    material shows that it does not provide any additional support for the many speculations made in

8    Shloss's book, namely, Shloss's main thesis that Lucia had a "creative partnership" with James

9    Joyce and colluded in the creation of *Finnegans Wake*.  *See, i.e.*, pages 6, 10, 32, 288-90 and 298

10    of *Lucia Joyce: To Dance in the Wake*.  Furthermore, the omitted material does not support

11    Shloss's other suggestions made in *Lucia Joyce: To Dance in the Wake* that:  1) an incestuous

12    relationship took place between Lucia Joyce and her brother Giorgio (pp. 71-72 and 336); 2) an

13    incestuous relationship may have occurred between Lucia Joyce and her father (pp. 429-30 and

14    443-44); 3) Lucia contracted a sexually transmitted disease (pp. 275-76); 4) Lucia had an abortion

15    (pp. 193, 257, 435 and 431); 5) Lucia was a drug addict (p. 340); 6) Lucia was not really mentally

16    ill (pp. 31-32); 7) James Joyce was the only family member to care about Lucia (pp. 7, 407 and

17    409); or 8) the story of Lucia and James Joyce "is one of the great love stories of the twentieth

18    century" (p. 4).  The omitted material provides absolutely no support for any of these outrageous

19    assertions for which Shloss's book was criticized.

20

21    I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

22    8th day of January 2007 at Los Angeles, California.

23

24    By: _____

25    Anna E. Raimer

26    Counsel for Defendants
      SEÁN SWEENEY AND THE ESTATE OF
27    JAMES JOYCE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28