# EXHIBIT B

Dockets.Justia.com

## EXHIBIT B

### Statement between Dream Nos. 1 and 2

"I told my dreams to Miss Harmer every morning and now I am going to try to write them down."

### Dream No. 1

"I was in an old fashioned hotel with my mother and father so I decided to go to the cinema by myself so I went in a bus or tram and it was a small cinema. I got myself an ice cream then I talked in German to a taxi driver and I did not remember the name of the hotel in which my parents were. Then I was run over by a train. It was a place I did not know at all. [it looked very strange to me.]"

### Dream No. 24

"I dreamt I was...[eating beans and then I was] with a piano teacher a woman. I could see her very clearly. Then there was my father. He looked very well but he did not seem to know what to do. Then I was in France and did not like it at all. I insulted everybody but I was sorry afterwards."

### Dream No. 29

"I dreamt I went to a shoe shop in Zurich and lost my nice scarf so they gave me another one [or two I could see them very distinctly they were rather nice with flowers]."

### Dream No. 6

"I dreamt my brother was in a little shop having tea but the tea had a taste of ink. They had all sorts of sweets in the shop then two young men came in. Then I dreamed cleaned the table as it was messiy. My brother gave me some sweets and cakes then we had tea in a nice flat where there was some [indecipherable] So I went away to a place where I could see the Eiffel tower. Then I asked for a taxi to go home but at first they said they could not get me one. They were rather angry then they did get me one in the end and told me that my father had died."

### Dream No. 41

"I dreamt I was having a piano lesson and I arrived 1/4 of an hour late. My teacher had some chocolates which she offered me. Then there was a boy somewhere and I had some writing paper and envelopes and a pencil."

### Dream No. 31

"I dreamt of my father and brother and of Emile Fernandez. He was in his house and there were a lot of people about. I had to wash dishes but I did not do it. I ran away. Emile said he would buy me a coat as the one I had was getting shabby. I can remember quiette well what happened. We went upstairs and there was a sort of hole and I nearly fell down."

### Dream No. 2

"I dreamt of a child and then I was looking for Roger Bickert but did not find him. [I think I went to Latinville with a young woman. I also had some raspberrys and toast and other things to eat in the company of some young man. Then I dreamt of Helen my sister in law.]"

### Dream No. 3

"I dreamt I was in a theater. It looked like the Trocadero and my mother was there. It was very crowded. Then there was a ballet performance. I had a bag which did not close very well and my things kept on falling out. I had a Camera and some money. My parents disappeared and I was waiting for them to come back. then I had two lovely big apples which I wanted to give to my brother. My sister-in-law was also there and when I asked her for money she refused to give it to me."

### Dream No. 9

"I dreamt that a young Jewish man was in love with me and he had a very nice shop of glass bottles and crystal things. I was in a corner in a lovely bed with a red velvet cover [it was a very nice place I liked it very much. Then we went somewhere in a tram which Nurse Olone was driving there were a lot of people I said to the jewish man I would get a twill[?] strap for my hat to hide my scar then there was an earthquake or a storm of some sort]."

### Story Between Dream Nos. 29 & 30*

"When I was...in France near the Bois de Vincennes." [See below]

### Dream No. 2

"I dreamt of a child and then I was looking for Roger Bickert but did not find him."

### Dream No. 18

"I dreamt of Helene Vanel the dancer and that I had a lot of all sorts of thoughts [also a chain that was all tangled with a big violet[?] flower. Then we went by train somewhere with my father and mother we were also going to go by aeroplane. There were a lot of little children and I had some pearls and other jewelry]."

### Dream No. 19

"I dreamt...that Miss Neel was married to an Irish man she wrote a letter to somebody mentioning me. It was in France and there were a lot of french people."

