# EXHIBIT A

Dockets.Justia.com

School of English, University of Leeds::Staff Pages

# SCHOOL OF ENGLISH

Staff Pages

Home   Site overview   Privacy   Facilities   Leeds   Links   Contact us   Text only   University

index | search

::Undergraduate::
::Postgraduate::
::Staff::
▼ A-Z index
▼ research area index
▼ Administrative staff
▼ publications
::Research::
::Activities::
::News::

## THE JAMES JOYCE BROADSHEET



School of English University of Leeds Leeds LS2 9JT
Tel: 0113 343 4739 Fax 0113 343 4774 E-mail Richard Brown

Editors: Pieter Bekker, Richard Brown and Alistair Stead
Advisory Editors: Shari Benstock and Katie Wales

[Subscriptions]    [Advice to Contributors]

The JAMES JOYCE BROADSHEET is a specialist review published three times a year, featuring: ESSAYS on selected aspects of Joyce's works or on issues in Joycean criticism; BOOK REVIEWS of new publications concerned directly or indirectly with Joyce, as well as RETROSPECTIVE reassessments of selected areas of Joycean studies; NEWS OF JOYCEAN EVENTS, films, performances, exhibitions, lectures, conferences and collections; NOTES AND QUERIES and LETTERS sections allowing for debate and exchange of information among readers, researchers and teachers of Joyce's works.




SUBSCRIPTIONS are due by 1st January and run for a calendar year.

BACK ISSUES are available at current annual subscription rates.

RATES UK & Europe £9.00 (individuals) £12.00 (institutions)



USA & Elsewhere £12.00/$24.00 (ind) £15.00/$30.00 (inst)

Discounted rates through International James Joyce Foundation



Please print out the following form and post it with your subscription.



5

TITLE.........................................................NAME..........................

ADDRESS.........................................................................................

..........................................................................................................

..........................................................................................................

..........................................................................................................

English sterling and American dollar cheques should be made payable to *The James Joyce Broadsheet* and posted to the above address. We are unfortunately unable to accept cheques drawn on foreign banks which are made payable in sterling and we advise subscribers in other countries to send their subscriptions by international money order.

## THE JAMES JOYCE BROADSHEET

School of English ,University of Leeds, Leeds LS2 9JT

### INSTRUCTIONS TO CONTRIBUTORS
Editorial Policy

It has been our editorial policy since our first issue in 1980 to publish occasional articles, book reviews, illustrations and short news items relating to the works of James Joyce. The majority of our book reviews are commissioned by the editors but we are prepared to consider unsolicited material and suggestions. Review copies of books from publishers, illustrations, advance publicity or news reports of conferences, lectures, film, theatre and artistic events, brief letters and other material relating to Joyce continue to be especially welcome.

### Notes for Reviewers

The normal length for reviews of single books is 800 words. Main articles are usually of around 2,000 words. Reviews are due in by the following deadlines:

*1st December for publication in the February issue*
*1st April for publication in the June issue*
*1st August for publication in the October issue*

Please send your contribution in hard copy on disc and/or as a Word Document. It is especially important to include at the head of your review full information about the book you are reviewing . This should be included on the slip provided or else typed clearly at the top of your review in the following form:

| Book Title | Author's name |
| | Place | Publisher Date |
| Pages | |
| ISBN (cloth) (paper) | |

Please contact the publisher of the book you are reviewing if your information on the book is incomplete. At the end of your review you should type your name in the exact form you would like it to appear in the *Broadsheet* and a brief note stating your present academic affiliation and/or a recent or forthcoming publication as appropriate. Text received is normally edited to conform to house style and length. We use single inverted commas for speech and quotation. We do not use footnotes or endnotes for scholarly citation but brief parenthetical citations are usable in certain cases. If in doubt about any matters of presentation please consult a recent copy of the *Broadsheet*. Reviewers would normally be supplied with a review copy of the book on which they are writing which they may keep. Contributors receive a publisher's proof of their contribution immediately prior to publication and three copies of the *Broadsheet* in which their review appears

Please contact the publisher of the book you are reviewing if your information on the book is incomplete.

At the end of your review you should type your name in the exact form you would like it to appear in the *Broadsheet* and a brief note stating your present academic affiliation and/or a recent or forthcoming publication as appropriate.

