# EXHIBIT B

Dockets.Justia.com

| | Author | Title | Publication |
|---|---|---|---|
| 1. | | Literaturen : das Journal für Bücher und Themen | Berlin : F. Berlin Verlag, 2004 |
| 2. | Allen Gleed, Kim M. | Joyce in France, Joyce in French translation, culture, literary fame | 2005 Dissertation: Thesis (Ph. D.)--State University of New York at Binghamton, Department of Comparative Literature, 2005 |
| 3. | Alter, Robert | Imagined Cities: Urban Experience and the Language of the Novel | New Haven: Yale University Press, 2005 |
| 4. | Anselmi, Simona | La traduzione postcoloniale in Irlanda: Finnegans wake, una traduzione in corso | Milano: ISU, 2005 |
| 5. | Armand, Louis | JoyceMedia: James Joyce, hypermedia & textual genetics | Prague: Litteraria Pragensia, 2004 |
| 6. | Armand, Louis; Wallace, Clare | Giacomo Joyce: Envoys of the Other | Prague: Litteraria Pragensia, 2006 |
| 7. | Armstrong, Paul B | Play and the Politics of Reading | Ithaca: Cornell University Press, 2005 |
| 8. | Armstrong, Tim | Modernism: A Cultural History | Cambridge: Polity, 2005 |

LAI-2840533v1

|  | Author | Title | Publication |
|---|---|---|---|
| 9. | Arnold, Bruce | The scandal of Ulysses | Dublin: Liffey Press, 2004 |
| 10. | Arnold, Bruce | The Scandal of Ulysses: The Life and Afterlife of a Twentieth Century Masterpiece | Boston: St. Martin's Press, 2004 |
| 11. | Attridge, Derek | The Cambridge companion to James Joyce | Cambridge, UK ; New York : Cambridge University Press, 2004 |
| 12. | Attridge, Derek | James Joyce's Ulysses: a casebook | Oxford, England ; New York : Oxford University Press, 2004 |
| 13. | Attridge, Derek | Peculiar language literature as difference from the Renaissance to James Joyce | London : New York : Routledge, 2004 |
| 14. | Attridge, Derek | How to Read Joyce | London: Granta, 2007 |
| 15. | Baillie, Brian | "Ireland sober is Ireland free" the confluence of nationalism and alcohol in the traumatic, repetitive, and ritualistic response to the famine in James Joyce's Ulysses | 2005 Dissertation: Thesis (B.A.)-- Haverford College, Dept. of English, 2005 |
| 16. | Baldick, Chris | Oxford English Literary History Vol. 10: The Modern Movement (1910-1940) | Oxford: Oxford University Press, 2004 |
| 17. | Balsamo, Gian | Rituals of literature: Joyce, Dante, Aquinas, and the tradition of Christian | Lewisburg, Pa.: Bucknell University |

- 2 -

LAl-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| | | epics | Press, 2004 |
| 18. | Balsamo, Gian | **Joyce's Messianism: Dante, Negative Existence, and the Messianic Self** | Columbia: University of South Carolina Press, 2004 |
| 19. | Beaulieu, Victor-Lévy | **James Joyce, l'Irlande, le Québec, les mots: essai hilare** | Paroisse Notre-Dame-des-Neiges, Québec: Éditions Trois-Pistoles, 2006 |
| 20. | Beckman, Richard | **Joyce's Rare View: the Nature of Things in Finnegans Wake** | Gainesville: University Press of Florida, 2007 |
| 21. | Berio, Luciano; Kutter, Markus,; Joyce, James,, and others | **The great works for voice** | New York, NY: Mode, 2006, 1995 |
| 22. | Berkowitz, Heidi | **Reading Joyce's Dubliners from Within: an intertextual critique** | 2004 Dissertation: Thesis (M.A.)--University of Vermont, 2003 |
| 23. | Blamires, Harry | **The new Bloomsday book: a guide through Ulysses** | London ; New York : Routledge, 2004, |
| 24. | Bless, William | **Evolutions of form in the modern short story: Chekhov, Mansfield and Joyce** | Danbury, Conn.: 2004 Dissertation: Thesis (M.A.) -- Western Connecticut State |

- 3 -

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| | | | University, 2004 |
| 25. | Bloom, Harold | **James Joyce's Ulysses** | Philadelphia: Chelsea House, 2004 |
| 26. | Bloom, Harold | **Leopold Bloom** | Philadelphia: Chelsea House, 2004 |
| 27. | Bloom, Harold | **Bloom's BioCritiques: James Joyce** | Langhorne: Chelsea House Publishers, 2004 |
| 28. | Bloom, Harold | **Bloom's Major Novelists: James Joyce** | Langhorne: Chelsea House Publishers, 2004 |
| 29. | Boland, John M. | **Joyce's Dubliners as a Model of Defamiliarization** | 2006 Dissertation: Thesis (M.A.)--California State University, Long Beach, 2006 |
| 30. | Bonifacio, Sarah | **The mirror laid crossed: An Ontological Reading of James Joyce's "Penelope" and "Ulysses"** | 2006 Dissertation: Thesis (B.A.)--Drew University, 2006 |
| 31. | Boudreau, Catherine L. | **"Something with a bite in it" : James Joyce's Ulysses and the nightmare of colonialism** | 2004 Dissertation: Thesis (B.A. with honors)--Amherst College, 2004 |
| 32. | Bourbon, Brett | **Finding a Replacement for the Soul: Mind and Meaning in Literature and** | Cambridge: Harvard University Press, 2004 |

- 4 -

LA1-2840533v1

36

|  | Author | Title | Publication |
|---|---|---|---|
|  |  | Philosophy |  |
| 33. | Bradshaw, David | A Concise Companion to Modernism | Malden: Blackwell Publishing, Ltd., 2004 |
| 34. | Breitenbach, Josef; Shnayerson, Michael | Josef Breitenbach: James Joyce, 9 portraits: from the collection of Michael R. Whalen, May 18 to August 20, 2004 | Dublin, Ireland: Jurys Doyle Hotels, 2004 |
| 35. | Brescia, Giuseppe | Joyce dopo Joyce | Napoli: Arte tipografica, 2004 |
| 36. | Brinkman, Bret M. | Reading Wide a-Wake: Joyce, Interpretation, and the Dream Text | 2004 Dissertation: Honors degree--Dept. of English, University of Utah, 2004 |
| 37. | Briscoe, Andrea Michelle | Search for self in Homer's The odyssey and James Joyce's Ulysses | 2005 Dissertation: Thesis (M. A.) -- University of New Mexico, 2005 |
| 38. | Brito, Manuel; Oliva, Juan Ignacio | Traditions and innovations : commemorating forty years English studies at ULL (1963 - 2003) | Tenerife: RCEI, 2004 |
| 39. | Brooker, Joseph | Joyce's Critics: Transitions in Reading and Culture | Madison: University of Wisconsin Press, 2004 |

