1  Maria K. Nelson (State Bar No. 155, 608)
   mknelson@jonesday.com
2  Anna E. Raimer (State Bar No. 234, 794)
   aeraimer@jonesday.com
3  Antionette D. Dozier (State Bar No. 244, 437)
   adozier@jonesday.com
4  JONES DAY
   555 South Flower Street
5  Fiftieth Floor
   Los Angeles, CA 90071-2300
6  Telephone:    (213) 489-3939
   Facsimile:    (213) 243-2539
7
   Attorneys for Defendants
8  SEAN SWEENEY AND THE ESTATE OF JAMES
   JOYCE
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13 | CAROL LOEB SHLOSS,                         | Case No. C 06 3718 JW HRL
14 |                  Plaintiff,                | [PROPOSED] ORDER SUSTAINING
                                                  DEFENDANTS' OBJECTIONS AND
15 |        v.                                  | GRANTING DEFENDANTS'
                                                  MOTION TO STRIKE PORTIONS
16 | SEAN SWEENEY, in his capacity as           | OF THE DECLARATION OF CAROL
     trustee of the Estate of James Joyce, and   LOEB SHLOSS'S, PORTIONS OF
17 | THE ESTATE OF JAMES JOYCE,                 | THE DECLARATION OF DAVID S.
                                                  OLSON, EXHIBITS A, P, R AND T
18 |                  Defendants.               | TO THE DECLARATION OF
                                                  CAROL LOEB SHLOSS, AND
19                                                EXHIBITS 2, 3, 4 AND 5 TO THE
                                                  ROBERT SPOO DECLARATION
20
                                                  Date:    January 22, 2007
21                                                Time:    9:00 a.m.
                                                  Judge:   The Honorable James Ware
22

23

24

25

26

27

28

LAI-2840987v1

1  Having read and considered Defendants' Objections and Motion to Strike Portions of the
2  Declaration of Carol Loeb Shloss ("Shloss Declaration"), Portions of the Declaration of David S.
3  Olson, Exhibits A, P, R and T to the Shloss Declaration, and Exhibits 2, 3, 4 and 5 to the Robert
4  Spoo Declaration filed in support of Plaintiff's Opposition to Defendants' Motion to Dismiss, and
5  supporting papers, and having heard and considered arguments of counsel, the Court orders as
6  follows:

7  IT IS HEREBY ORDERED that Defendants' Objections are SUSTAINED and the
8  Motion to Strike the Declaration of Carol Loeb Shloss, the Declaration of David S. Olson,
9  Exhibits A, P, R and T to the Declaration of Carol Loeb Shloss, and Exhibits 2, 3, 4 and 5 to the
10 Robert Spoo Declaration is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
Hon. James Ware
United States District Judge