IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carol Shloss, | NO. C 06-03718 JW |
|       Plaintiff, | **ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION**S |
|   v. | |
| Sean Sweeney, et al., | |
|       Defendants. | |

Own the Court's own motion, the hearing on Defendants' Motion to Dismiss and to Strike, presently scheduled for January 22, 2007 is rescheduled to **January 29, 2007 at 9 a.m.**

Dated: January 9, 2007

                                              JAMES WARE
                                              United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Anthony T. Falzone anthony.falzone@stanford.edu
Bernard A. Burk bburk@howardrice.com
3  David S. Olson dolson@law.stanford.edu
Dorothy Rebecca McLaughlin dmclaughlin@kvn.com
4  Jennifer Stisa Granick JENNIFER@LAW.STANFORD.EDU
Maria K. Nelson mknelson@jonesday.com
5  Mark A. Lemley mlemley@kvn.com
Matthew Mickle Werdegar mmw@kvn.com

7  **Dated: January 9, 2007**                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**