1  Maria K. Nelson (State Bar No. 155,608)
   mknelson@jonesday.com
2  Anna E. Raimer (State Bar No. 234,794)
   aeraimer@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:     (213) 489-3939
   Facsimile:     (213) 243-2539
6
   Attorneys for Defendants
7  SEÁN SWEENEY AND THE ESTATE OF JAMES
   JOYCE
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | **CAROL LOEB SHLOSS,** | **Case No. CV 06-3718 JW HRLx** |
|----|---|---|
| 13 | Plaintiff, | **DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE TO STRIKE, CAROL LOEB SHLOSS'S AMENDED COMPLAINT** |
| 14 | v. | |
| 15 | **SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE,** | |
| 16 | | |
| 17 | Defendants. | Date:     January 29, 2007<br>Time:     9:00 a.m. |
| 18 | | Judge:    The Honorable James Ware |

LAI-2841731v1

Case No. C06-3718 JW HRL
STATEMENT OF RECENT DECISION

Dockets.Justia.com

Defendants Seán Sweeney and the Estate of James Joyce (hereinafter "Defendants") respectfully submit, pursuant to Northern District of California Civil Local Rule 7-3(d), this Statement of Recent Decision in support of Defendants' Motion to Dismiss, or in the Alternative to Strike, Carol Loeb Shloss's Complaint. The Northern District of California has recently issued an Order granting a Motion to Dismiss for lack of subject matter jurisdiction in a similar case. *See Sandisk Corp. v. Audio MPEG, Inc., et al.*, No. C-06-02655 RMW (N.D. Cal. Jan. 3, 2007) (Exhibit A).

Dated: January 11, 2007

Respectfully submitted,

JONES DAY

By: _____/s/_____
    Maria K. Nelson

Counsel for Defendants
SEÁN SWEENEY AND THE ESTATE OF JAMES JOYCE