IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carol Shloss, | NO. C 06-03718 JW |
|         Plaintiff,<br>v. | **SECOND ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION**S |
| Sean Sweeney, et al.,<br>        Defendants. | |

Having reviewed the parties' papers regarding Defendants' motion to dismiss currently pending before the Court, the Court specially set the hearing to give the parties the proper time for oral arguments. Accordingly, the hearing and the case management conference presently scheduled for January 29, 2007 is continued to **January 31, 2007** at 9 a.m. and 10 a.m., respectively.

Dated: January 18, 2007

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony T. Falzone anthony.falzone@stanford.edu
Bernard A. Burk bburk@howardrice.com
David S. Olson dolson@law.stanford.edu
Dorothy Rebecca McLaughlin dmclaughlin@kvn.com
Jennifer Stisa Granick JENNIFER@LAW.STANFORD.EDU
Maria K. Nelson mknelson@jonesday.com
Mark A. Lemley mlemley@kvn.com
Matthew Mickle Werdegar mmw@kvn.com

**Dated: January 18, 2007**                                **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**