| | |
|---|---|
| 1 | LAWRENCE LESSIG |
| | ANTHONY T. FALZONE (SBN 190845) |
| 2 | anthony.falzone@stanford.edu |
| | DAVID S. OLSON (SBN 231675) |
| 3 | dolson@law.stanford.edu |
| | STANFORD LAW SCHOOL |
| 4 | CENTER FOR INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 5 | Stanford, California 94305-8610 |
| | Telephone: (650) 724-0517 |
| 6 | Facsimile: (650) 723-4426 |
| 7 | MARK A. LEMLEY (SBN 155830) |
| | mlemley@kvn.com |
| 8 | MATTHEW M. WERDEGAR (SBN 20047) |
| | mwerdegar@kvn.com |
| 9 | KEKER & VAN NEST LLP |
| | 710 Sansome Street |
| 10 | San Francisco, California 94111 |
| | Telephone: (415) 391-5400 |
| 11 | Facsimile: (415) 397-7188 |
| 12 | BERNARD A. BURK (No. 118083) |
| | bburk@howardrice.com |
| 13 | ROBERT SPOO (admitted *pro hac vice*) |
| | rspoo@howardrice.com |
| 14 | HOWARD RICE NEMEROVSKI CANADY |
| |       FALK & RABKIN |
| 15 | A Professional Corporation |
| | Three Embarcadero Center, 7th Floor |
| 16 | San Francisco, California 94111-4024 |
| | Telephone: (415) 434-1600 |
| 17 | Facsimile: (415) 217-5910 |
| 18 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CAROL LOEB SHLOSS, | No. C 06 3718 JW HRL |
| Plaintiff, | **PLAINTIFF'S STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE TO STRIKE, CAROL LOEB SHLOSS'S AMENDED COMPLAINT** |
| v. | |
| SEAN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE | |
| Defendants. | **Date:** January 31, 2007<br>**Time:** 9:00 a.m.<br>**Judge:** The Honorable James Ware |

PLAINTIFF'S STATEMENT OF RECENT DECISION
CASE NO. C 06 3718 JW HRL

Dockets.Justia.com

Plaintiff Carol Loeb Shloss respectfully submits, pursuant to Northern District of California Civil Local Rule 7-3(d), this Statement of Recent Decision in support of Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative to Strike, Carol Loeb Shloss's Amended Complaint. The Supreme Court has recently reversed the decision of the Court of Appeals granting a dismissal for lack of subject matter jurisdiction in a similar case. *See MEDIMMUNE, INC. v. GENENTECH, INC., et al., 549 U.S. ___ (2007).* (Exhibit A). Plaintiff particularly draws the Court's attention to note 11 of the attached case.

DATED: January 25, 2007

                              STANFORD LAW SCHOOL
                              CENTER FOR INTERNET AND SOCIETY

                By: _____/S/_____
                              Anthony T. Falzone
                              Attorneys for Plaintiff
                              CAROL LOEB SHLOSS