# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  1/31/2007**  **Court Reporter: Gina Colin**
**Case No: C-06-03718  JW**  **Interpreter: N/A**

## TITLE

**Carol Loeb Shloss v. Sean Sweeney et al**

**Attorney(s) for Plaintiff(s): Anthony T. Falzone, David Olson**
**Attorney(s) for Defendant(s): Maria K. Nelson and Anna E. Raimer for the Estate of James Joyce**

## PROCEEDINGS

**Defendant's Motion to Dismiss**

## ORDER AFTER HEARING

Hearing Held.  The Court took this matter under submission after hearing oral arguments.

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
CC: