1  KEKER & VAN NEST, LLP
   MARK A. LEMLEY - #155830
2  MATTHEW M. WERDEGAR - #200470
   DOROTHY R. McLAUGHLIN - #229453
3  BENEDICT Y. HUR - #224018
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  [Additional Counsel listed on signature page]

7  Attorneys for Plaintiff
   CAROL LOEB SCHLOSS
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13 CAROL LOEB SCHLOSS,                    Case No. CV 06-3718 (JW) (HRL)

14                 Plaintiff,              **[PROPOSED] ORDER GRANTING
                                           ADMINISTRATIVE MOTION TO
15       v.                                CONSIDER WHETHER CASES SHOULD
                                           BE RELATED**
16 SEÁN SWEENEY, in his capacity as trustee
   of the Estate of James Joyce, and THE
17 ESTATE OF JAMES JOYCE,                  Judge:  The Honorable James Ware

18                 Defendant.              Date Comp. Filed: January 25, 2007

19       and

20 CAROL LOEB SCHLOSS,

21                 Plaintiff,

22       v.

23 STEPHEN JAMES JOYCE, in his individual
   capacity and in his capacity as a Trustee of
24 The Estate of James Joyce,

25                 Defendant.

26

27

28

390042.01

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. CV 06-3718 (JW) (HRL)

dockets.Justia.com

1  Plaintiff CAROL LOEB SHLOSS has moved for administrative motion to consider
2  whether cases should be related. The Court, having considered the motion, Defendant's
3  opposition thereto, Plaintiff's reply, and the record on file herein,
4  IT IS HEREBY ORDERED that the motion of Plaintiff to relate the cases is GRANTED.

6  Dated:

7  _____
   The Honorable James Ware
8  JUDGE, UNITED STATES DISTRICT COURT

390042.01

1
[PROPOSED] ORDER GRNATING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 06-3718 (JW) (HRL)