```
 1 | KEKER & VAN NEST, LLP
   | MARK A. LEMLEY - #155830
 2 | MATTHEW M. WERDEGAR - #200470
   | DOROTHY R. McLAUGHLIN - #229453
 3 | BENEDICT Y. HUR - #224018
   | 710 Sansome Street
 4 | San Francisco, CA  94111-1704
   | Telephone:  (415) 391-5400
 5 | Facsimile:  (415) 397-7188
 6 | [Additional Counsel listed on signature page]
 7 | Attorneys for Plaintiff
   | CAROL LOEB SCHLOSS
 8 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROL LOEB SCHLOSS,<br><br>            Plaintiff,<br><br>     v.<br><br>SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE,<br><br>            Defendant.<br><br>     and<br><br>CAROL LOEB SCHLOSS,<br><br>            Plaintiff,<br><br>     v.<br><br>STEPHEN JAMES JOYCE, in his individual capacity and in his capacity as a Trustee of The Estate of James Joyce,<br><br>            Defendant. | Case No. CV 06-3718 (JW) (HRL)<br><br>**DECLARATION OF DOROTHY R. MCLAUGHLIN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:  The Honorable James Ware<br><br>Date Compl. Filed: January 25, 2007 |

390041.01

DECLARATION OF DOROTHY MCLAUGHLIN ISO ADMIN. MOT. TO CONSIDER WHETHER CASES
SHOULD BE RELATED
CASE NO. CV 06-3718 (JW) (HRL)

I, DOROTHY R. MCLAUGHLIN, declare and state:

1. I am an attorney duly licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP ("KVN"), representing the plaintiff in the above-captioned proceeding. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. On January 29, 2007, I delivered by email a conformed copy of the complaint in *Shloss v. Stephen James Joyce*, asking if counsel (Maria K. Nelson) for Sean Sweeney, trustee for the Estate of James Joyce ("Estate"), and the Estate would accept service of the complaint on Stephen Joyce's behalf.

3. Nelson responded the next day, January 30, 2007, with an email stating that she would consider the request.

4. To date Nelson has not responded whether she will accept service on Stephen Joyce's behalf.

5. On February 13, 2007 around 1 p.m., I sent an email to Nelson, attaching a proposed stipulation pursuant to Local Rules 3-12, 7-11, and 7-12, asking if Nelson would stipulate to seeking this Court's consideration of the above-mentioned cases as related under Local Rule 3-12.

6. On February 13, 2007, around 4:30 p.m., I left a voicemail message for Nelson, asking if she would stipulate to this Court's consideration of these cases as related.

7. To date, Nelson has not responded and I have thus been unable to obtain a stipulation under Local Rule 7-11.

//
//
//
//
//
//
//

1
DECLARATION OF DOROTHY MCLAUGHLIN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 06-3718 (JW) (HRL)

390041.01

1     8.   Pursuant to Local Rule 7-11, I therefore submit this declaration as an explanation of why a stipulation could not be obtained.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 14, 2007 at San Francisco, California.

Dated: February 14, 2007

By: _____
DOROTHY R. MCLAUGHLIN
Declarant