| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MARK A. LEMLEY - #155830 |
| 2 | MATTHEW M. WERDEGAR - #200470 |
| | DOROTHY R. McLAUGHLIN - #229453 |
| 3 | BENEDICT Y. HUR - #224018 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | [Additional Counsel listed on signature page] |
| 7 | Attorneys for Plaintiff |
| | CAROL LOEB SHLOSS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CAROL LOEB SHLOSS, | Case No. CV 06-3718 (JW) (HRL) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE, | Judge: The Honorable James Ware |
| Defendants. | Date Comp. Filed: June 12, 2006 |
| CAROL LOEB SHLOSS, | Case No. C 07-00517 (MEJ) |
| Plaintiff, | |
| v. | Judge: The Honorable Magistrate Judge Maria Elena James |
| STEPHEN JAMES JOYCE, in his individual capacity and in his capacity as a Trustee of The Estate of James Joyce, | Date Comp. Filed: January 25, 2007 |
| Defendant. | |

390137.01

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED
CASE NOS. CV 06-3718 (JW) (HRL) and C 07-00517 (MEJ)

Dockets.Justia.com

1    Plaintiff CAROL LOEB SHLOSS has moved for administrative motion to consider
2 whether cases should be related. The Court, having considered the motion, Defendant's
3 opposition thereto, Plaintiff's reply, and the record on file herein,
4    IT IS HEREBY ORDERED that the motion of Plaintiff to relate the cases is GRANTED.

6 Dated:

7                                     THE HONORABLE JAMES WARE
                                      JUDGE, UNITED STATES DISTRICT
8                                     COURT

---

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED
CASE NOS. CV 06-3718 (JW) (HRL) and C 07-00517 (MEJ)

390137.01