# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

**Judge:** James Ware                      **Courtroom Deputy:** Elizabeth Garcia
**Date:** 3/12/2007                         **Court Reporter:** Not Reported
**Case No:** C-06-03718 JW                **Interpreter:** N/A
       **Related Case:** C 07-00517 MEJ Shloss v. Joyce

## TITLE

**Shloss v. Sweeny et al**

**Attorney(s) for Plaintiff(s):** Anthony Falzone
**Attorney(s) for Defendant(s):** Maria Nelson

## PROCEEDINGS

**Case Management Conference**

## ORDER AFTER HEARING

Case Management Conference held. The Court set a Further Case Management Conference for 9/10/2007 @ 10:00 AM

                                                                                   _____/ecg/_____
                                                                                Elizabeth C. Garcia
                                                                                Courtroom Deputy
                                                                                         **CC:**