**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10   Carol Shloss,                              No. C 06-03718 JW
                                                Related Case No. C 07-00517 MEJ
11               Plaintiff,
       v.                                       **ORDER CONSOLIDATING CASES**
12
     Seán Sweeney, et al.,
13
     Stephen James Joyce,
14
                 Defendants.
15   _____/

16        Presently before the Court is Plaintiff's Motion to Relate Cases pursuant to Civil Local Rules

17   3-12 and 7-11.  (See Docket Item No. 62.)  The Court finds that the above-captioned cases involve

18   wholly overlapping questions of law and fact.  Pursuant to Federal Rule of Civil Procedure 42(a),

19   the Court orders the actions consolidated.  The Clerk shall consolidate these actions such that the

20   earlier filed action, C 06-03718 JW, is the lead case.  All future filings shall be filed in C 06-03718

21   JW.

22        In Carol Shloss v. Stephen James Joyce, No. C 07-0517 MEJ, Plaintiff shall effect service of

23   process on Defendant by September 10, 2007.  The parties shall appear for a status conference on

24   **September 10, 2007 at 10 AM**.

25

26   Dated:  March 16, 2007

27                                              JAMES WARE
                                                United States District Judge

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony T. Falzone anthony.falzone@stanford.edu
Bernard A. Burk bburk@howardrice.com
David S. Olson dolson@law.stanford.edu
Dorothy Rebecca McLaughlin dmclaughlin@kvn.com
Jennifer Stisa Granick JENNIFER@LAW.STANFORD.EDU
Maria K. Nelson mknelson@jonesday.com
Mark A. Lemley mlemley@kvn.com
Matthew Mickle Werdegar mmw@kvn.com


**Dated:  March 16, 2007**                                          **Richard W. Wieking, Clerk**


                                                                    **By:   /s/ JW Chambers**
                                                                           **Elizabeth Garcia**
                                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California