**FILED**

MAR 23 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Shloss,

    Plaintiff(s),

v.

Sweeney,

    Defendant(s).

No. C 06-03718 JW MED

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __3/16/07__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: __3/19/07__    _____
Mediator, Debra L. Mellinkoff
Mellinkoff Mediation
1001 Bridgeway, Suite 203
Sausalito, CA 94965

**Certification of ADR Session**
06-03718 JW MED