1  Lawrence Lessig
   Anthony T. Falzone (SBN 190845)
2  David S. Olson (SBN 231675)
   STANFORD LAW SCHOOL CENTER FOR
3  INTERNET AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone: (650) 736-9050
5  Facsimile: (650) 723-4426
   E-mail: falzone@stanford.edu

6  [Additional Counsel listed on signature page]

7  Attorneys for Plaintiff

8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                  SAN JOSE DIVISION

12
13 CAROL LOEB SHLOSS,

14        Plaintiff,                    CASE NO. CV 06-3718 (JW) (HRL)

15    v.                                CASE NO. C07-00517 (MEJ)

16 SEÁN SWEENEY, in his capacity as trustee of
   the Estate of James Joyce, and THE ESTATE OF
17 JAMES JOYCE                          **STIPULATION AND [PROPOSED]
                                        ORDER DISMISSING ACTIONS**
18        Defendant.

19 and

20 CAROL LOEB SHLOSS,

21        Plaintiff,

22    v.

23
24 STEPHEN JAMES JOYCE, in his individual
   capacity and in his capacity as a Trustee of The
25 Estate of James Joyce,

26        Defendant.

27
28

<mark>
</mark>

1  The parties stipulate that the above-captioned actions shall be dismissed with
2  prejudice pursuant and subject to the Settlement Agreement attached to this Order as Exhibit 1,
3  and that the Court shall retain jurisdiction for purposes of enforcing the terms of the Settlement
4  Agreement. The Court acknowledges and approves the Settlement Agreement, dismisses these
5  actions with prejudice, and retains jurisdiction to enforce the Settlement Agreement.

6  Dated: March _16_, 2007

7  By: _[signature]_
8  Anthony T. Falzone
   *Attorney for Plaintiff*
9  CAROL LOEB SHLOSS

10 Dated: March _16_, 2007   By: _[signature]_
11 Maria K. Nelson
   *Attorney for Defendants*
12 SEÁN SWEENEY, in his capacity as trustee
   of the Estate of James Joyce, THE
13 ESTATE OF JAMES JOYCE,
   STEPHEN JAMES JOYCE, in his
14 individual capacity and in his capacity as a
   Trustee of The Estate of James Joyce
15

16

17 IT IS SO ORDERED.

18 Dated: March ____, 2007   By: _____
   Hon. James Ware
19 U.S. District Judge

20

21

22

23

24

25

26

27

28

---
1
STIPULATED ORDER DISMISSING ACTIONS

1  Additional counsel for plaintiff Carol Shloss:

2  Bernard A. Burk (SBN 118083)
   Robert Spoo (*pro hac vice*)
3  HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN, P.C.
4  Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
5  Telephone: (415) 434-1600
   Facsimile: (415) 217-5910
6  E-mail:    bburk@howardrice.com

7  Mark A. Lemley (SBN 155830)
   Matthew M. Werdegar (SBN 200470)
8  Dorothy McLaughlin (SBN 224018)
   Benedict Y. Hur (SBN 229453)
9  KEKER & VAN NEST LLP
   710 Sansome Street
10 San Francisco, CA 94111
   Telephone: (415) 391-5400
11 Facsimile: (415) 397-7188
   Email: dmclaughlin@kvn.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28