Shloss v. Sweeney et al                                                                                                                     Doc. 72



Lawrence Lessig
Anthony T. Falzone (SBN 190845)
David S. Olson (SBN 231675)
STANFORD LAW SCHOOL CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
E-mail: falzone@stanford.edu

[Additional Counsel listed on signature page]

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CAROL LOEB SHLOSS,<br><br>Plaintiff,<br><br>v.<br><br>SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE<br><br>Defendant.<br><br>and<br><br>CAROL LOEB SHLOSS,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN JAMES JOYCE, in his individual capacity and in his capacity as a Trustee of The Estate of James Joyce,<br><br>Defendant. | CASE NO. CV 06-3718 (JW) (HRL)<br><br>CASE NO. C07-00517 (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS** |



Dockets.Justia.com

The parties stipulate that the above-captioned actions shall be dismissed with prejudice pursuant and subject to the Settlement Agreement attached to this Order as Exhibit 1, and that the Court shall retain jurisdiction for purposes of enforcing the terms of the Settlement Agreement. The Court acknowledges and approves the Settlement Agreement, dismisses these actions with prejudice, and retains jurisdiction to enforce the Settlement Agreement.

Dated: March 16, 2007

By: ______________________
Anthony T. Falzone
*Attorney for Plaintiff*
CAROL LOEB SHLOSS

Dated: March 16, 2007

By: ______________________
Maria K. Nelson
*Attorney for Defendants*
SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, THE ESTATE OF JAMES JOYCE, STEPHEN JAMES JOYCE, in his individual capacity and in his capacity as a Trustee of The Estate of James Joyce

IT IS SO ORDERED.

Dated: March 27, 2007

By: ______________________
Hon. James Ware
U.S. District Judge

Additional counsel for plaintiff Carol Shloss:

Bernard A. Burk (SBN 118083)
Robert Spoo (*pro hac vice*)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, P.C.
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910
E-mail: bburk@howardrice.com

Mark A. Lemley (SBN 155830)
Matthew M. Werdegar (SBN 200470)
Dorothy McLaughlin (SBN 224018)
Benedict Y. Hur (SBN 229453)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: dmclaughlin@kvn.com