| | |
|---|---|
| 1 | Lawrence Lessig |
| | Anthony T. Falzone (SBN 190845) |
| 2 | David S. Olson (SBN 231675) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 724-0517 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | Mark A. Lemley (SBN 155830) |
| | Matthew M. Werdegar (SBN 200470) |
| 7 | Dorothy McLaughlin (SBN |
| | KEKER & VAN NEST LLP |
| 8 | 710 Sansome Street |
| | San Francisco, California 94111 |
| 9 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 10 | E-mail: mwerdegar@kvn.com |
| 11 | Bernard A. Burk (SBN 118083) |
| | Robert Spoo (*pro hac vice*) |
| 12 | HOWARD RICE NEMEROVSKI CANADY |
| | FALK & RABKIN, P.C. |
| 13 | Three Embarcadero Center, 7th Floor |
| | San Francisco, California 94111-4024 |
| 14 | Telephone: (415) 434-1600 |
| | Facsimile: (415) 217-5910 |
| 15 | E-mail: bburk@howardrice.com |
| 16 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| CAROL LOEB SHLOSS, | | CASE NO. CV 06-3718 (JW) (HRL) |
| Plaintiff, | | **DECLARATION OF DAVID OLSON IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |
| v. | | |
| SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE, | | Date: May 21, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware |
| Defendants. | | |

1    DAVID S. OLSON declares and states as follows:

2    1. I am an attorney admitted to practice in California and in this district and am one of
3    the attorneys of record for plaintiff Carol Loeb Shloss. I have personal knowledge of the facts
4    set forth in this declaration, and could testify competently to them if called to do so. I submit the
5    following exhibits for the convenience of the Court. All of these exhibits have been filed
6    previously in this case, as described below. I submit this declaration in support of Plaintiff's
7    Motion for Award of Costs and Attorneys Fees.

8    2. Attached to this declaration as Exhibit A is a true and correct copy of the December
9    15, 2006 declaration of Carol Shloss, which was previously filed with this Court on December
10   15, 2006 [Docket #33].

11   3. Attached to this declaration as Exhibit B is a true and correct copy of the December
12   15, 2006 declaration of Robert Spoo, Exhibit 4, which was previously filed with this Court on
13   December 15, 2006 [Docket #38].

14   4. Attached to this declaration as Exhibit C is a true and correct copy of the December
15   16, 2006 declaration of Carol Shloss, Exhibit C, which was previously filed with this Court on
16   December 15, 2006 [Docket #33].

17   5. Attached to this declaration as Exhibit D is a true and correct copy of the December
18   16, 2006 declaration of Carol Shloss, Exhibit E, which was previously filed with this Court on
19   December 15, 2006 [Docket #33].

20   6. Attached to this declaration as Exhibit E is a true and correct copy of the December
21   11, 2006 declaration of Leon Friedman, Exhibit 5, which was previously filed with this Court on
22   December 15, 2006 [Docket #34].

23   7. Attached to this declaration as Exhibit F is a true and correct copy of the December
24   16, 2006 declaration of Carol Shloss, Exhibit I, which was previously filed with this Court on
25   December 15, 2006 [Docket #33].

26   8. Attached to this declaration as Exhibit G is a true and correct copy of the December
27   11, 2006 declaration of Leon Friedman, Exhibit 2, which was previously filed with this Court on
28   December 15, 2006 [Docket #34].

1    9. Attached to this declaration as Exhibit H is a true and correct copy of the December 11, 2006 declaration of Leon Friedman, Exhibit 6, which was previously filed with this Court on December 15, 2006 [Docket #34].

10. Exhibit I intentionally omitted.

11. Attached to this declaration as Exhibit J is a true and correct copy of the December 15, 2006 declaration of Robert Spoo, Exhibit 5, which was previously filed with this Court on December 15, 2006 [Docket #38].

12. Attached to this declaration as Exhibit K is a true and correct copy of the Complaint in Shloss v. Sweeney, et al., No. 06-3718 (JW) (HRL) (N.D. CA June 12, 2006) [Docket #1].

13. Attached to this declaration as Exhibit L is a true and correct copy of the Complaint in Shloss v. Joyce, No. 07-0517 (N.D. CA Jan. 25, 2007). [Docket #1].

14. Attached to this declaration as Exhibit M is a true and correct copy of the Defendants Memorandum of Points & Authorities in Support of Defendants' Motion to Dismiss, which was previously filed with this Court on November 17, 2006 [Docket #21].

15. Attached to this declaration as Exhibit N is a true and correct copy of the October 24, 2006 declaration of Sean Sweeney, which was previously filed with this Court on November 17, 2006 [Docket #23].

16. Attached to this declaration as Exhibit O is a true and correct copy of the Order Denying Defendants Motion to Dismiss dated Feb. 9, 2007 [Docket #57].

17. Attached to this declaration as Exhibit P is a true and correct copy of the Order Granting Stipulation of Dismissal with Exhibit 1, which was entered by this Court on March 27, 2007 [Docket #71-72].

18. Attached to this declaration as Exhibit Q is a true and correct copy of the December 15, 2006 declaration of David Olson, which was previously filed with this Court on December 15, 2006 [Docket #39].

19. Attached to this declaration as Exhibit R is a true and correct copy of the Plaintiff's Opposition to Defendants Motion to Dismiss, which was previously filed with this Court on December 15, 2006 [Docket #32].

1        20. Attached to this declaration as Exhibit S is a true and correct copy of the transcript of
2 the Jan. 31, 2007 Oral Argument for Defendants Motion to Dismiss, which was lodged with this
3 Court on Feb. 9, 2007 [Docket #59].

4        21. Attached to this declaration as Exhibit T is a true and correct copy of the Amended
5 Complaint in Shloss v. Sweeney, et al., No. 06-3718 (JW) (HRL) (N.D. CA Oct. 25, 2006)
6 [Docket #14].

7        22. Attached to this declaration as Exhibit U is a true and correct copy of the January 8,
8 2007 declaration of Antionette Dozier, Exhibit C at 84, which was previously filed with this
9 Court on January 8, 2007 [Docket #45].

10

11    I declare under penalty of perjury that the foregoing is true and correct, and that this
12 Declaration was executed on April 10, 2007 at Stanford, California.

13

14                        /s/_____
                              DAVID S. OLSON

15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
DECLARATION OF DAVID OLSON IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS