# EXHIBIT C

Case 5:06-cv-03718-JW     Document 74-4     Filed 04/10/2007     Page 1 of 2

Dockets.Justia.com

**Stephen J Joyce**

PERSONAL

2, rue de Civry
75016 PARIS

5, ruelle du Temple
17630 LA FLOTTE-EN-RÉ

31 March 1996

Dear Ms. Shloss,

Thank you for your 24 March letter. My response regarding helping and working with you on a book about Lucia is straightforward and unequivocal: it is a definitive <u>NO</u>.

Our experience with Brenda Maddox has taught us not to work with anybody doing a book about, or on, any member of the immediate Joyce family. We have learned our lesson well!

You do not have our approval/permission to "use" any letters or papers by or from Lucia. Nor do you have our authorisation to use any letters from my grandfather to anybody which deal with her and more particularly her mental illness. I am bound here to point out and stress that my wife feels even more strongly than I do about anything touching Lucia.

In view of the way we are treated by the Joyce industry — this applies particularly to the American branch — we have absolutely no intention of lifting a little finger to help anybody, Joycean or not, write such a book or play about or on any member of the immediate Joyce family.

We both categorically reject such terms as "censor" or "censorship" in so far as the Trustee and we are concerned. They are completely foreign to us. What we are doing, and will continue to do, is to protect what remains of the much abused and invaded Joyce family privacy, alongside defending the integrity of James Joyce the writer, the spirit and letter of what he wrote.

In spite of my considerable differences with Dick Ellmann I would never mention him in the same breath as Maddox, or Beja for that matter.

As to whether or not your book comes alive or not that's your problem. But we would not put our faith in one person's judgement.

Sincerely,

[signature]

Ms. Carol Shloss
343 S 4th Street
Philadelphia, PA 19106