# EXHIBIT F

Dockets.Justia.com

Jonathan Galassi
President / Publisher
Farrar, Straus & Giroux
New York, N.Y. - FAX (212) 633 9385

'Stephen James Joyce

5, ruelle du Temple
F-17630 LA FLOTTE

4 November 2002

Dear Mr. Galassi,

Subj: Ms. Carol Shloss' proposed book on Lucia Anna Joyce - my aunt

I refer to the conversation I had earlier today with your colleague John Glusman and "enclose" herewith a number of letters from myself to Ms. Shloss and from her to me some dating back to the Spring of 1996.

Recently, although she speaks/writes of "courtesy" she has done me the discourtesy of *not* deigning to respond to my 8 August 2002 most explicit letter. Instead Ms. Shloss tried to bypass me by first writing to David Monro, a London lawyer/solicitor who ceased to represent the Estate of my grandfather, James Joyce, well over four (4) years ago - letter dated 22 July 2002 incorrectly addressed - and a letter dated 22 October to Seán Sweeney, Trustee with whom I have jointly run the Estate for the past dozen years.

The foregoing leaves me with a very bad taste in my mouth... Ms. Shloss has not only tried the "end around" twice but apparently has doubts about and continues to change the title of her book as well as the "material" she wants permission to reproduce/use in such a volume.

For instance I am now hearing for the first time that in addition to reproducing A Flower Given to My Daughter from POMES PENYEACH Ms. Shloss wants to use Simples from the same collection of thirteen poems. In August I had, in principle, agreed to grant permission for A Flower Given to My Daughter to be included against payment of the requisite fee. I now refuse to grant this permission in view of Ms. Shloss' antics with Messrs Monro and Sweeney!

I am also bound to say that I am in complete disagreement with Carol Shloss' conception/definition of fair dealing/use especially when applied to letters... I look forward to hearing from you.

With every good wish.

Sincerely,

[signature]

Attachments 8