# EXHIBIT H

## Stephen James Joyce

5, ruelle du Temple
F-17630 LA FLOTTE
22nd July 2003

*faxed to you*

Dear Mr. Friedman,

Since neither you nor your clients Farrar Straus and Giroux and Carol L. Shloss have the elementary courtesy to respond to letters my experience with you, you and those whom you represent — even leaving aside the subject matter — has certainly been one of the most unpleasant over the many years I have had the honour and privilege to deal with my illustrious grandfather's literary Estate as well as Family matters. Be that as it may...

You have not of course responded to the last point in my 22 May 2003 letter asking for the book which purports to be on my aunt Lucia Anna Joyce.

Two other related points

1) I get the impression that the book is already or about to be printed / published.

— I say this since I have seen an approximately one thousand word extract fairly recently in one of those Joyce industry magazines which includes what I assume will be book's cover / dust jacket.

— Ironically but typically the author's name is misspelled[(1)] although on the reproduction of what will presumably be the volume's dust jacket cover one can clearly read "Shloss". par for the course !?

— Let me add that the extract is a splendid example of how not to deal with complex personal relationships with atleast one whopping great mistake which only serves to illustrate the author's ignorance on certain key points; very promising indeed for the rest of the text...

2) I get the impression that "you" have been and are being led up the proverbial garden path by institutions that bear the name James Joyce and have impudently arrogated certain rights unto themselves which they absolutely do not have. I am referring

./.

---

(1) "Schloss" — in German this means "castle".

here more particularly to Dublin's North Great George's Street so called James Joyce Centre; there are of course others.

— Let me point out and stress, if need be, that the James Joyce Estate and myself as the sole beneficiary owner hold any and all rights, including copyright, to any thing and everything that James, Nora Barnacle, Giorgio (George), Lucia, Helen (Kastor, Fleischman) Joyce and myself ever wrote, drew painted and/or recorded etc - Punkt Schluss. In virtually all countries/nations and territories the world over there are Laws, International Conventions and Statutory Instruments which will uphold our intellectual property rights, including copyright and moral rights.

— The only exception to the foregoing in what my grandfather considered his immediate family is Stanislaus (Stannie) Joyce whose daughter-in-law Jacliette entirely legitimately holds the rights to what he wrote.

It would be hypocritical to say that I look forward to receiving Ms. Shloss' book but a copy should be forthcoming as soon as published.

Sincerely,

[signature]

Mr. Leon Friedman
148 East 78th Street
New York, N.Y. 10021
FAX 1 212 861 9015
or 396 4152

P.S. I am aware of the play given earlier this year off Broadway in New York and about Ms. Shloss holding forth at the mid-June Joyce Conference in Tulsa, Oklahoma on Nonno, Lucia and Mickey Mouse!