# EXHIBIT S

```
7    CAROL LOEB SHLOSS,              )
                                     )
8                   Plaintiff,       )
                                     )   No. C 06-03718 JW
9          versus                    )
                                     )   January 31, 2007
10   SEAN SWEENEY, et al.,           )
                    Defendant.       )
11   _____ )


12


13              TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE JAMES WARE
14              UNITED STATES DISTRICT JUDGE


15


16   A-P-P-E-A-R-A-N-C-E-S:


17   For the Plaintiff:    Stanford Law School Center
                           for Internet and Society
18                         By: ANTHONY T. FALZONE
                               DAVID S. OLSON
```

```
19                              Crown Quadrangle
                                559 Nathan Abbott Way
20                              Stanford, CA 94305-8610


21      For the Defendants:     Jones Day
                                By: MARIA K. NELSON
22                                  ANNA E. RAIMER
                                555 South Flower Street
23                              5th Floor
                                Los Angeles, CA 90071
24
        Court Reporter:         Georgina Galvan Colin
25                              License No. 10723




 1


                    GEORGINA GALVAN COLIN, CSR 10723





     1    San Jose, California              January 31,
2007


     2                      P-R-O-C-E-E-D-I-N-G-S
```

```
         3                  THE CLERK:  Calling case 06-03718, Carol

         4       Loeb Shloss versus Sean Sweeney, et al, on for

         5       defendant's motion to dismiss.  Fifteen minutes

         6       each side.

         7                  Counsel, please step forward and state

         8       your appearances.

         9                  MR. FALZONE:  Anthony Falzone for

        10       Professor Carol Shloss.

        11                  MR. OLSON:  David Olson for Professor

        12       Carol Shloss.

        13                  MS. NELSON:  Your Honor, Maria Nelson for

        14       the estate of James Joyce.  With me is my associate

        15       Anna Raimer, and the defendant Sean Sweeney.

        16                  MR. FALZONE:  Your Honor, I have with me

        17       the plaintiff, Professor Carol Shloss.

        18                  THE COURT:  Good morning.  Good morning

        19       all; welcome.

        20                  Very well, this is your motion,

        21       Ms. Nelson, to dismiss.
```

22          MS. NELSON:  That is correct, your Honor.

23          THE COURT:  Do you want to, you can

24     submit it on the papers or make an argument if you

25     wish.

2

GEORGINA GALVAN COLIN, CSR 10723

1           MS. NELSON:  I'm happy to make an

2      argument, your Honor.

3           First, I would like to clarify a few

4      points.  The Estate, despite the fact that Stephen

5      Joyce is not a party to the Estate, the Estate

6      certainly takes this proceeding very seriously.

7      And Mr. Joyce is not ignoring the proceeding. He

8      does consider these proceedings to be binding on

9      the Estate.  The Estate is not covenanted to sue on

10     the materials that Ms. Shloss added to the website

11     after the initial complaint was filed.  There are

12     good reasons for that.  There was considerable

13     material that was added months after the

          14         proceedings were started, but that does not mean

          15         that there is a complaint on those materials

          16         waiting in the wings either from the Estate or from

          17         Stephen Joyce. There is not. Neither the Estate nor

          18         its trustees, either one of them, have any present

          19         intention of suing Ms. Shloss over those 2006

          20         materials.

          21             The Estate did covenant not to sue on the

          22         original materials that were presented to it in

          23         2005.  That was actually a very practical decision.

          24         That doesn't mean that the Estate considers those

          25         materials to be a fair use, it just means that they

3

                    GEORGINA GALVAN COLIN, CSR 10723


          1         don't consider them to be worth fighting over. As

          2         the declaration of Anna Raimer makes very clear,

          3         the Estate's position is that the materials that

          4         Shloss added to the website in 2005 are only making

```
 5      a very incremental difference over what was in the
 6      book.
 7              THE COURT:  Now, you started in the
 8      middle and I appreciate with all this paper it's
 9      fair to start in the middle, but let me back up.
10              MS. NELSON:  Okay.
11              THE COURT:  Because I understand the
12      thrust of your argument, the Court should dismiss
13      because there is no case or controversy because the
14      Estate or anyone who would speak on behalf of the
15      Estate is willing to release and give a covenant
16      not to sue to the plaintiff for the material which
17      she plans to publish, is that a correct statement?
18              MS. NELSON:  Only partially.
19              THE COURT:  All right.
20              MS. NELSON:  At this point, your Honor,
21      backing up, there was an original complaint and
22      then later on an amended complaint.
23              THE COURT:  So what difference does that
24      make?
25              MS. NELSON:  The difference that that
```

```
      20

      21

      22

      23

      24

      25

32
                    GEORGINA GALVAN COLIN, CSR 10723
```

```
       1              CERTIFICATE OF REPORTER

       2

       3

       4              I, Georgina Galvan Colin, Court Reporter

       5       for the United States District Court for the

       6       Northern District of California, 280 South First

       7       Street, San Jose, California, do hereby certify:

       8              That the foregoing transcript is a full,

       9       true and correct transcript of the proceeding had

      10       in Carol Loeb Shloss vs Sean Sweeney, et al., Case

      11       Number C-06-03718 JW, dated January 31, 2007, that
```

```
     12     I reported the same in stenotype to the best of my
     13     ability, and thereafter had the same transcribed by
     14     computer-aided transcription as herein appears.
     15
     16
     17     Dated:
     18
     19                       (Certified hard copy to follow)
     20                       _____
                              GEORGINA GALVAN COLIN, CSR
     21                       License Number 10723
     22
     23
     24
     25

33
                    GEORGINA GALVAN COLIN, CSR 10723

!SIG:45e4964c82921890649246!
```