# EXHIBIT U

Case 5:06-cv-03718-JW   Document 74-21   Filed 04/10/2007   Page 1 of 2

with, in Lucia's own writing, some mild word play and loosening of associations. No insects.

> ROLAND LITTLEWOOD
> University College London, Gower Street,
> London WC1E

The TLS n.º 5292, September 3, 2004

Sir, - Carol Loeb Shloss (Letters, August 20) protests too much. She says that my review of her biography of Lucia Joyce (July 2) implies that it is unseemly to write about James Joyce's daughter, and that I suggest that to inquire about Lucia is to invade the privacy of Stephen James Joyce (the writer's grandson).

She knows full well that the original text of my biography of Nora Joyce had an Epilogue devoted to Lucia and her illness, but that this had to be deleted at the request of the Joyce Estate. This epilogue remains unpublished. However, a copy of it taken from the American proofs of *Nora* found its way to the Humanities Research Center at Austin, Texas, where the information and research contained in it are thus available to scholars. Professor Shloss made use of my epilogue, as the notes to her biography indicate.

So much for "unseemliness". But Carol Shloss has missed the point of my criticism of her book. It is that she treats mental illness as "a cultural representation" rather than a sadly common human affliction, often inherited, which it might habe been in Lucia's case.

> Brenda Maddox
> c/o A.P.Watt, 20 John Street, London WC1