1  Lawrence Lessig
   Anthony T. Falzone (SBN 190845)
2  David S. Olson (SBN 231675)
   STANFORD LAW SCHOOL CENTER FOR
3  INTERNET AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California  94305-8610
   Telephone:  (650) 724-0517
5  Facsimile:  (650) 723-4426
   E-mail:     falzone@stanford.edu

6  Mark A. Lemley (SBN 155830)
   Matthew M. Werdegar (SBN 200470)
7  Dorothy McLaughlin (SBN 229453)
   KEKER & VAN NEST LLP
8  710 Sansome Street
   San Francisco, California  94111
9  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
10 E-mail:     mwerdegar@kvn.com

11 Bernard A. Burk (SBN 118083)
   Robert Spoo (*pro hac vice*)
12 HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN, P.C.
13 Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
14 Telephone: (415) 434-1600
   Facsimile:  (415) 217-5910
15 E-mail:     bburk@howardrice.com

16 Attorneys for Plaintiff

17                    **UNITED STATES DISTRICT COURT**

18                   **NORTHERN DISTRICT OF CALIFORNIA**

19                           **SAN JOSE DIVISION**

20

| | |
|---|---|
| 21  CAROL LOEB SHLOSS, | CASE NO. CV 06-3718 (JW) (HRL) |
| 22           Plaintiff, | **[PROPOSED] ORDER GRANTING AWARD OF ATTORNEYS' FEES AND COSTS** |
| 23      v. | |
| 24 | Date: |
| 25  SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF | Time: Judge:   Hon. James Ware |
| 26  JAMES JOYCE, | |
| 27           Defendants. | |
| 28 | |

W03 402600523/1382189/v1

1  Having carefully considered Plaintiff's Motion for Costs and Attorney's Fees, and all
2  papers in support and opposition, the Court orders as follows:
3  IT IS HEREBY ORDERED that Plaintiff's Motion for Costs and Attorney's Fees is
4  GRANTED, and Plaintiff is awarded her reasonable costs and attorney's fees, in amount to be
5  determined according to proof.  Plaintiff shall have 30 days from date of this Order to submit
6  proof of costs and attorney's fees.
7
8  IT IS SO ORDERED.
9  Date: _____          _____
10                                  Hon. James Ware
11                                  U.S. District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28