1 | Lawrence Lessig
Jennifer Stisa Granick (SBN 168423)
2 | jennifer@law.stanford.edu
David S. Olson (SBN 231675)
3 | dolson@law.stanford.edu
STANFORD LAW SCHOOL CYBERLAW CLINIC
4 | CENTER FOR INTERNET AND SOCIETY
559 Natyhan Abbott Way
5 | Stanford, California 94305-8610
Telephone: (650) 724-0517
6 | Facsimile: (650) 723-4426

7 | Robert Spoo (admitted *pro hac vice*)
rspoo@dsda.com
8 | DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
320 South Boston Avenue, Suite 500
9 | Tulsa, Oklahoma 74103-3725
Telephone: (918) 591-5328
10 | Facsimile: (918) 591-5360

11 | Attorneys for Plaintiff

12 | Maria K. Nelson (State Bar No. 155608)
mknelson@jonesday.com
13 | JONES DAY
555 South Flower Street, Fiftieth Floor
14 | Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
15 | Facsimile: (213) 243-2539

16 | Attorneys for Defendants
SEÁN SWEENEY, IN HIS CAPACITY AS TRUSTEE
17 | OF THE ESTATE OF JAMES JOYCE, AND THE
ESTATE OF JAMES JOYCE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROL LOEB SHLOSS,** | Case No. CV 06-3718 JW HRLx |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES FROM MAY 21, 2007 UNTIL JUNE 4, 2007** |
| v. | |
| **SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE,** | |
| Defendants. | **Courtroom: Honorable James Ware** |

LAI-2867758v1

Stipulation to Move Hearing Date
CV 06-3718 JW HRL

1  WHEREAS, on April 10, 2007, Plaintiff Carol Loeb Shloss ("Shloss") brought her Motion for Attorney's Fees and Costs against Defendants Seán Sweeney and the Estate of James Joyce (hereinafter "Defendants"), setting a hearing date on the Motion for May 21, 2007;

WHEREAS, counsel for Defendants is not available on May 21, 2007 to attend the hearing;

WHEREAS, the parties have agreed to continue the hearing date to June 4, 2007;

Accordingly, IT IS HEREBY STIPULATED by and between the parties, by and through their counsel of record, and the Court is respectfully requested to Order, that the hearing date on Plaintiff's Motion for Attorney's Fees and Costs shall be continued to June 4, 2007 at 9:00 a.m., or as near to that time as is convenient for the Court.

Dated: April 26, 2007

JONES DAY

By: _____/s/_____
Maria K. Nelson

Attorney for Defendants
SEÁN SWEENEY, IN HIS CAPACITY AS TRUSTEE OF THE ESTATE OF JAMES JOYCE, AND THE ESTATE OF JAMES JOYCE

Dated: April 26, 2007

STANFORD LAW SCHOOL CYBERLAW CLINIC CENTER FOR INTERNET AND SOCIETY

By _____/s/_____
David S. Olson

Attorneys for Plaintiff
CAROL LOEB SHLOSS

LAI-2867758v1

- 2 -

Stipulation to Move Hearing Date
CV 06-3718 JW HRL

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4   Dated: April __, 2007

6                                       By: _____
                                              Hon. James Ware

7                                             United States District Court Judge