1  Lawrence Lessig
   Jennifer Stisa Granick (SBN 168423)
2  jennifer@law.stanford.edu
   David S. Olson (SBN 231675)
3  dolson@law.stanford.edu
   STANFORD LAW SCHOOL CYBERLAW CLINIC
4  CENTER FOR INTERNET AND SOCIETY
   559 Natyhan Abbott Way
5  Stanford, California  94305-8610
   Telephone: (650) 724-0517
6  Facsimile:  (650) 723-4426

7  Robert Spoo (admitted *pro hac vice*)
   rspoo@dsda.com
8  DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
   320 South Boston Avenue, Suite 500
9  Tulsa, Oklahoma  74103-3725
   Telephone: (918) 591-5328
10 Facsimile: (918) 591-5360

11 Attorneys for Plaintiff

12 Maria K. Nelson (State Bar No. 155608)
   mknelson@jonesday.com
13 JONES DAY
   555 South Flower Street, Fiftieth Floor
14 Los Angeles, CA  90071-2300
   Telephone:     (213) 489-3939
15 Facsimile:     (213) 243-2539

16 Attorneys for Defendants
   SEÁN SWEENEY, IN HIS CAPACITY AS TRUSTEE
17 OF THE ESTATE OF JAMES JOYCE, AND THE
   ESTATE OF JAMES JOYCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROL LOEB SHLOSS,** | Case No. CV 06-3718 JW HRLx |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES FROM MAY 21, 2007 UNTIL JUNE 4, 2007 |
| v. | |
| **SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE,** | |
| Defendants. | Courtroom:   Honorable James Ware |

LAI-2867758v1

Stipulation to Move Hearing Date
CV 06-3718 JW HRL

1  WHEREAS, on April 10, 2007, Plaintiff Carol Loeb Shloss ("Shloss") brought her Motion for Attorney's Fees and Costs against Defendants Seán Sweeney and the Estate of James Joyce (hereinafter "Defendants"), setting a hearing date on the Motion for May 21, 2007;

WHEREAS, counsel for Defendants is not available on May 21, 2007 to attend the hearing;

WHEREAS, the parties have agreed to continue the hearing date to June 4, 2007;

Accordingly, IT IS HEREBY STIPULATED by and between the parties, by and through their counsel of record, and the Court is respectfully requested to Order, that the hearing date on Plaintiff's Motion for Attorney's Fees and Costs shall be continued to June 4, 2007 at 9:00 a.m., or as near to that time as is convenient for the Court.

Dated:  April 26, 2007                   JONES DAY

                                         By:    /s/
                                             Maria K. Nelson

                                         Attorney for Defendants
                                         SEÁN SWEENEY, IN HIS CAPACITY AS
                                         TRUSTEE OF THE ESTATE OF JAMES
                                         JOYCE, AND THE ESTATE OF JAMES
                                         JOYCE

Dated:  April 26, 2007                   STANFORD LAW SCHOOL CYBERLAW
                                         CLINIC CENTER FOR INTERNET AND
                                         SOCIETY


                                         By    /s/
                                             David S. Olson

                                         Attorneys for Plaintiff
                                         CAROL LOEB SHLOSS

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 Dated: April 27 2007

By: /s/ James Ware
Hon. James Ware
United States District Court Judge