UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LOEB SHLOSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE,<br><br>　　　　Defendants. | Case No. CV 06-3718 JW (HRLx)<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS |

1     Having reviewed and considered Plaintiff's Motion for Award of Attorneys' Fees and Costs, Defendants' Opposition thereto, and other papers properly before the Court, and having heard and considered arguments of counsel,

IT IS HEREBY ORDERED that:

Plaintiff's Motion for Award of Attorneys' Fees and Costs is DENIED. The Court hereby orders that defendants Seán Sweeney and the Estate of James Joyce are the prevailing party to this action.

IT IS SO ORDERED.

Dated: June __, 2007            By: _____
                                                                   Hon. James Ware
                                                                   United States District Judge