1  Maria K. Nelson (State Bar No. 155,608)
   mknelson@jonesday.com
2  Anna E. Raimer (State Bar No. 234,794)
   aeraimer@jonesday.com
3  Antionette D. Dozier (State Bar No. 244,437)
   adozier@jonesday.com
4  JONES DAY
   555 South Flower Street
5  Fiftieth Floor
   Los Angeles, CA  90071-2300
6  Telephone:     (213) 489-3939
   Facsimile:     (213) 243-2539
7
   Attorneys for Defendants
8  SEÁN SWEENEY AND THE ESTATE OF JAMES
   JOYCE
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13 | CAROL LOEB SHLOSS,                          | Case No. CV 06-3718 JW (HRLx)
14 |                  Plaintiff,                 | DECLARATION OF MARIA K. NELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS
15 |     v.                                      |
16 | SEÁN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE, |
17 |                                             |
18 |                  Defendants.                | Date:   June 4, 2007
                                                   Time:   9:00 a.m.
                                                   Judge:  Hon. James Ware

LAI-2868697v1

I, Maria K. Nelson, do hereby declare:

1.  I am an attorney admitted to practice in California and this Court. I represent Seán Sweeney, in his capacity as trustee of the Estate of James Joyce, and The Estate of James Joyce (collectively "Defendants") in the above-captioned matter. Except as otherwise stated, I have personal and first-hand knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2.  There is little difference between the original Electronic Supplement and Shloss's Book as demonstrated in the Declaration of Anna E. Raimer in Support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative to Strike, Carol Loeb Shloss's Amended Complaint. A true and correct copy of the Raimer Declaration is attached hereto as Exhibit B.

3.  On information and belief, at least 4 biographies of James Joyce have been published in the last 3 years. These include:

    - Ian Pinder, *James Joyce* (Haus Publishing 2004).
    - Hans-Christian Oeser, *James Joyce* (Suhrkamp 2007).
    - Friedhelm Rathjen, *James Joyce* (Rowohlt Taschenbuch Verlag 2004).
    - Bjørn Tysdahl, *James Joyce Liv Og Diktning* (Cappelen 2003).

4.  On information and belief, though it may be true that many letters written by James Joyce have surfaced following the publication of volumes of James Joyce's letters, it is my understanding that Defendants have received no requests to publish a compilation of letters in the last 30 years.

5.  Prior to receiving Shloss's Motion for Award of Attorneys' Fees and Costs, Shloss's counsel never raised the issue of attorneys' fees with me or, to my knowledge, anyone else representing Defendants.

6.  Excerpts from a true and correct copy of the transcript of the hearing on Defendants' Motion to Dismiss on January 31, 2007, are attached hereto as Exhibit A.

7.  Attached hereto as Exhibit C is a blog entry written by David Olson on June 16, 2006, which was located on the Stanford University website at www.stanford.edu.

8. Attached hereto as <u>Exhibit D</u> is an advertisement of a "talk" to be given by Carol Loeb Shloss and her attorneys regarding this case on January 29, 2007, which was located on the Stanford University website at www.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of May, 2007 at Los Angeles, California.

By: _____/s/_____
Maria K. Nelson