Shloss v. Sweeney et al — Doc. 80 Att. 3
Case 5:06-cv-03718-JW   Document 80-4   Filed 05/14/2007   Page 1 of 15
Case 5:06-cv-03718-JW   Document 44-2   Filed 01/08/2007   Page 1 of 15

# EXHIBIT A

## PART 1

# NOTES

The following abbreviations and short titles are used:

| | |
|---|---|
| CW | *The Critical Writings of James Joyce*, ed. Ellsworth Mason and Richard Ellmann (New York: Viking Press and London: Faber and Faber, 1959). |
| Ellmann | Richard Ellmann, *James Joyce: The New and Revised Edition* (New York: Oxford University Press, 1982). |
| FW | James Joyce, *Finnegans Wake* (New York: The Viking Press, 1966). |
| GJ | James Joyce, *Giacomo Joyce*, ed. Richard Ellmann (New York: The Viking Press, 1968). |
| JJQ | *James Joyce Quarterly*. |
| Knowlson | James Knowlson, *Damned to Fame: The Life of Samuel Beckett* (New York: Simon and Schuster, 1996). |
| Letters I, II, III | *The Letters of James Joyce*, vol. I, ed. Stuart Gilbert, 1957, new ed. 1966; vols. II and III, ed. Richard Ellmann, 1966 (New York: The Viking Press and London: Faber and Faber). |
| Lidderdale | Jane Lidderdale and Mary Nicholson, *Dear Miss Weaver: Harriet Shaw Weaver, 1876–1961* (London: Faber and Faber, 1970). |
| Maddox | Brenda Maddox, *Nora: The Real Life of Molly Bloom* (Boston: Houghton Mifflin, 1988). |
| P | James Joyce, *A Portrait of the Artist as a Young Man* (New York: The Viking Press, 1964). |
| SL | *Selected Letters of James Joyce*, ed. Richard Ellmann (New York: The Viking Press and London: Faber and Faber, 1975). |
| U | James Joyce, *Ulysses: The Corrected Text*, ed. Hans Walter Gabler with Wolfhard Steppe and Claus Melchior (New York: Random House, 1986). |

470

NOTES

Frequent correspondents are cited in the notes by initials:

| | |
|---|---|
| BM | Brenda Maddox |
| CC | Constantine Curran |
| CG-W | Carola Giedion-Welcker |
| EP | Ezra Pound |
| GJ | Giorgio Joyce |
| HKJ | Helen Kastor Joyce (Helen Fleischman) |
| HSW | Harriet Shaw Weaver |
| JJ | James Joyce |
| JL | Jane Lidderdale |
| LJ | Lucia Joyce |
| MH | Michael Healy |
| MJ | Maria Jolas |
| MN | Myron Nutting |
| NBJ | Nora Barnacle Joyce |
| PL | Paul Léon |
| RE | Richard Ellmann |
| SB | Samuel Beckett |
| SG | Stuart Gilbert |
| SJ | Stanislaus Joyce |

University libraries and special collections are noted by the name of the university, with these exceptions:

| | |
|---|---|
| Beinecke | Beinecke Rare Book and Manuscript Library, Yale University |
| Berg | Henry W. and Albert A. Berg Collection at the New York Public Library |
| BL | British Library, London |
| HRC | Harry Ransom Humanities Research Center, University of Texas at Austin |
| HSW Papers | Harriet Shaw Weaver Papers, British Library, London |
| NLI | National Library of Ireland, Dublin |
| NYLPA | New York Library of the Performing Arts |
| Opéra | Bibliothèque de l'Opéra, Paris |
| PL Papers | Paul Léon Papers, National Library of Ireland, Dublin |
| RE Papers | Richard Ellmann Papers, McFarlin Library, University of Tulsa |
| Rondelle | Rondelle Collection of the Performing Arts, Bibliothèque de l'Arsenal, Paris |
| SB Papers | Sylvia Beach Papers, Department of Rare Books and Special Collections, Princeton University |
| SG Papers | Stuart Gilbert Papers, Harry Ransom Humanities Research Center, University of Texas at Austin |
| SIU | Special Collections Department, Morris Library, Southern Illinois University at Carbondale |
| TCD | Trinity College, Dublin |
| UCD | University College, Dublin |
| UCL | University College London |

NOTES

471

The major repositories of manuscripts consulted for this book are

*For the performing arts*: Bibliothèque de l'Arsenal, Paris; Bibliothèque de l'Opéra, Paris; Zentralbibliothek, Zurich; Hauptbibliothek, Zurich; Kunstgewerbe Museum, Zurich; The Henry W. and Albert A. Berg Collection at the New York Public Library; The New York Library of the Performing Arts; The San Francisco Library of the Performing Arts; The Archives of American Art at the Smithsonian Institution, Washington, D.C.

*For the history of medicine*: E.T.H. Bibliothek (Eidgenössische Technische Hochschule), Zurich; National Library of Medicine, Bethesda, Maryland; Lane Medical Library, Stanford University

*For the family and friends of the Joyces*: The National Library of Ireland, Dublin; Trinity College, Dublin, Rare Books and Manuscripts Collection; University College, Dublin, Rare Books and Manuscripts Collection; The British Library, Rare Books and Manuscripts Collection, London; University of London, Rare Books and Manuscripts Collection; Cornell University, Olin Library, Department of Rare Books, Ithaca, New York; The Harry Ransom Humanities Research Center, the University of Texas at Austin; The New York Public Library, Northwestern University Library, Charles Deering McCormick Library of Special Collections; Princeton University Library, Department of Rare Books and Special Collections; Southern Illinois University at Carbondale, Morris Library, Special Collections Department; University of Buffalo, Lockwood Memorial Library, Poetry and Rare Books Collection; University of Tulsa, McFarlin Library, Department of Special Collections; Yale University, Beinecke Rare Book and Manuscript Library

INTRODUCTION: What Happened to Lucia Joyce?

1. HKJ and MJ to Padraic and Mary Colum, 2 November 1932, in Mary Colum and Padraic Colum, *Our Friend James Joyce* (Garden City, N.Y.: Doubleday, 1958), 144.
2. Nino Frank, "The Shadow That Had Lost Its Man," *Portraits of the Artist in Exile: Recollections of James Joyce by Europeans*, ed. Willard Potts (Seattle: University of Washington Press, 1979), 90.
3. HSW to JJ, 17 February 1935, RE Papers.
4. Gary F. Baynes, "Notes on Lucia Joyce," RE Papers.
5. Helen Nutting, Paris diary, 20 July 1932, RE Papers.
6. Stuart Gilbert, Paris diary, RE Papers.
7. HSW to JJ, 18 March 1935, RE Papers.
8. Patrick Collins, quoted in Maddox, 310.
9. JJ to GJ, 13 August 1935, *Letters III*, 372.
10. Maria Jolas, interview by Richard Ellmann.
11. Nora and Giorgio Joyce, quoted in PL to HSW, 8 May 1936, in RE Papers.
12. Dr. Thérèse Bertrand-Fontaine, quoted in Colum and Colum, *Our Friend James Joyce*, 142.
13. Hans Wolfgang Maier, quoted in Ellmann, 677.
14. Henri Codet, quoted in Colum and Colum, *Our Friend James Joyce*, 139.
15. Admissions officer at Les Rives de Prangins, quoted in Ellmann, 665.

16. JJ to GJ, 9 September 1934, RE Papers.
17. Theodor Brunner, quoted in Baynes, "Notes on Lucia Joyce."
18. Hans Wolfgang Maier, quoted in Ellmann, 676.
19. Dr. Agadjanian, quoted in PL to HSW, 22 May 1936, RE Papers.
20. See Ellmann, 649.
21. David Hayman, "Shadow of His Mind: The Papers of Lucia Joyce," in *Joyce at Texas*, ed. Dave Oliphant and Thomas Zigal (Austin: Harry Ransom Humanities Research Center, 1983).
22. See Maddox.
23. Dante Alighieri, *The New Life*, trans. Dante Gabriel Rossetti (New York: National Alumni, 1907), 85.
24. James Joyce and Paul Léon, "Anamnese von Fräulein Lucia Joyce," RE Papers.
25. JJ to CG-W, 15 October 1937, RE Papers.
26. Eugen Bleuler, *Dementia Praecox or the Group of Schizophrenias*, trans. J. Zinkin (New York: International Universities Press, 1950), 277.
27. C. G. Jung, "Recent Thoughts on Schizophrenia," in *The Psychogenesis of Mental Disease*, trans. R. F. C. Hull (Princeton: Bollingen Series XX, 1960), 250.
28. JJ to GJ, 9 September 1934, RE Papers.
29. Ibid.
30. Charles de Saint-Cyr, *La Semaine à Paris*, 1928, Rondelle.
31. "On the Left Bank," *Paris Times*, 14 March 1928, Buffalo.
32. Kay Boyle to JL, 15 January 1983, *Letters I*, 366.
33. Kay Boyle to RE, 6 January 1983, RE Papers.
34. Adaline Glasheen, *Third Census of "Finnegans Wake"* (Berkeley: University of California Press, 1977), 149.
35. PL to HSW, 19 July 1935, PL Papers.
36. JJ to HSW, 1 May 1935, *Letters I*, 366.
37. PL to HSW, 19 July 1935, PL Papers.
38. Dominique Maroger, "Dernière rencontre avec Lucia," in *James Joyce*, ed. Jacques Aubert and Fritz Senn (Paris: Editions de l'Herne, 1985), 82.
39. Baynes, "Notes on Lucia Joyce."
40. Jacques Mercanton, "The Hours of James Joyce," in *Potts*, ed., *Portraits of the Artist in Exile*, 114.
41. MJ to RE, "Notes re RE biography of JJ," 26 September 1959, RE Papers.
42. For the relationship between Maria Jolas and Richard Ellmann that follows, I have studied the archives at Yale and the University of Tulsa. But I wish to acknowledge an excellent paper on this subject by William Brockman, first delivered at the James Joyce Symposium in Zurich in 1996. He kindly sent me a copy of it: "Give us back them papers': Possession, Control and Availability of Joyce's Manuscripts and Letters."
43. MJ to RE, 10 September 1953, RE Papers.
44. MJ to RE, 11 December 1954, RE Papers.
45. MJ to RE, 20 January 1954, RE Papers.
46. We can infer that the Weaver letters in the "famous trunk" are the ones summarized in notes now in the Ellmann Papers in Tulsa in the Harriet Weaver file. When Maria Jolas was thinking of giving the trunk back to Giorgio, Ellmann told her he didn't need it any longer, as he had already taken copious notes. The docu-

ments in Tulsa are neither the originals nor Harriet Weaver's expurgated typescripts; they are dated summaries, which would accord with Ellmann's admission that he had what he needed in note form.

