# Exhibit C

Search

People & Blogs    Events    Cyberlaw Clinic    Fair Use Project    Academics    Packets

In the heart of the Silicon Valley, legal doctrine is emerging that will determine the course of civil rights and technological innovation for decades to come. The Center for Internet and Society (CIS), housed at Stanford Law School and a part of the Law, Science and Technology Program, is at the apex of this evolving area of law.

## Suing the Joyce Estate to Make the World Safer for Academic Work

by **David Olson**, posted on June 13, 2006 - 6:36am.

Today we filed suit against the Estate of James Joyce on behalf of Stanford English professor Carol Shloss. In a nutshell, we ask for a declaration that Professor Shloss is permitted under "fair use" to make use on her academic website of certain Joyce materials that are copyrighted. In addition, we argue that due to the Joyce Estate's history of misusing its copyrights, the Court should hold that the Estate is barred from enforcing its copyrights against Professor Shloss.

But read more of what we have to say about the case here. And see our complaint here.

permalink | David Olson's blog | add new comment

Home » blogs » David Olson's blog



About David Olson

Resident Fellow at the Center for Internet and Society

View full user profile

Our Issues

cybercrime  Fair Use Project
free speech  infrastructure
intellectual property

Case 5:06-cv-03718-JW    Document 80-6    Filed 05/14/2007    Page 3 of 3

Suing the Joyce Estate to Make the World Safer for Academic Work | Stanford Center for Internet and Society [beta site]    Page 2 of 2

privacy
books cc copyright
copyright drm economics FOIA
Fourth Amendment
Future of Ideas Google
Hearsay Culture internet libel
IP reform japanese law school
libel Past Fellows patent
podcasting publications
surveillance tcblog
Testimony trademarks web 2.0

terms and conditions | privacy policy | forums | about CIS | sitemap | subscribe | contact | Login/Register

Creative Commons | Powered by Drupal | CIS logo and web design by pingVision, LLC
This site is in beta. Please report any problems to the site developer. Thank you!