# Exhibit D

Search

In the heart of the Silicon Valley, legal doctrine is emerging that will determine the course of civil rights and technological innovation for decades to come. The Center for Internet and Society (CIS), housed at Stanford Law School and a part of the Law, Science and Technology Program, is at the apex of this evolving area of law.

People & Blogs    Events    Cyberlaw Clinic    Fair Use Project    Academics    Packets

# Fair Use, Copyright Misuse, and Shloss v. Estate of James Joyce: Jan 29

Start: Jan 29 2007 - 12:30pm

**Carol Shloss, Robert Spoo and Tony Falzone**

### Topic Description

The law of copyright fair use is famously murky, and copyright misuse is even more so. Come listen to Stanford English Professor Carol Loeb Shloss and some of her lawyers talk about suing the Estate of James Joyce for copyright misuse and to have material on her academic website declared non-infringing fair use. The case is currently pending in federal court before Judge Ware in the San Jose Division of the Northern District of California. A hearing on the Joyce Estate's motion to dismiss the case will be held on January 22 at 9 a.m. A group will be travelling together to watch the argument.

### Location

Room 280A Stanford Law School

United States

See map: Yahoo! Maps

add new comment | calendar | posted January 17, 2007 - 12:20pm

Substantive Tags: Fair Use Project

### Speaker's Bio

Carol Loeb Shloss is a Professor of English at Stanford University. Throughout her 32-year academic career, she has taught or held research positions at numerous universities, including Wesleyan University, Harvard University, and Oxford University. She is the author of four books and has won numerous grants and fellowships, including the 1994 Pew Fellowship for Creative Non-Fiction Writing. Professor Shloss is a world-renowned Joyce scholar and an expert on Modernist literature.

Robert Spoo is an attorney with the San Francisco law firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, and a 2006-2007 non-resident fellow with the Center for

Internet and Society at Stanford Law School. He focuses his practice and his teaching and scholarship in the area of intellectual property, with a special emphasis on copyrights and the needs of authors, scholars, libraries, documentary filmmakers and others who create and use original expression. He and his law firm are assisting CIS and Professor Shloss in her lawsuit against the James Joyce Estate. Bob was formerly a tenured professor of English, the Editor of the James Joyce Quarterly, and is the author of numerous books and articles on Joyce, Ezra Pound, Hilda Doolittle, and other aspects of Modernist literature. He writes and speaks frequently on copyright and IP issues.

Anthony Falzone is the Executive Director of the Fair Use Project. An intellectual property litigator with nearly a decade of experience, he has advised and defended writers, publishers, filmmakers, musicians and video game makers on copyright, trademark, rights of publicity and other intellectual property matters. Prior to his work at Stanford, he was a litigation partner in the San Francisco office of Bingham McCutchen.

Our issues

Home

cybercrime  Fair Use Project
free speech  infrastructure
intellectual property
privacy
books  cc  copyright
copyright drm  economics  FOIA
Fourth Amendment
Future of Ideas  Google
Hearsay Culture  internet libel
IP reform  japanese law school
libel  Past Fellows  patent
podcasting  publications
surveillance  tcblog
Testimony  trademarks  web 2.0

Login/Register

Creative Commons | Powered by Drupal | CIS logo and web design by pingVision, LLC
This site is in beta. Please report any problems to the site developer. Thank you!