# EXHIBIT A



**David Olson**

08/24/2006 09:59 AM

To: "Maria K. Nelson" <mknelson@JonesDay.com>
cc: rspoo@dsda.com, falzone@stanford.edu, Lynda Johnston
Subject: Re: Shloss v. Estate of James Joyce

Maria,

Here is the information you need to access Professor Shloss's website.

web address:  http://www.lucia-the-authors-cut.info/
Login:  shloss
password:  assembled4

Please note that the website is almost complete (excepting correction of any typos, etc.).  I am attaching a document that contains additional quotations from the published Joyce Notebooks that will be used on the website as well (or at least part of each quotation or the citation will be used).  Professor Shloss is still editing the text within which these quotations will be used, but the quotes will be used in the same way as the notebook quotations that appear in the "Notebook observations" link for chapter 3.

Please do not hesitate to contact me with any questions.

Regards,

David S. Olson
dolson@law.stanford.edu
Resident Fellow

STANFORD LAW SCHOOL CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way, Stanford, CA 94305-8610
tel: 650-724-0517 • fax: 650-723-4426 • mobile: 415-216-5286


Additional Notebooks material.doc