# EXHIBIT C



**"Maria K. Nelson" <mknelson@JonesDay.com>**

04/12/2007 12:27 PM

To: "David Olson" <dolson@law.stanford.edu>
cc: "falzone" <falzone@stanford.edu>
Subject: Re: Activity in Case 5:06-cv-03718-JW Shloss v. Sweeney et al "Motion for Attorney Fees"

```
David -- yes I have seen the motion. The hearing date and briefing schedule
are not convenient as I currently am scheduled to be in trial in Texas then. I
am not in the office but will be back tomorrow. A two week postponement should
work for me, subject to the court schedule. Can you check on your end to see
if that works and we can firm up tomorrow?  Thanks.

This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other privilege.  If
you received this e-mail in error, please delete it from your system without
copying it and notify sender by reply e-mail, so that our records can be
corrected.
```

```
----- Original Message -----
From: David Olson [dolson@law.stanford.edu]
Sent: 04/10/2007 11:20 PM MST
To: Maria Nelson
Cc: falzone@stanford.edu
Subject: Activity in Case 5:06-cv-03718-JW Shloss v. Sweeney et al "Motion
for Attorney Fees"
```

Dear Maria,

As you've probably seen by now, we filed a motion for fees today.  Please feel free to give me a call or email if you need to discuss the hearing date or briefing schedule.

Regards,

David S. Olson
dolson@law.stanford.edu
Resident Fellow

STANFORD LAW SCHOOL CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way, Stanford, CA 94305-8610
tel: 650-724-0517 • fax: 650-723-4426 • mobile: 415-216-5286

----- Forwarded by David Olson/Staff/stanford on 04/10/2007 11:18 PM -----

**ECFHELPDESK@cand.uscourts.gov**

04/10/2007 08:41 PM

To: efiling@cand.uscourts.gov
cc:
Subject: Activity in Case 5:06-cv-03718-JW Shloss v. Sweeney et al "Motion for Attorney Fees"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available ..*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from Olson, David S. entered on 4/10/2007 at 8:41 PM and filed on 4/10/2007

**Case Name:**        Shloss v. Sweeney et al

**Case Number:**      5:06-cv-3718
**Filer:**            Carol Loeb Shloss
**WARNING: CASE CLOSED on 03/28/2007**
**Document Number:** 73

**Docket Text:**
MOTION for Attorney Fees *and Costs* filed by Carol Loeb Shloss. Motion Hearing set for 5/21/2007 09:00 AM in Courtroom 8, 4th Floor, San Jose. (Olson, David) (Filed on 4/10/2007)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\Cases\Shloss v. Estate of Joyce\District Court Pleadings\Atty Fee Motion\Attorneys Fee M 4-7-10.pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=4/10/2007] [FileNumber=3362076-0] [336cd319702b3adc69e85a40c94430871508c8ed477ea099badeb5cdc6e1d0f46171c9a13258ae9816448bfecd745ffda3b95ab884f9168e904e2be82e48dcfb]]

**5:06-cv-3718 Notice will be electronically mailed to:**

Bernard A. Burk     bburk@howardrice.com, jbeyl@howardrice.com; jrustice@howardrice.com

Anthony T. Falzone     anthony.falzone@stanford.edu, asmith@law.stanford.edu

Jennifer Stisa Granick     JENNIFER@LAW.STANFORD.EDU,

Mark A. Lemley     mlemley@kvn.com, srosen@kvn.com

Dorothy Rebecca McLaughlin     dmclaughlin@kvn.com, efiling@kvn.com

Maria K. Nelson     mknelson@jonesday.com, aeraimer@jonesday.com

David S. Olson     dolson@law.stanford.edu, asmith@law.stanford.edu

Matthew Mickle Werdegar     mmw@kvn.com, efili! ng@kvn.com; mls@kvn..com; nbd@kvn.com

**5:06-cv-3718 Notice will be delivered by other means to:**

Lawrence Lessig
Center for Internet & Society
Crown Quadrangle
559 Nathan Abbot Way
Stanford, CA 94305-8610

!SIG:461e882f219838497937523!