# EXHIBIT F

Dockets.Justia.com

 **David Olson**  
04/25/2007 03:44 PM

To: "Maria K. Nelson" <mknelson@JonesDay.com>  
cc: Amanda Smith <ASmith@law.stanford.edu>, falzone@stanford.edu, rspoo@howardrice.com  
Subject: Re: Hearing date for fees motion

Hi Maria,

I got your voice mail regarding filing a stip to move the hearing date to June 4th. I assumed that you would draft the stip since we are moving the date to accommodate your schedule, but if you are too busy and would like me to draft it I would be happy to do so.

Best,

David
"Maria K. Nelson" <mknelson@JonesDay.com>

 **"Maria K. Nelson" <mknelson@JonesDay.com>**  
04/19/2007 12:15 PM

To: David Olson <dolson@law.stanford.edu>  
cc: Amanda Smith <ASmith@law.stanford.edu>, falzone@stanford.edu, rspoo@howardrice.com  
Subject: Re: Hearing date for fees motion

```
David,

That works for me.  Note, however, that by agreeing to the hearing date we
do not waive any argument that the motion was improperly filed.

Best,
Maria

Maria K. Nelson
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2615 (direct dial)
(213) 243-2539 (facsimile)
(213) 489-3939 (firm)
mknelson@jonesday.com



              David Olson
              <dolson@law.stanf
              ord.edu>                                                   To
                                        "Maria K. Nelson"
                                        <mknelson@JonesDay.com>
              04/17/2007 02:52                                           cc
              PM                        falzone@stanford.edu,
                                        rspoo@howardrice.com, Amanda Smith
                                        <ASmith@law.stanford.edu>
                                                                    Subject
                                        Re: Hearing date for fees motion
```

Maria,

Let's go with your initial proposal and set the hearing for June 4th, and you can have all of the extra time.  As I mentioned in my previous email, anything after June 5 does not work on our end.

Best,

David

```
    "Maria K. Nelson"
    <mknelson@JonesDay.com>                     To:       David Olson
                                           <dolson@law.stanford.edu>
                                                cc:       "falzone"
    04/17/2007 02:23 PM                    <falzone@stanford.edu>
                                                Subject:       Re:
                                           Hearing date for fees motion
```

David --

May 28 is Memorial Day, so I doubt that the Court will want to have a hearing that day.  I was looking at June 11 or after, as trial is scheduled to start May 14 and will likely go two weeks.  Although a June 4 hearing date may be do-able, giving you an extra week for a reply is not because that would mean having the brief due the day trial starts.  So, as a compromise, I propose just moving the date to June 11 without any exceptions under the local rule schedule.

Maria

Maria K. Nelson
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2615 (direct dial)
(213) 243-2539 (facsimile)
(213) 489-3939 (firm)
mknelson@jonesday.com

```
            David Olson
            <dolson@law.stanf
            ord.edu>                                                    To
                                    "Maria K. Nelson"
```

```
                                    <mknelson@JonesDay.com>
         04/16/2007 11:41                                                    cc
         AM                         "falzone" <falzone@stanford.edu>
                                                                        Subject
                                    Re: Hearing date for fees motion
```

Maria,

Either May 28 or June 4 works on our end.  Anything after June 4 does not work because Tony will be out for three weeks starting June 5.  If we go with the later June 4 date, we would like to have one of the extra weeks as extra time on our reply brief.

Thanks,

David

```
  "Maria K. Nelson"
  <mknelson@JonesDay.com>             To:       "David Olson"
                                  <dolson@law.stanford.edu>
                                      cc:       "falzone"
  04/12/2007 12:27 PM             <falzone@stanford.edu>
                                      Subject:     Re: Activity in Case
                                  5:06-cv-03718-JW Shloss v. Sweeney et al
                                  "Motion for Attorney Fees"
```

David -- yes I have seen the motion. The hearing date and briefing schedule are not convenient as I currently am scheduled to be in trial in Texas then. I am not in the office but will be back tomorrow. A two week postponement should work for me, subject to the court schedule. Can you check on your end to see if that works and we can firm up tomorrow? Thanks.

