# EXHIBIT G



**David Olson**
04/26/2007 08:03 AM

To: Anna E Raimer <AERaimer@jonesday.com>
cc: Amanda Smith <ASmith@law.stanford.edu>, falzone@stanford.edu, "Maria K. Nelson" <mknelson@JonesDay.com>, rspoo@howardrice.com
Subject: Re: Shloss v. Sweeney, et al.: Stipulation to move hearing

Dear Ms. Raimer,

This stipulation is fine with me. You have my permission to file in its present form.

Best,

David S. Olson
dolson@law.stanford.edu
Resident Fellow

STANFORD LAW SCHOOL CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way, Stanford, CA 94305-8610
tel: 650-724-0517 • fax: 650-723-4426 • mobile: 415-216-5286

Anna E Raimer <AERaimer@jonesday.com>



**Anna E Raimer <AERaimer@jonesday.com>**
04/26/2007 07:26 AM

To: dolson@law.stanford.edu
cc: Amanda Smith <ASmith@law.stanford.edu>, falzone@stanford.edu, rspoo@howardrice.com, "Maria K. Nelson" <mknelson@JonesDay.com>
Subject: Shloss v. Sweeney, et al.: Stipulation to move hearing

Dear Mr. Olson,
Attached please find a draft Stipulation to move the hearing date on Plaintiff's Motion for Attorney's Fees and Costs from May 21, 2007 to June 4, 2007. Please advise whether you are amenable to the filing of this Stipulation in its present form and we will proceed to do so.
Thank you,
Anna

Anna Raimer
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071

T: 213.243.2804
F: 213.243.2539


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

!SIG:4630b6ba169581195519275!  JD_2867758_1.pdf