# EXHIBIT H

Case 5:06-cv-03718-JW     Document 83-9     Filed 05/21/2007     Page 1 of 2

Dockets.Justia.com



**Anna E Raimer  
&lt;AERaimer@jonesday.com&gt;**

05/07/2007 11:48 AM

To: David Olson &lt;dolson@law.stanford.edu&gt;  
cc: "Maria K. Nelson" &lt;mknelson@JonesDay.com&gt;  
Subject: Shloss v. Sweeney, et al.

Please see the attached letter regarding the aforementioned matter.  Thank you.

Anna Raimer  
Jones Day  
555 South Flower Street  
Fiftieth Floor  
Los Angeles, CA  90071

T: 213.243.2804  
F: 213.243.2539

==========  
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.  
==========



!SIG:463f7491760813346829B1!   DOC007.PDF