1  Lawrence Lessig
   Anthony T. Falzone (SBN 190845)
2  David S. Olson (SBN 231675)
   STANFORD LAW SCHOOL CENTER FOR
3  INTERNET AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California  94305-8610
   Telephone:  (650) 724-0517
5  Facsimile:  (650) 723-4426
   E-mail:     falzone@stanford.edu

6  Mark A. Lemley (SBN 155830)
   Matthew M. Werdegar (SBN 200470)
7  Dorothy McLaughlin (SBN 229453)
   KEKER & VAN NEST LLP
8  710 Sansome Street
   San Francisco, California  94111
9  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
10 E-mail:     mwerdegar@kvn.com

11 Bernard A. Burk (SBN 118083)
   Robert Spoo (*pro hac vice*)
12 HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN, P.C.
13 Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
14 Telephone: (415) 434-1600
   Facsimile: (415) 217-5910
15 E-mail:     bburk@howardrice.com

16 Attorneys for Plaintiff

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                              **SAN JOSE DIVISION**

20

21 CAROL LOEB SHLOSS,                         | CASE NO. CV 06-3718 (JW) (HRL)

22         Plaintiff,
                                              | **DECLARATION OF ANTHONY T.**
23     v.                                     | **FALZONE IN SUPPORT OF**
                                              | **PLAINTIFF'S MOTION FOR AWARD**
24                                            | **OF ATTORNEYS' FEES AND COSTS**

25 SEÁN SWEENEY, in his capacity as trustee of | Date:  June 4, 2007
   the Estate of James Joyce, and THE ESTATE OF| Time:  9:00 a.m.
26 JAMES JOYCE,                                | Judge: Hon. James Ware

27         Defendants.

28

---

DECLARATION OF ANTHONY T. FALZONE IN SUPPORT OF MOTION FOR AWARD OF
ATTORNEYS' FEES AND COSTS

Dockets.Justia.com

ANTHONY T. FALZONE declares and states as follows:

1. I am admitted to practice law in California and before this Court, and I am counsel of record for plaintiff Carol Shoss in this case. I have personal knowledge of the facts stated in this declaration, and could testify competently to them if called to do so.

2. Shloss filed her Amended Complaint in this action on October 25, 2006.

3. The Estate of James Joyce and its Trustee Sean Sweeney (collectively "Defendants") moved to dismiss this action for lack of subject matter jurisdiction on November 17, 2006. Prior to that date, neither Shloss nor her counsel had received a covenant not to sue Shloss.

4. In support of their motion to dismiss, Defendants filed and served a declaration from Sweeney that contained a purported covenant not to sue Shloss for material contained in a previous version of her Electronic Supplement. Although that declaration was filed and served on November 17, 2006, the declaration itself appears to be dated October 24, 2006 – the day before Shloss filed her Amended Complaint. Notwithstanding that, neither Shloss nor her counsel received Sweeney's declaration (or any purported covenant not to sue) until Sweeney's declaration was served on November 17, 2006.

5. On May 7, 2007, Anna Raimer, counsel for Defendants, sent a letter to my colleague, David Olson asking Shloss to withdraw her motion for attorneys' fees and threatening personal sanctions against Mr. Olson if Shloss failed to withdraw her motion. A true and correct copy of this May 7 letter is attached to this declaration as Exhibit A.

6. On May 10, 2007, I responded to Ms. Raimer's letter and advised her that Defendants had failed to provide any basis for demanding the withdrawal of Shloss's motion, or the imposition of sanctions, and that Shloss declined to withdraw her motion. A true and correct copy of this May 10 letter is attached to this declaration as Exhibit B.

7. On May 14, 2007, Anna Raimer responded to my May 10 letter. A true and correct copy of this May 14 letter is attached to my declaration as Exhibit C.

8. On May 16, 2007, I responded to Anna Raimer's letter of May 14. A true and correct copy of this May 16 letter is attached to this declaration as Exhibit D.

1    9.  A true and correct copy of the transcript of the January 31, 2007 hearing on
Defendants' motion to dismiss this action for lack of jurisdiction is attached to this declaration as
Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct, and that this
Declaration was executed on May 21, 2007 at Stanford, California.

/s/_____
ANTHONY T. FALZONE