1  LAWRENCE LESSIG
   ANTHONY T. FALZONE (SBN 190845)
2  anthony.falzone@stanford.edu
   JULIE A. AHRENS (SBN 230170)
3  jahrens@law.stanford.edu
   STANFORD LAW SCHOOL
4  CENTER FOR INTERNET AND SOCIETY
   559 Nathan Abbott Way
5  Stanford, California 94305-8610
   Telephone: (650) 736-9050
6  Facsimile:  (650) 723-4426

7  MARK A. LEMLEY (SBN 155830)
   mlemley@kvn.com
8  MATTHEW M. WERDEGAR (SBN 20047)
   mwerdegar@kvn.com
9  KEKER & VAN NEST LLP
   710 Sansome Street
10 San Francisco, California 94111
   Telephone: (415) 391-5400
11 Facsimile:  (415) 397-7188

12 BERNARD A. BURK (No. 118083)
   bburk@howardrice.com
13 ROBERT SPOO (admitted *pro hac vice*)
   rspoo@howardrice.com
14 HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
15 A Professional Corporation
   Three Embarcadero Center, 7th Floor
16 San Francisco, California  94111-4024
   Telephone:   (415) 434-1600
17 Facsimile:   (415) 217-5910

18 Attorneys for Plaintiff

19                    UNITED STATES DISTRICT COURT

20           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

21 | | |
|---|---|
| CAROL LOEB SHLOSS, | No.  C 06 3718 JW HRL |
| Plaintiff, | **DECLARATION OF JULIE A. AHRENS IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDICIAL CLARIFICATION OF BASES FOR PRIOR ORDER AWARDING ATTORNEYS' FEES** |
| v. | |
| SEAN SWEENEY, in his capacity as trustee of the Estate of James Joyce, and THE ESTATE OF JAMES JOYCE | |
| Defendants. | |

DECLARATION OF JULIE A. AHRENS
-1-

JULIE A. AHRENS declares and states as follows:

1. I am an attorney admitted to practice in California and in this district and am one of the attorneys of record for plaintiff Carol Loeb Shloss. The matters stated herein are true of my own knowledge, and I could and would testify competently to them if called to do so. I submit this declaration in support of Plaintiff's Motion for Judicial Clarification of Bases for Prior Order Awarding Attorneys' Fees.

2. Attached to this declaration as Exhibit A is a true and correct copy of Plaintiff's Memorandum of Points and Authorities in Support of Motion for Award of Attorneys' Fees and Costs, Docket No. 73, which was filed with this Court on April 10, 2007.

3. Attached to this declaration as Exhibit B is a true and correct copy of Defendants' Opposition to Plaintiff's Motion for Award of Attorneys' Fees and Costs, Docket No. 78, which was filed with this Court on May 14, 2007.

4. Attached to this declaration as Exhibit C is a true and correct copy of Plaintiff's Reply Memorandum in Support of Plaintiff's Motion For Award Of Attorneys' Fees And Costs, Docket No. 82, which was filed with this court on May 21, 2007.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on October 2, 2007 at Stanford, California.

                                  /s/
                            JULIE A. AHRENS

DECLARATION OF JULIE A. AHRENS
-1-