UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LOEB SHLOSS, | No. C 06-03718 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| SEAN SWEENEY, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Plaintiff's Motion for Judicial Clarification of Bases for Prior Order Awarding Attorney's Fees before Judge James Ware previously noticed for November 12, 2007 at 9:00 AM, has been reset to **December 10, 2007 at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: October 3, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy