United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carol Shloss, | NO. C 06-03718 JW |
|       Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| Seán Sweeney, et al., | |
|       Defendants. | |

The Court finds Plaintiff's Motion for Judicial Clarification (docket item no. 87) appropriate for submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the hearing presently scheduled for December 10, 2007.

Dated: December 5, 2007

                        JAMES WARE
                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony T. Falzone anthony.falzone@stanford.edu
Bernard A. Burk bburk@howardrice.com
David S. Olson dolson@law.stanford.edu
Dorothy Rebecca McLaughlin dmclaughlin@kvn.com
Jennifer Stisa Granick JENNIFER@LAW.STANFORD.EDU
Maria K. Nelson mknelson@jonesday.com
Mark A. Lemley mlemley@kvn.com
Matthew Mickle Werdegar mmw@kvn.com

Dated: December 5, 2007

Richard W. Wieking, Clerk

By: /s/ JW Chambers
    **Elizabeth Garcia**
    **Courtroom Deputy**

**United States District Court**
For the Northern District of California