### Dream No. 12

"I dreamt I was with a lot of rich Nurses. We went to a sort of Conference or Concert and I asked if I could sing [then I thought of Jesus Christ.]...We went by ambulance[?] a german one then I found my father and kissed him with much love also my mother. I kissed

her and was happy wWe were in a bus or traintram. There was another bus coming near us. I also talked about Helene Vanel and Lois HuttonPolicemen."

### Dream No. 28

"I dreamt of Mr. Beckett and Mr. LeonLeunard[?]. Hhe was going away somewhere. Tthen my shoes had a big hole, so I ordered some shoes and slippers [my mother was also there they wrote it down on a piece of paper.  I cannot remember the rest perhaps tomorrow I will]."

### Dream No. 40

"I dreamt I went all naked to a very nice hotel where there was a very nice young man. Then I was in a chemistry shop and had some medicated mMilk. They told me my father was dying."

### Dream No. 13

"I dreamt I was eating cherrys [sic]. Then I was in love Paris and was going to become a mothermannequin. There were a few Ffrench girls there. Tthey were very slim and young. Tthen I went to buy a paper Le Figaro[names 2 indecipherable papers]...then there was Mrs. Neel and Mr. Leon. ..."

### Dream No. 22

"I dreamt... they were giving a film about dogs and Alec went. Tthen I had a little white puppy dog and I had to feed him but I lost him. Tthere was also another puppy dog like a bull dog. ..."

### Dream No. 25

"I dreamt of Madame Fountaine our doctor. and Sshe took me to her housme and I had a lot to eat. Tthere was a very big strong man. Tthen I went was in a very small room where I could hardly move about. Tthen there was an Eenglishman who wanted to talk to me."

### Dream No. 11

"I dreamt...Nurse Wainwright put a camisole de force on me. Aas she was sewing it up I could not take[tuck?] it [then I lost my sock then I washed it] so she gave me another pair of socks...she had a black veil over her face and I asked her if I could have it to wear. The houses were moving up and down like in an earthquake. I could not put my camisole on. ..."

### Dream No. 14

"I dreamt I was with a lot of nice nNurses [then they got me a Room in which there was a young woman so she went away and gave me her Room then there was a Nurse and I wanted to speak with her]....as I was ill. then I had a nice little doll which belonged to one of the nNurses."

LAI-2840100v1

***Dream No. 10***

"I dreamt I was going to America with Mrs. Leon and Helen. Then I passed through Dublin and stopped there. There were a lot of people about and I asked a girl about Mr. Beckett and other people and friends. ..I did not want to go to America as I was afraid of the journey so I thought I would stay in Dublin. I went to a tea Room in Dublin and asked for money. They gave it to me. Then there was a young man there. I asked him if he liked me and he said Rather."

***Story between Dream Nos. 29 & 30\****

"I dreamt I was sitting in a Garden of St. Andrews Hospital and a little pretty white Butterfly came up to me but I squeezed it with my fingers...[many sentences omitted] of my left hand I think. What became of it? God knows it was so small you could hardly see it."

*Lucia drafted a brief story between Dream Nos. 29 & 30, which she entitled "the innocent Wasp the pretty butterfly and the little caterpillar." This passage encompassed approximately 3 pages of the book, and at least 1/3 of the story was cited by Ms. Shloss as dreams, though the passage was clearly a story. In bold below are the parts quoted by Ms. Shloss on the Website. For some reason, Ms. Shloss omitted a large portion of the text in the middle of a sentence and cited it as a dream. Also note that only half of the story has been reproduced.

**I was sitting in a Garden of St. Andrews Hospital and a little pretty white Butterfly came up to me but I squeezed it with my fingers** I don't know why now. I wonder where it went I can't remember. I think I prefer coloured Butterflys. **When I was** in Jouy[?] **in France near the Bois de Vincennes** I had a small room and was in Bed when suddenly a tiny little caterpillar came creeping towards me on the floor. I squeezed it with **my left hand I think. What became of it? God knows it was so small you could hardly see it.**"