Text received is normally edited to conform to house style and length. We use single inverted commas for speech and quotation. We do not use footnotes or endnotes for scholarly citation but brief parenthetical citations are usable in certain cases. If in doubt about any matters of presentation please consult a recent copy of the *Broadsheet*.

Reviewers would normally be supplied with a review copy of the book on which they are writing which they may keep.

Contributors receive a publisher's proof of their contribution immediately prior to publication and three copies of the *Broadsheet* in which their review appears

⚠ back to previous page

School of English Home page

⚠ back to previous page

School of English Home page

School of English, University of Leeds::Staff Pages

**Designed by** David Stirrup

Title pictures: Dr. Andrew Warnes; Dr. Ananya Kabir; Professor Vivien Jones; Dr. Fiona Douglas

Page 4 of 4

Case 5:06-cv-03718-JW    Document 45-2    Filed 01/08/2007    Page 6 of 29

# The James Joyce Literary Supplement



Who we are...when we're at home

Agendath Netaim (Subscription Information)

The Agenbite of Inwit (Back Issues)

Beaufoy's Page (Style sheet for Reviewers)

House of Keyes (Ad Rates)

Henry St. Waxworks (Photo Album)

Joycean Links

This page was created by David Earle.
This page is maintained by Amanda Tucker.

HOME   BROWSE BY SUBJECT   NEW/FORTHCOMING   SERIES & JOURNALS   ONLINE TITLES   TEXTBOOKS   ORDERING INFO   ABOUT



SEARCH

SEARCH

Advanced search

NEWSLETTER

Subscribe to our
newsletter and you'll
continuously be informed
about our new books,
series and journals.

You can customize this
e-mail newsletter to your
particular needs and
interests.

Newsletters include
special discount codes.

To subscribe or change
existing preferences
press the *subscribe*
button

SUBSCRIBE >>

## Series and Journals



VOLUMES

ONLINE ACCESS

GO BACK      PRINT

European Joyce Studies

CONTACT

Tijnmuiden 7
1046 AK Amsterdam
The Netherlands
T: +31-20-611 48 21
F: +31-20-447 29 79

295 North Michigan
Avenue - Suite 1B
Kenilworth, NJ 07033
USA
T: Toll-free (US only):
800-225-3998
T: (908) 298 9071
F: (908) 298 9075

info@rodopi.nl

European Joyce Studies

ISSN 0923-9855

General Editor: Fritz Senn
Associate Editor: Christine van Boheemen

No other modernist writer in English has attracted more or broader
international attention than James Joyce. Translations, adaptations, and
imitations as well as works of criticism are being published in increasing
numbers and frequency, and show a proliferating diversity of approaches
and perspectives on the work, life, and influence of Joyce.
In view of the internationalism of Joyce studies, and the current
dissemination of literary-critical pluralism, this new series hopes to offer a
platform for specifically "European" perspectives on Joyce's works, their
adaptations, annotation, and translation, studies in biography, the history
of and current debates in Joyce criticism, Joyce's place in literary history,
matters of influence and the transmission of ideas etc.
In calling this series "European" in the broadest sense, we aim at soliciting
not only the submission of articles by European contributors, but more
generally all essays and research focusing on issues of European concern
such as language, nationality and culture, literary-historical movements,
ideology, politics, and distribution, as well as literary-critical perspectives
which have European roots such as Freudian and Lacanian psychoanalysis,
structuralism, poststructuralism, non-essentialist feminist approaches, and
reader-oriented perspectives on the text.

Contributions in the form of thematic volumes are invited and should be
submitted to the general editor:

Dr Fritz Senn
Zurich James Joyce Foundation
Augustinergasse 9
CH-8001 ZUERICH
Switzerland

Rodopi

Fax: ++ 41 1 212 5128
joyce@es.unizh.ch

Volumes

17 **Joyce, "Penelope" and the Body.**, BROWN, Richard (Ed.)

16 **Beckett, Joyce and the Art of the Negative.**, JAURRETCHE, Colleen (Ed.)

15 **Cultural Studies of James Joyce.**, KERSHNER, R. Brandon (Ed.)

14 **Joyce's Audiences.**, NASH, John (Ed.)

13 **Medieval Joyce.**, BOLDRINI, Lucia (Editor)

12 **Joyce's "Wandering Rocks".**, GIBSON, Andrew and Steven MORRISON (Eds.)