- 5 -

LAI-2840533v1

|     | Author | Title | Publication |
|-----|--------|-------|-------------|
| 40. | Brown, Richard | Joyce, "Penelope" and the body | Amsterdam; New York: Rodopi, 2006 |
| 41. | Brunel, Pierre | Le roman du poète: Rilke, Joyce, Cendrars | Cazaubon: Eurédit, 2004, 1995 |
| 42. | Budgen, Frank | James Joyce et la création d'Ulysse | Paris: Denoël, 2004 |
| 43. | Bulson, Eric | The Cambridge introduction to James Joyce | Cambridge; New York: Cambridge University Press, 2006 |
| 44. | Bulson, Eric | Novels, maps, modernity : the spatial imagination | New York: Routledge, 2006 |
| 45. | Butler, David | An Aid to Reading Ulysses | Dublin: James Joyce Centre in association with Réjoyce Dublin 2004 and Dublin City Public Libraries, 2004 |
| 46. | Butler, David | James Joyce: the mirror and the mask | Lisboa: Instituto Camoes, 2004 |
| 47. | Butor, Michel | James Joyce | Paris: Inculte, 2005 |
| 48. | Campbell, Joseph; Epstein, Edmund L. | Mythic Worlds, Modern Words: on the Art of James Joyce | Novato, Calif.: New World Library; Enfield : Airlift, 2004 |
| 49. | Campbell, Joseph; Robinson, Henry | A Skeleton key to Finnegans Wake | 1904 Publication: Princeton, N.J.: |

- 6 -

LAI-2840533v1

|  | Author | Title | Publication |
|---|---|---|---|
|  | Morton,; Epstein, Edmund L. | **Unlocking James Joyce's Masterwork** | Recording for the Blind & Dyslexic, 2006 |
| 50. | Cheng, Vincent | **Inauthentic: the Anxiety over Culture and Identity** | Piscataway: Rutgers University Press, 2004 |
| 51. | Cheng, Vincent J. | **Race and colonialism** | Dublin: National library of Ireland, 2004 |
| 52. | Chuang, H. C. | **Mian dui Youlixisi =Ulysses** | Taibei Shi: Jiu ge chu ban she you xian gong si, 2005 |
| 53. | Clark, Emily Jo. | **Beyond borders: the politics of the margins in Woolf, Joyce, and Hall** | 2004 Dissertation: Thesis (Ph. D.)-- University of North Carolina at Greensboro, 2004. |
| 54. | Cleary, Joe and Claire Connolly | **Cambridge Companion to Modern Irish Culture** | New York: Cambridge University Press, 2005 |
| 55. | Cockram, Patricia A.; Crispi, Luca; Fahy, Catherine | **James Joyce & Ezra Pound: a more than literary friendship** | Dublin: National Library Ireland, 2004 |
| 56. | Connor, Kynan D. | **Allusive mechanics in modern and postmodern fiction as suggested by James Joyce in his novel Dubliners** | University of Nebraska-Lincoln, 2006 Dissertation: Thesis (Ph.D.)-- University of Nebraska-Lincoln, |

- 7 -

| | Author | Title | Publication |
|---|---|---|---|
| | | | 2006 |
| 57. | Connor, Steven | **James Joyce** | Tavistock: Northcote House, 2004 |
| 58. | Cooper, John Xiros | **Modernism and the Culture of Market Society** | Cambridge: Cambridge University Press, 2004 |
| 59. | Craig, Allison Layne | **Celtic sovereignty goddess tradition and Stephen Dedalus's Irish identity** | 2004 Dissertation: Thesis (M.A.)--Baylor University, 2004 |
| 60. | Crispi, Luca.; Fahy, Catherine | **Joyce Studies 2004** | Dublin: National Library of Ireland, 2004 |
| 61. | Crispi, Luca.; Fahy, Catherine | **James Joyce: Ulysses at the National Library of Ireland : June 2004-Autumn 2005** | Dublin [Ireland]: National Library of Ireland, 2004 |
| 62. | Crispi, Luca.; Slote, Sam | **How Joyce wrote Finnegans wake: a Chapter-by-Chapter Genetic Guide** | Madison: University of Wisconsin Press, 2007 |
| 63. | Crivelli, Renzo S. | Una rosa per Joyce =A rose for Joyce | Trieste: MGS Press, 2004 |
| 64. | Crowley, Tony | **Wars of Words** | Cary: Oxford UP, 2005 |
| 65. | Cucullu, Lois | **Expert Modernists, Matricide, and Modern Culture: Woolf, Forster, Joyce** | New York: Palgrave Macmillan, 2004 |
| 66. | Culleton, Claire A. | **Joyce and the G-men: J. Edgar** | New York: Palgrave |

- 8 -

LA1-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| 67. | Davies, James | **A reading of selected writings of James Joyce in relation to the works of Gilles Deleuze** | Leeds: University of Leeds, 2005 |
| 68. | DeMaio, Jordan | **Radical modes of presentation in the work of William Blake and James Joyce** | 2005 Dissertation: Thesis (M.A.)--Clark University, 2005 |
| 69. | Dennehy, Brian.; McCourt, Frank, and others | **Joyce to the world** | Fritz Films, 2004 |
| 70. | Deppman, Jed, Daniel Ferrer, and Michael Groden | **Genetic Criticism** | Philadelphia: University of Philadelphia Press, 2004 |
| 71. | Devlin, Kimberly J. | **Taste and consumption in Ulysses** | Dublin: National Library of Ireland, 2004 |
| 72. | Devlin, Kimberly J. | **Consumption in Ulysses** | Dublin: National library of Ireland, 2004 |
| 73. | Doherty, Gerald | **Dubliners' dozen: the games narrators play** | Madison, N.J.: Fairleigh Dickinson University Press ; Cranbury : Associated University Presses, |

- 9 -

LAI-2840533v1

41

| | Author | Title | Publication |
|---|---|---|---|
| | | | 2004 |
| 74. | Dragan, Richard V. | **Aesthetic science and the encyclopedic novels of Joyce, Pynchon, DeLillo, and Powers** | 2006 Dissertation: Thesis (Ph. D.)--City University of New York, 2006 |
| 75. | Eagleton, Terry | **The English Novel: An Introduction** | Malden: Blackwell Publishing, Ltd., 2005 |
| 76. | Earle, Potter | **Ulysses as a Jewish Response to Colonialism** | 2005 Dissertation: Thesis (M.A.)-- Villanova University, 2005 |
| 77. | Eco, Umberto | **Kai fang de zuo pin** | Beijing Shi: Xin xing chu ban she, 2005 |
| 78. | Ellis, Anna K | **The evolution of the artist Stephen Dedalus in James Joyce's A portrait of the Artist as a Young Man and Ulysses** | Honors thesis--Millsaps College, 2006 |
| 79. | Elmore, Jonathan D. | **God is Beastly Dead: affirmative transvaluation in Ulysses** | 2004 Dissertation: Thesis (M.A.)--Wake Forest University. Dept. of English, 2004 |
| 80. | El-Shazli, Salwa A. | **Female Agency and the Breaking of Essentialist Paradigms in Selected Works by James Joyce, Brian Friel, Toni Cade Bambara, and Alice Walker** | 2005 Dissertation: Thesis (Ph. D.)-- Indiana University of Pennsylvania, 2005 |