47. MJ to RE, 11 February 1955, RE Papers.
48. RE to MJ, 16 February 1955, RE Papers.
49. Maria Jolas, "Notes on final days at Saint-Gérand-le-Puy," Box 41, File 917, Maria Jolas Papers, Beinecke.
50. RE to MJ, 22 June 1981, Maria Jolas Papers, Beinecke.
51. MJ to RE, 4 October 1953, RE Papers.
52. MJ to RE, 11 February 1955, RE Papers.
53. MJ to RE, 4 October 1957, RE Papers.
54. MJ to RE, 20 January 1959, RE Papers.
55. Ibid.
56. MJ to RE, 16 May 1964, RE Papers.
57. MJ to RE, n.d., RE Papers.
58. MJ to RE, 22 October 1961, RE Papers.
59. Maria Jolas, interviews by Richard Ellmann, June and July 1954, RE Papers.
60. MJ to RE, 22 October 1961, RE Papers.
61. RE to MJ, 14 October 1961, RE Papers.
62. Lidderdale, 448n; and Lucia Joyce Papers, HRC.
63. MJ to RE, "Notes re RE biography of JJ," 26 September 1959, RE Papers.
64. For an excellent discussion of Ellmann's dependence on Stanislaus Joyce, see Joseph Kelly, "Ellmann's Joyce," in *Our Joyce: From Outcast to Icon* (Austin: University of Texas Press, 1998), 141–79.
65. Ellsworth Mason, "Ellmann's Road to Xanadu," in *Essays for Richard Ellmann: Omnium Gatherum*, ed. Susan Dick et al. (Montreal: McGill-Queen's University Press, 1989), 10.
66. Marvin Magalaner and Richard M. Kain, *Joyce: The Man, the Work, the Reputation* (New York: New York University Press, 1956), 90.
67. Ellmann, 663.
68. Gilbert agreed to this project for the benefit of Lucia and Giorgio. See SG to Patricia Hutchins, 29 November 1952: "The book of letters on which I'm working is, as I think you know, being published for the financial benefit of Lucia and Giorgio and is almost a 'labour of love' as far as I'm concerned." SG Papers.
69. Stuart Gilbert, "Introduction," *Letters I*, 34.
70. HSW to SG, 4 January 1954, SG Papers.
71. Stuart Gilbert, "A Note on the Editing," SG Papers.
72. Patricia Hutchins to SG, 8 August 1949, *Letters I*, 40.
73. HSW to SG, 1 September 1954, SG Papers.
74. HSW to SG, 17 November 1949, SG Papers.
75. Gilbert, "Introduction," *Letters I*, 32.
76. Gilbert, "A Note on the Editing," *Letters I*, 40.
77. Lidderdale, 404.
78. Ibid, 420.
79. HSW to SG, 18 November 1954, SG Papers.
80. Jane Lidderdale, interviews by Brenda Maddox, 22 June 1987 and 1 January 1988, in Maddox, 438.

- 22 -

474   NOTES

81. Richard Ellmann, "Preface," *Letters II*, xxix.
82. Ibid., xxviii.
83. Harriet Weaver, quoted in Maddox, 438.
84. Harriet Weaver file, RE Papers.
85. Mary Reynolds, "Joyce and Miss Weaver," *JJQ* 19:4 (1982): 377.
86. Lidderdale, 454.
87. Reynolds, "Joyce and Miss Weaver," 394.
88. Ibid.
89. Lucie Noel, *James Joyce and Paul L. Léon: The Story of a Friendship* (New York: The Gotham Book Mart, 1948), 36–37.
90. Ibid., 39–40.
91. Lidderdale, 411.
92. Ibid., 417.
93. Noel, *Joyce and Léon*, 36–37.
94. Patricia Donlon, *The James Joyce–Paul Léon Papers in the National Library of Ireland: A Catalogue*, comp. Catherine Fahy (Dublin: National Library of Ireland, 1992), v.
95. HSW to RE, 20 February 1958, RE Papers.
96. The dates of the missing letters are 2 October 1934; 4 April 1935; 19 July 1935; 8 May 1936; 22 May 1936; 22 August 1936; 3 November 1936; 4 August 1937; 7 October 1937; 18 December 1937; 16 December 1938; 20 December 1939. The dates of the letters in the Léon Papers are 12 July 1936; 18 November 1936; 18 August 1938; 14 February 1939.
97. Lidderdale, 343.
98. MJ to RE, 11 December 1954, RE Papers.
99. Maddox, 398.
100. RE to MJ, 10 December 1984, Maria Jolas Papers, Beinecke: "You will be interested to know that by a settlement reached last week, Stephen gets the famous trunk—though his step-brother Hans will first remove from it anything to do with his mother. As I recall there was nothing much about Asta [Giorgio's second wife] there. I think the settlement reached was quite amicable and should make Stephen less touchy about his role."
101. Caryn James, "The Fate of Joyce Family Letters Causes Angry Literary Debate," *New York Times*, 15 August 1988, C11–12.
102. Friedrich Nietzsche, *Thus Spoke Zarathustra*, trans. R. J. Hollingdale (New York: Penguin Books, 1961), 132.
103. Mrs. Hester Hawkes to Carol Loeb Shloss, 3 May 1996.

1. THE CURTAIN OPENS: Trieste 1907–15

1. Eileen Schaurek, interview by Richard Ellmann, n.d., RE Papers. Joyce wrote this while they lived on the Via Vincenza Scussa, when Lucia was about two and a half.
2. Peter Hartshorn, *James Joyce and Trieste* (Westport, Conn.: Greenwood Press, 1997), 53.
3. JJ to SJ, 12 July 1905, *Letters II*, 95.
4. Margaret Joyce to JJ, 10 October 1907, Cornell, Scholes 710.

NOTES   475

5. Dante Alighieri, *The New Life*, trans. Dante Gabriel Rossetti (New York: The National Alumni, 1907), 85.
6. Maddox, 82.
7. Martin Gilbert, *A History of the Twentieth Century* (London: HarperCollins, 1997), 143–57.
8. Hartshorn, *James Joyce and Trieste*, 49.
9. Josephine Murray to JJ, 29 July 1907, Cornell, Scholes 922.
10. JJ to SJ, 28 December 1904, *Letters II*, 75.
11. JJ to SJ, 28 February 1905, *Letters II*, 83.
12. Bozena Berta Delimata, interview by Richard Ellmann, 27 June 1953, RE Papers.
13. JJ to SJ, 2 or 3 May 1905, *Letters II*, 89.
14. JJ to SJ, 12 July 1905, *Letters II*, 93.
15. Ibid., 94–95.
16. Ibid., 96.
17. JJ to SJ, 18 September 1905, *Letters II*, 107.
18. JJ to SJ, 29 July 1905, *Letters II*, 101.
19. SJ to JJ, 31 July 1905, *Letters II*, 102.
20. John Wyse Jackson with Peter Costello, "Joyce Family Tree," in *John Stanislaus Joyce* (London: Fourth Estate, 1997), n.p.
21. High Court, Document 1942I, no. 456.
22. JJ to SJ, 19 August 1906, *Letters II*, 152.
23. JJ to SJ, 10 January 1907, *Letters II*, 206.
24. Josephine Murray to SJ, 6 June 1906, *Letters II*, 206.
25. JJ to Josephine Murray, 4 December 1905, *Letters II*, 138–39.
26. Alessandro Francini Bruni, "Joyce Stripped Naked in the Piazza," in *Portraits of the Artist in Exile*, ed. Willard Potts (Seattle: University of Washington Press, 1979), 32.
27. Herbert Gorman, *James Joyce* (New York: Farrar and Rinehart, 1939), 159.
28. Ellmann, 224–25.
29. JJ to SJ, 19 January 1905, *Letters II*, 78.
30. Maddox, 74.
31. JJ to SJ, 7 December 1906, *Letters II*, 202.
32. JJ to SJ, 10 January 1907, *Letters II*, 202.
33. JJ to SJ, 13 November 1906, *Letters II*, 206.
34. JJ to SJ, 6 February 1907, *Letters II*, 192.
35. Helen Kastor Joyce, "A Portrait of the Artist by His Daughter-in-Law," unpublished typescript, HRC.
36. Mary Colum and Padraic Colum, *Our Friend James Joyce* (Garden City, N.Y.: Doubleday, 1958), 147.
37. Ellmann, 204.
38. JJ to SJ, 21 March 1907, *Letters II*, 219–20.
39. SJ to John Stanislaus Joyce, unsent, in Ellmann, 262.
40. Ellmann claims that Joyce's address between 7 March and November 1907 was Via San Nicolo 32 (*Letters II*, lvii). Hartshorn, basing his story on the "Stanislaus Joyce diary," RE Papers, Box 143, writes that in August 1907 "Matters worsened when Joyce was given one week's notice to vacate the Via Nuova apartment…. On August 18, Joyce and his family moved to an apartment at Via San Caterina 1."