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

```
----- Original Message -----
From: David Olson [dolson@law.stanford.edu]
Sent: 04/10/2007 11:20 PM MST
To: Maria Nelson
Cc: falzone@stanford.edu
Subject: Activity in Case 5:06-cv-03718-JW Shloss v. Sweeney et al "Motion
for Attorney Fees"
```

Dear Maria,

As you've probably seen by now, we filed a motion for fees today.  Please feel free to give me a call or email if you need to discuss the hearing date or briefing schedule.

Regards,

David S. Olson
dolson@law.stanford.edu
Resident Fellow

STANFORD LAW SCHOOL CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way, Stanford, CA 94305-8610
tel: 650-724-0517 • fax: 650-723-4426 • mobile: 415-216-5286

----- Forwarded by David Olson/Staff/stanford on 04/10/2007 11:18 PM -----

```
   ECFHELPDESK@cand.usco
   urts.gov                      To:      efiling@cand.uscourts.gov
                                 cc:
                                 Subject:      Activity in Case
   04/10/2007 08:41 PM    5:06-cv-03718-JW Shloss v. Sweeney et al "Motion
                                 for Attorney Fees"
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

                    U.S. District Court
                 Northern District of California
           Notice of Electronic Filing or Other Case Activity

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic

document or not. If there are two hyperlinks below, the first will lead to
the docket and the second will lead to an e-filed document.
If there is no second hyperlink, there is no electronic document available
..
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed
to me but there's no hyperlink...' on the ECF home page at
https://ecf.cand.uscourts.gov for more information.

The following transaction was received from Olson, David S. entered on
4/10/2007 at 8:41 PM and filed on 4/10/2007

Case Name:                              Shloss v. Sweeney et al

Case Number:                            5:06-cv-3718

Filer:                                  Carol Loeb Shloss

WARNING: CASE CLOSED on 03/28/2007

Document Number:                        73


Docket Text:
MOTION for Attorney Fees and Costs filed by Carol Loeb Shloss. Motion
Hearing set for 5/21/2007 09:00 AM in Courtroom 8, 4th Floor, San Jose.
(Olson, David) (Filed on 4/10/2007)


The following document(s) are associated with this transaction:


Document description:Main Document
Original filename:Z:\Cases\Shloss v. Estate of Joyce\District Court
Pleadings\Atty Fee Motion\Attorneys Fee Motion 4-7-10.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=4/10/2007] [FileNumber=3362076-0]
[336cd319702b3adc69e85a40c94430871508c8ed477ea099badeb5cdc6e1d0f46171c
9a13258ae9816448bfecd745ffda3b95ab884f9168e904e2be82e48dcfb]]




5:06-cv-3718 Notice will be electronically mailed to:

Bernard A. Burk     bburk@howardrice.com, jbeyl@howardrice.com;
jrustice@howardrice.com

Anthony T. Falzone     anthony.falzone@stanford.edu,
asmith@law.stanford.edu

Jennifer Stisa Granick     JENNIFER@LAW.STANFORD.EDU,

Mark A. Lemley     mlemley@kvn.com, srosen@kvn.com

Dorothy Rebecca McLaughlin     dmclaughlin@kvn.com, efiling@kvn.com

Maria K. Nelson     mknelson@jonesday.com, aeraimer@jonesday.com

David S. Olson     dolson@law.stanford.edu, asmith@law.stanford.edu

Matthew Mickle Werdegar     mmw@kvn.com, efili! ng@kvn.com; mls@kvn..com; nbd@kvn.com

5:06-cv-3718 Notice will be delivered by other means to:

Lawrence Lessig
Center for Internet & Society
Crown Quadrangle
559 Nathan Abbot Way
Stanford, CA 94305-8610

==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records
can be corrected.
==========




==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records
can be corrected.
==========

!SIG:4627bfb0219835840114993!