11 **James Joyce and the Fabrication of an Irish Identity.**, GILLESPIE, Michael Patrick (Ed.)

10 **Masculinities in Joyce.**, BOHEEMEN-SAAF, Christine van and Colleen LAMOS (Eds.)

9 **Genitricksling Joyce.**, SLOTE, Sam and Wim Van MIERLO (Eds.)

8 **Joyce: Feminism / Post / Colonialism.**, JONES, Ellen Carol (Ed.)

7 **New Perspectives on Dubliners.**, POWER, Mary and Uli SCHNEIDER (Eds.)

6 **Joyce's "Ithaca".**, GIBSON, Andrew (Ed.)

5 **Probes.**, HAYMAN, David and Sam SLOTE (Eds.)

4 **Finnegans Wake.**, TREIP, Andrew (Ed.)

3 **Reading Joyce's Circe .**, GIBSON, Andrew (Ed.)

2 **Finnegans Wake:**, LERNOUT, Geert (Ed.)

1 **Joyce, Modernity, and Its Meditation.**, BOHEEMEN, Christine van (Ed.)

RODOPI - INDEPENDENT PUBLISHER OF INTERNATIONAL ACADEMIC SERIES ON THE HUMANITIES     COPYRIGHT 2





# James Joyce Quarterly

Sean Latham, Editor
Carol Kealiher, Managing Editor

**In Print:**

Current Issue

Forthcoming

Recent Issues

Books Received

About

Subscriptions

Submis

Staff

**The University of Tulsa
600 South College Ave.
Tulsa, OK 74104-3189**

**Telephone (918) 631-2501
Fax (918) 631-2065**

For subscription or claims inquiries, please contact jjq-claims@utulsa.edu

| contact us | current issue | forthcoming | recent issues | books recei

Last updated: 05 October, 2006

# JJQ

## Current Issue: Volume 41.4

**Raising the Wind**
Sean Latham, Editor

### PERSPECTIVES

Why Public Performances of James Joyce's Works Are Not a Thing of the Past
*Robert Spoo*

Beer and Roaming in Prague: A Report on the Annual Conference of the International Association
Study of Irish Literature, Charles University, 24-28 July 2005
*Mark A. Wollaeger*

PERSPECTIVES

ARTICLES  |  NOTES  |  BOOK REVIEWS

## ARTICLES

Solar Patriot: Oliver St. John Gogarty in *Ulysses*
*John Noel Turner and Marc A. Mamigonian*

Catechistics, or, Where Was Moses When the Candle Went Out?: Q, A, and Hospitality in "Ithaca"
*Tony Thwaites*

The Ass and the Four: Oppositional Figures for the Reader in *Finnegans Wake*
*Anne L. Cavender*

Unfacts and Evidencegivers: Rumor, Population, and History in *Finnegans Wake*
*Janine M. Utell*

Joyce, Lyotard, and Art as Damnation
*Sheldon Brivic*

Selling "Work in Progress"
*Stephen John Dilks*

Joyce's Merrimanic Heroine: Molly vs. Bloom in Midnight Court
*James A. W. Heffernan*

"What the Thunder Says": Primitivism, Vico, Molly Bloom
*Robert Hurd*

## CURRENT JJ CHECKLIST (96)
William S. Brockman

### NOTES

A Soporific Note on the Harp in Joyce's "Two Gallants"
Steven Doloff

The Source of Hell: Professor Pokorny of Vienna in *Ulysses*
Pól Ó Dochartaigh

A Brief Commentary on "The Source of Hell: Professor Pokorny of Vienna in *Ulysses*"
Fritz Senn

Who Is "He"?
Sienna Parulis-Cook

### ENTERTAINMENTS
Talking of Dreams
Gerald Dawe

Corrigenda: For "Stately plump..." to "yes I will Yes" read:
Ross G. Arthur

"Buck Up!"
Simon Loekle

### REVIEW ESSAY

- 3 -

15

Introducing Modernism
Jesse Matz

- 4 -



## REVIEWS

*Joyce's Revenge: History, Politics, and Aesthetics in "Ulysses"* by Andrew Gibson
James Fairhall

*James Joyce's "A Portrait of the Artist as a Young Man": A Casebook,* edited by Mark A. Wollaeger
R. Brandon Kershner