- 10 -

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| 81. | Emig, Rainer | **Ulysses: James Joyce** | Houndmills, Basingstoke, Hampshire ; New York: Palgrave Macmillan, 2004 |
| 82. | Faiz, Muharrem | **Modern identity: recognition problem in James Joyce's "The dead"** | Nicosia: Discourse Publishing, 2004 |
| 83. | Fargnoli, A. Nicholas. | **James Joyce's Catholic moments** | Dublin: National Library of Ireland, 2004 |
| 84. | Fargnoli, A. Nicholas.; Gillespie, Michael Patrick | **Critical companion to James Joyce: a literary companion to his life and work** | New York, NY: Checkmark Books, 2006 |
| 85. | Fischette, Michae | **"Signs on a white field" James Joyce, Ulysses, and the postcolonial sublime** | 2004 Dissertation: Thesis (B.A.)-- Haverford College, Dept. of English, 2004 |
| 86. | Flaherty, Patricia | **"Poor girl!" feminism, disability and the other in Ulysses** | 2006 Dissertation: Thesis (B.A.)-- Haverford College, Dept. of English, 2006. |
| 87. | Fogarty, Anne; Martin, Timothy Peter | **Joyce on the threshold** | Gainesville, Fla.: University Press of Florida ; London : Eurospan [distributor], |

- 11 -

LAI-2840533v1

43

|     | Author | Title | Publication |
|-----|--------|-------|-------------|
|     |        |       | 2005 |
| 88. | Fogarty, Matthew R. | **Tracking the Dead** | 2004 Dissertation: A Division III examination in the School of Humanities, Arts and Cultural Studies, Hampshire College, May 2004 |
| 89. | Fomenko, Elena Gen'evna | **Tipologicheskoe v idiostile Dzheimsa Dzhoisa: monografiia** | Zaporozh'e: Zaporozhskii gos. universitet, 2004 |
| 90. | Frawley, Oona | **A New and Complex Sensation: Essays on Joyce's Dubliners** | Dublin: Lilliput Press, 2004 |
| 91. | Gabler, Hans Walter | **The rocky road to Ulysses** | Dublin: National library of Ireland, 2005 |
| 92. | Gana, Nouri | **Narrative Mourning Joyce, Freud, Kincaid, Derrida** | Université de Montréal, 2004 Dissertation: Thèse (Ph. D.)-- Université de Montréal, 2004. |
| 93. | Genieva, E. IU.; Roznatovskaia, IU. A. | **"Russkaia odisseia" Dzheimsa Dzhoisa** | Moskva: Rudomino, 2005 |
| 94. | Gibson, Andrew | **James Joyce** | London: Reaktion, |

- 12 -

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| | | | 2006 |
| 95. | Gibson, Andrew | **Joyce's revenge: history, politics, and aesthetics in Ulysses** | Oxford; New York: Oxford University Press, 2005, |
| 96. | Gibson, Andrew.; Platt, Len | **Joyce, Ireland, Britain** | Gainesville, FL.: University Press of Florida, 2006 |
| 97. | Gibson, George Cinclair | **Wake rites: the ancient Irish rituals of Finnegans Wake** | Gainesville : University Press of Florida, 2005 |
| 98. | Gilhooly, Owen.; Dunne, Frank., and others | **Joyce Songs James Joyce's Musical Dublin** | Limerick, Ireland: RTÉ lyric fm, 2004 |
| 99. | Gillespie, Michael Patrick | **Ulysses and the American Reader** | Dublin: National Library of Ireland, 2004 |
| 100. | Gillespie, Michael Patrick.; Fargnoli, A. Nicholas | **Ulysses in Critical Perspective** | Gainesville: University Press of Florida, 2006 |
| 101. | Gillis, Virginia | **The deconstructive reader and the Stephen/Bloom artist: a closer look at Buck, Boylan, and the bond** | 2005 Dissertation: Thesis (M.A.) -- Central Connecticut State University, 2005 |
| 102. | Goldman, Jonathan | **The Modernist Author in the age of** | 2005 Dissertation: Thesis (Ph.D.)--Brown |

- 13 -

LA1-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| | E | Celebrity | University, 2005 |
| 103. | Goldmann, Márta | James Joyce kritikai fogadtatása Magyarországon | Budapest : Akadémiai Kiadó, 2005 |
| 104. | Gordon, John | Joyce and Reality: the empirical strikes back | Syracuse, N.Y.: Syracuse University Press, 2004 |
| 105. | Gordon, John, Crispi, Luca,; Fahy, Catherine | Almosting it: Joyce's realism | National Library Ireland, 2004 |
| 106. | Grondijs, Harrie | Unforgotten Chess Men | Netherlands, 2005 |
| 107. | Gunn, Ian; Hart, Clive; Beck, Harald, and others | James Joyce's Dublin: a topographical guide to the Dublin of Ulysses : with 121 illustrations | New York, N.Y.: Thames & Hudson, 2004 |
| 108. | Gupta, Nikhil | Urgency, emergency, and the past flashing into the present : Benjamin, Woolf, and Joyce on disrupting historical narratives | 2004 Dissertation: Thesis (M.A.)-- University of Notre Dame, 2004 |
| 109. | Hall, Julian | Music and the word in the works of T. S. Eliot and James Joyce | Durham: University of Durham ; 2004 |
| 110. | Harrington, Judith | James Joyce: suburban tenor | Dublin: National Library of Ireland, 2005 |

- 14 -

LAI-2840533v1

46

|  | Author | Title | Publication |
|---|---|---|---|
| 111. | Hay, Simon John | **Society of the Specter: a Spectropoetics of Atlantic Modernism** | 2004 Dissertation: Thesis (Ph. D.)--Duke University, 2004 |
| 112. | Hayes, Christa-Marie Lerm. | **Joyce in art: visual art inspired by James Joyce** | Dublin : Lilliput Press, 2004 |
| 113. | Herbert, Stacey.; Martin, Patrick., and others | **Following James Joyce Dublin to Buffalo** | Buffalo, N.Y.: Baird Foundation: Patrick Martin Productions, 2004 |
| 114. | Herr, Cheryl | **Joyce and the Art of Shaving** | Dublin: National Library of Ireland, 2004 |
| 115. | Hewitt, Michael | **The homoerotic counter-aesthetic of failure in selected works of James Joyce** | 2004 Dissertation: Thesis (Master of Arts)--Millersville University of Pennsylvania, English Dept., 2004 |
| 116. | Hickey, Kieran; Hickey, Des. | **Faithful departed: the Dublin of James Joyce's Ulysses: recaptured from classic photographs and assembled** | Dublin: Lilliput, 2004 |
| 117. | Holfter, Gisela | **Beziehungen un Identitaten: Osterreich, Irland un die Schweiz** | New York: Peter Lang, 2004 |
| 118. | Horstman, Fritzi.; | *Joyce to the World* | S.l.: FritzFilms, 2004 |