<s>476</s>
<s>NOTES</s>

41. Ellmann, 262.
42. Hartshorn, *James Joyce and Trieste*, 49–50.
43. Ellmann, 296.
44. P, 481.
45. Ibid.
46. Thomas Staley, "James Joyce in Trieste." *Georgia Review* 16:4 (winter 1962): 449.
47. Lucia Joyce, "My Life," unpublished typescript, HRC.
48. In 1907, the year of Lucia's birth, Joyce purchased Edward Mott Woolley's *The Art of Selling Goods* (Chicago: American Business Man, 1907). The appropriateness of the author's name to the project of Donegal tweeds could not have escaped him. See Richard Ellmann, "Appendix: Joyce's Library in 1920," in Richard Ellmann, *The Consciousness of Joyce* (London: Faber and Faber, 1977), 113.
49. JJ to NBJ, 7 August 1909, *Letters II*, 233.
50. JJ to NBJ, 31 August 1909, *Letters II*, 242.
51. JJ to NBJ, 24 December 1909, *Letters II*, 281.
52. Watson, *Joyce Calendar*, 20.
53. Alice Curtayne, "Portrait of the Artist as Brother: Interview with James Joyce's Sister," *Critic* 21 (1963): 43.
54. Arthur Power, *Conversations with James Joyce*, ed. Clive Hart (Dublin: Millington, 1974), 70–71.
55. JJ to Eileen Joyce, 30 May 1912, *Letters II*, 295.
56. Eileen Schaurek, "Pappy Never Spoke of Jim's Books," in *James Joyce: Interviews and Recollections*, ed. E. H. Mikhail (New York: St. Martin's Press, 1990), 63.
57. Eva Joyce to SJ, 12 May 1912, Cornell, Scholes, 653.
58. Curtayne, "Portrait of the Artist as Brother," 63.
59. Ibid., 66.
60. Francini Bruni, "Joyce Stripped Naked in the Piazza," 20.
61. JJ to NBJ, ?25 October 1909, *Letters II*, 254.
62. LJ to JL, 19 March 1974, Lucia Joyce Papers, UCL.
63. Lucia Joyce, "The Real Life of James Joyce," unpublished typescript, HRC.
64. Ellmann, "Appendix: Joyce's Library in 1920," 97–134.
65. Bozena Berta Delimata, "Reminiscences of a Joyce Niece," ed. Virginia Moseley, *JJQ* 19:1 (fall 1982): 47.
66. Francini Bruni, "Recollections of Joyce," in Potts, ed., *Portraits of the Artist in Exile*, 41.
67. James Joyce, *Poems and Shorter Writings*, ed. Richard Ellmann, A. Walton Litz, and John Whittier-Ferguson (London: Faber and Faber, 1991), 114.
68. Francini Bruni, "Joyce Stripped Naked in the Piazza," 57, 45.
69. Delimata, "Reminiscences," 48.
70. Lucia Joyce, "Real Life of James Joyce."

<s>NOTES</s>
<s>477</s>

71. Antonio Fonda Savio and Letizia Fonda Savio, "James Joyce: Two Reminiscences," in Potts, ed., *Portraits of the Artist in Exile*, 49.
72. Mario Nordo, "My First English Teacher," in Potts, ed., *Portraits of the Artist in Exile*, 58.
73. Nora Franca Poliaghi, "James Joyce: An Occasion of Remembrance," in Potts, ed., *Portraits of the Artist in Exile*, 59.
74. Lucia Joyce, "Real Life of James Joyce."
75. Ellmann, 322.
76. Lucia Joyce, "Real Life of James Joyce."
77. Maddox, 118.
78. Schaurek, "Pappy Never Spoke of Jim's Books," 64.
79. Delimata, "Reminiscences," 47.
80. P, 7.
81. Curtayne, "Portrait of the Artist as Brother," 46.
82. Ellmann, "Appendix: Joyce's Library in 1920," 97–134.
83. Bjørnstjerne Bjørnson, *The Fisher Lassie* (New York: Macmillan, 1891), 22–23.
84. Ibid, 32.
85. Ibid.
86. Ibid, 162.
87. Ibid, 166.
88. Ibid, 174.
89. Ibid, 184.
90. I wish to thank Ellen Handler Spitz, whose *Inside Picture Books* (New Haven: Yale University Press, 1999) led me to imagine Joyce as a father who read to his children.
91. Ellmann, 312.
92. Helen Kastor Joyce, "A Portrait of the Artist," HRC.
93. Ellmann, 412.
94. Curtayne, "Portrait of the Artist as Brother," 65.
95. Ellmann, 323.
96. NBJ to JJ, 11 July 1912, *Letters II*, 296.
97. NBJ to Eileen Joyce, 14 August 1912, *Letters II*, 302.
98. JJ to NBJ, [21 August 1912], *Letters II*, 308.
99. Maddox, 115.
100. Ibid.
101. Ellmann, 316.
102. Richard Ellmann, "Introduction" to *GJ*, ix.
103. *GJ*, 3.
104. James Joyce, "A Flower Given to My Daughter," in *Poems and Shorter Writings*, 53.
105. See "Notes" in James Joyce, *Poems and Shorter Writings*, 255.
106. James Joyce, "Simples," in *The Essential James Joyce*, ed. Harry Levin (London: Granada, 1977), 455.
107. P, 223.
108. JJ to CC, 10 August 1935, *Letters I*, 379.

478    NOTES

2. THE THEATER OF WAR: Zurich 1915–19

1. Ellmann, 385.
2. Felix Béran to Herbert Gorman, 12 February 1931, quoted in Maddox, 141–42.
3. They went from 7 Reinhardstrasse to 10 Kreuzstrasse to 54 Seefeldstrasse.
4. Lucia Joyce, "My Life," unpublished typescript, HRC.
5. Ibid.
6. Lucia Joyce, "The Real Life of James Joyce," unpublished typescript, HRC.
7. Ibid.
8. Marilyn Reizbaum, "Swiss Customs," JJQ 27:2 (winter 1990): 213; Lucia Joyce, "My Life."
9. Lucia Joyce, "My Life."
10. Ellmann, 390.
11. Ibid, 390–92.
12. Ibid, 405–6.
13. Ibid, 422.
14. JJ to EP, 24 July 1917, quoted in Ellmann, 416.
15. EP to Jenny Serruys, 20 July 1920, Letters III, 9.
16. Lucia Joyce, "Real Life of James Joyce."
17. Frank Budgen, James Joyce and the Making of "Ulysses" (Bloomington: University of Indiana Press, 1960), 38.
18. Claud W. Sykes, interview by Richard Ellmann, 1954, RE Papers.
19. Georges Borach, "Conversations with Joyce," trans. Joseph Prescott, College English 15 (March 1954): 3227.
20. NBJ to JJ, 15 [August] 1917, Cornell, Scholes, 761.
21. Lucia Joyce, 15 [August] 1917, Cornell, Scholes, 761.
22. NBJ to JJ, ?4 August 1917, Letters II, 401.
23. NBJ to JJ, ?11 August 1917, Cornell, Scholes, 758.
24. Lucia Joyce, "My Life."
25. NBJ to JJ, 15 [August] 1917, Letters II, 404.
26. Ellmann, 445.
27. Ibid, 418–19.
28. Lucia Joyce, "My Life."
29. Lucia Joyce, quoted in Dominique Maroger, "Dernière rencontre avec Lucia," in James Joyce, ed. Jacques Aubert and Fritz Senn (Paris: Editions de l'Herne, 1985), 77.
30. Lucia Joyce, "Real Life of James Joyce."
31. Lucia Joyce, "My Life"; Claud Sykes to Herbert Gorman, 31 May 1931, reply to questionnaire, 4, SIU.
32. JJ to Claud Sykes, ?23 September 1917, Letters II, 416.
33. Ellmann, 421.
34. JJ, GJ in Poems and Shorter Writings, ed. Richard Ellmann, A. Walton Litz, and John Whittier-Ferguson (London: Faber and Faber, 1991), 231.
35. Ellmann, 473.
36. JJ to Frank Budgen, 3 January 1920, Letters I, 134.

NOTES    479

3. MOVING INTO ADOLESCENCE: Paris 1920–24

1. Lucia Joyce, quoted in Mary Colum and Padraic Colum, Our Friend James Joyce (Garden City, N.Y.: Doubleday, 1958), 137.
2. Sylvia Beach, Ulysses in Paris (New York: Harcourt Brace, 1956), 17.
3. MN to RE, 26 February 1954, RE Papers.
4. Helen Nutting, Paris diary, RE Papers.
5. Myron Nutting, An Artist's Life and Travels (Oral History Program, University of California, Los Angeles, 1972), 2:432.
6. Ellmann, 486.
7. Ludmila Bloch-Savitsky to EP, 9 July 1920, Buffalo.
8. Myron Nutting, unpublished memoir, 1954, RE Papers.
9. JJ to John Quinn, 17 November 1920, quoted in Myron Schwartzman, "Quinn's Quake: John Quinn's Letters to James Joyce 1916 to 1920," Bulletin of Research in the Humanities 81:1 (summer 1978), 192.
10. JJ to SJ, 29 August 1920, Letters III, 17.
11. Ibid.
12. JJ to John Rodker, 9 December 1920; JJ to EP, 12 December 1920, Letters III, 132.
13. JJ to EP, 12 December 1920, Letters III, 133.
14. MN to RE, 16 April 1955, RE Papers.
15. Helen Nutting, Paris diary, RE Papers.
16. Ibid.
17. MN to RE, 23 January 1955, RE Papers.
18. William Bird, interview by Richard Ellmann, 2 August 1953, RE Papers.
19. André Levinson, André Levinson on Dance: Writings from Paris in the Twenties, ed. Joan Acocella and Lynn Garafola (Middletown, Conn.: Wesleyan University Press, 1991), 27.
20. Ellmann, 649.
21. Myron Nutting, unpublished memoir of Lucia, RE Papers.
22. Ibid.
23. Lucia Joyce, "My Life," unpublished typescript, HRC.
24. Myron Nutting, unpublished memoir.
25. Ibid.
26. This is the first placard in Charlie Chaplin's silent movie The Kid.
27. JJ to Valery Larbaud, ?2 February 1924, Letters III, 88.
28. Kenneth Lynn, Charlie Chaplin and His Times (New York: Simon and Schuster, 1997), 261.
29. Lucia Joyce, "Charlie et les gosses," Le Disque vert 3:4–5 (1924): 678; my translation.
30. Quoted in Bonnie Kime Scott, Joyce and Feminism (Bloomington: Indiana University Press, 1984), 76.
31. Djuna Barnes, "James Joyce," Vanity Fair 18 (April 1922): 65; quoted in Ellmann, 524.
32. Ellmann, 503.
33. Jacques Benoist-Méchin, interview by Richard Ellmann, 1956, RE Papers.
34. August Suter, "Reminiscences," JJQ 7:3 (1972): 191.
35. James Joyce, quoted in Julia Kristeva, "Joyce 'The Gracehoper,' or the Return of