*James Joyce's "Ulysses": A Casebook,* edited by Derek Attridge
Moshe Gold

*Joyce Studies in Italy 7: The Benstock Library as a Mirror of Joyce,* edited by Rosa Maria Bosinelli
Franca Ruggieri
Laura Pelaschiar

*European Joyce Studies 15: Cultural Studies of James Joyce,* edited by R. Brandon Kershner
Adrian Peever

*"Joyce in Art,"* curated by Christa-Maria Lerm Hayes and Patrick T. Murphy
Anthony Downey

*Ireland's Others: Ethnicity and Gender in Contemporary Irish Literature and Culture,* by Elizabeth Cullingford
John McCourt

*Exile, Emigration, and Irish Writing,* by Patrick Ward
Sean P. Murphy

*Modernism, Ireland, and the Erotics of Memory,* by Nicholas Andrew Miller
Enda Duffy

- 5 -

17

*Violence and Modernism: Ibsen, Joyce, and Woolf,* by William A. Johnsen
Lee A. Jacobus

*Proust, Mann, Joyce in the Modernist Context,* by Gerald Gillespie
Cyraina Johnson-Roullier

*Physiology and the Literary Imagination: Romantic to Modern,* by John Gordon
Hermione de Almeida

*Wyndham Lewis and Expressionism,* by Sheila Watson
Tyrus Miller

**LETTERS**
Sandra Tropp, Dan Dervin, Sheldon Brivic, the International James Joyce Foundation

- 6 -



Back to Top

| home | contact us | current issue | forthcoming | recent issues | books received |

- 7 -



19



# Joyce Studies Annual

## Editor: Thomas F. Staley, Director, Harry Ransom Humanities Research Center
## The University of Texas at Austin

*JSA* is now being published by Fordham University Press under the co-editorship of Mos Gold and Philip Sicker. Volumes 1990 through 2003 will continue to be available for purchase through UT Press. For information regarding future volumes, please contact Fordham University Press, University Box L, Bronx, NY 10458-5172 or (718) 817-4795.

Each volume of *JSA* carries articles from leading Joyce scholars emphasizing the areas of historical, textual, and comparative criticism, as well as a comprehensive bibliography of previous year's Joyce-related publications. Key features of *Joyce Studies Annual* include previously unpublished text and photographs from the Harry Ransom Center's extensive Joyce collection.

*Joyce Studies Annual* is indexed and/or abstracted in the *Annual Bibliography of English Language and Literature, IBR (International Bibliography of Book Review IBZ (International Bibliography of Periodical Literature), IBR (CD-ROM), IBZ (CD-ROM), and MLA International Bibliography.*

- 2003 Annual
- 2002 Annual
- 2001 Annual
- 2000 Annual
- Archives

## Joyce Studies Annual 2003

*Preface*
    Thomas F. Staley
*Notes on the New Joyce Manuscripts*
    Arnold Goldman
*The National Library of Ireland's New Joyce Manuscripts: An Outline and Archive Comparisons*
    Michael Groden
*Ireland Must Be Important...*
    Terence Killeen
*The Heretical* Auctoritas *of Giordano Bruno: The Significance of the Brunonian*

*Presence in James Joyce's* The Day of the Rabblement and Stephen Hero
      Gareth Downes
*"Might be what you like, till you hear the words": Joyce in Zurich and the Contrapuntal Language of* Ulysses
      Jurgen Grandt
*Unveiling Desire: Pleasure, Power and Masquerade in Joyce's "Nausicca" Episode*
      Philip Sicker
*The Oxymoron of Fidelity in Homer's* Odyssey *and Joyce's* Ulysses
      Keri E. Ames
*Note: James Joyce as Cyclist*
      Friedhelm Rathjen

## Joyce Studies Annual 2002

*Preface*
      Thomas F. Staley
*The First International James Joyce Symposium: A Personal Account*
      Austin Briggs
*Reading Joyce in and out of the Archive*
      Wim van Mierlo
*Stephen Dedalus's non servium: Patriarchal and Performative Failure in* A Portrait of the Artist as a Young Man
      Alan Friedman
*The Soft, the Sweet, and Bloom*
      Jefferey Simons
*Of Questionable Character: The Construction of Subject in* Ulysses
      Kevin Attell
*'I have been a Perfect Pig': A Semiosis of Swine in 'Circe'*
      Eric D. Smith
*'When in Doubt do Gender': Constructing Masculinities in 'Penelope,' 'theyre all Buttons men'*
      Richard Brown
*Recognizing Masochism: Psychoanalysis and the Poetics of Sexual Submission in* Ulysses
      Thomas P. Balázs
*Note: Mac(k)intosh the Noun*
      Michael J. Sidnell