- 15 -

LAI-2840533v1

|  | Author | Title | Publication |
|---|---|---|---|
|  | Wynne, Diana J. |  |  |
| 119. | House, Rosemary.; Hennessey, Bryan, and others | **Bloomsday Cabaret** | Princeton, NJ: Films for the Humanities & Sciences, 2006, 2005 |
| 120. | Howard, Paul.; Healy, Patrick | **Bloomsday** | New York, N.Y.: Cinema Guild, 2005 |
| 121. | Hudek, Barry A. | **Tracing Virag: Jewish migration and the construction of James Joyce's Ulysses** | 2006 Dissertation: Thesis (M.A.)--Eastern Illinois University, 2006 |
| 122. | Hulle, Dirk Van | **Textual awareness: a genetic study of late manuscripts by Joyce, Proust, and Mann** | Ann Arbor: University of Michigan Press, 2004 |
| 123. | Hulle, Dirk van.; Crispi, Luca.; Fahy, Catherine | **Joyce & Beckett Discovering Dante** | Dublin: National Library Ireland, 2004 |
| 124. | Ireland., Dept. of Foreign Affairs., Cultural Division | **International Joyce** | Dublin: Stationery Office, 2004 |
| 125. | Jacks, Robert | **Robert Jacks: His Bloomsday Book** | Melbourne, Australia: Macmillan Art Australia, 2004 |
| 126. | Jaime de Pablos, Maria Elena.; | **Joyceana: literatura hibernica** | Almeria: Universidad |

- 16 -

LAI-2840533v1

48

| | Author | Title | Publication |
|---|---|---|---|
| | Estévez Saá, José Manuel | | de Almería, 2005 |
| 127. | Jaurretche, Colleen | **Beckett, Joyce and the art of the negative** | Amsterdam, Netherlands; New York: Rodopi, 2005 |
| 128. | Jaurretche, Colleen | **European Joyce Studies 16: Beckett, Joyce and the Art of the Negative** | Amsterdam: Rodopi, 2005 |
| 129. | Jones, Ellen Carol.; Beja, Morris | **Twenty-first Joyce** | Gainesville: University Press of Florida, 2004 |
| 130. | Jones, Ellen Carol.; Beja, Morris | **Twenty-first Joyce** | Gainesville, Fla.: University Press of Florida, 2004 |
| 131. | Jones, Melissa R. | **Modernist hagiography : saints in the writings of Joyce, Stein, Eliot, and H.D.** | 2004 Dissertation: Thesis (Ph. D.)--Kent State University, 2004. |
| 132. | Jonsson, AnnKatrin | **Relations: ethics and the modernist subject in James Joyce's Ulysses, Virginia Woolf's The waves, and Djuna Barnes's Nightwood** | Oxford; New York: Peter Lang, 2006 |
| 133. | Joyce, James; Deane, Vincent.; Ferrer, Daniel., and others | **The Finnegans wake notebooks at Buffalo. Notebook VI. B.32** | Turnhout: Brepols, 2004 |

- 17 -

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| 134. | Kalish, Catherine Simpson | "Amsolookly kersse": clothing in Finnegan's wake | 2006 Dissertation: Thesis (Ph. D.)--Marquette University, 2006 |
| 135. | Kawaguchi, Kyoichi | Showa shonen no "Yurishizu" | Tokyo: Misuzu Shobo, 2005 |
| 136. | Keen, Will | James Joyce | Princeton, N.J.: Films for the Humanities & Sciences, 2004 |
| 137. | Kenner, Hugh | Flaubert, Joyce, and Beckett | Normal, IL.: Dalkey Archive Press, 2005, |
| 138. | Kenner, Hugh | Joyce's voices | Rochester : Dalkey Archive Press, 2007, |
| 139. | Kenner, Hugh | Flaubert, Joyce, and Beckett: the stoic magicians | Normal, Ill.: Dalkey Archive, 2005 |
| 140. | Kestler, Justin.; Florman, Ben | Dubliners | New York: Sparknotes ; Poole : Chris Lloyd [distributor], 2005 |
| 141. | Keynes, Quentin | The Quentin Keynes collection: part III, modern literature, Thursday, 8 April 2004. | London: Christie's, 2004 |
| 142. | Kilfeather, Siobhan | Dublin: A cultural and Literary History | Dublin: Liffey Press, |

- 18 -

LAI-2840533v1

50

|      | Author | Title | Publication |
|------|--------|-------|-------------|
|      |        |       | 2005 |
| 143. | Killeen, Terence | Ulysses Unbound: a Reader's Companion to James Joyce's Ulysses | Bray, Co. Wicklow: Wordwell in association with the National Library of Ireland, 2005 |
| 144. | Kim, Kyoung-Sook | Joyce's alternative historiographies: renarrating the nation and history | 2006 Dissertation: Thesis (Ph. D.)--Dept. of English, University of Utah, 2006 |
| 145. | Kim, Sang-Wook | The Parent-Offspring Conflict in Joyce's Fiction : a Neo-Darwinian view | 2006 Dissertation: Thesis (Ph. D.)-- Northern Illinois University, 2006 |
| 146. | Kitcher, Philip | Joyce's kaleidoscope : an invitation to Finnegans wake | New York ; Oxford : Oxford University Press, 2007 |
| 147. | Klein, Scott W. | The Fictions of James Joyce and Wyndham Lewis | Cambridge: Cambridge University Press, 2006, |
| 148. | Knowles, Sebastian D. G. | Humor detection in Ulysses | Dublin: National library of Ireland, 2004 |
| 149. | Knowles, Sebastian D. G.; Lernout, Geert | Joyce in Trieste: an Album of Risky Readings | Gainesville: University Press of Florida, 2007 |

- 19 -

LA1-2840533v1

51

|     | Author | Title | Publication |
|-----|--------|-------|-------------|
| 150. | Knox, David Blake; Fennell, Hilary | **Imagining Ulysses** | Blueprint Pictures for RTE, 2004 |
| 151. | Kojima, Nancy | **Thematic Implications of Alcohol Consumption in James Joyce's Ulysses** | 2005 Dissertation: Thesis (M.A.)--Georgia State University, 2005 |
| 152. | Krouse, Tonya | **The opposite of desire : sex and discourse in D.H. Lawrence, Virginia Woolf, and James Joyce** | 2004 Dissertation: Thesis (Ph. D.)--Brandeis University, 2004 |
| 153. | Kuhlken, Pam Fox | **A Poetics of Time in the 24-hour text** | 2004 Dissertation: Thesis (Ph. D.)--University of California, Riverside, 2004. |
| 154. | Kupinse, William J. | **The Remains of Empire: waste, nation, and modernism** | 2005, 1999 Dissertation: Thesis (Ph. D.)--Vanderbilt University, 1999 |
| 155. | Kurki, Janne | **Lacan ja kirjallisuus: Poe, Shakespeare, Sofokles, Claudel, Duras ja Joyce /** | Helsinki: Apeiron, 2004 |
| 156. | Ladron, Marisol Morales | **Las Poeticas de James Joyce y Luis Martin-Santos** | Moosstrasse: Peter Lang, 2005 |
| 157. | Lalley, Adam | **"End here. Us then.": a study of** | 2004 Dissertation: Thesis (A.B., Honors in |