Orpheus," in *James Joyce: The Augmented Ninth*, ed. Bernard Benstock (Syracuse, N.Y.: Syracuse University Press, 1988), 179.
36. Ellmann, 506.
37. Lucia Joyce, "My Life."
38. JJ to Valery Larbaud, n.d. (summer 1921), quoted in Ellmann, 516, and *Letters I*, 169.
39. Helen Kastor Joyce, "We Meet," photostat of unpublished typescript, RE Papers.
40. Ira Wile, *The Sex Life of the Unmarried Adult* (New York: The Vanguard Press, 1931), 291.
41. Peggy Guggenheim, *Out of This Century: Confessions of an Art Addict* (New York: The Dial Press, 1946), 29.
42. Ibid., 30.
43. Ibid., 33.
44. JJ to NBJ, n.d., in Ellmann, 534.
45. Maddox, 195.
46. JJ to NBJ, n.d., in Ellmann, 534.
47. Dominique Maroger, "Lucia et la danse," in *James Joyce*, ed. Jacques Aubert and Fritz Senn (Paris: Éditions de l'Herne, 1985), my translation.
48. JJ to Josephine Murray, 23 October 1922, *Letters I*, 191.
49. Helen Nutting, Paris diary, Myron C. Nutting and Muriel Tyler Nutting Papers, Archives of American Art, Smithsonian Institution, Washington, D.C.

4. THE ART OF DANCING: Paris 1924–28

1. There is no record of how Lucia first met Duncan, but an educated guess would place them together at Nathalie Barney's where, throughout the 1920s, the young girls who studied with him danced, long-haired and barefooted, in the back garden. It is also possible that she saw notices of him during her trip to Nice, where Duncan spent his summers for many years.
2. Helen Kastor Joyce, "Notes re mistakes in RE's 1959 JJ biography," unpublished typescript, RE Papers.
3. Adela Roatcap, *Raymond Duncan: Printer, Expatriate, Eccentric Artist* (San Francisco: Book Club of California, 1991), 12.
4. Lillian Loewenthal, *The Search for Isadora: The Legend and Legacy of Isadora Duncan* (Pennington, N.J.: Princeton Book Co., 1993), 175.
5. Roatcap, *Raymond Duncan*, 12.
6. Lois Rather, *Lovely Isadora* (Oakland, Calif.: Rather Press, 1976), 27.
7. Robert McAlmon and Kay Boyle, *Being Geniuses Together, 1920–1930* (Garden City, N.Y.: Doubleday, 1968).
8. Grace Pastor, "A Remarkable Family," *Physical Culture* (April 1910): 81.
9. Loewenthal, *Search for Isadora*, 174.
10. *Chicago Examiner*, 9 January 1912. All headlines are from the clippings collection, NYLPA.
11. Oscar Wolfe, "Raymond Duncan: The Executive," *Dance Magazine* (February 1930), n.p.
12. Loewenthal, *Search for Isadora*, 171.
13. Isadora Duncan, *My Life* (London: Victor Gollancz, 1928), 21.

14. Kay Boyle, *My Next Bride* (New York: Viking, 1980), 38.
15. McAlmon and Boyle, *Being Geniuses Together*, 116.
16. Raymond Duncan, *The Left Bank Revisited*, clipping file, Rondelle.
17. Martin Green, *Mountain of Truth: The Counterculture Begins, Ascona, 1900–1920* (Hanover, N.H.: University Press of New England, 1986), 136.
18. Loewenthal, *Search for Isadora*, 173. The sources of Duncan's movement strategies were archaeology and the sensibility of his young Greek wife, Penelope. He seems not to have been concerned with understanding the origins or purposes of these dances but only to pull them into contemporary relevance. His Hellenism seems, then, to have had a twofold purpose: to take his students out of the formations of familiar discourse, indicating in the simplicity and comfort of their tunics both a rejection (they would not be confined by the strictures of bourgeois attire) and an affiliation (classical Greece would become the symbolic locus of a new health and freedom). Reference to antiquity would identify a crude genealogy, a search for origins that modern life both deterred and obscured. Duncan's motives seem akin to Nietzsche's in that he wanted to trace the history of the present in order to undermine the self-evidence of the present to itself. In fact, we could claim that he served as an example of what Nietzsche called "the new philosophers"—people who "have found their task, their hard, unwanted, unavoidable task, but finally the greatness of their task, in being the bad conscience of their age." See Michael Mahon, *Foucault's Nietzschean Genealogy: Truth, Power and the Subject* (Albany: State University of New York Press, 1992), 86–87.
19. In this double focus, Duncan bridged the distinction that Nietzsche made between the *orchestra* and the *chorus*, between the dance of individual rapture and the ceremonial ring dance—the "ecstatic dance in which a community expressed itself as a chorus of satyrs, a communal half-conscious quasi-mind below the level of individual thought, expressing in its ecstasy the community's will to overcome the agony of universal death." See Francis Edward Sparshott, *Off the Ground: First Steps to a Philosophical Consideration of the Dance* (Princeton, N.J.: Princeton University Press, 1988), 68.
20. Boyle, *My Next Bride*, 40.
21. JJ to HSW, 15 February 1928, *Letters III*, 171.
22. Raymond Duncan, *Echoes from the Studio of Raymond Duncan* (Paris: Akademia Raymond Duncan, 1930).
23. Raymond Duncan, *Evangelos: New-Paris-York* (Paris: Akademia Raymond Duncan, February 1932).
24. Ibid.
25. Ibid.
26. Hugo Ball, *Die Flucht aus der Zeit* (Munich: Duncker und Humblot, 1927), 41, my translation.
27. Helen Kastor Joyce, "We Meet," photostat of unpublished typescript, RE Papers.
28. Sylvia Beach, *Shakespeare and Company* (New York: Harcourt Brace, 1959), 69.
29. Myron Nutting, "Paris diary, 1924–25," Myron C. Nutting and Muriel Tyler Nutting Papers, Archives of American Art, Smithsonian Institution, Washington, D.C.
30. Ibid.
31. André Levinson, "Argentina," in *André Levinson on Dance: Writings from Paris in the Twenties*, ed. Joan Acocella and Lynn Garafola (Middletown, Conn.: Wesleyan University Press, 1991), 96–97.

482   NOTES

32. Lucia Joyce, "The Real Life of James Joyce," unpublished typescript, HRC.
33. Beach, *Shakespeare and Company*, 49–50; and Lucia Joyce, "My Life," unpublished typescript, HRC.
34. Raffaella Benini to RE, 19 May 1985, RE Papers.
35. Jean-Michel Place, "Introduction," *L'Oeuf dur* (Paris: Editions Jean-Michel Place, 1975), n.p.
36. Dominique Maroger claimed that Lucia also used a nom de plume for her early published writing. See "Lucia et la danse," in *James Joyce*, ed. Jacques Aubert and Fritz Senn (Paris: Editions de l'Herne, 1985).
37. Place, "Introduction."
38. Emile Fernandez, "Epithelium," *L'Oeuf dur* 9 (April 1922), n.p.; my translation.
39. André Breton, "What Is Surrealism?" in *Selected Writings*, trans. John Ashbery (New York: Monad Press for Anchor Foundation, 1978), 36.
40. See André Breton, *Manifesto of Surrealism*, trans. Richard Seaver and Helen R. Lane (Ann Arbor: University of Michigan Press, 1969, first published by Paris: Sagittaire, 1924); and Louis Aragon, *Une Vague de rêves* (Paris: Commerce, 1924).
41. Louis Aragon, in Jacqueline Chenieux-Gendron, *Surrealism*, trans. Vivian Folkenflik (New York: Columbia University Press, 1990), 52.
42. Ibid., 22.
43. Kay Boyle to RE, 6 January 1983, RE Papers.
44. See Dominique Maroger, "Lucia et la danse" and "Dernière rencontre avec Lucia," in Aubert and Senn, eds., *James Joyce*, 81. "The poems have disappeared, probably thrown on the dustbin during the liquidation of the apartments in Paris and Zurich. Nora was never interested. The doctors in Jung's entourage who read them did not attach importance to the fact that they were generated among others of the surrealists"; my translation.
45. I am grateful to David Hayman and Ira Nadel for information about the Fernandez ancestry, the result of a personal interview with Emile Fernandez's daughter Raffaelle Benini Fernandez. Their essay, "Joyce and the Family of Emile and Yva Fernandez: Solving a Minor Mystery," can be found in *JJQ* 25:1 (fall 1987): 49–57.
46. Lucia Joyce, "Real Life of James Joyce."
47. Raffaelle Benini to RE, 19 May 1985, RE Papers.
48. Ibid.
49. Darius Milhaud, *My Happy Life* (London: Marion Boyers, 1995), 264.
50. Lucia Joyce, "My Life."
51. Samuel Beckett, interview by Richard Ellmann, 28 July 1953, RE Papers.
52. Adèle Fernandez to RE, n.d., unpublished letter, RE Papers.
53. William Bird, interview by Richard Ellmann, 2 August 1953, RE Papers.
54. See Maroger, "Lucia et la danse," 71: "Not only had she read far more of Joyce's books than Nora had, but she also knew his thoughts intuitively: she was the daughter of the spirit, the *anima*, of James Joyce"; my translation.
55. Beach, *Shakespeare and Company*, 184.
56. JJ to HSW, 23 October 1923, *Letters I*, 206; JJ to HSW, 2 November 1923, *Letters III*, 82.
57. JJ to HSW, 23 November 1925, *Letters III*, 134.
58. JJ to HSW, 9 October 1923, *Letters I*, 205.