## Joyce Studies Annual 2001

*Getting Noticed: James Joyce's Italian Translations*
      Eric Bulson
*Two New* Ulysses *Working Drafts*
      Arnold Goldman
*James Joyce's Encounters with Spanish Censorship, 1939-1966*

Alberto Lázaro
*Is there Music in Joyce and Where do We Look for It?*
Milo Zatkalic
*Dublin in the Time of Joyce*
Ken Monaghan
*The New York James Joyce Society*
Zack Bowen
*The Early Joyceans in Dublin*
Vivien Igoe
*The Early Days of the Dublin Symposium*
Thomas F. Staley
*Joyce and Trieste: From the Joyce Festival to the Trieste Joyce School*
Renzo S. Cravelli
*'A Symposium All His Own': The International James Joyce Foundation*
Morris Beja
*The European* Finnegans Wake *Study Group: 1970-1971*
Rosa Maria Bollettieri Bosinelli
*Building on the Foundation: Women in the IJJF*
Karen Lawrence

---

## Joyce Studies Annual 2000

*Preface*
Thomas F. Staley
*The Importance of Being Giacomo*
John McCourt
*Joycesday*
Stanley Sultan
*The Prolific and the Devouring in "The Ondt and the Gracehoper"*
Sam Slote
*A Proverbial Tale of Tree or Stone: Joyce's Rewriting of Plato's Reminders*
Moshe Gold
*Issy's Mimetic Night Lessons: Interpellation and Resistance in* Finnegans Wake
Michael J. Powers
*Joyce's Sources: Sir Richard F. Burton's* Terminal Essay *in* Finnegans Wake
Aida Yared
*Mapping Echoland*
Finn Fordham

## Notes and Documents

Ulysses: *an Anti-Bildungsroman*
Erwin R. Steinberg and Christian W. Hallstein

## JSA *Index, 1995-2000*

Archives

back to top

Journals by Title  |  Journals Customer Service  |  Advertising

Permissions Requests  |  Contact Us

Terms of Sa

Copyright © 2003-6 U

**Gnantwerp
Navigation**

AJJC Home Page

GENETIC
JOYCE
STUDIES

# GJS

Gnantwerp Gazette

Articles On-Line

Works in Progress

Recent Publications

Links

Germaanse Homepage

UIA Homepage



# GENETIC JOYCE STUDIES

## Electronic Journal for the Study of James Joyce's Works in Progress

An initiative of the Antwerp James Joyce Center , University of Antwerp, Belgium

Editorial board: Bill Cadbury, Luca Crispi, Daniel Ferrer, Hans Walter Gabler, Michael Groden, Geert Lernout, Jean-Michel Rabaté, Joe Schork, Fritz Senn, Sam Slote -- Editor: Dirk Van Hulle

A new issue of Genetic Joyce Studies will be posted every six months. Please contact us if you would like to be kept informed about intermediate updates ( vanhulle@uia.ac.be ).

---

**NOTES & ARTICLES**  -  **TOOLS & QUERIES**  -  **LOST & FOUND**   -  **ABOUT GJS**

---

"Antwerp I renamed Gnantwerp for I was devoured there by mosquitoes"
(James Joyce, *Letters I* 245)



*Page 9 of Joyce's 'Finnegans Wake' Notebook VI.B.15*

Reproduced with permission from the Estate of James Joyce, and The Poetry/Rare Books Collection, SUNY, Buffalo, N.Y.

© 1977, the Estate of James Joyce, and the State University of New York at Buffalo
All quotations from James Joyce's manuscripts are copyrighted by the Estate of James Joyce

## NOTES & ARTICLES

The purpose of this refereed medium is to create a forum for genetic Joyce criticism. In the section Notes & Articles researchers can give notice of their genetic discoveries, new insights, and critical analyses of Joyce's working method.