- 20 -

52

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| | | endings in the works of James Joyce | English and American Literature and Language)--Harvard University, 2004 |
| 158. | Laman, Barbara | **James Joyce and German theory: the Romantic school and all that** | Madison, N.J.: Fairleigh Dickinson University Press, 2004 |
| 159. | Latham, Sean | Joyce's modernism | Dublin: National library of Ireland, 2005 |
| 160. | Lau, Josephine Hiu Yen | **The faith of nonsense: the analogy of God and the faith of James Joyce's Finnegans wake** | Stanford, Calif.: Humanities Honors Program, Stanford University, 2005 |
| 161. | Lau, Kin-wai | **Reading the modern city, reading Joyce and Eliot: a study of flânerie in literary representation** | 2004 Dissertation: Thesis (M.Phil.)--Chinese University of Hong Kong, 2004 |
| 162. | Lennon, Joseph | **Irish Orientalism: A Literary and Intellectual History** | Syracuse: Syracuse University Press, 2004 |
| 163. | Lennon, Sean | **For your enjoyement: the removal of Paddy Dignam: loosely based on episode six of Ulysses** | Dublin: Fingal County Libraries, 2004 |
| 164. | Leonard, Sara S. | **Technology, patriarchy, and the medicalization of birth in James Joyce's** | 2004 Dissertation: Thesis (B.A.)--University of Houston, |

- 21 -

LA1-2840533v1

53

| | Author | Title | Publication |
|---|---|---|---|
| 165. | | "Oxen of the sun" | 2004 |
| | Lerm-Hayes, Christa-Maria | Joyce in art: visual art inspired by James Joyce | Dublin : Lilliput Press, 2004 |
| 166. | Lernout, Geert | James Joyce, reader | Dublin: National library of Ireland, 2004 |
| 167. | Lernout, Geert; Van Mierlo, Wim. | The reception of James Joyce in Europe | London ; New York: Thoemmes Continuum, 2004 |
| 168. | Levin, Harry | James Joyce a critical introduction | Princeton, N.J. : Recording for the Blind & Dyslexic, 2006 |
| 169. | Lin, Yu-Chen | "Youlixisi" zhuan ji | Taibei Shi : Guo li Taiwan da xue chu ban wei yuan hui, 2004 |
| 170. | Lobsien, Eckhard. | Die Phantasie des Ulysses: Lektüre | Heidelberg: Winter, 2005 |
| 171. | Lowe, Robert | Ulysses and the art of medicine | 2005 Dissertation: Thesis (D.Phil.)-- University of Oxford, 2005 |
| 172. | Luis, Carlos M. | Palimpsests for Becket & Walls for Finnegans | Oysterville, Wash.: Anabasis, 2004 |

- 22 -

LA1-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| 173. | Luppi, Donatella | **James Joyce: epica ed esperienza nell'Ulisse** | Firenze: Firenze Atheneum, 2005 |
| 174. | MacAdams, Alison Joyce | **Secretly Numinous: the role of Joseph Campbell's monomyth in James Joyce's Ulysses, Mario de Andrade's Macunaíma, and Boubacar Boris Diop's Le cavalier et son ombre** | 2004 Dissertation: Thesis (Ph.D.)--Brandeis University, 2004 |
| 175. | Macdonell, Carol L. | **Making the rules by breaking the rules : Tristram Shandy, Ulysses, and the spirit of the "carnival"** | 2006 Dissertation: Thesis (M.A.)--Texas State University-San Marcos, 2006 |
| 176. | MacEnroe, Tiffany Philomena | **The type of his race: The influence of James Clarence Mangan in the work of W.B. Yeats and James Joyce** | London: University of London, 2006 |
| 177. | MacQuarrie, Charles W. | **The biography of the Irish god of the sea from The voyage of Bran (700 A.D.) to Finnegans wake (1939): the waves of Manannán** | Lewiston, N.Y.: Edwin Mellen Press, 2004 |
| 178. | Manista, Francis Constantine | **Voice, Boundary, and Identity in the Works of James Joyce** | Lewiston, N.Y.: Edwin Mellen Press, 2006 |
| 179. | Martin, Ann | **Red Riding Hood and the wolf in bed : modernism's fairy tales** | Toronto; Buffalo: University of Toronto Press, 2006 |
| 180. | Martyn-West, Paul.; Joyce, James; | **Strings in the Earth and Air Settings by Ernest J. Moeran, Peter Warlock,** | Glossop, Derbyshire: |

- 23 -

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| | Wordsworth, William, and others | **Geoffrey Stern** | Dunelm Records, 2005 |
| 181. | Mason, Clara.; Joyce, James | Ulysses Challenge | Sydney, NSW: James Joyce Press, 2004 |
| 182. | Mathers, Chris | **Modernist Literature as Victorian Sexology: Joyce's treatment of sexual aberration and female sexuality in Ulysses** | 2005 Dissertation: Thesis (M.A.)-- University of Montana, 2005 |
| 183. | Matthews, Steven | **Modernism** | New York: Oxford University Press, 2004 |
| 184. | Matz, Jesse | **The Modern Novel** | Malden: Blackwell Publishing, Ltd., 2004 |
| 185. | McCarthy, Patrick A. | **Joyce, family, Finnegans wake** | Dublin: National library of Ireland, 2005 |
| 186. | McDermott, Margaret M. | **"of all that ever anywhere wherever was"; the all-inclusive Joycean memory in Dubliners, A portrait of the artist as a young man, Ulysses and Finnegans wake** | 2005 Dissertation: Thesis (Ph. D.)--City University of New York, 2005. |
| 187. | McDiarmid, Lucy | **The Irish Art of Controversy** | Ithaca: Cornell University Press, 2005 |
| 188. | McDonnell, Gerry | **James Joyce: Jewish Influences in Ulysses** | Belfast: Lapwing, 2004, 2001 |

- 24 -

LAI-2840513v1

|  | Author | Title | Publication |
|---|---|---|---|
| 189. | McGhee, Travis R | **Creating a Nation : nationalism's influence on 19th and 20th century Irish writers** | 2004 Dissertation: Thesis (B.A.)--Lake Forest College, 2004 |
| 190. | McHugh, Roland.; Joyce, James | **Annotations to Finnegans wake** | Baltimore: Johns Hopkins University Press, 2006 |
| 191. | McKeown, Daniel Paul | **The image of the city and urban literature : a comparative study between James Joyce's Dubliners, Hanif Kureishi's The Buddha of Suburbia, and Irvine Welsh's Glue** | 2004 Dissertation: Thesis (M.A.)--McMaster University, 2004 |
| 192. | McKevitt, Kerry | **Leabhar gabhála, Yeats, and Joyce : the reception and translation of Irish literature in Nós and A nosa terra in Galicia** | 2004 Dissertation: Thesis (D. Phil.)--University of Oxford, 2004 |
| 193. | McNeely, Ronald Brenton | **Double-Reading Early Joyce: the necessity of contrapuntal readings of Dubliners and A portrait of the artist as a young man** | 2004 Dissertation: Thesis (Ph. D.)--University of South Carolina, 2004 |
| 194. | McSharry, Katherine; National Library of Ireland | **A Joycean Scrapbook from the National Library of Ireland** | Bray, Co. Wicklow : Wordwell in association with the National Library of Ireland, 2004 |
| 195. | Meyer, Bruce,; | **The great books. Vol. 3** | Canada: CBC, 2004 |