NOTES   483

59. JJ to HSW, 6 April 1924, *Letters III*, 93.
60. Maroger, "Lucia et la danse," 73.
61. Lucia Joyce, "My Life."
62. Myron Nutting, "Paris diary, 1924–25."
63. Helen Nutting, Paris diary, RE Papers.
64. JJ to Robert McAlmon, n.d. (early 1924), RE Papers.
65. JJ to HSW, n.d. (June 1924), *Letters I*, 216.
66. At the Trocadéro, the programs consisted of Beethoven, Wagner, Schubert, Chopin, Tchaikovsky, and Franck (March–April). At the Théâtre des Champs-Elysées, the programs included a Chopin festival and works by Liszt, Brahms, Wagner, and Berlioz (May–June). Again at the Trocadéro, with four of the Isadorables, she performed an all-Wagner program (November–December). During 25–31 January she and the four Isadorables completed the yearlong festival. See Loewenthal, *Search for Isadora*, 198.
67. Lucia's pin-up collection, now housed at the University of Buffalo, Lockwood Memorial Library, the Poetry and Rare Book Collection, includes pictures of Clothide and Alexandre Sakharoff, Anna Pavlova, Felia Doubrovska and Serge Lifar, Constantin Tcherkass, Alexandra Danilova, and Léonide Massine.
68. André Levinson, "The Girls," in *André Levinson on Dance*, 89; Lucia Joyce, "Note to Zdenka Podhajsky," Buffalo.
69. Hayman and Nadel, "Joyce and the Family of Emile and Yva Fernandez," 55.
70. Sparshott, *Off the Ground*, 7.
71. André Levinson, "The Spirit of Classical Dance," in *André Levinson on Dance*, 42–43.
72. Ibid., 80.
73. Ibid., 81.
74. Ibid., 4.
75. Ibid., 90.
76. Ibid.
77. Green, *Mountain of Truth*, 110.
78. Naima Prevots, *The Mary Wigman Book: Her Writings*, ed. and trans. Walter Sorell (Middletown, Conn.: Wesleyan University Press, 1975), 52; see also Sparshott, *Off the Ground*, 74.
79. Green, *Mountain of Truth*, 123.
80. Ibid., 108.
81. Ibid., 96.
82. Ibid., 222.

5. LEAPING WITH THE RAINBOW GIRLS: Nice 1928

1. André Levinson, "Articles sur la danse" (scrapbook), vol. 1, n.p., Bibliothèque de l'Arsenal.
2. Dominique Maroger, "Lucia et la danse," in *James Joyce*, ed. Jacques Aubert and Fritz Senn (Paris: Editions de l'Herne, 1985), 69; my translation.
3. Ibid.
4. Ibid., 74.
5. Margaret Morris Dancing: A Book of Pictures by Fred Daniels, with an Introduction

*and Outline of Her Methods by Margaret Morris* (London: Kegan Paul, Trench and Trubner, 1928), 26.
6. Ibid.
7. Ibid., 29.
8. Ibid., 35, 42.
9. Ibid., 4.
10. Ibid., 45–46.
11. Ibid., 46.
12. Ibid.
13. "Leur grande originalité est dans leur existence privée. Elles sont huit ou dix jeunes filles—peut-être seize et davantage—qui retirées pendant de longs mois, dans un coin sauvage des Alpes-Maritimes, consacrent leur existence à la danse." *Petit Journal* (February 1927), Rondelle.
14. See JJ to HSW, 22 September 1932: "We are all here, Lucia and the nurse came over from Venice today," *Letters III*, 259.
15. "Telle est, à quelques kilomètres d'Antibes, la vallée du Loup. Une rivière encadrée de grands arbres, un air de fraîcheur, un pays ombreux, touffu et verdoyant. . . . Si, de là, nous poursuivons vers l'intérieur, nous arrivons dans une région de collines gris clair, très différentes de tout ce que nous avons coutume de voir en Provence. Le feuillage des oliviers s'accorde avec ce ton de boue sèche. Dans l'étendue des vignes, les files longues et basses de ceps sont tendues maintenant de pourpre violette. Partout dans les jardins le pêcher et l'oranger abondent. . . . J'en connais une ou un manuscrit s'achève en ce moment. Un vestibule laisse voir le départ d'un escalier de bois. Une salle, dont la cheminée est fort belle, a son plafond soutenu par des solives en saillie, brunes et crevassées. Les fenêtres ouvrent sur un abîme d'or, de vert clair et de ciel." Henri Bidou, "Les Danseuses de Saint-Paul," *Temps* 21 (October 1931); translation by Theodor Scherske.
16. Hélène Vanel, "Le Mouvement," *Cahiers rythme et couleur* 3 (May 1926): 91. Part of Lucia's training was to create rhythm and color in drawings, which she kept in notebooks. The drawings, which include images of tropical landscapes with palm trees, were evidently handed in to Hutton and Vanel, who annotated them: "Lucia design on [dance notation]" on the back and responded to their quality with comments like "couleurs d'une belle qualité—un certain lyrisme dans les formes."
17. Ibid.
18. The Lizard-on-the-Wall, "The Three Dancers," *Cahiers rythme et couleur* 2 (November 1925): 57.
19. Ibid.
20. Hélène Vanel, "La Danseuse artiste et éducatrice," *Cahiers rythme et couleur* 2 (November 1925): 34.
21. Ibid.
22. Ibid.
23. Ibid., 35.
24. Ibid.
25. Ibid., 36–37.
26. Ibid.
27. The performances for which playbills have survived are Théâtre des Champs-Elysées: 20 November 1926, and 18 December 1926; Ancien Théâtre du Marais:

21 December 1926; Théâtre du Vieux-Colombier: 19 February 1927, and 9 April 1927; Empire Théâtre: 12 August 1927. From newspaper reviews in Rondelle, we know that the group performed regularly through 1930.
28. Darius Milhaud, *My Happy Life* (London: Marion Boyers, 1995), 82.
29. Ibid., 84.
30. "Un groupement de jeunes artistes de la classe qu'elle a formée en Provence. Pendant deux ans, elles ont travaillé avec acharnement sur les collines qui avoisinent la cité de Saint-Paul, bien connue des peintres et leurs efforts ont été fort appréciés par l'élite artistique du Midi de la France et de la Suisse." *Petit Journal* (February 1927), Rondelle.
31. Ibid.
32. "Se conjuguent parfaitement: celui-ci, surtout d'attitudes, celle-là plus danseuse, toutes deux sensibles aux plus ténues variations de la musique et brodant sur la mélodie des arabesques fines et spontanées, lesquels n'en détournent ni le sens profond, ni la résonance intérieure," clipping file, Rondelle; my translation.
33. André Levinson, "Bagatelles laborieuses," February 1930, clipping file, Rondelle.
34. Lucia shared this prejudice, for among her memorabilia is a page cut from the *Dancing Times*, a picture of "the Scala Girls," with the annotation "Tedesco's IDEAL?!" Buffalo. Jean Tedesco was then the director of the Théâtre du Vieux-Colombier.
35. Levinson, "Bagatelles."
36. The Lizard-on-the-Wall, "Three Dancers," 59.
37. Lucia's first stage appearance was with Margaret Morris in March 1926.
38. Hélène Vanel, "Souvenirs de Lucia Joyce," in Aubert and Senn, eds., *James Joyce*, 83–84.
39. In Ellmann, 581.
40. Vanel, "Souvenirs de Lucia Joyce," 85.
41. JJ to HSW, 5 March 1926, *Letters III*, 138.
42. JJ to HSW, 18 March 1926, *Letters I*, 240.
43. Maroger, "Lucia et la danse," 70.

6. CHOOSING PARTNERS: Paris and Salzburg 1928

1. Richard Ellmann, in an effort to locate the Joyces within a larger framework of the arts, tells us mistakenly that in 1923 Joyce took his whole family to see a performance of George Antheil's *Ballet Mécanique* [sic] and that they were all present at the Ballet suédois on 4 October 1923. "[w]hen the composer played his *Sonata* [sic] *Sauvage, Airplane Sonata*, and *Mechanisms*" (Ellmann, 557). Antheil's music for *Ballet Mécanique*, a ballet not of dancers but of "percussion in pictures," was not even begun until July 1924. See Hugh Ford, *Four Lives in Paris* (San Francisco: North Point Press, 1987), 30. It was not performed, even in private, until September 1924, and the public had to wait until 1925 to see it. For the project, Antheil had worked with Fernand Léger, who frequently did work for the Ballet suédois. But even this circumstance, which might seem to connect the collaboration with dance, is misleading. Léger, in this instance, was not choreographing but was instead making a film "using static objects repeated and reflected in mirrors and special lenses . . . that would create a moving and separating effect and, like music, a definite

486

NOTES

rhythm'" (30). And according to Rolf de Maré, director of the Ballet suédois, who wrote the first full-length book on it, George Antheil did not compose any of his troupe's dance music; nor did it perform on 4 October 1923. See his "Tableau des representations," in *Les Ballets suédois dans l'art contemporain* (Paris: Editions du Trianon, 1931).