# *Issue 1*

# *Issue 2*

# *Special Issue:* 25th Anniversary of the James Joyce Archive

# *Issue 3*

# *Issue 4*

# *Issue 5*

# *Issue 6*

## TOOLS & QUERIES

This section offers a set of research tools that may be of use for genetic investigations (lists of books ordered by James Joyce, a bibliography of genetic Joyce research, chronological surveys of prepublications, etc.). This cooperative site is also a forum for queries: for instance, the editors of *The "Finnegans Wake" Notebooks at Buffalo* give notice of unsolved enigmas concerning the sources of specific entries. Any help is welcome and will be acknowledged in the edition.

## LOST & FOUND

Transmissional departures, variants or dead ends in the writing process tend to disappear in the mass of manuscripts. Thanks to genetic research, isolated lost words are rediscovered occasionally by different researchers. Our Lost & Found section is designed to collect these textual items, accompanied by short textual notes concerning the circumstances of their disappearance.

Genetic Joyce Studies will be updated twice a year.
If you would like to be informed about updates, please contact the editor.
Feedback and suggestions are always welcome.

## CONTRIBUTIONS

Critical essays, reviews, and notes may be submitted as attachment-files via electronic mail (as an attached word processing document, if possible) or snail-mail to the following address:
vanhulle@uia.ac.be

Antwerp James Joyce Center

University of Antwerp
UIA-GER
Universiteitsplein 1
B-2610 Wilrijk
Belgium
fax: +32.3.820.27.62

For more information see **ABOUT GJS**

This page is maintained by Dirk Van Hulle (vanhulle@uia.ac.be )



**VOLUME 7, NUMBER 1,**
**2005-6 ISSN 1801-1020**



A  about

M  masthead

C  contents

S  submissions

#  archives

@  contact

P  prague jj centre

&  links to jj sites

H  hypermedia
    bibliography

V  video bibliography

A  audio bibliography

I  index

## ABOUT HJS

Hypermedia Joyce Studies was founded in 1994 as a refereed journal of
on the works of James Joyce. HJS publishes all its articles electronically
Web and its form of publication makes it different from and a complemen
Joyce scholarship.

Hypermedia Joyce Studies was founded in 1994 as a refereed journal of
on the works of James Joyce, and was initiated by Rob Callahan & Louis
editorial board also included Alan Roughley and Julian Croft. The first iss
December 1995, to coincide with the MLA convention in Chicago and a p
Margot Norris, on 'Theorising Knowledge in Joyce: Intertextual, Encyclop
This panel included papers by, among others, Michael Groden & Louis Ar
In June of the same year, Brown University had hosted the by-annual Nc
conference, convened by Robert Scholes. Daniel Ferrer gave a keynote s
hypertext & textual genetics, along with a presentation that involved me
Lab. The Brown conference was also the occassion of the first panel disc
hypertext, chaired by Morris Beja, & involving Louis Armand, Jim LeBlan
Many future hypertext projects were discussed during the Brown confere
very much part of a larger impetus in the direction of engaging with hyp
media."

The first edition of **HJS** featured work by Thomas Jackson Rice, Donald 1
Fritz Senn, Derek Attridge, Michael Ditmore, Alan Roughley and Louis Ar

**ZURICH JAMES JOYCE FOUNDATION**

Augustinergasse 9, 8001 | Zurich, Switzerland | Tel (+41) 44 211 83 01 | Fax (+41) 44 212 51 28
Sem: joyce@es.unizh.ch | Foundation : zjjs@es.unizh.ch

## Library Opening Hours

The Foundation's official opening hours are from 10 to 5 p.m. from Monday to Friday and by appointment.

## Library Holdings

### Books

The core of the Foundation is a library of more than five thousand volumes. It contains Joyce's works in various editions, among them some first editions, or illustrated editions and some collectors' items. The author's numerous notes, drafts, corrections, proof sheets and revisions of nearly all his works are available in facsimile volumes. There are dozens of translations into more than forty languages (including Korean, Japanese, Georgian, and Malayalam) and, of course, an extensive body of secondary literature: bibliographies, biographies, monographs, comments, thematic and comparative studies. Moreover, the Foundation offers a large store of background literature: reference books, information on Ireland, Catholicism, mythology, general literary history, literary theory -- whatever is useful in research and furthers a better understanding of Joyce's work. There are also dissertations, studies, essays, in typescript or on microfilm.

Of particular interest: *Thom's Dublin Directory* of 1904, an original copy of "The Day of the Rabblement".