- 25 -

LA1-2840533v1

57

|  | Author | Title | Publication |
|---|---|---|---|
|  | Enright, Michael |  |  |
| 196. | Miyata, Kyoko | Joisu no pari jidai: fineganzu weiku to joseitachi | Tokyo: Misuzushobo, 2006 |
| 197. | Mla. Susana Domìnguez Pena; Margarita Esteĺl vez Saaili; Anne MacCarthy | Ireland in the coming time: new insights on Irish literature | Perillo-oleiros, A Coruníʃa: Netbiblo, 2006 |
| 198. | Mood, John J. L. | Joyce's Ulysses for everyone: or how to skip reading it the first time | Bloomington, Ind.; Author House, 2004 |
| 199. | Moore, Ben; Joyce, James,; Yeats, W. B | Eight Irish songs : on poems by James Joyce and W.B. Yeats : medium-high voice and piano | B.C. Moore Publishing ; Riverdale, NY : Selling agent, Classical Vocal Reprints, 2004 |
| 200. | Moore, Ben; Joyce, James,; Yeats, W. B., and others | 14 songs: medium high voice and piano | New York: G. Schirmer; Milwaukee, WI: Distributed by H. Leonard, 2006 |
| 201. | Moreno-DurÀ¡n; Raĩael Humberto | Mujeres de Babel : la experiencia leÃ-da | MÃxico, D.F.: Universidad Nacional AutÃ³noma de MÃxico; BogotÃ: Taurus, 2004 |

- 26 -

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| 202. | Moreno-Durán, Rafael Humberto | **Mujeres de Babel: la experiencia leída** | México, D.F.: Universidad Nacional Autónoma de México ; Bogotá : Taurus, 2004 |
| 203. | Moretti, Franco; Ileri, Nurçin,; Sahin, Mehmet Murat | **Modern epik: Goethe'den Garcia Marquez'e dünya sistemi** | Istanbul : Agora Kitapligi, 2005 |
| 204. | Morretta, Mariano | **Percorsi: George Orwell, David Herbert Lawrence, James Joyce, Thomas Stearns Eliot** | Salerno: Edisud, 2004 |
| 205. | Morris, Paul D. | **Representation and the twentieth-century novel: studies in Gorky, Joyce and Pynchon** | Würzburg: Königshausen & Neumann, 2005 |
| 206. | Murphy, Katharine | **Re-Reading Pio Baroja and English Literature** | New York: Peter Lang, 2004 |
| 207. | Murphy, Michael | **James Joyce** | London: Greenwich Exchange, 2004 |
| 208. | Murphy, Niall | **A Bloomsday postcard** | Dublin: Lilliput Press in association with the National Library of Ireland, 2004 |
| 209. | Nabokov, Vladimir Vladimirovic; | **Wyklady o literaturze** | Warszawa: Wydaw. Literackie Muza, 2005 |

- 27 -

59

|  | Author | Title | Publication |
|---|---|---|---|
|  | Batko, Zbigniew |  |  |
| 210. | Nadel, Ira Bruce | **Joyce & his publishers** | Dublin: National library of Ireland, 2005 |
| 211. | Nalbantian, Suzanne | **Memory in Literature. New York** | Palgrave Macmillan, 2004 |
| 212. | Nash, John | **James Joyce and the act of Reception: Reading, Ireland, Modernism** | Cambridge; New York : Cambridge University Press, 2006 |
| 213. | Newberry, Stephany Lynn | **"I will not serve" : the maternal exile of James Joyce and Stephen Dedalus in Stephen Hero, A portrait of the artist as a young man and "Telemachus" of Ulysses** | 2005 Dissertation: Thesis (M.A.)--Western Carolina University, 2005 |
| 214. | Nichols, Margaret F.; Reagan, Katherine | **From Dublin to Ithaca Cornell's James Joyce Collection** | Ithaca, N.Y. : Division of Rare and Manuscript Collections, Cornell University Library, 2005 |
| 215. | Nicholson, Rebecca Lynn | **Modernist Masculinities in the Works of D.H. Lawrence, F. Scott Fitzgerald, and James Joyce** | 2004 Dissertation: Thesis (M.A.)--Texas Tech University, 2004 |
| 216. | Norburn, Roger | **A James Joyce chronology** | Houndmills, Basingstoke, Hampshire ; New York: Palgrave |

- 28 -

LAI-2840533v1

60

|  | Author | Title | Publication |
|---|---|---|---|
| 217. | Norris, Margot | Ulysses for beginners | Macmillan, 2004 |
| 218. | O'Brien, Edna | Recalling James Joyce a Lecture | Dublin: National library of Ireland, 2004 |
| 219. | O'Brien, George | The giants of Irish literature Wilde, Yeats, Joyce and Beckett | 2005 |
| 220. | O'Bruadair, Giuseppe; Klemm, Ulrich,; Metelmann, Volker | Joyce, Tolstoi, Zola | Prince Frederick, Md. : Recorded Books, 2006 |
|  |  |  | Ulm: Klemm & Oelschläger, 2004 |
| 221. | O'Connor, Thomas | Re-reading the Romance Narrative Construction and the Subversion of Gender and Sexuality in "Nausicaa" | 2005 Dissertation: Thesis (M.A.)--Lehigh University, 2005 |
| 222. | O'Connor, Ulick | The Joyce we Knew: memoirs of Joyce | Dingle, Co. Kerry, Ireland: Brandon, 2004 |
| 223. | O'Driscoll, Niall | Bloomsday 100 19th International James Joyce Symposium | Dublin, Ireland: Hyper Media, 2005 |
| 224. | O'Neill, Patrick | Polyglot Joyce: Fictions of Translation | Toronto: University of Toronto Press, 2005 |
| 225. | O'Rourke, Fran | Allwisest stagyrite: Joyce's quotations from Aristotle | Dublin: National Library of Ireland, 2005 |