2. *Archives internationales de la danse* 1 (1933): n.p.
3. Playbill, Théâtre du Vieux-Colombier, 19 February 1927, Rondelle.
4. In Sally Banes, "An Introduction to the 'Ballets Suédois,'" *Ballet Review* 7.2–3 (1978–79): 29.
5. Pierre Tugal, quoted in De Maré, *Les Ballets suédois dans l'art contemporain*, 30.
6. Banes, "Introduction to the 'Ballets Suédois,'" 29.
7. Victor Seroff, 23 September 1920, clipping file, Rondelle.
8. "Dances arranged by Harley Quinn" *(FW* 221.25).
9. "A czardancer indeed! Dervilish glad too" *(FW* 513.17).
10. "Les frontières entre les arts, les époques et les pays." See Ingrid-Marie Kessler, "Les Ballets suédois et les poètes français," *La Recherche en danse* 2:83, 79, my translation.
11. *New York News*, 26 November 1923.
12. *New York American*, 26 November 1923.
13. Banes, "Introduction to the 'Ballets Suédois,'" 45.
14. Ibid., 39.
15. Paul Claudel, *Claudel on the Theatre*, ed. Jacques Petit and Jean-Pierre Kempf, trans. Christine Trollope (Coral Gables, Fla.: University of Miami Press, 1972), 45–47.
16. Richard Brender, "Reinventing Africa in Their Own Image: The Ballets Suédois' 'Ballet nègre,' *La Création du monde*," *Dance Chronicle* 9.1 (1986): 125.
17. In Jay Bochner, *Blaise Cendrars: Discovery and Re-creation* (Toronto: University of Toronto Press, 1978), 67.
18. In Brender, "Reinventing Africa in Their Own Image," 124.
19. Fanoudh-Siefer, quoted in Brender, "Reinventing Africa in Their Own Image," 123.
20. Blaise Cendrars, "Hommage à Jean Borlin," in De Maré, *Les Ballets suédois dans l'art contemporain*, 176–77.
21. Brender argues that the Ballet suédois distinguished itself from other Western recreations of the primitive by its insistence that African religious ritual be taken as seriously as the story of Adam and Eve, and by its posing of the modern artist, like his African precursor, as an integral part of the life of the community. The social structure of the tribe, he suggests, is "analogized to that of the new humanity." According to him, the troupe was neither presenting Africa in the stereotypes of Western colonialism—as bestial or senselessly passionate or childlike—nor appropriating another culture for use solely for avant-garde purposes, nor making a claim for universal similarity between the traditional and the new. It was, rather, re-creating the collective spectacle of the artist embraced by his society and thus replicating a folk wisdom made manifest first to Africa but in this performance finally understood on the Western stage. Whether we agree with Brender's formulation or not, rhythmic structure was clearly at the heart of the ballet's meaning for the dancers, for those who worked with them, and for those who watched its performance. See Brender, "Reinventing Africa in Their Own Image," 131–33.

NOTES

487

22. If Julia Kristeva imagines literature to be rhythm made intelligible by syntax, then we can claim that dance turns the moving body into the generator of that syntax, translating an unfettered, irreducible energy into another kind of intelligible script. See *Revolution in Poetic Language*, ed. Margaret Waller (New York: Columbia University Press, 1984), 26.
23. In Roger Shattuck, *The Banquet Years: The Origins of the Avant-Garde in France, 1885–World War I* (New York: Vintage Books, 1968), 51.
24. JJ to HSW, 24 November 1926, *Letters III*, 146.
25. Hélène Vanel, "Souvenirs de Lucia Joyce," in *James Joyce*, ed. Jacques Aubert and Fritz Senn (Paris: Editions de l'Herne, 1985), 84.
26. Ibid., 85.
27. Ibid., 84.
28. JJ to HSW, 14 September 1927, *Letters I*, 259.
29. JJ to HSW, 8 October 1927, *Letters III*, 163.
30. Helen Nutting, Paris diary, RE Papers.
31. "Representation unique," Programme: Comédie des Champs-Elysées, 18 February 1928, Opéra.
32. Helen Nutting, Paris diary, RE Papers.
33. Brender, "Reinventing Africa in Their Own Image," 120.
34. "On the Left Bank," *Paris Times* 1371 (14 March 1928).
35. Bozena Berta Delimata, "Reminiscences of a Joyce Niece," ed. Virginia Moseley, *JJQ* 19.1 (fall 1982): 50.
36. André Levinson, "The Spirit of Classical Dance," in *André Levinson on Dance: Writings from Paris in the Twenties*, ed. Joan Acocella and Lynn Garafola (Middletown, Conn.: Wesleyan University Press, 1991), 42.
37. Arthur Power, *Conversations with James Joyce*, ed. Clive Hart (Dublin: Millington, 1974), 95.
38. In Ellmann, 564.
39. Samuel Beckett, "Dante ... Bruno, Vico ... Joyce," in Beckett et al., *Our Examination Round His Factification for Incamination of "Work in Progress"* (London: Faber and Faber, 1972), 14.
40. Delimata, "Reminiscences," 50.
41. Eileen Schaurek, interview by Richard Ellmann, n.d., RE Papers.
42. Dominique Maroger, "Dernière rencontre avec Lucia," in Aubert and Senn, eds., *James Joyce*, 77.
43. "The Past of the Futurist: Zdenka Podhajsky's Dance of Life," newspaper clippings, RE Papers.
44. Ibid.
45. Schaurek interview.
46. Robert McAlmon and Kay Boyle, *Being Geniuses Together, 1920–1930* (Garden City, N.Y.: Doubleday, 1968), 354.
47. Ibid., 334.
48. Ibid., 353.
49. Maddox's statement, "In 1928 . . . Lucia was twenty-one and went with her dance group to the Isadora Duncan school near Salzburg" (232), is wrong. She went alone to the Elizabeth Duncan School. The contact was made through Raymond Duncan and not through her affiliation with Les Six de rythme et couleur. Isadora Duncan was already dead; she died on 14 September 1927.

488   NOTES

50. Irma Duncan, *Duncan Dancer* (New York: Books for Libraries, 1980), 51.
51. Victor Seroff, *The Real Isadora* (New York: The Dial Press, 1971), 158.
52. Max Merz, "Die Ziele und die Organisation der Elizabeth Duncan-Schule," in *Elizabeth Duncan-Schule: Marienhöhe/Darmstadt* (Jena, Germany: Eugen Diederichs, 1912), 11; my translation.
53. Ibid., 12.
54. Ibid., 15.
55. A. Mallwitz, "The Physical Education of Girls in Light of the Physical Culture Movement," in *Elizabeth Duncan-Schule*, 19; my translation.
56. Ibid., 20.
57. Ibid., 21.
58. Seroff, *Real Isadora*, 158.
59. Ibid., 161.
60. Irma Duncan, *Duncan Dancer*, 112.
61. McAlmon and Boyle, *Being Geniuses Together*, 112.
62. Lucia Joyce, "The Real Life of James Joyce," unpublished manuscript, HRC.
63. Ibid.
64. JJ to HSW, 19 October 1929, *Letters III*, 283.
65. Maddox, 249.

7. STUMBLING AND RECOVERY: Paris 1928–31

1. Ellmann, 606–7; Maddox, 243–46.
2. Helen Kastor Joyce, "A Portrait of the Artist by His Daughter-in-Law," unpublished typescript, HRC.
3. HKJ to RE, 23 October 1959, RE Papers.
4. Ibid.
5. See note 30 below.
6. MN to RE, 9 April 1955, RE Papers.
7. Nino Frank, interview by Richard Ellmann, 20 August 1953, RE Papers.
8. Giorgio Joyce, interview by Richard Ellmann, 9 August 1953, RE Papers.
9. Helen Kastor Joyce, "A Portrait of the Artist."
10. Cited in Maddox, 230.
11. Helen Kastor Joyce, "A Portrait of the Artist."
12. Ibid.
13. Helen Kastor Joyce, "We Meet," photostat of unpublished typescript, RE Papers.
14. Maddox, however, states as fact that Helen seduced Giorgio (225); and "For Joyce, his son's sexual initiation by a Jewish beauty must have been deeply distressing" (232). Ellmann had a copy of Helen's unpublished memoir but apparently did not use it because he could not substantiate its claims. In 1955 he began an extensive correspondence with Myron Nutting, hoping that Nutting would either know of the alleged affair with Lillian Wallace or be able to lead him to the truth. On 30 January 1955, after Nutting had written a brief biographical note about Lillian, Ellmann wrote, "You have given me considerable help with the Wallaces about whom I had no information." Nutting evidently remained preoccupied with the Wallaces, for on 16 April 1955, he wrote again to Ellmann, with several paragraphs about how he, Richard Wallace, and Joseph Collins had met in the ambulance