### Journals

The Foundation has a complete set of some out-of-print Joyce publications (*James Joyce Review*, *A Wake Newsletter*) and subscribes to all the current ones: *James Joyce Quarterly, James Joyce Broadsheet, James Joyce Literary Supplement, A Finnegans Wake Circular, European Joyce Studies, Irish Literary Supplement, Joyce Studies Annual* and Joyce-related single issues of journals, magazines, typescripts and off-prints. In recent years a number of theses and dissertations have been donated to the Foundation.

30

Ideally we would like to stock everything related to Joyce and are eagerly looking for ALL kinds of Joyceana. We are grateful to authors who send us their work and we like to be notified of all pertinent publications.

## Audio /Video

The collection of records, cassettes and CDs consists of various readings of Joyce's works, including his own reading from the "Aeolus" episode and from "Anna Livia Plurabelle," the centenary production of Radio Telefis Eireann of *Ulysses* and a complete German reading of *Ulysses*, as well as readings from *Dubliners*, *A Portrait of the Artist* and *Finnegans Wake*, and numerous performances of Molly's soliloquy in English and German. The audio collection also includes recordings of Joyce-related music: arias, Irish songs, and music hall. Apart from the librettos and song books, the music section holds scores of settings of *Chamber Music* and *Pomes Penyeach*, as well as some original settings like *Stephen Climax*.

The video collection includes John Huston's *The Dead*, Joseph Strick's *Ulysses* and *A Portrait of the Artist as a Young Man*, Mary Ellen Bute's *Finnegans Wake*, The Abbey Theatre Company's production of *Exiles*, Werner Nekes' *Ulisses*, and many other plays and televised programmes about James Joyce.

## Autographs

The Foundation has a modest collection of autographs which includes about 50 letters and postcards written by Joyce as well as letters from friends and acquaintances, the great majority of which come from the bequest of Carola Giedion-Welcker. One small slip of paper has the original draft of what became a few sentences in *Finnegans Wake* (244.35-245.3).

## Art Work

The Foundation has portraits of Joyce by Frank Budgen, Horst Janssen, Wilhelm Gimmi, Louis le Brocquy, Tullio Pericoli, Lawrence Lee and others. There are also drawings and illustrations of the works by Paul Flora, Rudolf Mumprecht, Robert Motherwell, Henri Matisse, Louis le Brocquy, Wilhelm Föckersperger, and Aldo Bachmayer.

The Foundation holds photographs of Joyce by Gisèle Freund as well as those of Joyce in Zurich in 1938 taken by Carola Giedion-Welcker. There is also a substantial collection of Joycean caricatures.

The Lawrence collection is the largest collection of photographs documenting Ireland from the late 19th century. The Foundation has acquired a number of prints from the original glass plates held at the National Library of Ireland which document Joycean locations in Dublin.

- 2 -

31

There is furthermore a large and growing photograph collection of Joyceans and Joyce events, both within the Foundation and from various Joyce conferences.

Photographic and other material is available to publishers, museums, etc. (please inquire about fees).

## The Death Mask

One of the four original death masks (from the Carola Giedion-Welcker bequest) resides in the archive, as well as some personal effects such as a suitcase and walking sticks.

## Realia

Artifacts relating to Joyce include a Jacob's biscuit tin, jars of Plumtree's Potted Meat (empty), vanishing cakes of lemon soap, a few items of contemporary clothing, funeral habits and two moustache cups the likes of which Milly gave to Bloom. Some old newspapers of the turn of the century are complemented by facsimiles of the *Freeman's Journal*, *The Irish Times* and *The Evening Telegraph* of the 15th and 16th June 1904.

We also have more than 50 T-shirts from Joycean events around the world, including the International Joyce Symposia and Bloomsday events and other ephemera like programmes, playbills, buttons, board games, playing cards, medals and other souvenirs. And finally, a large collection of posters from Joyce conferences, symposia and exhibitions rounds off the collection.

## New Acquisitions

Frank Budgen's papers have been given to the Zurich James Joyce Foundation. Among these papers are letters, drafts, and photos including 2 telegrams from Joyce, 2 letters from Joyce, 5 letters from Lucia, letters from Stuart Gilbert, Sylvia Beach, Jane Lidderdale, Harriet Weaver, Paul Léon, Ezra Pound, Ottocaro Weiss and others.

- 3 -

32