- 29 -

LAI-2840533v1

|  | Author | Title | Publication |
|---|---|---|---|
| 226. | O'Rourke, Fran | **Joyce's quotations from Aristotle: 'Allwisest stagyrite'** | Dublin: National Library of Ireland, 2005 |
| 227. | Paransky, Michael Edward | **James Joyce's Epiphany: the coincidence of contraries** | 2004 Dissertation: Thesis (Ph. D.)-- University of Dallas, 2004 |
| 228. | Parsons, Deborah L. | **Theorists of the modernist novel : James Joyce, Dorothy Richardson, and Virginia Woolf** | Abingdon,England; New York : Routledge, 2006 |
| 229. | Parsons, Deborah L. | **Theorists of the Modernist Novel: James Joyce, Dorothy Richardson and Viriginia Woolf** | London: Routledge, 2006 |
| 230. | Pazinski, Piotr | **Labirynt i drzewo: studia nad "Ulissesem" Jamesa Joyce'a** | Kraków : "Austeria", 2005 |
| 231. | Phillips, Siân; Lally, Mick | **A Painful Case** | Princeton, N.J.: Films for Humanities & Sciences, 2004, |
| 232. | Pierce, David | **Joyce and company** | London; New York: Continuum, 2006 |
| 233. | Pindar, Ian | **James Joyce** | Haus Pub., 2004 |
| 234. | Platt, Len | **Joyce, Race and 'Finnegans Wake'** | Cambridge: Cambridge University Press, 2007 |

- 30 -

62

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| 235. | Plock, Vike Marina | **James Joyce and modern medical culture** | York: University of York, 2005 |
| 236. | Pollini, Franco | **Pascoli, Joyce, Einstein e le stelle** | Cesena: Il ponte vecchio, 2005 |
| 237. | Quinlan, Kieran | **Stange Kin: Ireland and the American South** | Baton Rouge: Louisianna State University Press, 2005 |
| 238. | Rabaté, Jean-Michel | **Palgrave advances in James Joyce studies** | Palgrave Macmillan, 2004 |
| 239. | Rademacher, Jorg W. | **James Joyce** | München: Deutscher Taschenbuch Verlag, 2004 |
| 240. | Rainey, Lawrence | **Modernism: An Anthology** | Malden: Blackwell, 2004 |
| 241. | Rathert, Gregory S. | **Confessing Ireland: the colonial politics of Irish Catholicism in James Joyce's A portrait of the artist as a young man** | 2004 Dissertation: Thesis (M.A.)--Oregon State University, 2005 |
| 242. | Rathjen, Friedhelm | **Die Grune Tinte Kleiner Leitfaden durch die irische literatur. Scheessel** | Scheessel: Edition ReJoyce, 2004 |
| 243. | Rathjen, Friedhelm | **Dritte Wege: Kontexte für Arno Schmidt und James Joyce** | Scheessel: Edition Rejoyce, 2005 |
| 244. | Rathjen, Friedhelm | **James Joyce** | Reinbek: Rowohlt Taschenbuch Verlag, |

- 31 -

LA1-2840533v1

63

|  | Author | Title | Publication |
|---|---|---|---|
|  |  |  | 2004 |
| 245. | Rathjen, Friedhelm | Weder Noch: Aufsatze zu Samuel Beckett | Scheessel: Edition ReJoyce, 2005 |
| 246. | Read, Patrick,; Harrison, Georgia | James Joyce's very large handbook of Irish history | London: Zidane, 2006 |
| 247. | Reichert, Klaus | Welt-Alltag der Epoche: Essays zum Werk von James Joyce | Frankfurt am Main: Suhrkamp, 2004 |
| 248. | Reinhard, Johnny.; Borden, Meredith., and others | Chamber | New York: Pitch, 2004 |
| 249. | Rivero Taravillo, Antonio | James Joyce: cien años y un día : Ulises y el Bloomsday | Sevilla: Fundación José Manuel Lara, 2005 |
| 250. | Rorem, Ned; Schneider, Alan.; Baty, Janna., and others | Florestan Recital Project Apollinaire's Paris | 2006 |
| 251. | Rosolowski, Eric | A centennial Bloomsday Buffalo: June 16, 2004, Irish Classical Theatre | Buffalo, NY: Irish Classical Theatre Company, 2004 |
| 252. | Rowe, Mervyn | Images from Bloom: Production drawings and script extracts from "Bloom" the feature film inspired and adapted from James Joyce's Ulysses | Dublin: Odyssey Pictures Ltd., 2004 |

- 32 -

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| 253. | Ruggieri Punzo, Franca | **Joyce's Victorians** | Roma: Bulzoni, 2006 |
| 254. | Rush, James.; O'Sullivan, John | **The Cracked Lookingglass** | Dublin : Graphic Studio Dublin, 2004 |
| 255. | Santana, Richard W. | **Language and the decline of magic: epistemological shifts in English literature from medieval to modernist** | Lewiston, N.Y.: Edwin Mellen Press, 2005 |
| 256. | Schai, Kristin Ann | **Crisis of Faith: Subversive notions toward Catholicism in contemporary Irish fiction** | 2006 Dissertation: Thesis (M.A.)-- Minnesota State University, Mankato, 2006 |
| 257. | Schneider, Jürgen | **James Joyce in Wiesbaden** | Wiesbaden: T. Reiss, 2005 |
| 258. | Schoenberg, Christian | **High modernist difficulty as commodity: Ezra Pound and James Joyce an the literary marketplace** | Oxford: University of Oxford, 2005 |
| 259. | Schork, R. J., Crispi, Luca.; Fahy, Catherine | **Joyce and the Classical Tradition** | Dublin: National Library of Ireland, 2004 |
| 260. | Schwarz, Daniel R. | **Reading Joyce's Ulysses** | New York: Palgrave Macmillan, 2004 |
| 261. | Scott, Jeremy | **These islands' clamouring voices: demotic discourse and contemporary** | 2004 Dissertation: Thesis (Ph.D.)-- |

- 33 -

LAI-2840533v1

|  | Author | Title | Publication |
|---|---|---|---|
|  | David | narrative methodology | University of Kent, 2004 |
| 262. | Shanafelt, Andrew | The realism of James Joyce : autobiography, intertexuality, and genius | 2004 Dissertation: Honors Thesis-- Western Washington University, 2004 |
| 263. | Sharkey, E. Joseph | Idling the engine: linguistic skepticism in and around Cortazar, Kafka, and Joyce | Washington, D.C.: Catholic University of America Press, 2006 |
| 264. | Shea, Daniel M. | James Joyce and the mythology of modernism | Stuttgart: Ibidem, 2006 |
| 265. | Shelton, Jen | Joyce and the narrative structure of incest | Gainesville: University Press of Florida, 2006 |
| 266. | Sherry, Vincent B. | James Joyce's Ulysses | Cambridge, U.K. : New York: Cambridge University Press, 2004, 1994 |
| 267. | Siedenbiedel, Catrin | Metafiktionalität in Finnegans Wake: das Weibliche als Prinzip selbstreflexiven Erzählens bei James Joyce | Würzburg: Königshausen & Neumann, 2005 |
| 268. | Siedenbiedel, Catrin | MetafiktionalitÃ¤t in Finnegans Wake : das Weibliche als Prinzip selbstreflexiven ErzÃ¤hlens bei James | WÃ¼rzburg: KÃ¶nigshausen & Neumann |