NOTES   489

corps and how their friendship had continued through their years together in Paris (1920–29). Using information that Nutting had given him about Lillian's maiden name and family background, Ellmann finally succeeded in finding her. On 9 December 1955, Nutting wrote, "I was delighted that you located Lillian Wallace. I got a wonderful letter from her." Three years later, Ellmann, Nutting, and Lillian Wallace were all still in correspondence with one another, but Nutting never suspected that she had a secret; Ellmann never told him what he was searching for, and Lillian never divulged the truth, if there was truth to be revealed. RE Papers.
15. Helen Kastor Joyce, "We Meet."
16. MN to RE, 23 January 1955, and 16 April 1955, RE Papers.
17. Helen Kastor Joyce, "We Meet."
18. Ibid.
19. Lucia Joyce, "My Life," unpublished manuscript, HRC.
20. Lucia Joyce, quoted in Maddox, 256. Maria Jolas had a similar assessment: "He was practically—I don't like to use the word 'gigolo'—but he was absolutely at the beck and call of this spoiled, attractive, rich woman," quoted in Maddox, 256.
21. Adie Nelson and Barrie Robinson, *Gigolos and Madames Bountiful: Illusions of Gender, Power, and Intimacy* (Toronto: University of Toronto Press, 1994), 52–53.
22. Jean Martez, *L'Apprenti gigolo* (Paris: J. Ferenczi, 1926), 13; my translation.
23. Ellmann, 600.
24. Stuart Gilbert, Paris diary, 8 December 1930, SG Papers.
25. William Bird to RE, 24 October 1955, RE Papers.
26. Lucia Joyce, "My Life."
27. André Breton, "Second Manifesto," in *Investigating Sex: Surrealist Research 1928–1932*, ed. José Pierre, trans. Malcolm Imrie (London, New York: Verso Press, 1992), 192, 21.
28. D. H. Lawrence, "A Propos of Lady Chatterley's Lover," in *Lady Chatterley's Lover (The Complete and Unexpurgated 1928 Orioli Edition)* (London: Bantam Books, 1968), 332.
29. Gilbert, Paris diary, 9 July 1932, SG Papers.
30. "Ihren Bruder habe sie ausserordentlich geliebt." James Joyce and Paul Léon, "Anamnese von Fräulein Lucia Joyce," RE Papers; my translation.
31. JJ to HSW, 24 June 1924, *Letters I*, 216.
32. In David Hayman, *A First-Draft Version of "Finnegans Wake"* (Austin: University of Texas Press, 1963), 225.
33. Ibid., 226. Hayman uses the following editorial conventions: "All of Joyce's additions are in italics; Joyce's cancellations are crossed out; Joyce's substitutions are in bold face" ("Reader's Key," 44).
34. Helen Nutting, Paris diary, RE Papers. This diary fragment is dated 1928, but it is not possible to verify if Patrick Tuohy was in Paris in 1928. It may be that this is a description of an earlier year between 1924 and 1927, when Tuohy was working on Joyce's portrait.
35. JJ to HSW, 15 February 1928, *Letters III*, 171.
36. "Le Championnat d'amateurs de danse rythmique," clipping file, Rondelle; my translation.
37. *Chronique parisien*, clipping file, Rondelle.
38. Ibid.

490

NOTES

39. JJ to HSW, 28 May 1929, *Letters I*, 280.
40. Samuel Beckett, interview by Richard Ellmann, 28 July 1953, RE Papers.
41. *La Semaine à Paris*, clipping file, Rondelle; my translation.
42. Dominique Maroger, "Lucia et la danse," in *James Joyce*, ed. Jacques Aubert and Fritz Senn (Paris: Editions de l'Herne, 1985), 71.
43. Beckett interview.
44. Stuart Gilbert, *Reflections on James Joyce: Stuart Gilbert's Paris Journal*, ed. Thomas F. Staley and Randolph Lewis (Austin: University of Texas Press, 1993), 11.
45. Stuart Gilbert, "Introduction," *Letters I*, 34.
46. JJ to HSW, 26 April 1929, *Letters III*, 189n.
47. Ellmann, 614.
48. Helen Kastor Joyce, "Luncheon at Café Léopold," photostat of unpublished typescript, RE Papers.
49. Maroger, "Lucia et la danse," 71.
50. Ellmann, 616.
51. Gilbert, *Reflections on James Joyce*, 13.
52. Maroger, "Lucia et la danse," 71.
53. At the end of *Oedipus at Colonus*, as Oedipus lies dying, he refuses to pass his estate to his daughters. Instead he selects a surrogate son in Theseus, saying to Antigone and Ismene, "never ask to see what law forbids.... Now go quickly. Only the appointed one, Theseus, let him stand behind me: He alone must see this mystery." See *Daughters and Fathers*, ed. Lynda Boose and Betty S. Flowers (Baltimore: The Johns Hopkins University Press, 1989), 42.
54. Victor Seroff, 23 September 1920, clipping file, Rondelle.
55. Maroger, "Lucia et la danse," 71.
56. André Levinson, "The Spirit of Classical Dance," in *André Levinson on Dance: Writings from Paris in the Twenties*, ed. Joan Acocella and Lynn Garafola (Middletown, Conn.: Wesleyan University Press, 1991), 45–46.
57. Ibid., 47–48.
58. Zelda began working with Egorova in 1927 and continued to do so until 1930, when she had a breakdown. She recuperated at Les Rives de Prangins in Nyon, Switzerland, where Lucia also spent time in 1934.
59. Zelda Fitzgerald, *Save Me the Waltz*, in *The Collected Writings of Zelda Fitzgerald*, ed. Matthew Bruccoli (New York: Charles Scribner's Sons, 1991), 116–17.
60. JJ to HSW, 19 October 1929, *Letters I*, 285.
61. Fitzgerald, *Save Me the Waltz*, 138.
62. Ibid., 151.
63. Fitzgerald, *Collected Writings*, 448.
64. Helen Kastor Joyce, "Notes re mistakes in RE's 1959 JJ biography," RE Papers.
65. Eileen Schauck, interview by Richard Ellmann, n.d., RE Papers.
66. Maroger, "Lucia et la danse," 72.
67. Ibid., 67.
68. JJ to HSW, 22 November 1929, *Letters I*, 287.
69. Maddox, 249.
70. Margaret Morris, *My Life in Movement* (London: Owen, 1969), 65.
71. Ibid., 64.
72. Ibid., 69.

NOTES

491

73. Ibid., 64, 67, 69.
74. Maroger, "Lucia et la danse," 68.
75. Ibid.
76. For an elaboration of similar ideas see Peggy Phelan, "Dance and the History of Hysteria," in *Corporealities: Dancing, Knowledge, Culture and Power*, ed. Susan Leigh Foster (New York: Routledge, 1996), 90–99; "Anna O.'s conversations with Breuer are not so much a performance in which her body finds words, but rather they are performances in which her body finds time, and more particularly, finds its past. Passing into language, the somatic symptom passes into the past. To put it in a slightly different key: If we rethink of psychoanalysis as a mode of psychic choreography, we can see the symptom as the body's psychic movement. Psychoanalysis and choreography are two different modes of performing the body's movement" (96).
77. Maroger, "Lucia et la danse," 73.
78. SB Papers.
79. JJ to HSW, 11 March 1931, *Letters III*, 303.
80. Ellmann, 663.

8. STEPPING OUT: Paris 1931–32

1. Stuart Gilbert, Paris diary, 6 May 1932, SG Papers.
2. Ibid., 5 and 8 December 1930.
3. Ibid., 29 January 1930.
4. Ibid., 31 January 1930.
5. Ibid., 6 May 1932.
6. For an excellent discussion of the ways in which categories about female adolescence have shaped various images of Lucia, see Catherine Driscoll, *Appendix: Lucia Anna Joyce*, Ph.D. diss.; and Catherine Driscoll, *Girls* (New York: Columbia University Press, 2002).
7. For a more extended discussion of this adolescent phenomenon—a female child's tendency to impose restrictions on herself at the period when she becomes aware of her sexual identity—see Carol Gilligan, *In a Different Voice* (Cambridge: Harvard University Press, 1982). Lucia's place in Joyce's imaginative economy made distinctive demands on her that cannot be fully explained with Gilligan's paradigm.
8. Samuel Beckett, interview by Richard Ellmann, 28 July 1953, RE Papers.
9. Knowlson, 105.
10. Samuel Beckett, "Dante... Bruno. Vico.. Joyce," in *Beckett et al., Our Exagmination Round His Factification for Incamination of "Work in Progress"* (London: Faber and Faber, 1972), 17.
11. See Deirdre Bair, *Samuel Beckett* (New York: Harcourt Brace Jovanovich, 1978); Ellmann; and Maddox.
12. Samuel Beckett, *Dream of Fair to Middling Women* (London: Calder Publications, 1993), 150.
13. Knowlson, 110.
14. Beckett, *Dream of Fair to Middling Women*, 43.
15. Ibid., 40.
16. Maroger, "Dernière rencontre avec Lucia," in *James Joyce*, ed. Jacques Aubert and Fritz Senn (Paris: Editions de l'Herne, 1985), 77.

- 31 -

492   NOTES

17. Beckett, *Dream of Fair to Middling Women*, 49.
18. Knowlson, 146.
19. Ibid., 104.
20. Beckett, *Dream of Fair to Middling Women*, 23–24.
21. Ibid., 18.
22. Ibid., 19.
23. Knowlson, 148.
24. Beckett, *Dream of Fair to Middling Women*, 34.
25. Ibid., 37, 36.
26. Ibid., 36.
27. Knowlson, 149.
28. Terance Killeen, "Play It Again Sam!" *Irish Times*, 5 November 1992.
29. Knowlson, 148.
30. James Knowlson makes the connection with Lucia through Dante's *Divina Commedia*, a book that Beckett gave to Lucia and that was annotated with his remark that one of the "tres donne benedette" (three blessed women) comes from Syracuse. Knowlson, 149.
31. Lucia mentioned this as a book she read in her youth in her 1958 "The Real Life of James Joyce," unpublished typescript, HRC.
32. Beckett, *Dream of Fair to Middling Women*, 118.
33. Beckett interview, 28 July 1953. Brenda Maddox understands this behavior to be a symptom of schizophrenia. For a ballerina who was entreated by her dance mistress, Madame Egorova, to remain lean and sinewy, vomiting after meals might better be considered bulimia; to me the problem seems to be more directly about weight and the perceived beauty of a lean appearance.
34. Beckett, *Dream of Fair to Middling Women*, 50.
35. Knowlson, 149 n33, 646.
36. Beckett, *Dream of Fair to Middling Women*, 121.
37. Ibid., 33.
38. Scattered throughout Beckett's text are many other veiled allusions to *Finnegans Wake*: the description of anatomy as geometry (35); an allusion to the children's lesson in the *Wake* II, ii (294ff); the beautiful hen (35), an allusion to Belinda Doran, the hen who finds the buried letter in the *Wake* I (13ff); and an imitation of Joyce's hundred-letter "thunderwords" on (239): "Himmisacrakruzidirkenjesusmariaundjosefundhlütigeskreuz! All in one word. The things people come out with sometimes!" Throughout Beckett's *Dream* are portmanteau words from at least three languages that also suggest covert references to Joyce's writing.
39. Beckett, *Dream of Fair to Middling Women*, 116.
40. Ibid., 50.
41. Ibid., 46.
42. Ibid., 34.
43. Ibid., 50.
44. Gilbert, Paris diary, 6 May 1932, SG Papers.
45. Beckett, *Dream of Fair to Middling Women*, 48, 34. In reading this section of the novel, I am reminded of Peggy Guggenheim's description of a similar time in her own life: "At this time, I was worried about my virginity. I was twenty-three and I found it burdensome. All my boyfriends were disposed to marry me, but