- 34 -

LAI-2840533v1

66

| | Author | Title | Publication |
|---|---|---|---|
| | | *Joyce* | |
| 269. | Sigler, Amanda M. | **Joyce's Ellmann** | Tulsa, Okla.: University of Tulsa, 2004 |
| 270. | Singer, Mark. | **Bloomsday 2004, Ulysses** | San Francisco, CA : Mechanics' Institute, 2004 |
| 271. | Slote, Sam.; Basinski, Michael | **A centennial Bloomsday at Buffalo** | Buffalo, N.Y. : Poetry Collection, University at Buffalo, the State University of New York, 2004 |
| 272. | Slote, Sam.; Crispi, Luca.; Fahy, Catherine | **Ulysses In The Plural: The Variable Editions Of Joyce's Novel** | Dublin: National Library Ireland, 2004 |
| 273. | Smith, Eric D. | **Unfinished modernities : Bakhtin and the modernist novel in post colonial literatures** | Michigan: UMI, 2004 Dissertation: Thesis (Ph.D.) -- University of Florida, 2004 |
| 274. | Spoo, Robert E. | **Three Myths for Aging Copyrights: Tithonus, Dorian Gray, Ulysses** | Dublin: The National Library of Ireland, 2004 |
| 275. | Strathern, Paul | **James Joyce in 90 minutes** | Chicago: I.R. Dee, 2005 |

- 35 -

LAI-2840533v1

67

| | Author | Title | Publication |
|---|---|---|---|
| 276. | Strathman, Christopher A. | **Romantic poetry and the fragmentary imperative : Schlegel, Byron, Joyce, Blanchot** | Albany, New York : State University of New York Press, 2006 |
| 277. | Streit, Wolfgang | **Joyce/Foucault: Sexual Confessions** | Ann Arbor: University of Michigan Press, 2004 |
| 278. | Susana DomÂnguez Pena; Margarita EstÂ©vez SaÂ; Anne MacCarthy | **The Scallop of Saint James: an old pilgrim's hoard: reading Joyce from the peripheries = Leyendo a Joyce desde las periferias: including "Two little clouds" by Joseph O'Connor** | Weston, Florida: Netbiblo, 2006 |
| 279. | Svevo, Italo; Nessuno, Dino | Ulysse est né à Trieste: conférence sur James Joyce prononcée le 8 mars 1927 à Milan | Bordeaux: Finitude, 2004 |
| 280. | Szczeszak, Agata Izabela | **Transforming the Profane: Conrad and Joyce** | 2006 Dissertation: Thesis (Ph. D.)--University of South Carolina, 2006 |
| 281. | Sze, Wai-yeung, Venice | **The Crisis of Experience: James Joyce and T.S. Eliot** | 2005 Dissertation: Thesis (M. A.)--University of Hong Kong, 2005 |
| 282. | Takács, Ferenc.; Orbán, Róbert.; Tóth, Endre | **Szombathelyi Joyce** | Szombathely: Szombathely Megyei Jogú Város, 2005 |

- 36 -

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| 283. | Tamboer, Kees | **Bloomsday Gids door Dublin en Ulysses van James Joyce** | Amsterdam: Bas Lubberhuizen, 2004 |
| 284. | Tanner, Barney | **Joycean Elements in F. Scott Fitzgerald and The Great Gatsby** | Bethesda, MD: Academica Press, 2007 |
| 285. | Thurston, Luke | **James Joyce and the problem of psychoanalysis** | Cambridge; New York: Cambridge University Press, 2004 |
| 286. | Townsend, John Murphy | **"A constellation that the heart could read over many a night": mythic recirculation in James Joyce's A portrait of the artist as a young man and Ulysses and Eudora Welty's The golden apples: a thesis** | 2005 Dissertation: Thesis (M.A.)-- Appalachian State University, 2005 |
| 287. | Trummer, Thomas | **Ulysses: die unausweichliche Modalität des Sichtbaren ; der Roman von James Joyce in der zeitgenössischen Kunst** | Wien: C. Brandstätter, 2004 |
| 288. | Tully, Nola | **Yes I said yes I will yes: a celebration of James Joyce, Ulysses, and 100 years of Bloomsday** | New York: Vintage Books, 2004 |
| 289. | Vallat, Jean-Christophe | **Culture et figures de la relativité: Le temps retrouvé, Finnegans Wake** | Paris : Honoré Champion, 2004 |

- 37 -

69

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| 290. | Van der Merwe, Stephen Gareth | **Generic engineering: a study of parody in selected works of Oscar Wilde, James Joyce and Tom Stoppard** | 2004 Dissertation: Thesis (MA)--University of Stellenbosch, 2004 |
| 291. | Vargas, Albert | **Public Confessions and the Joycean Walking Cure** | 2006 Dissertation: Thesis (Ph. D.)--Claremont Graduate University, 2006 |
| 292. | Wagner, Eric Robert | **The Influence of Finnegans Wake on Robert Anton Wilson's Masks of the Illuminati** | 2004 Dissertation: Thesis (M.A.)--California State University, San Bernardino, 2004 |
| 293. | Warren, Chris.; Bonner, Mark., and others | **James Joyce** | Burlington, VT: A & E Home Video; New York, NY: Distributed by New Video, 2004 |
| 294. | Washington, David Christopher | **Question Slash Period** | Huntington, WV: Marshall University Libraries, 2004 Dissertation: Thesis (M.A.)--Marshall University, 2004 |
| 295. | Wattis, Nigel.; Greenwood, Gillian., and others | **James Joyce's Ulysses** | Princeton, NJ: Films for the Humanities & Sciences, 2004, |

- 38 -

LAI-2840533v1

| | Author | Title | Publication |
|---|---|---|---|
| 296. | Watts, Jarica Linn | **Modernization, Feminization, Artistic Creation in Ulysses, Portrait of the artist and Tarr** | 2005 Dissertation: Thesis (M.A.)--Wake Forest University. Dept. of English, 2005 |
| 297. | Weinstein, Arnold L. | Recovering your story: Proust, Joyce, Woolf, Faulkner, Morrison | New York: Random House, 2006 |
| 298. | Westervelt-Lutz, Austin T. | A Profoundly Human Parable : Ireland's new aesthetic community in the "Scylla & Charybdis" episode of James Joyce's Ulysses | 2005 Dissertation: Thesis (M.A.)-- University of Houston, 2005 |
| 299. | Wiberg, Bent | Ulysses kommenteret: nøgle til James Joyces hovedværk | Holte: Idon, 2004 |
| 300. | Yonemoto, Yoshitaka | Dokkai yurishizu. 003 | Tokyo: Kenkyusha, 2004 |
| 301. | Yoshida, Hiromi | Joyce & Jung : the "four stages of eroticism" in A portrait of the artist as a young man | New York: Peter Lang, 2006 |
| 302. | Yuki, Hideo | Joisu o yomu: nijisseiki saidai no kotoba no majutsushi | Tokyo: Shueisha, 2004 |
| 303. | Zenith, Richard.; Stock, Maria José | Fernando Pessoa: a máscara e o espelho | Lisboa : Instituto Camões, 2004 |
| 304. | Ziolkowski, Theodore | **Ovid and the Moderns** | Ithaca: Cornell University Press, 2005 |

- 39 -

LAI-2840533v1