NOTES   493

they were so respectable they would not rape me. I had a collection of photographs of frescos I had seen at Pompeii. They depicted people making love in various positions, and of course I was very curious and wanted to try them out myself. It soon occurred to me that I could make use of Florenz [Laurence Vail] for this purpose. . . . I went home and dined with my mother and a friend gloating over my secret and wondering what they would think of it if they knew." *Out of This Century: Confessions of an Art Addict* (New York: The Dial Press, 1946), 25–26.
46. At another point in the text, the narrator refers to the Syra-Cusa's "Bilitis breasts." One wonders if Beckett in some way sensed or even knew that Lucia had lesbian tendencies. *Dream of Fair to Middling Women*, 33, 50, 116.
47. Ibid., 120.
48. Ibid., 137.
49. Ibid., 121.
50. Ibid., 120.
51. Ibid., 49. James Knowlson identifies the character Lucien as based on Jean Beaufret, Beckett's philosophy student at the École normale (150), and adds in a footnote that Georges Belmont, a friend of both, concurs (646 n42). My own vote for Lucien would be Thomas MacGreevy. See Maddox: "When Lucia accused all the men around her of seducing her, [Joyce] responded by banning them all from the house, even the pious MacGreevy" (285). Regardless, the text reveals that the Syra-Cusa's desire for sexual experience is (at least in imagination) turned into a game of sexual bandying. If such sexual trading occurred among the men in Beckett's circle, it would explain Lucia's distress when she finally understood the nature of the game. In other words, she might have been upset about something real, and not hallucinating, as other writers have implied.
52. Beckett, *Dream of Fair to Middling Women*, 116, 117.
53. Ibid., 121. See also SB to Thomas MacGreevy, 1 October 1932, Rare Book and Manuscript Collection, TCD: "What I mean is I don't love her nor scape of land sea or sky nor our Savior particularly. I haven't signed any contract either. I couldn't quite bring it off. . . . I just feel fervent/ardent in a vague, general way."
54. Gilbert, Paris diary, 24 May 1932, HRC.
55. Peggy Guggenheim, quoted in Jacqueline Weld, *Peggy: The Wayward Guggenheim* (New York: E. P. Dutton, 1986), 83.
56. Guggenheim, *Out of This Century*, 118.
57. See Jacques Lacan, "Joyce le symptôme 1," in *Joyce avec Lacan*, ed. Jacques Aubert (Paris: Navarin Éditeur, 1987), 21–29. Lacan posited that Lucia "fragilized" herself to avoid incest.
58. Maroger, "Dernière rencontre avec Lucia," 77.
59. Ibid., 76.
60. Maroger, "Lucia et la danse," in Aubert and Senn, eds., *Joyce Aubert*, 67.
61. Beckett, *Dream of Fair to Middling Women*, 49.
62. Ibid.
63. See Bair, *Samuel Beckett*, 101; Ellmann, 648–50; Maddox, 253–54.
64. See Jay's footnote in *Finnegans Wake*, II, ii, 27.
65. Beckett, *Dream of Fair to Middling Women*, 137.

66. Ibid., 50.
67. Ibid., 125.
68. Ibid., 50.
69. Guggenheim, *Out of This Century*, 205.
70. Maddox, 254.
71. Knowlson, 134.
72. Ibid., 179.
73. SB to Thomas MacGreevy, 10 March 1935, in Knowlson, 179.
74. Guggenheim, *Out of This Century*, 194.
75. Kay Boyle to RE, 29 January 1983, RE Papers. In August 1982, Boyle and Beckett met once again in Paris, and Boyle remembered that they seemed to pick up where they had left off fifty years ago. He wanted to talk about the plot of a Machiavelli play he had seen the night before they met, while she made clear, "It was only Lucia I wanted to talk about, and madness, which I had never believed in until he made it clear."
76. Helen Kastor Joyce, "Notes re mistakes in RE 1959 JJ biography," RE Papers.
77. Stella Steyn had been urged by Patrick Tuohy, then the art master of the School of Art in Dublin, to study French painting in Paris. When her mother consented to take her there, Tuohy gave the Steyns a letter of introduction to the Joyces. Stella Steyn, "A Retrospective View with an Autobiographical Memoir," in *Catalogue*, ed. S. B. Kennedy (Dublin: Gorry Gallery, 1995), 12. I wish to thank Mia Lerman-Hayes for calling my attention to this memoir.
78. Ibid., 13–14.
79. Ibid., 15, 8.
80. Ibid., 16.
81. Ibid., 17.
82. Ibid., 16–17.
83. Gary F. Baynes, "Notes on Lucia Joyce in Zurich, 1934," RE Papers.
84. Ibid.
85. Alexander Calder, Paris address book, Archives of American Art, Smithsonian Institution.
86. Albert Hubbell to RE, August 1981, RE Papers.
87. "Waldo Peirce to Betty Locket Spender," *Bangor Daily News*, n.d. (1936); Waldo Peirce Papers, Archives of American Art, Smithsonian Institution.
88. Ibid.
89. Ibid.
90. Ibid.
91. Alexander Calder, *Calder: An Autobiography with Pictures* (New York: Pantheon Books, 1966), 92.
92. Steyn, "Retrospective View," 17.
93. Hubbell to RE, August 1981, RE Papers.
94. Lucia Joyce, "My Life," unpublished typescript, HRC.
95. See especially *Josephine Baker*, 1926, wire; *Acrobats*, 1928, wire; *Josephine Baker*, 1927, iron wire; *Action Toys*, brochure, 1926, wire; *Dancer*, 1929, wire; *Grand Ecart*, 1929, wire.
96. See Alexander Calder to George Thomas, 29 June 1932: "I had another exposition in Paris last February. This time abstract sculptures which moved—so swaying when touched or blown and others propelled by small electric motors. I had some

15 individual motors so it was really quite a show," Alexander Calder Papers, Archives of American Art, Smithsonian Institution.
97. Calder, *Autobiography*, 91.
98. Joan M. Marter, *Alexander Calder* (Cambridge, England: Cambridge University Press, 1991), 45.
99. Calder, *Autobiography*; Marter, *Alexander Calder*, 63–64.
100. Calder, *Autobiography*; *Calder's Circus*, ed. Jean Lipman with Nancy Foote (New York: E. P. Dutton, 1972), 165.
101. Lipman, ed., *Calder's Circus*, 165.
102. Calder, *Autobiography*, 91.
103. Ibid., 95.
104. Ibid.
105. Lucia Joyce, 112.
106. Hubbell to RE, August 1981.
107. Calder, *Autobiography*, 101, 112.
108. Calder returned home in December 1930.
109. Hubbell to RE, August 1981.
110. Ibid.
111. Beckett, *Dream of Fair to Middling Women*, 19.
112. Hubbell to RE, August 1981.
113. Ibid.
114. Ibid.
115. Baynes, "Notes on Lucia."
116. Léon held degrees in literature and law, was an editor of a law review, and had published *Lettres de Nicolas II et de sa mère* (1928) and *Benjamin Constant* (1930). Lucie Léon was a writer for the Paris *Herald Tribune*.
117. Stuart Gilbert, *Reflections on James Joyce: Stuart Gilbert's Paris Journal*, ed. Thomas F. Staley and Randolph Lewis (Austin: University of Texas Press, 1993), 46.
118. Ibid., 26.
119. Nino Frank described Liam O'Flaherty in this way: "In the course of one of these soirées I came upon a strapping fellow with a brick-red face and green eyes. He was the heaviest drinker of all and had an air of a tough boxer and a brutal laugh that did not harmonize at all with the tone of the party; however, the Joyces were attentive to him, and he inspired me with a lively enough curiosity that several days later we met for a drink. It was Liam O'Flaherty, a book of whose had just appeared in French (*The Informer*)." "The Shadow That Had Lost Its Man," in *Portraits of the Artist in Exile: Recollections of James Joyce by Europeans*, ed. Willard Potts (Seattle: University of Washington Press, 1979), 89–90.
120. Zdenka Podhajsky, interview by Richard Ellmann, n.d., RE Papers.
121. Maria Jolas, interview by Richard Ellmann, 22 July 1953, RE Papers. See also Gilbert, *Reflections on James Joyce*, 20. By "dope," Jolas may also have referred to Veronal, a barbiturate that was prescribed for nervousness and insomnia. See pages 340–42.
122. Mary Colum and Padraic Colum, *Our Friend James Joyce* (Garden City, N.Y.: Doubleday, 1958), 136–37.
123. Helen Kastor Joyce, "A Portrait of the Artist by His Daughter-in-Law," unpublished typescript, HRC.
124. Bozena Bena Delimata, interview by Richard Ellmann, 27 June 1953, RE Papers.